IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED<br><br>Plaintiffs,<br><br>vs.<br><br>INGENICO, INC., INGENICO CORP., INGENICO GROUP, SA, and INGENICO VENTURES SAS<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:18-cv-05824-MLB |

## **CONSENT ORDER**

Before this Court is the MOTION OF DEFENDANTS INGENICO INC., INGENICO CORP., INGENICO VENTURES SAS, AND INGENICO GROUP, SA TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) OR TO TRANSFER VENUE UNDER 28 U.S.C. § 1404 AND FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) [Doc. 23] (the "Motion").

It being hereby **STIPULATED** and **AGREED** by and among all appearing parties, by and through their respective counsel of record as indicated below, and the Court concludes, that the Motion should be **GRANTED**, in part, and **DENIED**, in part, as follows:

(1) **IT IS ORDERED** that Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404 is **GRANTED,** upon the consent of all parties hereto, as follows:

    (a) This entire action shall be transferred to the United States District Court for the District of Massachusetts, Boston Division;

    (b) Upon receipt hereof, the Clerk of Court is hereby directed to promptly commence its preparation and certification of the court record and original filings for a timely transmittal thereof to the Clerk of Court for the United States District Court for the District of Massachusetts, Boston Division, in the manner provided by law for transmittal of such records to said transferee court; and

    (c) This Court shall retain jurisdiction in this matter only through and until such time as the physical transfer of the court record is completed and the matter docketed in the United States District Court for the District of Massachusetts, Boston Division, at which time this Court shall no longer have jurisdiction;

(2) **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is **DENIED** as moot, upon the consent of all parties hereto;

(3) **IT IS FURTHER ORDERED** that Defendants' pending contested Motion for a More Definite Statement pursuant to Fed. R. Civ. P. 12(e) is and hereby

shall be **REFERRED** to the assigned transferee judge in the United States District Court for the District of Massachusetts, Boston Division, for adjudication, with all parties reserving their rights and defenses with respect thereto, until further Order of Court, upon the consent of all parties hereto.

    **SO ORDERED** this 2nd day of July, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

KUTAK ROCK LLP

By:  */s/ Gregory R. Crochet*
Gregory R. Crochet, Esq.
Georgia Bar No. 196650
Greg.crochet@kutakrock.com
303 Peachtree Street, N.E.
Suite 2750
Atlanta, GA 30308
(404) 222-4600 (Telephone)
(404) 222-4654 (Facsimile)

Oliver D. Griffin, Esq.
*Admitted Pro Hac Vice*
Pennsylvania Bar No. 88026

        Oliver.griffin@kutakrock.com
        Peter N. Kessler, Esq.
        *Admitted Pro Hac Vice*
        Pennsylvania Bar No. 209033
        Peter.kessler@kutakrock.com
        Melisa A. Bozeman, Esq.
        *Admitted Pro Hac Vice*
        Pennsylvania Bar No. 201116
        Melissa.bozeman@kutakrock.com
        1760 Market Street, Suite 1100
        Philadelphia, PA 19103-4104
        (215) 299-4384 (Telephone)
        (215) 981-0719 (Facsimile)

        *Attorneys for Plaintiffs*


   and


        MORRIS, MANNING & MARTIN, LLP


        By:  */s/ Lawrence H. Kunin*
        Lawrence H. Kunin, Esq.
        Georgia Bar No. 430333
        1600 Atlanta Financial Center
        3343 Peachtree Road, NE
        Atlanta, GA 30326
        Tel: 912-651-8950
        Fax: 912-232-7184
        lkunin@mmmlaw.com

        JOHN A. TARANTINO *(Admitted PHV)*
        PATRICIA K. ROCHA *(Admitted PHV)*
        WILLIAM K. WRAY, JR. *(Admitted PHV)*
        Adler Pollock & Sheehan P.C.
        One Citizens Plaza, 8th Floor
        Providence, RI 02903
        Tel: (401) 274-7200

Fax: (401) 351-4607
wwray@apslaw.com
jtarantino@apslaw.com
procha@apslaw.com

*Attorneys for Defendants*