UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED<br><br>**Plaintiffs,**<br><br>v.<br><br>INGENICO, INC., INGENICO CORP., INGENICO GROUP, SA, and INGENICO VENTURES SAS<br><br>**Defendants.** | Civil Docket No: 1:19-cv-11457-IT |

**UNOPPOSED MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE OF GREGORY CROCHET, ESQ.**

Pursuant to Rule 83.5.2(c)(1)(A) of the Local Rules of the United States District Court for the District of Massachusetts, Attorney Gregory Crochet of Kutak Rock LLP submits this motion for leave to withdraw his appearance as counsel for Plaintiffs AnywhereCommerce, Inc. and BBPOS Limited (together, "Plaintiffs") in the above-captioned matter. As support for this Motion, undersigned counsel states as follows:

1. Mr. Crochet entered his appearance as local counsel for the Plaintiffs when this case was pending in the Northern District of Georgia. The case has since been transferred to this Court. Mr. Crochet is not admitted to practice before this Court.

2. Plaintiffs will continue to be represented by Robert P. Rudolph and Jonathan Friedmann of the law firm of Rudolph Friedman, LLP, both of whom are admitted to practice before this Court, as well as by Oliver D. Griffin, Peter N. Kessler, and Melissa A. Bozeman of the law firm Kutak Rock LLP, all of whom have been admitted to appear *pro hac vice* in the above captioned matter as counsel for Plaintiffs.

3. The undersigned has given notice of the Motion to the Defendants and to all other parties of interest in the manner indicated in the Electronic Court Filing (ECF) system.

4. Pursuant to the Consent Order entered on July 2, 2019, Defendants' Motion for a More Definite Statement pursuant to Fed.R.Civ.P. 12(e) and Plaintiffs' objection thereto is pending before this Court.

5. No trial date has been set.

6. With the exception of the Scheduling Conference set for August 12, 2019, which shall be attended by Plaintiffs' other counsel of record, no hearings or other conferences are scheduled, and no reports, oral or written, are due (except as may be required pursuant to this Court's Notice of Scheduling Conference dated July 16, 2019 and applicable Rules of Court).

Wherefore, the undersigned requests that the Motion to Withdraw Appearance of Gregory Crochet, Esq. be granted.

Dated: July 26, 2019

Respectfully submitted,

Plaintiffs,
By their attorneys,

*/s/* Gregory Crochet
GREGORY CROCHET
Georgia Bar No. 196650
KUTAK ROCK, LLP
303 Peachtree Street, NE
Suite 2750
Atlanta, GA 30308
Tel:  (404) 222-4600
Fax: (404) 222-4654
Email: gcrochet@kutakrock.com

and

/s/ Robert P. Rudolph
Jonathon D. Friedmann, Esq. (BBO # 180130)
Robert P. Rudolph, Esq. (BBO # 684583)
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Tel.: (617) 723-7700
Fax: (617) 227-0313

JFriedmann@rflawyers.com
RRudolph@rflawyers.com

and

KUTAK ROCK LLP

/s/ Melissa A. Bozeman
Oliver D. Griffin (*Pro Hac Vice*)
Pennsylvania Bar No. 88026
Oliver.griffin@kutakrock.com
Peter N. Kessler (*Pro Hac Vice*)
Pennsylvania Bar No. 209033
Peter.kessler@kutakrock.com
Melissa A. Bozeman (*Pro Hac Vice*)
Pennsylvania Bar No. 201116
Melissa.bozeman@kutakrock.com
1760 Market Street
Suite 1100
Philadelphia, PA 19103-4104
(215) 299-4384 (Telephone)
(215) 981-0719 (Facsimile)

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for Movant has made a good faith effort to resolve the foregoing issue. On July 11, 2019, Melissa Ann Bozeman, Esq., an attorney at Kutak Rock LLP in Philadelphia, PA representing the Plaintiffs received an email from counsel for Defendants, William K. Wray, Jr. in response to her inquiry regarding the issue being presented in this Motion. Attorney Wray had no objection to Attorney Gregory Crochet, Esq. withdrawing as counsel of record for Plaintiffs.

/s/ Melissa A. Bozeman
Melissa A. Bozeman, Esq.

## CERTIFICATE OF SERVICE

I, Robert P. Rudolph, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2019.

/s/ Robert P. Rudolph
Robert P. Rudolph, Esq.