UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>INGENICO INC., INGENICO CORP., INGENICO GROUP, SA, and INGENICO VENTURES SAS,<br><br>Defendants. | CIVIL ACTION NO. 1:19-cv-11457-IT |

### Stipulation and ~~Proposed~~ Order

The Plaintiffs and Defendants[1] (collectively, the "Parties") jointly submit this Stipulation and Proposed Order regarding proposed changes to the time for exchanging Initial Disclosures that is set forth in Fed. R. Civ. P. 26 and Local Rule 26.2.

The Parties note that as of the date this is filed, Defendants have not answered the Complaint because there is pending before the Court a Motion for More Definite Statement (Dkt. # 23). The purpose of the disclosures contemplated in Fed. R. Civ. P. 26(a)(1) is to provide opposing parties with information concerning the disclosing party's "claims or defenses." Because Defendants have not stated their claims or defenses, the Parties jointly stipulate and move for the Court to order that Initial Disclosures shall be exchanged within 14 days after Defendants Answer Plaintiffs' Complaint.

---

[1] Ingenico Ventures SAS is a defunct and non-existent entity, and participates in this stipulation and proposed order only insofar as it is necessary to preserve any rights or defenses.

Dated: July 30, 2019

IT IS SO STIPULATED AND AGREED:

| Defendants Ingenico Inc., Ingenico Corp., Ingenico Group SA, and Ingenico Ventures SAS, | Plaintiffs AnywhereCommerce, Inc. and BBPOS Limited, |
|---|---|
| By their attorneys, | By their attorneys, |

/s/ John A. Tarantino
JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
WILLIAM K. WRAY, JR. (BBO #689037)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
wwray@apslaw.com

/s/ Robert P. Rudolph
Jonathon D. Friedmann, Esq. (BBO #180130)
jfriedmann@rflawyers.com
Robert P. Rudolph, Esq. (BBO # 684583)
RRudolph@rflawyers.com
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109

RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Tel.: (617) 723-7700
Fax: (617) 227-0313

-and-

/s/ Melissa A. Bozeman
Oliver D. Griffin, Esq.
Peter N. Kessler, Esq.
Melissa A. Bozeman, Esq.
Kutak Rock LLP
303 Peachtree Street, N.E., Suite 2750
Atlanta, GA 30308
Greg.crochet@kutakrock.com
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com

IT IS SO ORDERED:

_____
The Honorable Indira Talwani
United States District Court for the District of Massachusetts

DATED: 8/1/2019