## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>INGENICO, INC., INGENICO CORP., and INGENICO GROUP, SA,<br><br>    Defendants. | Civil Docket No: 1:19-cv-11457-IT |

## STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND

This is the stipulation and joint motion of Plaintiffs and Defendants (collectively, the "Parties") for an extension of time for Plaintiffs to Answer or otherwise respond to Defendant Ingenico Inc.'s Amended Counterclaims to November 27, 2019. But for this Stipulation and Joint Motion, Plaintiffs' responsive pleading or motion would be due today, November 13, 2019.

In support hereof, the Parties state as follows:

1. On October 30, 2019, Defendant Ingenico Inc. filed its Amended Counterclaims against Plaintiffs.

2. On November 12, 2019 Plaintiffs contacted Defendant and indicated that they intended to move to dismiss one of the Amended Counterclaims and stated the grounds therefor.

3. In order to permit the Parties to productively meet-and-confer concerning Plaintiffs' Motion, the Parties stipulate and jointly move for an extension of time so that Plaintiffs may respond to the Amended Counterclaims on or before November 27, 2019.

4. Accordingly, the Parties jointly move the Court to enter an Order changing the current deadline for Plaintiffs to respond to the Amended Counterclaim to November 27, 2019.

WHEREFORE, based on the foregoing, the Parties respectfully request that their Joint Motion be ALLOWED.

Dated: November 13, 2019.

| Defendants Ingenico Inc., Ingenico Corp., and Ingenico Group SA, | Plaintiffs AnywhereCommerce, Inc. and BBPOS Limited, |
|---|---|
| By their attorneys, | By their attorneys, |
| */s/ John A. Tarantino* <br> JOHN A. TARANTINO (BBO #492230) <br> PATRICIA K. ROCHA (BBO #542348) <br> WILLIAM K.WRAY, JR. (BBO #689037) <br> Adler Pollock & Sheehan P.C. <br> One Citizens Plaza, 8th Floor <br> Providence, RI 02903 <br> Tel: (401) 274-7200 <br> Fax: (401) 351-4607 <br> jtarantino@apslaw.com <br> procha@apslaw.com <br> wwray@apslaw.com | */s/ Jonathon D. Friedmann* <br> Jonathon D. Friedmann, Esq. (BBO #180130) <br> jfriedmann@rflawyers.com <br> Robert P. Rudolph, Esq. (BBO # 684583) <br> RRudolph@rflawyers.com <br> Rudolph Friedmann LLP <br> 92 State Street <br> Boston, MA 02109 <br><br> RUDOLPH FRIEDMANN LLP <br> 92 State Street <br> Boston, MA 02109 <br> Tel.: (617) 723-7700 <br> Fax: (617) 227-0313 <br><br> -and- <br><br> */s/ Melissa A. Bozeman* <br> Oliver D. Griffin, Esq. <br> Peter N. Kessler, Esq. <br> Melissa A. Bozeman, Esq. <br> Kutak Rock LLP <br> 303 Peachtree Street, N.E., Suite 2750 <br> Atlanta, GA 30308 <br> Oliver.griffin@kutakrock.com <br> Peter.kessler@kutakrock.com <br> Melissa.bozeman@kutakrock.com |

IT IS SO ORDERED:

_____
The Honorable Indira Talwani
United States District Court for the District of Massachusetts

DATED: