Español | Contact | NEWS | SUPPORT | DEVELOPERS › | CLIENTS & PARTNERS › | PRODUCTS › | ABOUT ›



# Card Readers

## PCI DSS Compliance

AnywhereCommerce is a Validated Service Provider of the Payment Card Industry Data Security Standard (PCI DSS). Visa Business ID (BID): 10075308



## Swipe, Dip, or Tap?

### Device Comparison

AnywhereCommerce offers a wide range of certified, compliant, and highly secure devices



Brochure
















All-In-One Nomad POS

- Magstripe
- More
- Chip & Sign
- Printer Option
- Chip & PIN
- Audio Jack
- Contactless
- Bluetooth
- Apps
- USB

### Chip & PIN Nomad WP2

 Magstripe

 More

 Chip & Sign

 Printer Option

 Chip & PIN

 Audio Jack

 Contactless

 Bluetooth

 Apps

 USB





## Magstripe Rambler 3

- ✅ Magstripe
- ☐ Chip & Sign
- ☐ Chip & PIN
- ☐ Contactless
- ☐ Apps
- **More**
- ☐ Printer Option
- ✅ Audio Jack
- ☐ Bluetooth
- ☐ USB

Each of AnywhereCommerce products is covered by one or more of the following patents:

**Apparatus and method for commercial transactions using a communication device**

US9818107
US9613351
US9443239
US9311637
US9269084
US9016566
US8534554
US8286875
US8281998
CA2752053

**Apparatus and method for conducting secure financial transactions**

US9053471
US8055545
CA2698086
JP5608081

| Title | Patent Numbers |
|---|---|
| Apparatus for and method of secure ATM debit card and credit card payment transactions via the internet | US6834271<br>CA2385671 |
| Apparatus and method for encryption and pass-through handling of confidential information in software applications | US8452955<br>CA2603253 |
| Apparatus and method to prevent man in the middle attack | CA2723747 |