# EXHIBIT C

**USPTO Patent Full-Text and Image Database**

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**AN/4361423**: 11 patents.
*Hits 1 through 11 out of 11*

[Jump To] [_____]

[Refine Search] AN/4361423

| PAT. NO. | Title |
|---|---|
| 1 9,818,107 | T Apparatus and method for commercial transactions using a communication device |
| 2 9,613,351 | T Apparatus and method for commercial transactions using a communication device |
| 3 9,443,239 | T Apparatus and method for commercial transactions using a communication device |
| 4 9,311,637 | T Apparatus and method for commercial transactions using a communication device |
| 5 9,269,084 | T Apparatus and method for commercial transactions using a communication device |
| 6 9,053,471 | T Apparatus and method for conducting securing financial transactions |
| 7 9,016,566 | T Apparatus and method for commercial transactions using a communication device |
| 8 8,534,554 | T Apparatus and method for commercial transactions using a communication device |
| 9 8,286,875 | T Apparatus and method for commercial transactions using a communication device |
| 10 8,281,998 | T Apparatus and method for commercial transactions using a communication device |
| 11 8,055,545 | T Apparatus and method for conducting secure financial transactions |

[Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home] [Quick] [Advanced] [Pat Num] [Help]

[View Cart]

## Data current through November 5, 2019.

**Query** [Help]

**Term 1:** `4361423` in **Field 1:** [Assignee Name ▼]

[AND ▼]

**Term 2:** [           ] in **Field 2:** [All Fields ▼]

**Select years** [Help]

[1976 to present [full-text] ▼]   [Search]  [Reset]

Patents from 1790 through 1975 are searchable only by Issue Date, Patent Number, and Current US Classification. When searching for specific numbers in the Patent Number field, utility patent numbers are entered as one to eight numbers in length, excluding commas (which are optional, as are leading zeroes).