UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,<br><br>Defendants and Counterclaim Plaintiff. | CIVIL ACTION NO. 1:19-cv-11457-IT |

**Stipulation Extending Time to Respond
to Plaintiffs' First Set of Requests for Production of Documents Upon Defendants**

Pursuant to Fed. R. Civ. P. 29(b), Plaintiffs and Defendants jointly stipulate and agree that Defendants' time to respond to Plaintiffs' First Set of Requests for Production of Documents Upon Defendants shall be extended through and including February 3, 2020.

Dated: January 16, 2020

IT IS SO STIPULATED AND AGREED:

| Defendants Ingenico Inc., Ingenico Corp., and Ingenico Group SA, | Plaintiffs AnywhereCommerce, Inc. and BBPOS Limited, |
|---|---|
| By their attorneys, | By their attorneys, |
| */s/ John A. Tarantino* <br> JOHN A. TARANTINO (BBO #492230) <br> PATRICIA K. ROCHA (BBO #542348) <br> WILLIAM K.WRAY, JR. (BBO #689037) <br> Adler Pollock & Sheehan P.C. <br> One Citizens Plaza, 8th Floor <br> Providence, RI 02903 <br> Tel: (401) 274-7200 <br> Fax: (401) 351-4607 <br> jtarantino@apslaw.com <br> procha@apslaw.com | */s/ Oliver D. Griffin* <br> Oliver D. Griffin, Esq. <br> Peter N. Kessler, Esq. <br> Melissa A. Bozeman, Esq. <br> Kutak Rock LLP <br> 303 Peachtree Street, N.E., Suite 2750 <br> Atlanta, GA 30308 <br> Greg.crochet@kutakrock.com <br> Oliver.griffin@kutakrock.com <br> Peter.kessler@kutakrock.com <br> Melissa.bozeman@kutakrock.com |

*-and-*

*/s. Jonathon D. Friedmann*
Jonathon D. Friedmann, Esq. (BBO #180130)
jfriedmann@rflawyers.com
Robert P. Rudolph, Esq. (BBO # 684583)
RRudolph@rflawyers.com
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109

RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Tel.: (617) 723-7700
Fax: (617) 227-0313