UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANYWHERECOMMERCE, INC.** <br> **and BBPOS LIMITED,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **INGENICO, INC., INGENICO CORP., and** <br> **INGENICO GROUP, SA,** <br><br> **Defendants.** | **CIVIL ACTION NO.** <br> **1:19-cv-11457-IT** |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5(a), the undersigned counsel hereby enters her appearance in this matter on behalf of Defendants, Ingenico Inc., Ingenico Corp., and Ingenico Group SA.

Respectfully submitted,

/s/ Nicole J. Benjamin
Nicole J. Benjamin  (BBO #666959)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI  02903
Telephone:  (401) 274-7200
Facsimile:  (401) 751-0604
nbenjamin@apslaw.com

Dated:  February 3, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2020 a true and accurate copy of the foregoing document was served on all counsel of record registered to receive ECF notices in the above-captioned case.

/s/ Nicole J. Benjamin

991394.v1