# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br><br>**Plaintiffs,**<br><br>v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,<br><br>**Defendants.** | **Civil Docket No: 1:19-cv-11457-IT**<br><br>**Jury Trial Demanded** |

## NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiffs AnywhereCommerce, Inc. and BBPOS Limited, by and through counsel, notify the parties of their intent to serve the attached subpoena upon O.B. Rawls.

Dated: February 25, 2020

                                          KUTAK ROCK LLP

                                          */s/ Daniel Carmeli*
                                          Oliver D. Griffin (Pro Hac Vice)
                                          Pennsylvania Bar No. 88026
                                          Oliver.griffin@kutakrock.com
                                          Peter N. Kessler (Pro Hac Vice)
                                          Pennsylvania Bar No. 209033
                                          Peter.kessler@kutakrock.com
                                          Melissa A. Bozeman (Pro Hac Vice)
                                          Pennsylvania Bar No. 201116
                                          Melissa.bozeman@kutakrock.com
                                          1760 Market Street
                                          Suite 1100
                                          Philadelphia, PA  19103-4104
                                          (215) 299-4384 (Telephone)
                                          (215) 981-0719 (Facsimile)

                                          Daniel Carmeli (Pro Hac Vice)
                                          Colorado Bar No. 52880

4813-7653-9574.1

1801 California Street
Suite 3000
Denver, CO 80202-2652
(303) 297-2400 (Telephone)
(303) 292-7799 (Facsimile)

Attorneys for Plaintiffs

4813-7653-9574.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 25, 2020, a true and correct copy of the above and foregoing *Notice of Intent to Serve Subpoena* was filed with the Clerk of the Court for the District Court of Massachusetts by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                                    */s/ Daniel Carmeli*
                                                    Attorney for Plaintiffs