**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>INGENICO INC., INGENICO CORP. and INGENICO GROUP, SA,<br><br>Defendants. | CIVIL ACTION NO.<br>1:19-cv-11457-IT |

**JOINT MOTION FOR RULE 502(d) ORDER AND
STIPULATION AND PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 502(d) of the Federal Rules of Evidence, the parties in the above-captioned litigation respectfully move this Court for entry of Stipulated Rule 502(d) Order attached hereto as Exhibit A as well as the Stipulation and [Proposed] Protective Order (the "Protective Order") attached hereto as Exhibit B. As grounds for this Joint Motion, the parties state that private, corporate, proprietary, and employee information protected from disclosure is at issue in this case and is being sought by the parties in discovery. Entry of the attached proposed Protective Order is necessary to maintain the confidentiality of such information.

Dated: February 27, 2020

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs<br>AnywhereCommerce, Inc.<br>and BBPOS Limited, | Defendants<br>Ingenico Inc., Ingenico Corp. and Ingenico Group SAS, |
| By their attorneys, | By their attorneys, |
| /s/ *Jonathon D. Friedmann*<br>JONATHON D. FRIEDMANN (BBO #180130)<br>ROBERT P. RUDOLPH (BBO # 684583)<br>Rudolph Friedmann LLP<br>92 State Street<br>Boston, MA 02109<br>Tel.: (617) 723-7700<br>Fax: (617) 227-0313<br>jfriedmann@rflawyers.com<br>rrudolph@rflawyers.com | /s/ *John A. Tarantino*<br>JOHN A. TARANTINO (BBO #492230)<br>PATRICIA K. ROCHA (BBO #542348)<br>NICOLE J. BENJAMIN (BBO #666959)<br>WILLIAM K.WRAY, JR. (BBO #689037)<br>Adler Pollock & Sheehan P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>Tel: (401) 274-7200<br>Fax: (401) 351-4607<br>jtarantino@apslaw.com<br>procha@apslaw.com<br>nbenjamin@apslaw.com<br>wwray@apslaw.com |

-and-

OLIVER D. GRIFFIN (admitted *pro hac vice*)
PETER N. KESSLER (admitted *pro hac vice*)
MELISSA A. BOZEMAN (admitted *pro hac vice*)
Kutak Rock LLP
1760 Market Street, Suite 1100
Philadelphia, PA 19103-4104
Tel.: (215) 299-4384
Fax: (215) 981-0719
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com

DANIEL CARMELI (admitted *pro hac vice*)
1801 California Street, Suite 3000
Denver, CO 80202-2652
Tel.: (303) 297-2400
Fax: (303) 292-7799
Daniel.carmel@kutakrock.com

-and-

RICARDO G. CEDILLO (admitted *pro hac vice*)
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Avenue, Suite 500
San Antonio, TX 78212
Tel.: (210) 822-6666
Fax: (210) 822-1151
rcedillo@lawdcm.com

997544.v1