## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANYWHERECOMMERCE, INC.** <br> **and BBPOS LIMITED,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **INGENICO INC., INGENICO CORP., and** <br> **INGENICO GROUP S.A.** <br><br> **Defendants.** | **CIVIL ACTION NO.** <br> **1:19-cv-11457-IT** |

## ENDORSEMENT OF PROTECTIVE ORDER

I hereby attest to my understanding that information or documents designated as Confidential or Highly Confidential – Attorneys' Eyes Only, and any other Confidential Information, are provided to me subject to the Protective Order dated _____, 2020 ("Order"), in the above-captioned litigation ("Litigation"); that I have been given a copy of and have carefully read and understand the provisions of the Order; and, that I agree to be bound by its terms. I also understand that my execution of this Endorsement, indicating my agreement to be bound by the Order, is a prerequisite to my review of any Confidential Information pursuant to the Order.

I further agree that I shall not disclose to others, except in accord with the Order, any Confidential Information, in any form whatsoever, and that such Confidential Information may be used only for the purposes authorized by the Order. I understand that I am to retain all copies

of the materials that I receive which have been designated as Confidential or Highly Confidential – Attorneys' Eyes Only in a safe place in a manner consistent with the Order.

I further agree and attest to my understanding that my obligation to honor the confidentiality of such Confidential Information will continue even after this Litigation concludes. I further agree to return all copies of any Confidential Information I have received to counsel who provided them to me, or to destroy such materials, upon completion of the purpose for which they were provided and no later than the conclusion of this Litigation.

I further agree and attest to my understanding that, if I fail to abide by the terms of the Order, I may be subject to sanctions, including contempt of court, for such failure. I agree to be subject to the jurisdiction of the United States District Court, District of Massachusetts, for the purposes of any proceedings relating to enforcement of the Order. I further agree to be bound by and to comply with the terms of the Order as soon as I sign this Endorsement, regardless of whether the Order has been entered by the Court.

Date: _____

By: _____

997644.v1