AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:19-CV-11457

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* First Data Corporation c/o Corporation Service Company RA was received by me on *(date)* 02/26/2020.

☑ I served the subpoena by delivering a copy to the named person as follows: Alisha Smith, Process Specialist, authorized recipient for First Data Corporation c/o Corporation Service Company, Registered Agent, 40 Technology Pkwy S, Ste 300, Norcross, GA 30092 on *(date)* 03/02/2020 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-3-2020

*Server's signature*

DONNIE C. BRILEY - PROCESS SERVER
*Printed name and title*

MLQ an ABC LEGAL COMPANY
2000 RIVEREDGE PKWY.
ATLANTA, GA 30328

*Server's address*

Additional information regarding attempted service, etc:

688599