## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANYWHERECOMMERCE, INC. and BBPOS LIMITED,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,**<br><br>**Defendants.** | **Civil Docket No: 1:19-cv-11457-IT**<br><br><br>**Jury Trial Demanded** |

### DECLARATION OF MELISA BOZEMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

I, Melissa Bozeman, hereby declare as follows:

1.      I am an attorney licensed to practice before this Court and a partner of the law firm Kutak Rock LLP, which represents Plaintiffs in the above-captioned action.

2.      I submit this declaration in support Plaintiffs' Opposition to Defendants' Motion to Compel Discovery from Plaintiffs.

3.      The number of documents produced by BBPOS, as believed to be responsive to Defendants' Request Nos. 41, 43, and 44, are conservatively estimated to exceed 9,276 documents. A true and correct copy of the screenshot of the page in the database showing the number of responsive documents is attached hereto as **Exhibit A**.

Dated this 31st day of December, 2021

*/s/ Melissa A. Bozeman*
MELISSA A. BOZEMAN

1

