

Kutak Rock LLP
1801 California Street, Suite 3000, Denver, CO 80202-2652
office 303.297.2400

**Daniel Carmeli**
303.292.7754
daniel.carmeli@kutakrock.com

April 30, 2020

**VIA EMAIL**

Nicole Benjamin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
nbenjamin@aspslaw.com

      Re:    AnywhereCommerce, Inc. et al. v. Ingenico Inc. et al. - Stipulated Parameters for Plaintiffs' ESI Searches

Dear Ms. Benjamin:

      This letter serves to memorialize the parties' agreement as to Plaintiffs' ESI search parameters. As we indicated in our initial proposal, the agreement is subject to the following reservation of rights:

> By agreeing to these Proposed Search Parameters, Plaintiffs do not waive and expressly preserve any objections they have made or that they make in the future with respect to any discovery requests propounded by any of the Defendants. That includes, but is not limited to, (1) the objections raised in response to Ingenico Corp.'s First Set of Requests for Production of Documents directed to AnywhereCommerce, Inc.; (2) the objections raised in response to Ingenico Corp.'s First Set of Requests for Production of Documents directed to BBPOS Limited; (3) the objections raised in response to Ingenico Inc.'s First Set of Requests for Production of Documents directed to AnywhereCommerce, Inc.; and (4) the objections raised in response to Ingenico Corp.'s First Set of Requests for Production of Documents directed to BBPOS Limited.

> These search parameters are intended to narrow the pool of documents to exclude documents that are not relevant to this litigation. However, reaching agreement on search parameters does not absolve either party from producing all responsive documents discoverable under the Federal Rules of Civil Procedure. As discussed during the March 30, 2020 conference with the Court, the parties intend to separately evaluate non-email document sources, as necessary, for discrete

4847-5501-6123.1

**KUTAK**ROCK

Nicole Benjamin
April 30, 2020
Page 2

categories of documents that may be difficult or impossible to locate through automated searches (e.g., agreements, financial documents).

It is intended that the search parameters not be supplemented after they have been finalized and agreed to except in the event that further discovery reveals new information that (a) could not reasonably have been known by the discovering party and (b) warrants additional searches to locate discoverable documents that had yet to be produced.

The terms of the Stipulation and Order Regarding Discovery Requests Served by Defendants also is incorporated by reference hereto.

The stipulated search parameters are attached as Exhibit A.

Sincerely,

*/s/ Daniel Carmeli*

Daniel Carmeli

cc:   counsel of record
Attachment

**Exhibit A – Plaintiffs' Search Parameters**

|  | **AnywhereCommerce, Inc.** | **BBPOS Limited** |
|---|---|---|
| **Custodians** | 1. Michael Kron<br>2. Amy Gray<br>3. Mitchell Cobrin<br>4. Mark Diamond | 1. Ben Lo<br>2. Jimmy Tang<br>3. Daniel Tsai<br>4. Matthew Ng<br>5. Ian Lai<br>6. Chan Wing Cheong |
| **Data Sources** | 1. Email<br>2. Local Hard Drives<br>3. Cloud Storage | 1. Email<br>2. Local Hard Drives<br>3. Cloud Storage |
| **Time Period** | January 2010 – December 20, 2018 | January 2010 – December 20, 2018 |
| **Search Terms** | 1. "First Data" OR FDC OR FDMS OR FDRC OR TASQ OR Apriva OR RapidConnect OR TeleCheck OR Clover OR "FD Ventures" OR Bobier OR Rawls OR !firstdata.com OR !tasq.com OR !apriva.com OR "Cono Sur" OR Omnipay<br><br>2. POGO<br><br>3. PayPal OR YUM! OR "Wells Fargo" OR "Bank of America" OR BOA OR BOFA OR BAMS OR | 1. !Ingenico! OR !ROAM! OR !Graylin! OR !Hanna! OR !Shipley! OR !roamdata.com OR !ingenico.com OR ROAMp! OR Coloe OR !Thienpoint! OR !Jean-Marc! OR !Sailler! OR !Florian! OR !Frontz! OR !Paull! OR !Coonen! OR !Rotsaert! OR !Lazare! OR !Tallent! OR !Philippe! OR !Phillipe! |

|  |  |
|---|---|
| INVENSTAR OR "Banco Azteca" OR TAXIPASS OR "Novo Dia"<br><br>4. Ingenico OR ROAM OR !Graylin! OR !Coloe! OR !Hanna! OR !Shipley! OR !roamdata.com OR !ingenico.com OR !Paull! OR ROAMp! OR !Frontz! OR !Sailler! OR !Florian! OR !Thienpoint! OR !Jean-Marc! OR !Lazare! OR !Coonen! OR !Tallent! OR !Rotsaert! OR Philippe OR Phillipe<br><br>5. "Engineering Development and License Agreement" OR "License Agreement and Non-Competition Agreement"<br><br>6. "Crypto Swipe" OR "Circle Swipe" OR CircleSwipe!<br><br>7. G3X OR G4X OR G5X OR RP350X<br><br>8. (Patent or "intellectual property" or IP) /5 license<br><br>9. ND2! OR NO1! OR NO2! OR NDWP2! OR NWP2! OR NOWP2! OR NDPOS! OR BAM30! OR BAMS30! OR HAWK01! OR HAWK02! OR RAK30! OR RA3! OR RA2! OR WKBT! OR BTWK! OR C2XB! OR WKC2XBT! OR WK1! OR WK2! OR C2XC! OR DLPG! OR WKC2!<br><br>10. (BBPOS OR (ben w/2 lo) OR (chi w/3 lo) OR (wah w/2 chi) OR (wah w/2 low) OR !benlo! OR (hwai w/2 sian) OR !danieltsai! OR "daniel tsai" OR !jimmytang! OR !jimmy.tang! OR !jtang! OR Rambler OR Rover OR Nomad OR Bento OR | 2. "Engineering Development and License Agreement" OR "License Agreement and Non-Competition Agreement"<br><br>3. "North American Bancard" OR NAB<br><br>4. "Crypto Swipe" OR "Circle Swipe" OR CircleSwipe!<br><br>5. "any portion thereof"<br><br>6. "similar to or based upon"<br><br>7. "similar to or based on"<br><br>8. "directly or indirectly"<br><br>9. "Exhibit K"<br><br>10. Rambler OR Nomad OR Walker OR Bento<br><br>11. G3X OR G4X OR G5X OR RP350X<br><br>12. WPC! OR WPP! OR ACS20! OR CHB! OR CHC! OR CHM1! OR CHM2! OR CCP1! OR SEM3! OR SPR10! OR SST4! OR WSC!<br><br>13. AC OR AnywhereCommerce OR "Anywhere Commerce" OR !@anywherecommerce.com OR !@michaelkron.com OR !@cobrin.org OR !@homeatm.net OR HomeATM OR "Home ATM" OR "4361423" OR !Cobrin! OR !Kron! OR Mages! OR HATM)<br><br>AND |

| | |
|---|---|
| | !@bbpos.com OR !@bbpos.com.hk OR !@bbposmsl.com OR !@bbposhk.atlassian.net)<br><br>AND<br><br>(MSR OR Magstripe OR Chipper OR Swipe! OR Bluetooth OR EMV! OR audio-jack OR audiojack OR make! OR develop! OR manufac! OR produc! OR design! OR infring! OR misappropriat! OR violat! OR breach! OR exclusiv! OR licens! OR contract OR agree! OR schem! OR patent! OR invoice! OR suppl! OR impor! or distribut! OR sell! OR sale!) | (MSR OR Magstripe OR Swipe! OR Bluetooth OR EMV! OR audio-jack OR audiojack OR make! OR develop! OR manufac! OR produc! OR design! OR infring! OR misappropriat! OR violat! OR breach! OR exclusiv! OR licens! OR contract! OR agree! OR schem! OR patent! OR invoice! OR suppl! OR impor! or distribut! OR sell! OR sale!) |

4840-0711-9547.1