# EXHIBIT A

**Bozeman, Melissa A.**

| | |
|---|---|
| **From:** | Techentin, Jeffrey <Jtechentin@apslaw.com> |
| **Sent:** | Thursday, December 30, 2021 9:29 AM |
| **To:** | Bozeman, Melissa A.; Griffin, Oliver D.; Nemcik, Robin M.; Forman, Anna S. |
| **Cc:** | Benjamin, Nicole; Tarantino, John |
| **Subject:** | RE: AC / BBPOS v. Ingenico |
| **Categories:** | Attachments |

**[ CAUTION - EXTERNAL SENDER ]**

Hi Melissa, I'm available today until about noon and intermittently after 3pm, but we're not inclined either to join in, or assent to, such an extension. If you have information that you think might alter our position, we're willing to consider it, of course, but I think the court has been quite clear about its feelings on extending the schedule and perceive no reason to persuade it otherwise.

Jeff


**JEFFREY K. TECHENTIN**
V-CARD | BIO | WEBSITE | Jtechentin@apslaw.com
One Citizens Plaza, 8th Floor, Providence RI 02903
Direct 401.427.6147 | Main 401.274.7200

PROVIDENCE - BOSTON - NEWPORT - NEW HAMPSHIRE




This e-mail message is confidential and is intended only for the named recipient(s). It may contain information that is subject to the attorney client privilege or the attorney work-product doctrine or that is otherwise exempt from disclosure under applicable law. If you have received this e-mail message in error, or are not the named recipient(s), please immediately notify Jtechentin@apslaw.com and delete this message from your computer and destroy all copies. Thank you.

**From:** Bozeman, Melissa A. <Melissa.Bozeman@KutakRock.com>
**Sent:** Wednesday, December 29, 2021 10:19 PM
**To:** Techentin, Jeffrey <Jtechentin@apslaw.com>; Griffin, Oliver D. <Oliver.Griffin@KutakRock.com>; Nemcik, Robin M. <Robin.Nemcik@KutakRock.com>; Forman, Anna S. <Anna.Forman@KutakRock.com>
**Subject:** AC / BBPOS v. Ingenico

Jeff: Do you have time tomorrow for a short meet and confer? We want to know whether you will agree to extending all existing CM deadlines by 30 days. Given your pending motion and the short timeframe on the upcoming expert deadlines, we would appreciate if you could get back to us on this matter tomorrow so that we can expeditiously move for relief from the court accordingly.

Thanks.

Melissa

This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error,

please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.