UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>INGENICO, INC., INGENICO CORP., INGENICO GROUP, SA, and INGENICO VENURES SAS,<br><br>  Defendants. | Civil Docket No: 1:19-cv-11457-IT<br><br>Corrected Amended Scheduling Order<br>(Leave to file granted on January 13, 2022) |

TALWANI, D.J.

This Corrected Amended Scheduling Order is intended to provide a reasonable timetable for remaining case management deadlines in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Remaining Case Management Deadlines**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Expert Discovery**.

    a.   Plaintiffs' affirmative experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by, February 16, 2022.

    b.   Defendants' affirmative and rebuttal experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by March 18, 2022.

    c.   Plaintiffs' rebuttal experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by April 17, 2022.

    d.  All affirmative and rebuttal experts must be deposed by May 17, 2022.

 2.  **Dispositive Motions**.

    a.  Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by _____.

 3.  **Initial Pretrial Conference**. An initial pretrial conference will be held on _____ at \_\_\_\_ a.m./p.m.  The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

Procedural Provisions

                  _____
                  **United States District Judge**