# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ANYWHERECOMMERCE, INC. and
BBPOS LIMITED,

      **Plaintiffs,**

          **v.**

INGENICO INC., INGENICO CORP.,
and INGENICO GROUP, SA,

      **Defendants.**

**Civil Docket No: 1:19-cv-11457-IT**

## JOINT STATUS REPORT

Plaintiffs AnywhereCommerce, Inc. and BBPOS Limited and Defendants Ingenico Inc., Ingenico Corp. and Ingenico Group S.A. (collectively "the Parties"), by and through their respective counsel, respectfully submit this joint status report as directed by the Court at the December 20, 2021 status report in this matter.

The Parties have conferred and jointly report that due to the need for expert opinion evidence, summary judgment motions cannot be filed prior to the conclusion of expert discovery. The current deadline for the submission of summary judgment motions is May 16, 2022. The Court recently allowed Plaintiffs' request for an amendment to the schedule for this case, extending existing expert discovery deadlines by three weeks.[1] Accordingly, the Parties respectfully request that the Court extend the deadline for the filing of dispositive motions by three weeks, though and until June 8, 2022.

Respectfully submitted,

---

[1] The Amended Scheduling Order filed on January 13, 2022 (Doc. 171) contained typographical errors in the deadlines and dates set forth in the proposed amended schedule. Plaintiffs intend to submit a corrected document. This Joint Status Report is premised upon the corrected dates.

ANYWHERECOMMERCE, INC., and
BBPOS LIMITED

By their attorneys,


*/s/ Melissa A. Bozeman*
Oliver D. Griffin, Esq.
Peter N. Kessler, Esq.
Melissa A. Bozeman, Esq.
Daniel Carmeli, Esq. (admitted *pro hac vice*)
Kutak Rock LLP
1760 Market Street, Suite 1100
Philadelphia, PA  19103
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com
daniel.carmeli@kutakrock.com

Jonathon D. Friedmann, Esq.
Robert P. Rudolph, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

Ricardo G. Cedillo, Esq.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
rcedillo@lawdcm.com

INGENICO INC., INGENICO CORP., and
INGENICO GROUP S.A.

By their attorneys,


/s/ *Jeffrey K. Techentin*
JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
NICOLE J. BENJAMIN (BBO #666959)
JEFFREY K. TECHENTIN (*pro hac vice*)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
jtechentin@apslaw.com

January 14, 2022

## CERTIFICATE OF SERVICE

I certify that on this 1t4h day of January 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Melissa A. Bozeman*
Melissa A. Bozeman