UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>INGENICO, INC., INGENICO CORP., INGENICO GROUP, SA, and INGENICO VENURES SAS,<br><br>    Defendants. | Civil Docket No: 1:19-cv-11457-IT |

### STIPULATION OF DISMISSAL AS TO COUNT VIII OF INGENICO INC.'S SECOND AMENDED COUNTERCLAIMS

Plaintiffs AnywhereCommerce, Inc. and BBPOS Limited and Defendant Ingenico Inc., by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. C. P. 41(a)(1)(A)(ii) to the dismissal without prejudice of Count VIII Ingenico Inc.'s Second Amended Counterclaims (Doc. No. 78). All parties are to bear their own costs and attorneys' fees.

Dated: March 7, 2022

| | |
|---|---|
| Plaintiffs AnywhereCommerce, Inc. and BBPOS Limited,<br>By their attorneys, | Defendant Ingenico Inc.<br><br>By its attorneys, |
| */s/ Jonathon D. Friedman*<br>Jonathon D. Friedmann (BBO #180130)<br>Robert P. Rudolph (BBO # 684583)<br>Rudolph Friedmann LLP<br>92 State Street<br>Boston, MA 02109<br>Tel.: (617) 723-7700<br>Fax: (617) 227-0313<br>jfriedmann@rflawyers.com<br>RRudolph@rflawyers.com<br><br>-and- | */s/ Jeffrey K. Techentin*<br>JOHN A. TARANTINO (BBO #492230)<br>PATRICIA K. ROCHA (BBO #542348)<br>JEFFREY K. TECHENTIN (*pro hac vice*)<br>NICOLE J. BENJAMIN (BBO #666959)<br>Adler Pollock & Sheehan P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>Tel: (401) 274-7200<br>Fax: (401) 351-4607<br>jtarantino@apslaw.com<br>procha@apslaw.com<br>jtechentin@apslaw.com<br>nbenjamin@apslaw.com |

*/s/ Melissa A. Bozeman*
Oliver D. Griffin (admitted *pro hac vice*)
Peter N. Kessler (admitted *pro hac vice*)
Melissa A. Bozeman (admitted *pro hac vice*)
Kutak Rock LLP
1760 Market Street, Suite 1100
Philadelphia, PA 19103-4104
Tel: (215) 299-4384
Fax: (215) 981-0719
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com

Daniel Carmeli (admitted *pro hac vice*)
Kutak Rock LLP
1801 California Street, Suite 3000
Denver, CO 80202-2652
Tel: (303) 297-2400
Fax: (303) 292-7799
Daniel.Carmeli@kutakrock.com

And

Ricardo G. Cedillo (admitted *pro hac vice*)
Davis, Cedillo & Mendoza, Inc.
755 El. Mulberry Avenue, Suite 500
San Antonio, TX 78212
Tel: (210) 822-6666
rcedillo@lawdcm.com

## CERTIFICATION OF SERVICE

      I hereby certify that on March 7, 2022, a true and accurate copy of the foregoing document was served on all counsel of record registered to receive ECF notices in the above-captioned case.

                                                            */s/ Jeffrey K. Techentin*

1109268.v1