**Documents Listed as Confidential or Highly Confidential**
**Which Defendants Seek to Impound**

1. ROAM Valuation 2012 - Ingenico_0000114-196 – marked highly confidential - contains trade/business information involving pricing of products, sales, and financial information that is not available to the public.

2. Redlined Draft of BBPOS/ROAM Licensing Agreement - Ingenico_0000247-257 – marked confidential - contains non-public draft of agreement between Roam and BBPOS.

3. Email between Lo, Graylin About Exclusivity - Ingenico_0020386-392 – marked highly confidential – contains trade/business information involving product design, development, and pricing.

4. Graylin Email About Terms of Exclusivity - Ingenico_0020801-802 – marked highly confidential – contains trade/business information about finances, development, and strategy.

5. Emails About Negotiation of Licensing Agreement - Ingenico_0020913-915 – marked highly confidential – contains trade/business information about product development and finances.

6. Graylin Email About Value of Devices - Ingenico_0020924-929 – marked highly confidential – contains trade/business information about product pricing, development, and sales.

7. Emails About Pricing and Margins - Ingenico_0034925-926 – marked highly confidential – contains trade/business information about pricing, finances not available to the public .

8. Graylin Report on BBPOS Deal - Ingenico_0047329-334 – marked highly confidential – contains trade/business information about business strategy, finances, and sales not available to the public.

9. Ingenico Business Review - Ingenico_0104763 – marked highly confidential – contains trade/business information about finances and development not available to the public.

10. Emails Between Roam and BBPOS - Ingenico_0162912-919 – marked highly confidential – contains trade/business information about sales and finances not available to the public.

11. Internal Ingenico Emails NAB Swiper - Ingenico_0250839 – marked highly confidential – contains trade/business information including financial information not available to the public.

12. Roam Licensing Agreement as Ammended - Ingenico_0268234-238 – marked confidential – contains trade/business information about finances.

13. Emails with Attachments about 2011 Strategy - Ingenico_0274188-0274217 – marked highly confidential – contains trade/business information about finances and development not available to the public.

14. Email about ABI Research mPOS Rankings - Ingenico_0276976-0277033 – marked highly confidential – contains trade/business information about finances and development not available to the public.

15. Graylin Deposition Transcript – marked confidential – contains trade/business information not available to the public including information about product development and pricing.

16. Graylin Deposition Exhibit Nos. 3-12, 20, 22-23 - contain trade/business information not available to the public including information about product development.

17. Rotsaert Deposition Transcript (10/13/2021) ("Attorney's Eyes Only" designated pages only) - contains trade/business information not available to the public including information about product development and pricing.

18. Rotsaert Deposition Transcript (10/15/2021) - contains trade/business information not available to the public including information about product development and pricing.

19. Rotsaert Deposition Exhibits Nos. 2-7, 11-16, 18-20, 22-24, 26-28, 33-36, 39, 41-44, 46-47, 49-50, 52-55, 57-59 – contain confidential trade/business information about product sales, development, and technology.

20. Shamos Deposition Transcript Exhibit Nos. 2-4 – contains trade/business information about product design and development.

21. Shamos Expert Report – marked confidential – contains trade/business information about product development not available to the public.

22. Vanderhart Deposition Transcript - contains confidential trade/business information involving research and development of products, sales, and financial information that is not available to the public.

23. Vanderhart Deposition Exhibit Nos. 2-4, 6 - contain confidential trade/business information involving research and development of products, sales, and financial information that is not available to the public.

24. Vanderhart Expert Report - contains confidential trade/business information involving research and development of products, sales, and financial information that is not available to the public.