UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br><br>**Plaintiffs,**<br><br>v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,<br><br>**Defendants.** | **Civil Docket No: 1:19-cv-11457-IT** |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Anywherecommerce, Inc. and BBPOS Limited, ("Movants") by and through their counsel of record, respectfully request an Order granting them leave to file a memorandum in support of their motion for summary judgment exceeding the page limitations imposed by L.R. 7.1(b)(4) and totaling up to forty (40) pages.

1. Pursuant to L.R. 7.1(b)(4), memoranda supporting or opposing motions shall be limited to twenty (20) pages.

2. Movants intend to file a motion for summary judgment, and respectfully request leave to file a memorandum in support totaling forty (40) pages. Movants seek to exceed L.R. 7.1's page limitations because Movants' motion for summary judgment will address Ingenico's seven separate counterclaims and because the legal issues raised by Movant's motion and Ingenico's counterclaims are multifaceted and complex.

3. Movants' counsel have conferred with Ingenico's counsel regarding the relief sought herein. Ingenico's counsel has no objection and, in fact, Movants' counsel understands that Ingenico will file a similar motion to exceed page limitations.

WHEREFORE, Plaintiffs/Counterclaim Defendants BBPOS Limited and AnywhereCommerce, Inc. respectfully request an Order granting them leave to file a memorandum in support of their motion for summary judgment exceeding the page limitations imposed by L.R. 7.1(b)(4) and totaling up to forty (40) pages.

KUTAK ROCK LLP

*/s/ Melissa A. Bozeman*
MELISSA A. BOZEMAN
OLIVER D. GRIFFIN
PETER N. KESSLER
Kutak Rock LLP
1760 Market Street, Suite 1100
Philadelphia, PA 19103
Tel: (215) 288-4384
Fax: (215) 981-0719
melissa.bozeman@kutakrock.com
oliver.griffinf@kutakrock.com
peter.kessler@kutakrock.com

JONATHON D. FRIEDMANN
ROBERT P. RUDOLPH
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
Tel: (617) 723-7700
Fax: (617) 227-0313
jfriedmann@rflawyers.com
rrudolph@rflawyers.com

RICARDO G. CEDILLO
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Ave., Ste 500 San Antonio, Texas 78212
Tel: (210) 822-6666
Fax: (210) 822-1151

                                            rcedillo@lawdcm.com

                                            *Counsel for Plaintiffs*
Dated:  June 21, 2022                       *AnywhereCommerce,Inc. and BBPOS*
                                            *Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, I caused to be served via electronic mail a true copy of the foregoing document on the following counsel as follows:

John A. Tarantino
Patricia K. Rocha
Nicole J. Benjamin
JEFFREY K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
jtechentin@apslaw.com


Jonathon D. Friedmann, Esq.
Robert P. Rudolph, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
JFriedmann@rflawyers.com
RRudolph@rfllawyers.com


Ricardo G. Cedillo, Esq.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
rcedillo@lawdcm.com

*/s/Melissa A. Bozeman*
Melkissa A. Bozeman