## Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
 3
 4
 5
    ANYWHERECOMMERCE, INC. and
 6  BBPOS LIMITED
 7       VS.                    C.A. No. 1:19-cv-11457-IT
 8  INGENICO, INC., INGENICO
    CORP., INGENICO GROUP, SA,
 9  and INGENICO VENTURES SAS
10
11
12
13
14
15      VIDEOTAPED WEB CONFERENCE DEPOSITION OF
16                        BEN LO
17
18              December 8, 2021
19                12:30 p.m.
20
21
22
23           Denise A. Webb, CSR, RPR
24
25
```

## Page 2

```
 1               APPEARANCES OF COUNSEL
 2
 3
 4  COUNSEL FOR THE PLAINTIFFS:
    LAW OFFICES OF KUTAK ROCK, LLP
 5  1801 CALIFORNIA STREET, SUITE 3000
    DENVER, COLORADO  80202
 6  BY:  OLIVER D. GRIFFIN, ESQUIRE
    BY:  MELISSA A. BOZEMAN, ESQUIRE
 7  oliver.griffin@kutakrock.com
    melissa.bozeman@kutakrock.com
 8
    COUNSEL FOR THE DEFENDANTS:
 9  LAW OFFICES OF ADLER, POLLOCK & SHEEHAN
    ONE CITIZENS PLAZA, 8TH FLOOR
10  PROVIDENCE, RHODE ISLAND  02903
    BY:   JEFFREY K. TECHENTIN, ESQUIRE
11  jtechentin@apslaw.com
12
13  ALSO PRESENT:  HEIDI STUART, VIDEOGRAPHER
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                   I N D E X
 2
 3
 4  WITNESS:                                      PAGE
 5  BEN LO
 6      EXAMINATION BY MR. TECHENTIN . . . . . . . .7
 7
 8
 9
10              E X H I B I T S
11
12  NO.         DESCRIPTION: DEFENDANT'S          PAGE
13  Exhibit 1   First Amended Complaint . . . . . .235
                (65pp)
14
    Exhibit 37  PCI Security Standards . . . . . . .235
15              Council  (17pp)
16  Exhibit 38  Third Amended  . . . . . . . . . . .235
                Objections and Answers
17              (15pp)
18  Exhibit 39  History of Invention  . . . . . . .235
                (3pp)
19
    Exhibit 40  E-mail string  (3pp) . . . . . . . .235
20
    Exhibit 41  E-mail dated 7/23/12  . . . . . . .235
21              (2pp)
22  Exhibit 42  E-mail dated 2/16/12  . . . . . . .235
                (1p)
23
    Exhibit 43  E-mail string  (2pp) . . . . . . . .235
24
25
```

## Page 4

```
 1  INDEX PAGE CONTINUED:
 2
 3  NO.         DESCRIPTION: DEFENDANT'S          PAGE
 4  Exhibit 44  E-mail dated 8/4/10 . . . . . . . .235
                (1p)
 5
    Exhibit 45  E-mail string  (2pp) . . . . . . . .235
 6
    Exhibit 46  E-mail string  (6pp) . . . . . . . .235
 7
    Exhibit 47  E-mail dated 2/2/12 . . . . . . . .235
 8              (4pp)
 9  Exhibit 48  E-mail string  (2pp) . . . . . . . .235
10  Exhibit 49  E-mail dated 6/5/12 . . . . . . . .235
                (2pp)
11
    Exhibit 50  E-mail string  (4pp) . . . . . . . .235
12
    Exhibit 51  E-mail string  (6pp) . . . . . . . .235
13
    Exhibit 52  E-mail dated 6/13/12  . . . . . . .235
14              (1p)
15  Exhibit 53  Correspondence dated . . . . . . . .235
                6/15/12  (1p)
16
17
18
19
20
21
22
23
24
25
```



Page 9
1  understand that today is a question and answer
2  format, yes?
3  A. Yes.
4  Q. And so I'm going to be asking a series of
5    questions today, and your obligation is to
6    provide answers to those questions consistent
7    with the oath that you just took to tell the
8    truth. You understand that, right?
9  A. I understand that.
10 Q. You understand that the oath that you've taken
11    requires you to tell the truth just as though you
12    were in a courtroom with a judge, even though we
13    don't have a judge here today, yes?
14 A. Yes.
15 Q. And you're doing a very good job of this so far,
16    but because we are being recorded by a court
17    reporter, who's taking down what's being said, in
18    order for it to be clear, it's important that we
19    not talk at the same time. Do you understand
20    that?
21 A. Yes.
22 Q. And so I will do my best to wait until your done
23    answering a question before I answer -- before I
24    ask my next one. And if you could do the same,
25    wait until my question is done before giving an

Page 10
1    answer, that will make things go more smoothly.
2    Do you understand that?
3  A. Yes.
4  Q. If at my point today you don't understand my
5    question, can you please tell me that?
6  A. I will.
7  Q. Because if I ask a question and you answer it,
8    I'm going to understand that you're giving an
9    answer to the question that was given. You
10    understand that?
11 A. Yes.
12 Q. Is there any reason why you are not capable of
13    providing truthful and full answers today?
14 A. Can you repeat the question?
15 Q. Sure. Is there any reason that you are not
16    capable of providing answers to questions today?
17 A. No.
18 Q. We're probably going to go for a while today,
19    and, so, if for any reason you need to take a
20    break or want to take a break, please just say
21    so, and we'll take a break as soon as we can.
22    You can do it periodically. You don't have to
23    tell me why. Just, if you want to take a break,
24    we can take a break. Do you understand that?
25 A. I understand.

Page 11
1  Q. Excellent. Okay. So one last question about
2    that deposition that you gave in the Samsung Pay
3    case, did that have anything to do with the facts
4    that are at issue in the case that you're here
5    for today?
6  A. No.
7  Q. No? Okay.
8  A. No.
9  Q. The -- was BBPOS the plaintiff in that case?
10 A. Yes.
11 Q. Was there any allegation of trade secret theft?
12 A. No.
13 Q. Mr. Lo, can you tell us what where you are
14    current job is?
15 A. I am the CEO of BBPOS.
16 Q. Do you have any other role at BBPOS?
17 A. I'm also a director of BBPOS.
18 Q. How many directors are there?
19 A. There are five directors.
20 Q. How long have you been one of them?
21 A. I've been a director since the company was
22    founded in 2008.
23 Q. What about as CEO? How long have you had that
24    role?
25 A. It's on and off. In 2008, I was the founder

Page 12
1    of the company, and I'm also the CEO. And then I
2    think in 2016, I recruited a CEO, and then I
3    stepped down as the CEO of the company. And then
4    in 2019, my CEO decide, and I'm back to the CEO
5    of the company again (inaudible)
6  Q. Who was CEO from 2016 to '19?
7  A. Alex Choi.
8   (INTERRUPTION BY THE COURT REPORTER TO ADDRESS
9    DIFFICULTY IN UNDERSTANDING THE DEPONENT)
10 Q. Could you spell Alex's last name, please?
11 A. C-H-O-I.
12 Q. What did you do before you became involved with
13    BBPOS?
14 A. I was a CEO and director. So before I
15    founded BBPOS, I was the CEO of another company,
16    also founded by me, called Systems Art Limited.
17 Q. Did you found that with Jimmy Tang?
18 A. Yeah. I found it with Jimmy Tang and Daniel
19    Tsaia.
20 Q. And what kind of business was Systems Art
21    Limited?
22 A. Systems Art Limited is a design company to
23    design electronic products for other companies.
24 Q. How long were you affiliated with Systems Art
25    Limited?


Page 17

1   Limited.
2   Q. Was there a CEO?
3       A. O-O. Chief operating officer.
4   Q. Was there a CEO?
5       A. Yes, there was a CEO.
6   Q. Who?
7       A. Jack Lau.
8   Q. L-A-U?
9       A. Yes.
10  Q. Thank you. What did you do before you were
11      associated with Infinite Dream Machine Limited?
12      A. I was still in the university. I was a
13      student.
14  Q. So that was your first business role after
15      school?
16      A. Yes.
17  Q. And where did you go to university?
18      A. Hong Kong University of Science and
19      Technology in Hong Kong.
20          (INTERRUPTION BY THE COURT REPORTER)
21      A. Hong Kong University of Science and
22      Technology in Hong Kong.
23  Q. Did you have a focus to your studies at the Hong
24      Kong University of Science and Technology?
25      A. Yes. I focused in electronic engineering.

Page 18

1   Q. Anything else?
2       A. That's it.
3   Q. Can you tell me, what is the business of BBPOS?
4       A. BBPOS is a -- is design and manufacturer of a
5       mPOS mobile point of sales. It's a dongle.
6       (Inaudible) smart phone. It can turn a
7       smartphone into a point of sales service terminal
8       to take payment.
9   Q. So BBPOS makes, you called it, an mPOS; is that
10      right?
11      A. That's correct.
12  Q. And that stands for mobile point sale, yes?
13      A. Yes.
14  Q. And I think you said that mPOS devise is a
15      dongle, yes?
16      A. Yes. It's a dongle. It's a dongle. It's a
17      peripheral plug in and mobile phone. And then
18      there's an F1A in the mobile phone to communicate
19      with the dongle, to take that data and
20      (inaudible) payment processor.
21  Q. So the mobile point sale dongle connects to a
22      smartphone, yes?
23      A. Correct.
24  Q. And there's an app on the smartphone that
25      interacts with this peripheral device, yes?

Page 19

1       A. Yes.
2   Q. And the mPOS dongle is configured to allow for
3       reading a credit card; is that right?
4       A. That's correct.
5   Q. And the functionality of the dongle plus the
6       smartphone with the app is to facilitate a credit
7       card transaction, correct?
8       A. Correct.
9   Q. Does BBPOS manufacture mPOS dongles?
10      A. Yes.
11  Q. Does it also contract for the manufacture of mPOS
12      dongles?
13      A. Yes. We're contract manufacturer.
14  Q. Does BBPOS sell mPOS dongles to customers?
15      A. Yes.
16  Q. Does BBPOS sell any hardware other than mPOS
17      dongles?
18      A. Yes.
19  Q. What other hardware does BBPOS sell?
20      A. BBPOS also sell a smart POS terminal, and
21      also some accessories, like pep recognize,
22      printer. It's all the peripheral, related to --
23      for emergence to (inaudible).
24  Q. All right. And I'm sorry. I think you said that
25      you also -- BBPOS also sells, did you call it a

Page 20

1       smart POS terminal?
2       A. Yes. Smart POS or end-to-end based POS
3       terminal.
4   Q. Is that a standalone unit that does not require
5       connection to a smartphone?
6       A. That's correct.
7   Q. And then you mentioned some other products that
8       you sell, and I caught that you said you sell
9       printers and other peripherals for merchants.
10      But was there something else that you mentioned?
11      A. Yeah. Printer and also some Android tablet
12      and a bar code scanner.
13  Q. A bar code scanner. And you said Android
14      something. I'm sorry. I didn't catch the word?
15      A. Tablet.
16  Q. Can you spell that? I'm just not understanding
17      it.
18      A. Table with T. T-A-B-L-E-T.
19  Q. Oh, tablet.
20      A. Tablet.
21  Q. Okay. So BBPOS sells Android tablets?
22      A. Yes.
23  Q. What do those do?
24      A. Can you repeat your question?
25  Q. Sure. Are these tablets specifically for



Page 25
1  Q. Printers and other peripherals for the mPOS and
2     POS terminal, yes?
3     A. Yes.
4  Q. It sells tablets, and it's done so for the last
5     few years, yes?
6     A. Yes.
7  Q. And then it provides, as a service for a fee, the
8     Wise manager, which is a mobile device management
9     service, yes?
10    A. Yes.
11 Q. And it provides, for a fee, repair services for
12    the physical hardware, yes?
13    A. Yes.
14 Q. Provides support, but that's free of charge,
15    correct? The software support.
16    A. Correct.
17 Q. And then it does offer design services for
18    customization of its products, and I assume
19    that's done on a -- that's charged as to the
20    particular job, correct?
21    A. Correct.
22 Q. There's no standard fee for those design
23    services, right?
24    A. Correct.
25 Q. Other than those items, which we've just gone

Page 26
1     through, does BBPOS do anything else for its
2     business?
3     A. No. That's it.
4  Q. And when did BBPOS first come out with an mPOS
5     device?
6     A. 2009.
7  Q. 2009?
8     A. Yes.
9  Q. And what device was that?
10    A. It was an audio jack card reader. It only
11    accept Mastercard, and we call it Circle Swipe.
12        (INTERRUPTION BY THE COURT REPORTER)
13    A. It was an audio jack card reader, which only
14    accepts Mastercard. We call the device Circle
15    Swipe.
16 Q. Okay. Let me break that down a little bit. So
17    the first device was called Circle Swipe, yes?
18    A. Yes.
19 Q. And why was it called Circle Swipe?
20    A. Because it's a circle in form factor.
21 Q. Form factor, that's the physical shape of the
22    device, yes?
23    A. Yes.
24 Q. And the Circle Swipe reader that came out in 2009
25    could read a magnetic stripe on a credit card,

Page 27
1     correct?
2     A. Correct.
3  Q. And it was not -- was the Circle Swipe capable of
4     any other form of credit card transaction?
5     A. No. Just Mastercard.
6  Q. And when you say that it was an audio jack
7     device, you mean that it connected to the
8     smartphone through the smartphone's audio jack
9     port, correct?
10    A. Correct.
11 Q. When did BBPOS first sell Circle Swipe?
12    A. 2000 -- (inaudible) 2010.
13 Q. Soon after it was released?
14    A. Yes.
15 Q. Back in 2010 when the Circle Swipe first came
16    out, did BBPOS sell directly to customers?
17    A. No. We just -- we sell to ROAM Data only.
18 Q. Only to roam Gator?
19    A. Yes.
20 Q. And ROAM Data, for the benefit of the court
21    reporter, that's R-O-A-M D-A-T-A, yes?
22    A. Yes.
23 Q. And how was it that you came to be selling the
24    Circle Swipe to ROAM Data?
25    A. Will Graylin, who was the CEO of ROAM Data,

Page 28
1     he was introduced to me by one of my friends.
2     And then he come to -- he fly to Hong Kong, and
3     we sign agreement for distribute of my product in
4     U.S.
5  Q. All right. So, Will Graylin, was he affiliated
6     with ROAM Data?
7     A. Yes.
8  Q. He was the CEO?
9     A. He was the CEO of ROAM Data in 2010, 2010.
10 Q. And who was the friend that introduced you to
11    Will Graylin?
12    A. Ken Mages, who was the CEO of Home ATM.
13 Q. How did you know Ken Mages?
14    A. I'm working on a project. When I found
15    Systems Art, I'm working on a project for Ken
16    Mages.
17 Q. What project were you working on for Ken Mages?
18    A. It's a PIN pad. It's a PIN pad.
19 Q. A PIN pad?
20    A. Yeah. PIN pad. Plug it into a PC.
21 Q. And do you know what Mr. Mages wanted a PIN pad
22    that plugged into a PC for?
23    A. Well, his company (inaudible) Home ATM. So
24    he would like to convert a PC into ATM machines.
25    And ATM machines, you have to enter PIN on the



Page 29

1   ATM machines. So that PIN pad function, as the
2   key (inaudible) for the users to enter the PIN.
3   Q. Did you, in fact, produce a PIN pad for Ken
4      Mages?
5   A. Yes.
6   Q. Did you know anyone else at Home ATM when you
7      were doing this work on the PIN pad?
8   A. Just Ken Mages.
9   Q. Do you know how Ken Mages knew Will Graylin?
10     A. I don't know.
11  Q. So explain to me what happened that Ken Mages
12     introduced you to Will Graylin?
13     A. Can you repeat your question?
14  Q. Sure. I'll try to say it again. Describe for me
15     what happened when Ken introduced you to Will.
16     A. Well, Ken just call me and said that there's
17     gentleman called Will Graylin who would like
18     to -- who would like to buy some product. And
19     then he introduce Will Graylin to me and said
20     that we may be able to have him.
21        So Will call me, and then he ask me, what do
22     I have. And then I told him that I have this
23     Circle Swipe. And then Will fly to Hong Kong.
24     And then I do a demo to Will Graylin.
25        After the demonstration, Will Graylin told

Page 30

1   me that he would like to have another product.
2   So this is how I started relationship with Will
3   Graylin.
4   Q. Did you have any understanding of what ROAM Data
5      did as a business when you first talked to Will
6      Graylin?
7   A. Yes. Will Graylin told me that ROAM Data is
8      a software company. They provide a software
9      called, if I remember correct, it's called ROAM
10     reader. It's a ROAM reader that is a mobile -- a
11     mobile market price to have a merchant to place
12     the order over his application.
13  Q. How did Ken Mages know that you had the Circle
14     Swipe available?
15     A. Because I also -- I sold a card reader to Ken
16     Mages. So this is how he know I have the
17     product.
18  Q. You sold the Circle Swipe to him?
19     A. Yes. Because I also ask him, you know,
20     (inaudible) they stood or not. So this is how
21     they know we have the product.
22  Q. Did you sell it to Home ATM?
23     A. No, we don't.
24  Q. You sold it to Ken Mages?
25     A. No, we don't.

Page 31

1   Q. I'm not sure -- let me just back up, because I'm
2      not sure I understood. I asked you how Ken Mages
3      knew that you had this Circle Swipe, and I
4      thought you said that you had sold some of the
5      product to him. Did I misunderstand --
6   A. I show, not --
7        MR. GRIFFIN: You have to wait for him
8   to finish. You can answer.
9   A. I mean I show. S-H-O-W. I demonstrate.
10  Q. Oh. You showed it to him?
11  A. Yeah.
12  Q. So you hadn't made any sales of the Circle Swipe
13     to either Ken Mages or Home ATM, yes?
14     A. Yes. I didn't make any sales yet. Just show
15     the product to Ken Mages and ask him whether this
16     product is good or not.
17  Q. And what did he say?
18     A. He has no comment.
19  Q. And then you spoke with Will Graylin; he comes
20     out to Hong Kong; you demo the product for him;
21     and then I think you said that Mr. Graylin wanted
22     another product?
23     A. Yes.
24  Q. What was -- what do you mean -- what was this
25     other product?

Page 32

1   A. Well, he said that he would like to have a
2      product, (inaudible) reader. (Inaudible) came
3      with the mobile phone wire audio check. He
4      doesn't like the idea. He said he would like
5      (inaudible) to communicate with mobile phone,
6      microphone and speaker of the phone. So this is
7      the product that he want.
8   Q. Did you ever develop an mPOS device that
9      communicated with the mobile phone through the
10     microphone and speaker?
11     A. I think finish -- I believe I did finish a
12     prototype, and then I give the prototype to Will
13     Graylin.
14  Q. Was that ever commercialized?
15     A. I don't know. But I never put order for this
16     product.
17  Q. How long after you met with Will in Hong Kong did
18     ROAM Data begin buying the Circle Swipe?
19     A. I forget. I think a few months later.
20  Q. Did BBPOS manufacture the Circle Swipe?
21     A. Yes.
22  Q. Where is its factory?
23     A. Where is the factory?
24  Q. Yes.
25     A. The factory is in southern China in Dongguan.



Page 41

1  distinguish it from the one connective wire or
2  the jack.
3  Q. So in the later versions of Chipper, how did the
4  dongle communicate with the smartphone?
5  A. Wire Bluetooth technology.
6  Q. Only Bluetooth.
7  A. We can also communicate with the process wire
8  USB.
9  Q. Did BBPOS sell Chipper to anyone other than
10  AnywhereCommerce?
11  A. Yes.
12  Q. Who else?
13  A. Some company in China.
14  Q. Anyone outside of China?
15  A. I don't remember. I don't remember. I don't
16  remember much. I don't remember that.
17  Q. Are you familiar with an abbreviations of PCI
18  PTS?
19  A. Yes.
20  Q. Do you know what that stands for?
21  A. It's a payment card industry standard to
22  protect the PINs -- the PIN and card data of
23  (inaudible) Wise.
24  Q. PCI stands for payment card industry; is that
25  right?

Page 42

1  A. Yes.
2  Q. And PTS stands for PIN transaction security; is
3  that right?
4  A. Yes.
5  Q. And PCI PTS was mandated for terminals that
6  utilized PIN entry back in 2011, right?
7  A. I'm not sure whether this is mandate. It is
8  just a standard. It is just a guide -- it's more
9  like guideline.
10  Q. You don't know whether the credit cards, such as
11  Visa, Mastercard and American Express, mandated
12  PCI PTS?
13  A. I don't think it's mandate. It's like if
14  it -- you can still use (inaudible) Wise without
15  PCI. But if there's any fault, then I think the
16  (inaudible) has to bear all the fraud.
17  Q. All the fraud?
18  A. Yes.
19  Q. So would you agree with me that having a PCI PTS
20  certified terminal is a benefit to the customer?
21  A. Yes.
22  Q. It's a valuable feature for you to offer your
23  customers, right?
24  A. Yes.
25  Q. Are you familiar with the Visa Ready program?

Page 43

1  A. Yes.
2  Q. What's Visa Ready?
3  A. Well, it is another guideline (inaudible) for
4  Visa card for mPOS device.
5  Q. That was another security specification?
6  A. Yes.
7  Q. And let's just get some vocabulary down here.
8  Are you familiar with the G4X?
9  A. Yes.
10  Q. What's the G4X?
11  A. It's another version of Circle Swipe but with
12  different form factor.
13  Q. G4X is a ROAM Data product, correct?
14  A. It's our product sold to ROAM Data.
15  Q. So it's a BBPOS product that you sold to ROAM
16  Data and that ROAM Data then resold, correct?
17  A. Correct.
18  Q. And when it was sold, it had ROAM data's logo on
19  it, correct?
20  A. Correct.
21  Q. Did -- you say that it's a different version of
22  Circle Swipe. How many versions of Circle Swipe
23  were there?
24  A. I forget. There's many.
25  Q. Were they all sold exclusively to ROAM Data?

Page 44

1  A. For customer outside China, yes. But we also
2  customize the form factor for some customer in
3  China.
4  Q. Is the G5X another version of the Circle Swipe?
5  A. Yes.
6  Q. How are the G4X and G5X different from the Circle
7  Swipe that came out in 2009?
8  A. I don't remember that. Maybe if you showed
9  me some photo, I tell you. I just know they
10  different form factor.
11  Q. Were the G4X and G5X Visa ready?
12  A. I'm not sure.
13  Q. Do you know the difference between EBC and CBC?
14  A. I'm sorry.
15  Q. Do you know the difference between EBC and CBC?
16  A. I don't know.
17  Q. Are you familiar with CVC encryption?
18  A. I'm not.
19  Q. Are you familiar with the fact that the PCI PTS
20  standard can be applied to non-PIN mPOS devices?
21  A. Yes.
22  Q. And that came out with Version 3 of that PCI PTS
23  standard, right?
24  A. I don't know whether it was from 3 or from 4.
25  I don't remember that.



Page 185

1    utilize BBPOS trade secrets?
2    A.  Well, when I see the product, it just make me
3    recall what Will Graylin said.
4  Q.  Was there anything about the product in
5    particular that made you think that it might be
6    built using BBPOS IT?
7    A.  Yes.  Because Ingenico is not the type of
8    company who deals mobile POS sales.  Ingenico is
9    the biggest transitional POS terminal
10   manufacturer in the world.  So they're using
11   transitional POS.  And all of a sudden, they have
12   this Chipper like product.  So I start to worry,
13   worry.  How come Ingenico come up with this type
14   of product?  This is not their main business?
15 Q.  You say "all of a sudden."  Did you have some
16   idea as to how long it took Ingenico to develop
17   that product?
18   A.  I have no idea.
19 Q.  So why did you say all of a sudden, they have the
20   product?
21   A.  Well, because ROAM Data kept buying the
22   product from us.  Since Will Graylin told me he
23   was no longer with ROAM Data, he was fired by
24   ROAM Data, and then -- you know, he was fired by
25   ROAM Data.  I'm still selling product to ROAM

Page 186

1    Data in 2012, 2013, even 2014.  So ROAM Data just
2    keep buying product from us.
3         So when I saw the product in Ingenico booth,
4    that's why I feel that it's weird.  That's why I
5    said all of a sudden, Ingenico has an impulse to
6    compete with us.
7  Q.  And just to complete a point you just made,
8    Ingenico or ROAM, or however you want to think
9    about them, continued to buy product from you
10   until 2018, right?
11   A.  Can you repeat your question?
12 Q.  Yeah.  Sure.  Ingenico -- you had said that ROAM
13   Data was still buying your products in 2013 and
14   2014, but they were also buying your products in
15   2015, 2016, 2017 and 2018, right?
16   A.  Yes.
17 Q.  So now that you have this worry after you've been
18   to the booth and you've seen this product and you
19   talked with Michael Kron and you have a worry
20   that maybe Will Graylin was right, what did you
21   do to investigate whether there was a problem
22   here with your -- with respect to your trade
23   secrets?
24   A.  What can I do?  I didn't do -- I don't do
25   anything.

Page 187

1  Q.  So did you ever see a product -- strike that.
2    Was that prototype that you saw at the CARTES
3    trade show in 2014 released as a product?
4    A.  Can you repeat your question?
5  Q.  The device you saw at the trade show was a
6    prototype, correct?
7    A.  I think so.
8  Q.  Was that ever turned into a commercial product?
9    A.  I think so.  I think so.
10 Q.  Why do you say "I think so"?
11   A.  Because in 2014 -- originally, I try to sell
12   my Chipper to ROAM Data, and, also, we are trying
13   to work together to sell the product to pay
14   (inaudible).  And, eventually, PayPal use
15   Ingenico devices, not us.  So I believe that
16   their product has been commercialized and already
17   sold -- already sold in the market.
18 Q.  If you knew -- you're familiar with your Swiper
19   SDK, yes?
20   A.  Yes.
21 Q.  Does that Swiper SDK allow for the -- allow for
22   the processing of an EMV transaction?
23   A.  No.
24 Q.  You can't -- if you're running the Swiper SDK on
25   an mPOS device, you can't actually perform an EMV

Page 188

1    transaction, correct?
2    A.  Correct.
3  Q.  Do you have any basis to think that Ingenico or
4    any of the defendants have ever misused any BBPOS
5    SDK?
6    A.  Can you repeat the question?
7  Q.  Do you have any reason to believe that any of the
8    defendants have ever misused a BBPOS SDK?
9    A.  You said defendants.  You mean Ingenico?
10 Q.  Yes.
11   A.  I think so.
12 Q.  How?
13   A.  Yeah.  Because they -- because the product --
14   they communicate with the -- because ROAM Data
15   sell the product to PayPal, and the PayPal using
16   our audit, the Swiper.  And then as we do the
17   Mastercard transaction, and the next generation
18   of the product is a Chipper, one Chipper also has
19   the Mastercard functions.  So to make sure that
20   is comparable, so one of the function is to make
21   sure that the Mastercard is -- the Mastercard is
22   the same.  The Mastercard is the same.
23 Q.  I'm not understanding what you're saying the
24   defendants did wrong.
25         MR. GRIFFIN:  What is the question?

