Case 1:19-cv-11457-IT   Document 188-2   Filed 06/22/22   Page 1 of 8

Exhibit B



Deposition of:
# Christopher J. Rossaert

*October 13, 2021*

In the Matter of:

# Anywhere Commerce Inc., Et Al. v. Ingenico Inc., Et Al.

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

Page 18

1  make it simple, I had a contact with Ingenico and
2  there was an open position, so I applied for the
3  position.
4     Q.  So I see that you started -- according to
5  your LinkedIn profile you started off in China at
6  Ingenico; is that accurate?
7     A.  To be exactly accurate, I moved to Fuzhou
8  -- I relocated to Fuzhou in January.  So between
9  September and January I was doing, kind of, commute
10 between France and China.
11    Q.  And when you were -- when you were with
12 Ingenico then, you were back developing -- you were
13 back working with phones; is that correct?
14    A.  No.
15    Q.  No?  Well, then, what did you do for them?
16    A.  No, Landi is part of Ingenico.  They are
17 developing a POS.
18    Q.  Okay.  And, then -- so did you -- and
19 Landi -- in September of 2010 were you then working
20 with Landy?
21    A.  Can you repeat again, please?
22    Q.  In 2010 did you start working with Landy?
23    A.  So it was starting September, yes.
24    Q.  Okay.  Could you describe a little more to
25 me about your job at -- with Landi from 2010 to

Page 19

1  2012.
2     A.  So Ceberes [verbatim] or Landi was kind of
3  an acquisition from Ingenico, and the operative for
4  Ingenico was to, kind of, merge Landi within the
5  rest of Ingenico.  So I was sent to work on this
6  integration effort.
7     Q.  Okay.  How -- so Landi had just been -- I
8  think you just -- they had just been acquired by
9  Ingenico at the time?
10    A.  I don't remember the detail on the M&A.
11 That was, kind of, shareholder -- I mean I think
12 Ingenico became majority shareholder.
13        I don't know the details.
14    Q.  Well, what were the steps that you took --
15 I apologize.
16       (Court Reporter comment.)
17    A.  I don't remember the details, to be
18 accurate.
19    Q.  Okay.  And I don't mean to interrupt you.
20 I apologize.
21       What were the steps that you took to
22 integrate Landi, this -- this new partial
23 acquisition into Ingenico, as best you recall?
24    A.  So there was -- was in two parts.  There
25 was an industrial part, and there was the -- I

Page 20

1  would say a technical development side.
2        So on the industrial side there was a
3  willingness to consolidate the manufacturing
4  capability between Ingenico and Landi.  And on the
5  engineering side, there was an objective to have
6  Landi to use the platform that was developed in
7  Valence.
8     Q.  Understood.
9        Were there any -- was there any
10 intellectual property that Landi owned at the time
11 of its partial acquisition that was -- that was of
12 interest to Ingenico?
13    A.  I don't know what is the question, to be
14 honest.
15    Q.  Okay.  Well, did you work to integrate any
16 sort of know-how or any sort of technical knowledge
17 into Ingenico from Landi?
18    A.  So I was kind of coordinating the effort
19 between the Landi R&D and the Valence R&D.
20    Q.  And you were -- you were coordinating the
21 -- the Landi R&D and the Valence R&D in -- even in
22 2010 to 2012?
23    A.  I would say differently.  I was the man in
24 the middle to have both team to work together.
25    Q.  Understood.

Page 21

1        What -- what was -- were there things that
2  Landi was working on that were different from what
3  Ingenico was working on at -- at this time?
4        MR. TECHENTIN:  Object.
5     A.  Correct, before I -- I moved, Landi had
6  developed -- had it's own portfolio of product.
7        (Court Reporter comment.)
8     A.  So Landi has its own portfolio of products
9  before -- before the -- I would say the September
10 sale.
11    Q.  Okay.  So Landi had its own portfolio of
12 products.  I understand.
13       Was that -- was that -- was that portfolio
14 of products, then, attractive to Ingenico?  Was --
15 was that one of the reasons for the acquisition of
16 Landi?
17    A.  I would say differently.  I mean, as -- I
18 would say it would be more in Ingenico strategy or
19 -- to answer, but from my view, that was access to
20 the Chinese markets and more business.
21       That was a primary objective.
22    Q.  In addition to that primary objective of
23 access to the Chinese markets, was there anything
24 attractive about Landi's own platform?
25    A.  I mean, back in September 2010, the

Page 26

```
 1  compactability.  I would say they were mostly using
 2  the same components.  And I -- but I don't know
 3  anything about the software side which was in
 4  development.  I wasn't --
 5         (Court Reporter comment.)
 6     A.  So I could not say about the level of
 7  compatibility for the software.
 8     Q.  You couldn't say about the level of
 9  compatibility for the software?
10     A.  No.
11     Q.  Got it.
12         What -- when you provided Landi with the
13  Ingenico platform, what did you provide Landi with?
14     A.  So first I did not -- I was calling it
15  out, so as the R&D in Valence provide -- provided
16  probably the technical information necessary for
17  the development.
18     Q.  Did -- did you -- were you the go -- were
19  you -- did the information necessary for
20  development pass through your hands?
21     A.  I don't remember.  I would probably expect
22  not necessarily.
23     Q.  Okay.  Did they send over schematics from
24  Ingenico to Landi?
25     A.  I don't know.  As I said, I was -- there
```

Page 27

```
 1  was a team on both side.  I was not the guy that
 2  was the proxy.  The teams were working together,
 3  and I was coordinating the product.
 4     Q.  But you have -- please, I -- I've seen
 5  your documents, and I -- I'm not flattering you
 6  now; I know you're a very intelligent and capable
 7  engineer.  Were you involved in -- in passing on
 8  different schematics, different aspects of the --
 9  of the Ingenico platform to enable Landi to make
10  the E532?
11         MR. TECHENTIN:  Im going to object to
12  form.
13         But go ahead.
14     Q.  You can answer.
15     A.  I guess I already answered.  I was not a
16  proxy to delivering document between the two of
17  them.
18     Q.  Okay.  So let's go back to your LinkedIn
19  profile.
20         What did you do after May 2012?
21     A.  So I -- I moved from -- in a new role
22  working at a Roam Data.
23     Q.  At Roam Data, R-o-a-m D-a-t-a.
24         Okay.  So you moved to Boston.
25     A.  So not -- I don't remember the exact
```

Page 28

```
 1  dates.  There was kind of a period where I was
 2  still working from China or working from France,
 3  working in Boston.  So it was 10 years ago.  So I
 4  don't remember the exact dates.  I would say my
 5  responsibility started in May, but I don't remember
 6  where I was specifically located.
 7     Q.  Now, it -- now it's interesting to me, it
 8  says that you're -- on your LinkedIn it says you're
 9  the "VP of MPOS Product Management" for Ingenico
10  Mobile Solution (Roam Data.)"
11         Were you with Ingenico or were you -- were
12  you with Roam?
13     A.  So I had, kind of, two role:  I was
14  working at Roam Data, and I was also having some
15  responsibility with Ingenico.
16     Q.  Okay.  So I understood -- I understand you
17  had the two roles.
18         What were you -- do you remember was --
19  was Roam a wholly owned subsidiary of -- of
20  Ingenico at this point?
21     A.  I don't remember the exact dates.  I think
22  you're -- could be more a question for -- I don't
23  -- I don't know the exact detail at this time.
24     Q.  Okay.  Okay.  But you went -- so you went
25  from working with Landi in China, which was wholly
```

Page 29

```
 1  -- which was owned by Ingenico, and then you worked
 2  with Roam, but you were still also with Ingenico.
 3         How long were you with -- with
 4  Roam/Ingenico?
 5     A.  I'm still working for Ingenico today.
 6     Q.  I see.  I see.
 7         You've basically been working with
 8  Ingenico since 2010; right?
 9     A.  Yup.
10     Q.  Okay.  Now, in the LinkedIn profile it
11  says "In charge of US and international mPOS
12  End-to-End solutions, roadmap definition &
13  delivery."
14         Could you tell me what that means.
15     A.  So it mean that as mPOS -- so there is the
16  hardware piece, there is the software piece, there
17  is a back-end piece.  So that was my
18  responsibility.  It was on the overall solution
19  product development.
20     Q.  Okay.  So the hardware, the software, and
21  the back end.  And you were working for the overall
22  solution to, sort of, integrate all three pieces?
23     A.  I'm not sure to understand your question.
24     Q.  Well, what -- what aspects of those three
25  different pieces were you working on?
```

Page 30

1  A. So there was the product definition. So I
2  had some product manager that was specifying the
3  product interfacing with the R&D teams to develop
4  the products; and I was preparing the -- what we
5  call the delivery to --
6      (Court Reporter comment.)
7  A. -- delivery is to provide the IO for the
8  sales and the marketing team to prepare all the --
9      (Court Reporter comment.)
10 A. -- the material that marketing team and
11 sales team would need to be able to promote and to
12 sell the -- the product.
13 Q. I see here it says that you are -- the
14 "Highlights: Delivered complete mPOS hardware and
15 SDK strategy & products portfolio involving 4 R&D
16 teams (US, France, China, HK)" -- Hong Kong.
17     What were those four research and
18 development teams that you were working with?
19 A. So as I said, so I had the responsibility
20 for products within Roam Data. So for Roam Data
21 the mobile and the back end was developed in
22 Boston. On the card reader, some products -- I
23 mean, mostly one product was developed by BBPOS.
24 Q. And -- I'm sorry. One more time.
25     And what was developed by BBPOS?

Page 31

1  A. Some card readers. So G3, G4X, G5X.
2  Q. Okay.
3  A. And there was product developed by Landi,
4  so the one with the R&D in China.
5  Q. And what -- what did Landi develop?
6  A. So Landi developed the product you see
7  below, which are below, which are RP350x, RP --
8      (Court Reporter comment.)
9  A. So the R, like Robert, P350.
10 Q. The RP350x, you say?
11 A. Yes, and RP750x.
12 Q. And the RP750x?
13 A. Yes. And with my responsibility for
14 Ingenico, we had also some products like ICMP
15 developed by Valence. So that's why you can say
16 it's four. So Hong Kong, BBPOS, Valence, Ingenico,
17 B -- Boston, Roam Data, and Landi.
18 Q. Understood.
19     Let's take -- let's take them one by one.
20 When you say the back end, what was the back end
21 solution that Roam Data was providing in this 2012
22 to 2015 time frame?
23 A. So Roam Data had and still have -- I mean,
24 I think -- I think had a payment gateway.
25     (Court Reporter comment.)

Page 32

1  A. The payment gateway.
2  Q. The payment gateway. Okay.
3      And what is the payment gateway?
4  A. So it's -- to simplify, it's a server that
5  is between the card reader and the bank to be able
6  to process the transaction.
7  Q. The server between the card reader and the
8  bank to process the transaction?
9  A. Yeah.
10 Q. Got it.
11     And that was Roam's contribution?
12 A. Not only -- I mean, so that was one piece.
13     There was also the mobile side where Roam
14 Data had developed a mobile application which
15 drives the card readers and connect with the back
16 end.
17 Q. Okay. And now tell me about the BBPOS
18 card readers. The G3X, the G4X, and the G5X, what
19 were those?
20 A. What do you mean now?
21 Q. What were the card readers? And you can
22 treat me like a -- you can treat me like a child.
23 I know more than a child about this stuff, but --
24 but it's okay to pretend that I am a child.
25     What were the G3, G4, and G5Xs?

Page 33

1      MR. TECHENTIN: Object to form.
2  Q. That's fine. What was the G3X?
3  A. So G3X is a magstripe swiper.
4  Q. And that was delivered -- that was
5  developed by BBPOS?
6  A. Yes.
7  Q. And how about -- what was the G4X?
8  A. So -- and, again, it was 10 years ago. So
9  I believe G4X was an incremental improvement of
10 G3X. So still magstripe swiper.
11 Q. And that was also a BBPOS solution?
12 A. Yes.
13 Q. And, then, what was the G5X?
14 A. So I'm not fully sure how to remember. I
15 think what we call the G5X was the PayPal form
16 factor using G4X solution.
17 Q. When -- when did you stop working with
18 BBPOS on -- on implementing their G3 through G5X
19 card readers?
20 A. If I remember, G3 was an existing product
21 before I joined.
22 Q. Okay.
23 A. So although I didn't get with BBPOS, once
24 I started being involved with Roam Data.
25 Q. Did there come a point in time when --

Page 34

1  when Ingenico sourced its card readers from another
2  location other than BBPOS?
3      A.  Can you repeat the question, please?
4      Q.  Did there come a point in time when
5  Ingenico sourced its card readers from someplace
6  other than BBPOS?
7      A.  So as Ingenico and if we consider the
8  definition of card readers as a peripheral that
9  rely on the smartphone --
10         (Court Reporter comment.)
11     A.  -- the peripheral reader that need a
12 smartphone.
13         MR. TECHENTIN:  A peripheral reader that
14 needs a smartphone?
15         THE WITNESS:  Yes.
16     A.  So what is your definition of card reader?
17     Q.  Well, then, you tell me what happened in
18 the industry with card readers after -- after the
19 G5X.  What did Ingenico do next?
20     A.  So the industry or Ingenico?
21     Q.  What did Ingenico do next?
22     A.  So the -- so G3, G4, and G5X were mag
23 stripe only card reader.  So only able to read mag
24 stripe accounts.
25     Q.  Okay.

Page 35

1      A.  The next evolution was the support of EMV,
2  which is chip counts; and later on IDs were
3  contactless.
4         (Court Reporter comment.)
5      A.  And later IDs were contactless.
6      Q.  So we went from the swipe to the chip to
7  the contactless; correct?
8      A.  Yes.
9      Q.  And what -- what role did BBPOS play in
10 developing the chip technology?
11     A.  Can you be more specific in your question?
12     Q.  Well, you said that Ingenico next moved to
13 the chip; correct?
14     A.  Yes.
15     Q.  How -- how did Ingenico source or
16 otherwise develop the chip technology?
17     A.  So back in -- 10 years ago, so we had --
18 Roam Data was kind of leading this initiative of
19 bringing an EMV card reader to complement the mag
20 stripe reader.  So we had initiative working with
21 BBPOS, and later we diverted to use a Landi.
22     Q.  So you -- you switched from using BBPOS to
23 using Landi.
24     A.  That's not what I said.
25         I said we started a project investigating

Page 36

1  a development with BBPOS.  The product did not
2  materialize finally.
3      Q.  Okay.  And so what -- so when the BBPOS
4  product did not materialize, what did Ingenico do?
5      A.  So we, as Roam Data/Ingenico, we developed
6  an RP350x with Landi.
7      Q.  So the RP -- is the RP350x, is that the --
8  was that then developed with Ingenico, Landi, and
9  Roam -- Roam Data?
10     A.  So the RP350x was developed primarily by
11 Landi in term of the device development.
12     Q.  And how much input did -- how much input
13 -- how much know-how did BBPOS contribute to the
14 development of the 350x?
15     A.  My answer is the development was fully
16 relying on the Landi technology.
17     Q.  And could you say that one more time?  I
18 apologize.
19     A.  So the RP350x is relying on the Landi
20 technology.
21     Q.  Does it rely on any BBPOS technology?
22     A.  I would repeat my answer:  The RP350x rely
23 on the Landi technology.
24     Q.  How much of BBPOS's technology was
25 involved in creating Landi's 350x?

Page 37

1      A.  I did answer the question, I believe.
2      Q.  Are you saying that no BBPOS technology
3  was involved in development of the RP350x?
4      A.  I said the RP350x was relying on the Landi
5  technology.
6      Q.  Okay.  So 350x was relying on the Landi
7  technology.  Okay.
8         Did it rely at all on the BBPOS
9  technology?
10     A.  I don't understand your question.  I
11 already answered your -- the same questions.
12     Q.  Well, I -- I'm sorry.  I just don't feel
13 like I've gotten an answer that I -- that I quite
14 understand either.
15        Did the RP350x rely at all BBPOS
16 technology?
17     A.  The RP350x is not using BBPOS technology.
18     Q.  Thank you.
19        What was the RP750x?
20     A.  So RP750x, it was Bluetooth pin pad.
21     Q.  Bluetooth pin pad, you say?
22     A.  Yeah.  So that mean in addition to read
23 counts, it support pin.
24        (Court Reporter comment.)
25     A.  Pin -- so your pin card entry.

10 (Pages 34 - 37)

Page 102

1  AFTERNOON SESSION (1:16 p.m.)
2      VIDEO OPERATOR: Time is 1:18. We are
3  back on the record.
4      Q. So how was lunch?
5      A. Good. Thank you.
6      Q. Good. And I just -- is there any --
7  sometimes when you have lunch, you have a chance to
8  think about things. Is there anything that we've
9  talked about in the last couple of hours prior to
10 lunch where you -- you've had new insights or you
11 want to change an answer in any way?
12     A. Not right now.
13     Q. Okay. Great. So, hey, let's look at
14 Exhibit 14.
15     (Exhibit 14, email, 5/20/2012,
16     BBPOS_0005186-188.)
17     Q. And Exhibit 14 -- it's BBPOS 5186 through
18 5188. It makes reference to an RF test. Could you
19 tell me, what is an RF test?
20     A. You can -- you can reword as a
21 contactless. Contactless radiofrequency.
22     Q. Okay. And I see here Daniel Tsai is
23 writing "...most probably cannot past the RF test."
24     What did you take him to mean when he
25 wrote that to you?

Page 103

1      A. I mean, from the email, he's acknowledging
2  that the contactless reader prototype that BBPOS
3  had developed was not compliant with the
4  requirements for the EMV Level 1.
5      Q. Understood.
6      Now, I see below in, sort of, the main
7  body of the email on the first page, he then
8  discusses modifications that he believed needed to
9  be made in order to pass the RF test.
10     A. (Witness nods.)
11     Q. Do you know -- do you recollect if
12 BBPOS -- if you asked BBPOS to, in fact, make those
13 modifications to see if -- to see how they worked
14 in terms of helping the device to -- to do better?
15     A. I don't know if they have done in here any
16 change. I do remember that the product we got at
17 Roam that we even asked Valence to make an
18 evaluation was extremely bad from BBPOS. So
19 probably quickly we just gave up on the idea that
20 there will be a BBPOS product. So we didn't
21 continue, but I just...
22     Q. Let me ask you: Had Ingenico devices
23 passed these same -- the RF test, the same test at
24 this time?
25     A. In any contactless product from Ingenico

Page 104

1  do pass the -- the test.
2      Q. Okay. Well, I'm sure that one -- it's the
3  market passes such a test.
4      A. It's -- it's a requirement.
5      Q. Right. Right. But at this -- at this
6  stage of development, as of May 20, 2012, do you
7  recollect, were Ingenico's prototypes passing the
8  RF test?
9      MR. TECHENTIN: Object to form.
10     A. Repeat again the question.
11     Q. At this stage in development, as of May
12 2012, were Ingenico's own devices passing the RF
13 test?
14     A. As I said, any Ingenico product with
15 contactless did pass the EMV Level 1 RF test.
16     Q. So it -- so they passed it -- from the
17 very moment that they were first designed, they
18 passed it?
19     A. Let's say this way: Ingenico has been
20 probably one of the first companies in the world to
21 have EMV contactless capability on their card
22 readers.
23     Q. When were Ingenico devices, including
24 prototypes, passing the RF tests first; do you
25 recall?

Page 105

1      A. I don't recall. Probably before 2010,
2  2009.
3      Q. Okay. Is the battery size of the Ingenico
4  devices, is that the same as the battery size of
5  the BBPOS devices?
6      A. So if you remember the Ingenico -- the
7  mPOS was very new market. Before the mPOS,
8  Ingenico had, let's say, bulky devices. So the
9  size was the -- the size of the battery has nothing
10 to compare. The battery being used in the Ingenico
11 product was maybe five times, ten times what BBPOS
12 was thinking to use.
13     Q. How about the chipsets? Were the -- were
14 the chipsets the same between the two devices?
15     A. So there is two parts -- I mean, two
16 chipset are mentioned. There is an M-Core and -- I
17 don't remember what is the brand, what is exact
18 reference. And that's all there is. And there's
19 the transceiver, which is your -- transceiver -- so
20 receives what is providing the radio capability.
21     So BBPOS -- in this email he is mentioning
22 that they have been looking at PN533, PN511, 512
23 from NXP. And NXP is -- back in 2012 -- I think
24 the leader of the market. So probably most of any
25 payment terminal was using NXP.

27 (Pages 102 - 105)

Page 110

1      In 2012 did you have any conversations
2  with Mr. Lazare?
3      A.  Mr. who?
4      Q.  Lazare?  I apologize to you.
5      A.  Lazare.  I -- no, not in June -- in June
6  2012, no.  I didn't have direct communication with
7  him.
8      Q.  Did you have any conversations with any --
9  with anybody in Ingenico about substituting in
10 Landi for BBPOS?
11     A.  This was on June 27.  I don't remember
12 this discussion in June 27 -- by June 27.
13     Q.  Let me ask you:  For all of 2012, do you
14 remember having any discussions with anybody in
15 Ingenico management about substituting in Landi for
16 BBPOS?
17     A.  So in -- back in 2012?  So if you
18 remember, we had this prestudy where we had this
19 BBPOS plus Valence; the BBPOS alone scenario.  At
20 one point of the time the prestudy was terminated
21 on the Valence/BBPOS scenario, and I don't remember
22 the dates.
23        Landi was developing for its own markets
24 mPOS, and we did look at this new scenario to use
25 Landi to develop an EMV and POS reader.

Page 111

1      Q.  When -- when were you informed that
2  Ingenico would be -- would be minimizing the
3  relationship with BBPOS and would be maximizing the
4  role of Landi?
5      A.  As I said this morning, the relationship
6  with BBPOS remained active until 2012 -- 2018 --
7  sorry.
8      Q.  When were you informed that Landi would
9  play a larger role in the development of products
10 with Ingenico and Roam?
11     A.  Could you repeat your question, please.
12     Q.  When were you informed that Landi was
13 going to play a larger role in the development of
14 products with Ingenico and Roam?
15     A.  I think by, I would say, second half of
16 2012 we did review the scenario with Landi
17 developing the product -- the product which ended
18 up being the RP 350X.
19        So I would say second half of 2012 would
20 be the tail end of that.
21     Q.  Was -- was Landi the third-party solution
22 for not having BBPOS hold Ingenico hostage?
23        MR. TECHENTIN:  Object to form.
24     A.  I cannot answer the question.  I was not
25 aware of the hostage discussion.  So...

Page 112

1      Q.  And that board meeting was June 27, 2012.
2  Let's go to Exhibit 17.
3         (Exhibit 17, email, 7/3/2012,
4         IngenicoInc_0069335.)
5      Q.  It will be about six days, maybe a week
6  thereafter.  It was previously marked as Graylin
7  13.
8         Ben Lo was sending six samples of G4X in
9  PayPal form factors to Boston that day.  Boston, is
10 that -- is that where Roam Data is located?
11     A.  Yes.
12     Q.  Okay.  So six days after that board
13 meeting, Ben is still sending materials to Roam.
14 What -- do you know why he sent those six samples
15 of G4X?
16     A.  So if you remember, this morning I said
17 that -- I believe the G5X was the PayPal.  So
18 actually in July we were still calling the G4X
19 PayPal.  So it just show that we were deeply
20 engaged working with BBPOS to develop a swiper only
21 for Roam Data with the specific industrial design
22 of PayPal.
23        So as part of development, BBPOS made the
24 prototypes, sent some samples to Boston.
25     Q.  Did Ingenico wind up selling the BBPOS

Page 113

1  prototype in final form to PayPal?
2      A.  We -- I mean, we have been selling it
3  until 2018, the G4X PayPal products.
4      Q.  Yeah.
5         Let me go to Exhibits 18 and 19.
6         (Exhibit 18, email, 7/10/2012,
7         Ingenicinc_0283863-864, French.)
8         (Exhibit 19, email, 7/10/2012,
9         IngenicoInc_0283863-864, English.)
10        MR. TECHENTIN:  Is this another one of the
11 translated?
12        MR. KESSLER:  It is.  And my guess is that
13 you will object to the English translation, and if
14 you do, that's -- I note it.
15        Do you have any objection to the French --
16 the French original?
17        MR. TECHENTIN:  Not for the purposes of
18 today's deposition, but I did --
19        MR. KESSLER:  Okay.
20        MR. TECHENTIN:  -- you know, I -- you
21 know, Peter, obviously my objection is to the
22 definitiveness of the translation, and I don't
23 want -- I don't want to put Mr. Rotsaert in the
24 position of being a translator here.  That's not --
25 he's not a translator.

29 (Pages 110 - 113)

Page 170
1  that.  I'm wrong.
2     Q.  I apologize, Mr. Rotsaert.  You actually
3  did -- you wrote that.  I was attributing it to
4  Fred wrongfully.  It was actually you who wrote it.
5     So why would you want to try to kick out
6  BBPOS?
7     A.  I mean, from a product strategy, being
8  able to streamline and having one supplier makes
9  sense from an industrial standpoint.  That was --
10 that was an opportunity.  Did not materialize, but
11 it was an opportunity.
12    Q.  And on the prior page this email that is
13 from you -- and so I apologize for the error
14 before.  I sincerely apologize.  I really didn't
15 mean to mislead you.  I was misleading myself.
16    The email on the page prior from March 8,
17 2013, at 12:02 p.m., at the very bottom you write,
18 "One key drawback with Landi will be about IP for
19 US.  Could you confirm M30 is not using power from
20 mobiel [verbatim] but only from coin battery?
21 BBPOS patent is on using mobile power.  For
22 polarity switch, could you check if your solution
23 differs from BBPOS one on G4X."
24    Do you recall this concern that you had?
25    A.  I don't remember, but reading the email, I

Page 171
1  think what is important to -- to remind you that
2  when you develop an EMV card reader, you have a
3  battery.  No question.  Always.  So when we develop
4  the RP350X, we had a battery, and using whatever
5  power from the smartphone was not relevant.  When
6  BBPOS develop a G4X or the G3X, right, they were
7  developing the technology where they were using the
8  power from the phone.
9     And in this email I mention that M30,
10 which is a product that Landi did develop for its
11 own market in China, which was only a swiper.  If
12 we had consider to use M30 to develop the Roam Data
13 swiper-only products, I wanted to ensure that
14 Landi, whatever its involvement in China, was not
15 using these capabilities on the product.
16    Q.  I see Exhibit 52, which is
17 IngenicoInc_0167838 through 0167887.
18    (Exhibit 52, email, 3/22/2013,
19    IngenicoInc_0167838-887.)
20    Q.  You wrote "Hi Fred, Any feedback?  I
21 really would like to replace BBPOS by Landi for
22 PayPal here generation 2 project.  Thanks,
23 Christopher."
24    That's March 22nd, 2013.
25    Can you tell me more about why you wanted

Page 172
1  to replace BBPOS for Landi?
2     A.  Again, as I replied earlier, is from a
3  product management industrial strategy, it makes --
4  it was making sense to look at the transition from
5  BBPOS to -- to Landi.  And we did not -- we did
6  continue to market the BBPOS swiper in 2018, and
7  just to say we did not move forward on this --
8     (Reporter Comment.)
9     A.  We did not pursue on the strategy to
10 replace BBPOS for the swiper.
11    Q.  Were you trying to replace BBPOS with
12 Landi as much as possible across all available
13 lines?
14    A.  I did answer.  So we had already RP350X,
15 RP750X.  We were using the BBPOS G4X and BBPOS G4X
16 for PayPal.  The question was should we consider to
17 replace the two BBPOS device by Landi products.  So
18 we did run some prestudy with the PP100X, RP100x,
19 which is mentioned in this -- in this email.
20    Q.  Now, Landi was a wholly owned subsidiary
21 of Ingenico; right?
22    A.  I -- I don't remember the exact detail on
23 the American side.  It seemed a bit complicated I
24 would say.
25    Q.  Well, did Ingenico own any of BBPOS at

Page 173
1  this point in time?
2     A.  Could you repeat your question?
3     Q.  Did Ingenico own any of BBPOS at this
4  point in time?
5     A.  The answer is no.
6     Q.  Okay.  Let me ask you to take a look at
7  Exhibit 53.  It's IngenicoInc_0185285.
8     MR. TECHENTIN:  5285?
9     MR. KESSLER:  Yeah.  And then it goes to
10 0185286.
11    MR. TECHENTIN:  And this is 53?
12    MR. KESSLER:  Yes.
13    (Exhibit 53, email, 5/4/2013,
14    Ingenicoinc_01685285-286.)
15    A.  Okay.
16    Q.  Do you remember winning a -- winning a
17 deal with Redecard in Brazil?
18    A.  Yes, I do remember a project we had for
19 Brazil.  I don't remember if we finally made more
20 than just a pilot or even something.  I don't
21 remember.
22    Q.  Okay.  And the -- at the top of the page
23 0185286, you wrote to Fred at Landi, "Could you
24 send me the SDK (your current configuration and
25 encryption), product spec and data sheet and 2/3

44 (Pages 170 - 173)