**Exhibit F**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERE COMMERCE, INC. and | ) |
| BBPOS LIMITED, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO.: |
| INGENICO INC., INGENICO CORP. | ) 1:19-cv-11457-IT |
| and INGENICO GROUPS, SA, | ) |
| Defendants. | ) |
| _____ | ) |

The VIDEO DEPOSITION of MICHAEL KRON, taken in the above-entitled cause, before Susan Steudel, official reporter, on the 30th day of November, 2021



Page 18

1  have the deposition, but that's the extent of it.  Other
2  than letting them know that I have a deposition coming up,
3  that's it.
4      Q.  Thank you.  What about Ben Lo?
5      A.  I did not speak to him at all about my deposition
6  or his deposition.  I haven't spoken to him in over a
7  month or two.  I have not had any communication with him.
8  Feels like at least a month.  At least a month.
9      Q.  You anticipated my next question.  Do you
10 remember when the last time was that you did speak with
11 Mr. Lo?
12     A.  You know maybe -- it feels like 60 days ago.
13     Q.  Is that typical, that you would only speak with
14 Mr. Lo every few months?
15     A.  It depends.  He's gotten busier and busier.  So
16 he's grown his business, so yeah he's -- you know, with
17 COVID and whatever else he's busy with.  There's a lot of
18 interaction between my team members and his team members
19 and truly the only time I need to speak to him is if
20 there's some -- something to be discussed that can't be
21 dealt with at the team level.
22     Q.  What is the current relationship between
23 AnywhereCommerce and BBPOS?
24     A.  We are a distributor for them.
25         I would like to make a clarification, if I may.

Page 19

1      Q.  Certainly.
2      A.  In 2006, we incorporated a company 4361423 Canada
3  Inc.  This company filed for patents, and it had a trade
4  name of AnywhereCommerce.
5          In 2010, we incorporated a new company called
6  AnywhereCommerce, Inc.  So at that point 4361423 no longer
7  acted as an operating company named AnywhereCommerce and
8  the new AnywhereCommerce company continued to act as
9  AnywhereCommerce.  So there are two entities that have the
10 right to work under the name AnywhereCommerce, but only
11 one is working under that name presently.
12         So when you ask me about AnywhereCommerce I know
13 that this was an AnywhereCommerce, Inc. claim on our side.
14 So I just want to clarify that I'm always responding to
15 AnywhereCommerce, Inc. which was incorporated in 2010 and
16 the other company is a separate ...
17         So unrelated to this case.
18     Q.  It is unrelated to this case?
19     A.  Well, unrelated in terms of claims.  We didn't --
20 it's not the claimant.  So it could be related to
21 questions, but ... questions.
22     Q.  Is that company, the one that had been doing
23 business from -- let me make sure I understand your
24 testimony.  You're saying that there was another company?
25     A.  Yeah.

Page 20

1      Q.  That was doing business as AnywhereCommerce from
2  2016 to 2010?
3      A.  Well, in 2006 it started as a company called
4  HomeATM.  It was doing business with the name HomeATM and
5  at one point HomeATM became AnywhereCommerce.  In other
6  words, it just changed.  The model changed.
7      Q.  So when we talk about HomeATM, that was a
8  different corporate entity than the current
9  AnywhereCommerce, Inc.?
10     A.  Correct.
11     Q.  And HomeATM was founded in 2006?
12     A.  Correct.
13     Q.  And it was doing business under the trade names
14 HomeATM and then later AnywhereCommerce?
15     A.  Correct.
16     Q.  And it continued to do that until 2010 when you
17 incorporated a new entity called AnywhereCommerce, Inc.?
18     A.  Yes.
19     Q.  At that point did the original entity that had
20 done business under the AnywhereCommerce trade name cease
21 to do business?
22     A.  No.
23     Q.  Did it cease being an operating company?
24     A.  No.
25     Q.  What does it -- what business does it do?

Page 21

1      A.  It has a -- it has patents.  It has a patent
2  license.  So it is a patent.  It is a patent basically
3  licensing business.
4      Q.  So that is the company that holds the patents
5  that AnywhereCommerce has title to; is that fair?
6      A.  Yes.
7      Q.  So when there's references to AnywhereCommerce's
8  IP or its patent portfolio, those are the patents that are
9  held by this company with the numerical name --
10     A.  Yes.
11     Q.  -- that had previously done business as HomeATM
12 and AnywhereCommerce?
13     A.  Correct.
14     Q.  Does AnywhereCommerce Inc. hold any of the
15 patents itself?
16     A.  No.
17     Q.  Other than holding the patents and license
18 agreements associated with those patents, since 2010 has
19 that original entity conducted any business?
20     A.  It has not done any business in terms of selling
21 mobile hardware products or gateway products or services.
22 So, no, none of those businesses.  None of those
23 activities that are, you know, currently being done by
24 AnywhereCommerce, Inc.  So other than patent licensing,
25 there's no other business.  Patent-related business only.



|  |  |
|---|---|
| Page 34<br>1    A. For most part, yes.<br>2    Q. What types of issues come up that Mr. Poulsen<br>3  would have to deal with?<br>4    A. You know, integration issues. There's a card<br>5  reader that is supposed to be connected to either a phone<br>6  or a tablet or a computer and then it's supposed to be<br>7  connected to a gateway and then there's a processor, an<br>8  acquirer, and this flow that has to happen kind of<br>9  seamlessly. He gets involved in various aspects of that.<br>10 Sometimes it's the person is about to turn on their<br>11 computer type thing but there's also some very difficult<br>12 technical issues.<br>13   Q. You -- I think the last person you mentioned was<br>14 Mitch Cobrin. What's his role?<br>15   A. He's in sales.<br>16   Q. Does he report to Jeff Park?<br>17   A. He does.<br>18   Q. How long has Mr. Park been with AnywhereCommerce?<br>19   A. Approximately five years. Could be six. Five or<br>20 six years.<br>21   Q. Mr. Poulsen?<br>22   A. Same thing. Five to six years. They started<br>23 around the same time. I'd say five to six years.<br>24   Q. And where did Mr. Poulsen come from?<br>25   A. He came out of retirement when he joined us. But | Page 35<br>1  he'd been at many companies including Verifone. They knew<br>2  each other from Verifone. So Jim and Jeff previously<br>3  worked at Verifone.<br>4    Q. You said you have five employees. Would you be<br>5  the sixth?<br>6    A. I'm not an employee; I'm a consultant of record.<br>7  I'm a consultant. In other words, my holding company has<br>8  a consulting agreement with AnywhereCommerce.<br>9    Q. Are there other people who have consulting<br>10 agreements with AnywhereCommerce?<br>11   A. Yes.<br>12   Q. Who?<br>13   A. Dan McCann.<br>14   Q. How do you spell that?<br>15   A. M-c-C-a-n-n.<br>16   Q. What type of consultant is he?<br>17   A. He's an acting chief technology officer.<br>18   Q. How long has he been the acting CTO?<br>19   A. Four years.<br>20   Q. Is that a full-time position for him?<br>21   A. No.<br>22   Q. How many hours does he spend?<br>23   A. It's varied. It's been less and less in the last<br>24 year. So are you asking in the last 12 months how many<br>25 hours he's spending? |
| Page 36<br>1    Q. Sure.<br>2    A. I would say no more than -- I'd say five to ten<br>3  hours a week.<br>4    Q. How does that compare to you as a consultant?<br>5    A. I spend 80 percent of my time, possibly<br>6  80 percent of my time on the AnywhereCommerce business.<br>7  Between the two companies.<br>8    Q. Between AnywhereCommerce, Inc. and its parent?<br>9    A. Yes.<br>10   Q. What type of work do you do for the parent<br>11 company?<br>12   A. I make sure that -- I oversee the patents. I<br>13 work with various professionals that we work with to file<br>14 continuation patents and keep the patents alive and make<br>15 sure all the fees are filed and I help with any licenses<br>16 that we might have an opportunity to execute.<br>17   Q. Were you involved in the inter partes review on<br>18 some of those patents?<br>19   A. Yes.<br>20   Q. What was your role in that?<br>21   A. I was the business quarterback.<br>22   Q. Other than Mr. McCann and yourself, are there<br>23 other consultants for AnywhereCommerce, Inc.?<br>24   A. Yes. Mr. McCann has a number of programmers<br>25 behind him that he uses to get whatever type of job done | Page 37<br>1  that's required.<br>2    Q. Do those programmers contract directly with<br>3  AnywhereCommerce?<br>4    A. No. They contract with him.<br>5    Q. Does he bill their time to you?<br>6    A. Yes.<br>7    Q. Does Mr. McCann work on an hourly basis?<br>8    A. Yes.<br>9    Q. And do you work on an hourly basis as a<br>10 consultant?<br>11   A. No.<br>12   Q. How do you get paid?<br>13   A. A fixed salary.<br>14   Q. Has that changed over time, your fixed salary?<br>15   A. Yes.<br>16   Q. So you've been CEO now since April of 2017.<br>17 During that whole time have you been on a salary?<br>18   A. Consulting fees, like I mentioned. Consulting<br>19 fees. Not salary.<br>20   Q. But a fixed annual fee?<br>21   A. A fixed annual fee that changed once or twice.<br>22 Not dramatically, but I've gotten a raise.<br>23   Q. What about prior to your service as CEO? When<br>24 you were CFO were you an employee?<br>25   A. No. |

