**Exhibit H**

Message

| | |
|---|---|
| **From:** | Philippe LAZARE [/O=INGENICO ORGANIZATION/OU=SER ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PLAZARE] |
| **Sent:** | 8/1/2012 10:06:12 AM |
| **To:** | Jacques GUERIN [jjjguerin@gmail.com] |
| **Subject:** | RE: Documents |
| **Attachments:** | 2012 07_V4 Organigramme du Groupe Ingenico.ppt; 20120604 Strategy and MA - Strategy Committee V2 2.pptx; Ingenico Strategy 9Dec2011_Exec Summary v3.pdf |

Quelques docs de plus
**De :** Jacques GUERIN [mailto:jjjguerin@gmail.com]
**Envoyé :** lundi 30 juillet 2012 16:47
**À :** Philippe LAZARE
**Cc :** jj.guerin@free.fr; Jacques GUERIN
**Objet :** Documents

Bonjour Philippe,

Jacques Behr m'a  transmis avant son départ en congés:
- Le road map produit ("Group High level roadmap - June 2012"),
- Une présentation de Frédéric Lepeintre de G2SM: "Place payment at the heart of commerce" May 2012,
- Les monthly reports des régions du mois de juin.

Je dispose également du doc segmentation que tu m'avais remis antérieurement.

Serait-il possible stp d'avoir en complément:
- Le doc de présentation du plan stratégique 2010 - 2013,
- Le budget 2012 avec le volet effectifs et un organigramme détaillé?

Merci d'avance.
J.G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# THIS DOCUMENT WAS PROVIDED IN
# NATIVE FORMAT UPON REQUEST.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Organisation du Groupe Ingenico

Juillet 2012





# 1 Organisation du Groupe



# Group General Organization





**2**   **Finance & Operations**



# Ingenico – Finance & Operations



**378 employees**

**Patrice DURAND**
Chief Finance & Operations Officer

**Hélène CHAMOUARD**
**Claire HERNANDEZ**
*Assistant*

**FINANCE IN REGIONS** (206)
See Next

**Mathieu GUILLO** (4)
Treasury & Corporate Financing — P

**Nathalie LOMON** (14)
Financial Controlling — P

**Clémence VIGNON**
Group Tax — P

**Hervé DELVAL** (25)
Group Accounting — P

**Jean-Marc THIENPONT** (6)
EVP Strategy & M&A — P

**Sylvie LALLEMENT** (6)
LEGAL — P

**Catherine BLANCHET**
Investor Relations — P

**Eric GRENIER** (77)
VP Industrial Operations — P

**Eric BRIER** (3)
Group Security — V

**Pierre-Louis BIENFAIT** (6)
Group Quality-Environment — P

**Isabelle ILLY** (28)
Information Technology & Support — P





**2.1** **FINANCE**



# Ingenico – Finance



206 employees

**Patrice DURAND**
Chief Finance & Operations Officer

**EMEA**
Jean-Philippe PROTIN — 24 — P

**NAR**
(US, Canada)
Michael WASSERFUHR — 30 — us

**LAR**
Eduardo CATALDI — 51 — BR

**APAC**
Damien ARTRU — 15 — SIN

**SEPA**
Mathieu SCHNEBELEN — 70 — P

**CHINA**
Lisa MA — 16



# **Group controlling**

14 employees



# Group Controlling

14 employees



**Director Financial Controlling**

**Nathalie LOMON**

P

Claire HERNANDEZ
Assistant

**Marine COCHARD**

**Ingenico SA
Controller Corporate**

P

**Karine GIRAULT**

**Group Controller
Services & Finance Projects**

P

**Antoine SANS**

**Group Controller
Hardware & Regions**

P

Hervé ROUSSEL

Operations

V

Charlotte HEGRON

Finance & Holding

P

Sylvie MESSAGER
Technology

V

Aurélie GUILLAUME
Solutions/Technology

P

Marie-Claire MANIOULOUX
Technology -Controlling. Assistant

V

Lionel MANETTE
Stagiaire
6mois / 1 an

P

**Cambroise FLACHS**
Trainee

Jacinta SHAN

P

Bertrand OLIVER

P

Dominique ROGER
(part time)

V

*Sites :* ➔     *V : Valence*     *P : Paris*

Organisation - Juillet 2012 - Confidentiel - Usage Interne



# **Group Accounting**

25 employees



# Group Accounting

3 employees



**Director Group Accounting**

**Hervé DELVAL**

1 · P

**J.C. PICARD**

**France Accounting**

P

**Rob TENNEKES**

**Consolidations**

P

**Anne-Laure LAMBERT**
**Carole RAYMOND**

**Credit Management**

2 · P

*Sites :* ➔  *V : Valence*   *P : Paris*

*ingenico*





## Consolidation & Reporting

# Consolidation & Reporting

*Organization per Region and per Competencies*

6  employees



*Sites ➔ V: Valence  - P: Paris*

Organisation - Juillet 2012 - Confidentiel - Usage Interne







*France Accounting*

# France Accounting

16  employees

**Chargée d'Etudes**
**Anne-Sophie BLITTE**
1    P

**France Accounting**
**J.C PICARD**
1    P

**Bank Accounting**
Yannick PIERRE
1

**General Accounting**
**Requia ZANI**
3    P

Malik AIT KACI
Claudine Bertrand

**Receivable**
**Barbara PIAZZON (F)**
4    P

Rachida HASNAOUI
Véronique TOUITOU
Sebastien MOROSSI

**Client Accountant**
**Fatou M'BENGUE**
Stagiaire
1

**Payable**
**Thomas NASSAR**
5    P  V

Viviane HOUMEY
Sophie RENARD
Laurence REVOL *(V)*
Toni DEVIN *(F)*

*Sites* ➔ *V: Valence  - P: Paris*

ingenico



# **TREASURY**

4 employees



# Ingenico – Treasury & Corporate Financing



4 employees

**Mathieu Guillo**

**Treasury & Corporate Financing**

1          P

Carole Van Vlamertynghe
*Senior Treasurer*
1          P

Lu Huang
*Treasurer*
1          P

Maxime Boivin
*Treasury Trainee*
1          P

Yannick Pierre
*Bank accounting*
P

ingenico



## LEGAL

6 employees



# LEGAL



6  employees

GENERAL COUNSEL

Sylvie LALLEMENT

Assistant
Elizabeth  SKOGLUND

Responsable  juridique
Corporate

Pascale ABDELLI

To be appointed

Senior Legal Manager

APAC

Caroline DAMBRINE

Corporate Law and Investor

Relations Project Manager

Yasmine VAZIAGA-AYISKAN

Contract Legal Manager

France/EEMEA

Nicolas FRAIGNEAU

ingenico





# Internal
# Information System

**28 employees**

# INGENICO S. A. – Internal Information System



**26 Employees**
**+ 4 dotted line in Germany**

**C. I. O.**

**Isabelle ILLY-WEISBECKER**  1

Martine RUTARD  1

Assistant

**IT France**  2

**Farid BENMAAMAR**

**Application Architecture**  3+2

**Thierry MENEZ**

**Global SYSTEMS**  11

**Eva COHEN**

**Applications**  4

**Cosmin CIUREA**

**Business Interface**  2

Vincent LEUNIS   **P**

**Application Administration**
Nathalie DUTIROU
**Expert Middleware**
**Kadia DIALLO**
**Hiring on going**
• DB Dot net engineer
• Dot net developer   **P**

**FINANCE**
Julien MIRAULT
Gabriel SENSI
Nicolas HAMM
Olivier DELPUECH
**LOGISTICS**
Corinne CANZIAN
Sébastien JALADE
Alexandra TIROT
Jose A. FERNANDEZ (SP)
**B. I.**
Thierry GOLDWASER
**Integration subsidiaries**
**Marie-Romana DUMAT**   **P**

Alexandre BOZINE
John FLEMING
Joel TECSON   **CA**

Sandrine FABREGUES
Yohann GIVELET   **P**

**SAP Competence Center - EasyCash**
Daniela HASE – SAP SD/Contracts & customers
Alexander ROSENTAL – SAP SD/Billing
Thomas HOMBERG - SAP MM
Elisabeth VIELER – SAP Basis   4   **DE**

*ingenico*

70 employees

# SEPA

ingenico®
beyond payment

# SEPA



Total SEPA : 70  employees
 including SEPA HQ  : 2

**1** SEPA
Mathieu SCHNEBELEN

**1** SEPA
Sabine De Ponthaud

**6** France
Julia Exter
Christelle APPERT

**31** Germany
David Thogmartin

**11** Iberia
Eva Betbese

**10** Italy and CE
Cristiano Vigano

**10** Northern
Paul McCourt

Controller Assistant

Julien VIENNY

*ingenico*

# France



**6 Employees**

**Ingenico Prepaid Services**







**EMEA**

**24 Employees**



*EMEA  FINANCE*



# EEMEA Finance Team



13 Employees

**Jean-Philippe Protin**

**CFO Region / Controller EMEA France**

**Stéphane LAMBERT**

**Deputy controller**

**Okan Ozkan**

**CFO Turkey**

**Sergey Yunnin**

**CFO Ingenico LLC**

**Turkish finance Team**

**5 People**

**Elizaveta Bochkareva**

**CFO Ingenico Payment System  LLC**

**Russian Finance team**

**3 People**

ingenico



*EMEA  LOGISTICS*



# EEMEA Operations Team



11  Employees

**Jean-Philippe Protin**

**CFO Region / Operations Director**

6

**Meryem Arfaoui**

**Sales Administration manager**

2

**Elizaveta Bochkareva**

**CFO Russia / Operations Director**

3

**Okan Ozkan**

**CFO Turkey / Operations Director**

**Sales Administration team**

**5 people**

**Operations team 2 people**

**(excl. warehouse)**

**Ogmen Gungor**

**Logistics manager Turkey**

**Operations team 2 people**

**(excl. warehouse)**

*ingenico*





**2.2**

**M&A**



# M&A



6  employees

Jean-Marc THIENPONT
EVP Strategy & M&A

Assistante
Claire Hernandez

Florian SAILLER
Strategy and M&A Manager

Emmanuel RABREAUD
M&A Manager

Caronie ALAMY
Strategy and M&A Business Analyst

Aurélien MARCONI
Stagiaire





# 2.3   OPERATIONS

78 Employees



# Ingenico - Operations

**77 Employees**

**(1)** **Eric Grenier**

**VP Operations** **P**

**(1)** Véronique Limouzy
Assistant **P**

Shanghai

**(1)** **Frederic Abalain**

Repair Coordination **P**

**(11)** **Pascal Dupé**

Purchasing Director **V**

**(20)** **Julien Mater**

Supply-Chain Director **P**

**(8)** **Yann Merceron**

Operations Quality Dr **V**

**(23)** **Bertrand Dajon-Lamare**

Industrialization Dr **V**

**(13)** **Waver Wang**

Asia EMS Ops Director

*ingenico*

# Ingenico Operations – Purchasing



**11 Employees**

**1** **Pascal Dupé**

**Purchasing Director** V

**1** Pauline Soria
Assistant V

**5** Acting
Components & Project

**2** Acting
EMS Management

**2** Acting
General Expenses
Non Recurring Expenses

Olivier Fuentes
Gregory Jean
Guilluame Mottier
Olivier Parrod (Paris)
Jean-Charles Thomas V

Alain Le Foll
Manuel de Maceco P

Murielle Dezoteux (V)
Christine Patalagoity P

# Ingenico Operations – Supply-Chain



**20  Employees**

In dot line not included in the headcount

1 — **Julien Mater**

**Supply-Chain Director** — P

Benjamin Phan (Shanghai)

Logistics Improvement

Peng Peng

Process Improvement — 1 — P

4 — **Olivier Cristol**

**Planning& Procurement** — P

Christophe Barbier
Sebastien Bony
Sophia Pecout — P

5 — **Acting**

**Demand Management** — P

Huguette Heron
Cecile Laleuf
Christophe Meilleray
Elisabete Papin
Linda Rakotonirainy — P

4 — **Jacques Brunet**

**Inventory & Freight** — P

Emmanuel Airiau
Veronique Andres
Conception Inacio — P

5 — **Jean-Michel Pecheux**

**Spare Parts** — P

Douha Djemel
Johanna Hazoume
Kateryna Palamarchuk
Guillaume Senez — P



# Ingenico Operations - Quality



**8 Employees**

**Operations Quality Director**
**Yann MERCERON**
V | 1 | 8

**3** **Program Quality**
V | **Marc DELORME**

**Program Quality**
V | **Hadj KHANTOUCH**

**Program Quality**
V | **Christine CHIRAC**

**3** **Supplier Quality**
P | **Riad MEGARTSI**

**Supplier Quality**
V | **Vincent CLARO**

**Supplier Quality**
SGP | **(Position in SGP)**

**1** **Mfg Q JB VN**
VN | **Daniel TEE**

**3** **Mfg Q. JB Br**
BR | **Alex. SILVEIRA**

**4** **Mfg Q. FLEX SH**
RPC | **Lynn DAI**

**1** **DOA and Field Quality**
P | **JP. MAISONNEUVE**

**Product Quality (R&D)**
**François DORNE**

**Overseas employees**

*Quality & Product life cycle*

*ingenico*

# Ingenico Operations – Industrialization



**23  Employees**

**1** **B.Dajon-Lamare**

**Industrialization Director**

V

**10** **Acting**

**Industrial Project**

**4** **Xavier Lambert**

**Process Engineering**

P

**3** **Yann Le Pemp**

**EMS Product Introduction**

V

**5** **Jean-Christophe Petit**

**Master Data Base**

P

**PIM**
Laurence Dubois
Sylvain De Sa Costa
Hugues Duroselle (Paris)
Alain Palhier
Jean Louis Vinet

**IPL**
Abdenour Ainouche
Cedric Dhelens
Ian Mauconduit
Frédéric Nguyen (Paris)
Bogdan Turtoi

V

Gaetan Mabille (Valence)
Vincent Maro
François-Xavier Bechet
TBH (Valence)

P

Xavier Coquelet
Sebastia Farras (Bcn)
TBH (Valence)

V

Faustino de Souza
Remi Franco
Jean-Philippe Lalague
Wilfried Varenne

P

Jefrem Doroch (Shanghai)
Eric Sun (Shanghai)
Tom Zhang (Shanghai)
Ricardo Batista (Brazil)
Kar Hwee Ang (Ho Chi Minh)
**Sebastia Farras (Bcn)**

In dot line not included
in the headcount



# Ingenico Operations – Asia EMS Operations

13 Employees



**Waver Wang** — Operations Quality Dr (Shanghai) — 1

**Benjamin Phan (Shanghai)** — Logistics Improvement — 1

**Acting Supply-Chain** — 2
- Anys Fatnassi (Ho-Chi Minh)
- Bryan Tan (Shanghai)
- Asia

**Acting Industrialization** — 4
- Jeffrem Doroch (Shanghai)
- Eric Sun (Shanghai)
- Tom Zhang (Shanghai)
- Kar Hwee Ang (Ho Chi Minh)
- Asia

**Acting Manufacturing Quality** — 5
- Daniel Tee (Ho Chi Minh)
- Lynn Dai (Shanghai)
- Monica Zhang (Shanghai)
- Kobe Yan (Shanghai)
- Yang Song (Shanghai)
- Asia





# 2.4   Group QUALITY

6  Employees



# Ingenico – Group Quality



6  Employees

**PL.Bienfait**
Group Quality-Environment Dr
P

Doted line
not included in headcount

QE-Risk
PL.Bienfait (acting)
P

QE.Management System
A.Veret
P
2

Customer Satisfaction
Yves Girousse
V
3

Operations Quality
Yann Merceron
V
7

Xavier Laisney

Alain Lautier
Severine Parra

Marc Delorme
Hadj Kantouche
Riad Megartsi
Vincent Claro
FX.Bechet
JP.Maisonneuve

1

40

*ingenico*

# 2.5 GROUP SECURITY

3 Employees

ingenico® beyond payment

# Ingenico – Group Security

**3  Employees**







**3** **Ressources Humaines & Communication Interne**



# HUMAN RESOURCES - GROUP



**VP HR GROUP**

**Mathieu GAGNARD**

**HR Assistant**
Agnès BOUBENEC

## GROUP

**Social Controlling**
Anne DUBREUIL

**HR Project**
Aida SCANZI

**Compens. & Benefits**
Jérémie LOUIS

Aissam MAJID
Claude E. BIVIOU
**Stagiaires**

Estelle AUFREDOU
**Stagiaire**

## REGIONS

**International**
Anne-Julie RIBALTCHENKO

**France**
Eric DECISIER

## REGIONS

**Germany**
Peter MEUSSEN

**LAR**
Jefferson BADO

**NAR**
Nancy BROWN

**Northern**
Jessie GRAHAM

## REGIONS

**Australia**
David O'NEIL

**China**
Yang CHANG JIA

**Spain**
Pablo de MIER

**Turkey**
Nur GEDIKALI

*ingenico*

# Ressources Humaines en France



# GENERAL SERVICES – in France



# Communication

1 personne



**VP**

**Mathieu GAGNARD**

Internal Comm

Magdalena  Lionet

*ingenico®*



**4**   **RISK**



# RISK





# 5 SOLUTIONS



# SOLUTIONS



**Solutions**
Christopher Coonen

| Solutions Product Mgt | Solutions Marketing | Global Sales | CRM | VP Communication | Mobility Payment Business Line |
|---|---|---|---|---|---|
| *Stéphane Jacquis* | *Guillaume Pascal* | *TBH* | *Sandrine Lemaire* | *Rémi Calvet* | |

**Solutions Product Mgt** column:
- Hardware Product Mgt
- Platform & tools Product Mgt
- Software / Services Product Mgt
- Partnerships & VAS
- Segment solution catalog mgr
- Product strategist
- Global Market Research
- Scheme & Associations

**Solutions Marketing** column:
- Regional Support
- Global Pricing
- Marketing Operations
- Single POS / SMB
- Multi POS / Retail
- Mobility
- Unattended
- M/E-commerce

**Global Sales** column:
- Key Account Management
- Business Development
- Global Partnerships
- Global Customer Delivery
- Project Management
- Solutions Management

**VP Communication** column:
- Events — *Valérie Neil*
- Branding — *Coba Taillefer*

*ingenico*



**Solutions Product Mgt** — *Stéphane Jacquis*

**Innovation** — *Dorina Ghiliotto-Young*

**Assistant to G2SM Teams** — *Isabelle Meyer*

**Global Market Research** — *Valérie Tersol*

**Hardware Product Mgt** — *Vincent Fillaud*

**Platform & Tools Product Mgt** — *Gilles Brulé*

**Software/Services Product Mgt** — *Stéphane Jacquis (act)*

**Partnerships & VAS** — *Agnès Jbeily*

- Unattended — *JF Leonardelli*
- Wireless — *Guillaume André*
- Bio & Health — *Eric Le Berder*
- Countertop & EOL — *Blandine Pieper*
- Pin Pad & Signature Capt — *François Faure*

IPA & ISMP now handled in mobility business unit

- Security tools — *Sylvie Vigier*
- P2PE — *Jean-Roch Poligny*
- Telium 2 & 3, SDK — *Yannick Menet*
- Protocols — *Corine Guibert*

- E/M-Commerce — *Taline Karanfilian*
- TMS — *Yann Levenez*
- Axis #1 — *Denis Barritault*
- Connect./IP centralisation — *Olivier Clere*
- Axis #2 — *TBH*
- Transversal modules — *Anne-Claude Tichauer + Subco*
- Incendo On Line — *Olivier Clere*

- Retail & Hostitality catalog mgr — *Charlotte Perraudin*
- SMB catalog mgr — *TBH*
- Vertical segments — *TBH*





INGENICO CONFIDENTIAL



**Solutions**
Christopher Coonen

**VP Global Sales**
*TBH*

**Global Customer Delivery**
*Ian Stead*

Key Account
*Manager*
*Gabriel Migioia*

Business
Development
Retail
*TBH*

Global
Partnerships
*TBH*

Project Managers
*Lionel Fournier*
*Marine Le Picard*
*Marc Clauzel*
*1 Subco (not counted)*

Solutions
*Manager*
*Bertrand Byramjee*
*1 Solutions Mgr TBH*

*ingenico*



**Mobility Payment Business Line**
**C. Coonen**

| Roam CEO | VP Sales & Marketing | Head of Product Management and R&D |
|---|---|---|
| *Will Graylin* | *Benoît Boudier (in waiting USA)* | *Christopher Rotsaert (in waiting USA)* |

**US + CA ROAM SALES**

**Head of Intl Sales**
*BB (acting)*

**Head of Marketing Mobility**
*TBH*

**R&D**

**PRODUCT**

| VP Sales US | Mobility Sales EU | Partner program | Small merchant Mobile as POS | Roam Software Development | Roam PM |
|---|---|---|---|---|---|
| *Ken Paull* | | *Sylvain Vivier* | | *Existing Team* | *Eran Hollander* |

| COO | Mobility Sales LAR | Solutions Delivery | Large merchant Mobile Solutions | Roam Hadware Development | iSMP PM |
|---|---|---|---|---|---|
| *Bill Bachrach* | | *Philippe Heuland* | | *Existing team* | *Anais Romand* |

| CFO | MobiliitySales APAC | | Transportation and delivery | | iPA/Tablet PM |
|---|---|---|---|---|---|
| *John Frontz* | | | *Pierre Delaunay* | | *TBH* |

Admin/HR/…

Project mgt

For each region, organize sales with separate retail and Distributor leads – regional VP Sales handling 1 of the 2

Support from Group Pricing & Outbound Marketing – C. Jeanneau team

**Coordinate with Group Functions**
**SPM,HW devt, SW/Telium devt, *ODM*, *Purchasing, Supply Chain***

*ingenico*



**6** **TECHNOLOGY**



# R&D Organization



# R&D Hardware – Development organization



# R&D hardware – Operating System



**Operating System - Christian Rolin – Coherence Platform**

Yves Martini – TELIUM Operating System – Integration & validation

Dominique Testu – TELIUM OS – Applications - Thunders

Mohammed Bellahcene – TELIUM OS – Security - Booster

| Desktops **Jean-Louis Olive** | **Wireless Claude Larinier** | iUNxx iPP3xx/iSPM **Alain Soubirane** | Health iPP2xx/iSTxxx **Patrice Fivel** | Security O/ S M Bellahcene | SW Platform SRN K Achari |
|---|---|---|---|---|---|
| **JC. Pommaret** | **A Carabelli A.Zanetti** | **N. Bariteau S. James A Mauraud Y. Moreno C. Plessis** | **S. Henrio V. Tracol** | **J Royer L Muller** | Telium System C Auffray |
| | | | | | **L. Cruau M. Crapet F. Huteaux A. Kroupski P. Malherbe S. Vialle** |

*ingenico*



# 6.1 Hardware developments



# R&D Hardware / OS – Product development teams



**R & D Product teams**
**JM Aubanel**

**Assistant**
M Oboussier

**Assistant**
A. Dias

**Desktops**
**Jean-Louis Olive**

**Wireless**
**Claude Larinier**

**iUNxx / iPP3xx/iSPM**
**Alain Soubirane**

**Health/iPP2xx/iSTxxx**
**Patrice Fivel**

**Retail Pin pad & i-Line**
**Karim Achari**

**RP01 / RP02/iPP4xx**
**C Pelcat**

**i-Line HW Maintenance**
**F Chowdhary**

**i-Line HW Maintenance**
**R Rico (BCN)**

| Desktops | Wireless | iUNxx/iPP3xx | Health/iPP2xx | RP01/RP02 | i-Line HW (BCN) |
|---|---|---|---|---|---|
| G. Allemand | J. Andre | R. Allirot | L. Brochard | J. Balasse | JM. Bocanegra |
| E. Bonnet | O Berthiaud | Ch. Aizac | E. Dubois | E. Beziau | J. Bodas |
| A.Coussieu | A Carabelli | N. Bariteau | O. Fabregoule | S. Estorges | C. Fajarnes |
| F. Demange | N. Jacquemont | S. Barneron | S. Henrio | P. Jugla | C. Melero |
| A. Eck | S. Pavageau | J. Doblado | D. Kneale (UK) | N. luc | T. Rafecas |
| V. Hernandez | M Rossignol | F. Fleury | JE. Lemaire | L. Mayer | |
| Y. Martini | C Taillandier | D. Gary | L. Mege | A. Quenet | |
| H. Nalbant | B. Xavier | D. Georges | V. Tracol | Fr. Robert | |
| D. Pelat | A.Zanetti | S. James | L. Victor | L. Rossi | |
| JC. Pommaret | H. Demir | E Lebonois | C. Euvrard | B. Schang | |
| C. Rolin | C. Janot | A Mauraud | S. Drevon | | |
| D. Testu | | J Monnet | | | |
| G. Thibault | | Y. Moreno | | | |
| F. Demange | | C. Plessis | | | |
| | | M. Richard | | | |

*ingenico*

# R&D hardware / OS – Product security



**Product Security**
**P Fivel**

Security O/ S
M Bellahcene

HW & Certifications
P. Fivel

Landi
P Fivel

Security Tools
& Platform
L Pion

J. Royer
L. Muller

JJ Delorme
N. Dabbous
A. Whaap
C. Colin

J. Allier
H. Michel
G. Billiau
W. Benoit

*ingenico*

# Telium & U32 SW Platform teams



SW Platform
**C. Barthelemy**

R & D Director
**JM Aubanel**

Architect / Integrator
**JL Frimour**

SW Platform SRN
**K Achari**

Manager/SDK
A Rouxel

R Bertholet
M. Ferrando
L.  Foriel
M. Fugairon
JL Meyrial
P Plasse
A Roche

**Card Managt**
**M  Gatesoupe**

M. Aizac
N. Crouzet
E. Coursange
G. Leyland
W. Marsal
S. Metcalfe (UK)
D. Salmon (UK)

Communication
**V Gomes**

V. Ravanel
L Tourlonias

**Qualification**
**F Charpin**

A Esnault
M Michel
T.  Serna

Security Tool
**SW**

K Guemar
H O'Donnell

**OS Telium**
i   **OS Telium**
**iSC2xx, iPP4xx**
**C Auffray**

L Cruau
M Crapet
F Huteaux
A Kroupski
P Malherbe
S Vialle
B Pouhaer

Telium Platform &
U32 Maintenance
**R. Martinet**

T Cheung
A Tchoulkine
L Krim
Y Meyer
JC Genoud
S Di Valentin

Tools / Ingedev
A. Lucien

C. Betton
M. Ould
V. Guignot

Qualif SW
K Achari

Y Gervais
A Juy
JL Ribiere

*ingenico*

# Engineering Services



R & D Director
**JM Aubanel**

Engineering Services
Jean-Christophe SENAC

| CAD | Definition File Component database R&D proto supply | Industrial Design | Functional test development | Repair center Training support | Validation & qualification Laboratory |
|---|---|---|---|---|---|
| **ECAD** L Vassy M Giustino C Nardou P Sulpice | B Maurice A Fustier L Pasetti | Olivier Blanc | F Brechbuhl S Riolo **Y Laurent** | D Ferreira C Curinier C Lormeau D Brun + 1 external resource | N Bal + external resources |

**mCAD**
External
ressources

*ingenico*



# 6.2   Software developments



# Corporate Software Organization Chart

(as per July 1st)

**ingenico**

| SW Technology Architecture Know-How [Pierre Quentin] | Reference Design Creation [David Mousty, acting] | | | | Off/Near-Shore Activities [Bertherat Arnaud] |

**Architects :**

Barantsev Alexei
Grandemenge Jerome
Marcel Regis
Michalak Jean-Denis
Raymond Gilles
**Francis Berthier**

**App. Development**

Boussetta Hichem*
Soubrier Christophe
**Thieblemont Jacques**

| R&D [Bazin Nicolas] | Payment [Bertino Franco] | Database [Legoupil Laurent] | TMS [François Colom] |
|---|---|---|---|
| Ait Abdelmalek Azzedine | Barre Lilian | Lahbib Mohamed | Berthon Jérôme |
| Barrucand Bruno | Bouteillon Eric | Le Cam Jean-Noël | Francon David |
| Bousquet Antoine* | Durecu Thierry | Anastacio Tiago* | Gillet Patrice * |
| El Kasimi Driss | Galand Olivier | Bomandouki Thierry* | James Lionel |
| Gharbi Slim * | Gosset Xavier | El Mounir Hafedh* | Marteau Sebastien |
| Hamdi Bassem* | Laine Benoit | | Papciak Michel |
| Ivanov Dimitri | Leboucher Benoit | | Reiffsteck Laurent |
| Lechevin Yannick | Lespagnol Davy | | Rondeu Pascal |
| Letessier Erwan | Luong Fabien (stagiaire) | | Terrade Vanessa |
| Ligier Simon | Sabouraud Eric | | **CSW12_107** |
| Lucas Cedric | Siretas Marc | | |
| Lukashin O. Sergey | Smagghe Cyril | | |
| Mhissen Mohamed | Wang Liliane | | |
| Omar Ali | **CSW12_106** | | |
| Rondepierre Bruno | Melahi Kouider* | | |
| Zecler Didier | Laporte Sebastien* | | |
| Zincenko Andrejs | Aymen Rekik* | | |
| **CSW12_105** | | | |

Manuel Ballester
**Cedric Le Cren**
**CSW12_006**

| Software Assurance Quality [Gil Croisille] |

* : Ingenico Partner / ∞ : Ingenico resource (Region) / CSWxx_abc (Internal Position) / IE_EXT_abc Contractor Position

**ingenico**

# Corporate Software Organization Chart

(as per July 1st)

*ingenico*

## Software Project Office
### [Chaudron Emmanuel]

## Software Customer Support
### [Alexandre Tougard]

### Software Validation
[CSW12_008 : On-Going]

### Terminals
[Topart Lionel]

### Services
[El Kouche Bilal]

### Training/E-learning
[Arnaud Jacques]

---

**Software Program Managers:**
- Siraï Youssef
- Nicolas Arnaud
- **Jean Dumazy**
- Cohen Patron Aviram *
- -- Lecocq Sébastien*

**Software Integration :**
- Mezouar Sabine
- Delomez Nicolas
- Delasseaux Michel
- **CSW11_004 : Fullfilled**
- Vincent Croze*
- Fredj Gazzah*

| Software Validation | Terminals | Services | Training/E-learning |
|---|---|---|---|
| Allouche Frederic | Denis Emmanuel | Berger Frédéric | Planchon Samantha |
| Bally Florent | Kassovic Bruno | Chauplannaz Clement | |
| Baou Lahcen | Kouzmina Inna | Lang Vihoa | |
| Bernard Adrien | Merian Colette | Troumelin Michaël | |
| Carrot Pierre-Moise | Vivargent Francois | Sy Mouhamadou | |
| Michalak Philippe | Sadik Jamaâ | **Delaunoy Yann*** | |
| Roynel Maxime | **Montaud Régis** | CSW12_108 | |
| Stancu Philippe | | | |
| | Aouadi Mehdi* | Ammar Thibault* | |
| | Cosson Nicolas* | Demmer Fabien* | |
| | Hannezo Sylvain* | Joachim Sebastien* | |
| | Zrari Hamdi* | Polechtchouk **Pavel** ∞ | |

* : Ingenico Partner / ∞ : Ingenico resource (Region) / CSWxx_abc : Internal Position / IE_EXT_SAYE Contractor Position





**6.3**   **ODM & Partnerships developments**



# ODM & Partnership Dev – Organization





# 6.4   Regions technical interfaces



# Region Technical Interface Organization





**6.5**   **GLOBAL IT OPERATIONS**



# Global IT Infrastructures & Platforms



# Projects & Partnerships Developments



**Global IT Service Management**
Ruediger Raddatz

**IT Service & BRM***
Rachid Maadoum

**IT Operations**
Salif Ba

**Master Data & Billing**
Marc Winberg

**Service Integration**

**Release Planning**

**Business Relationship Mgt.**
France - Corinne Renault
UK      - Gabriel Hulic Mencle
AUS    - George Delaportas

**IT Operations (NOC) - France**
Ted Berte
Christophe Torbal
Priso EsohEbongue

**Master Data & Provisioning**
Hassan Chaib
Laurent Gerra*

Arthur de Longeaux

Jean-Christophe Jaffry
*

**IT Problem Management**
Serge Korolik

**IT Operations (NOC) - AUS**
Gurpreet Kaur
Ahmed Dahawi

**Billing & Invoicing**
Yasmina Meska

**IT Incident Management**
Mokrane Oulmes
Cedric Barbet (Tool)

Laurent Gerra* = does 50% Master Data & Provisioning and 50% Billing & Invoicing
Jean-Christophe Jaffry* = also performing Master Data & Billing related activities, currently handing over to Marc Winbergs team
BRM* = Business Relationship Management
Only permanents listed.

Organisation - Juillet 2012 - Confidentiel - Usage Interne



# Transactions & VA Services



**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Group Strategy –  Executive Summary

4 June 2012

Corporate Strategy



# Ingenico's strategy positions it to win amidst the physical and virtual world convergence

## Ingenico's 3 Strategic Pillars

| **1** Defend and Grow the POS Installed Base | **2** Monetize Installed Base **Via Payments Acceptance, Transactions Management & VAS** | **3** Position for a Digital World | |
|---|---|---|---|
| | | **a** Online (Internet) | **b** Mobile |
| • Acquire POS OEM share<br>• Acquire direct distribution and direct servicing positions in key markets<br>• Adopt vertical segment specialization (product & sales) plus direct to merchant sales for tiers 1&2 in mature markets<br>• Improved bundling HW/SW/Services<br>• New range of POS HW based on an open* OS | • Build or buy a leading POS gateway platform<br>• Combine POS and e-comm gateway positions into being the multi-channel market leader<br>• Opportunistic acquisitions (processing/ acquiring in developed/ mature markets)<br>• Organic ex pansions of easycash and Axis | • Expand via acquisition into e-commerce gateway services<br>• Position for the multi-channel end-game | • Position broadly for mobile phone POS by globalizing RoamData<br>• Position opportunistically for mobile wallet processing and mobile offers/loyalty (incl. opening an interface* into the OS and apps) |

*SDKs, APIs, common HTML protocols, etc.

2

# Merchants are facing increasing complexity to manage the convergence of POS / e-commerce payment / mobile payment and non-payment (VAS) transactions

- Different players are competing on each value chain with different value propositions and business models

- No horizontal offer so far … addressing physical and virtual convergence

*Merchants are looking for a one-stop solution*





# Market evolutions are driving a number of key implications for Ingenico

| Key Findings, Implications |
|---|
| • Payment volumes are migrating online, CNP will drive most of the transaction growth in mature markets.<br>• Leading payment service providers, must, therefore have an e-commerce solution in order to grow. |
| • Merchants, by and large, tend to use different payment service providers in POS and CNP.<br>• This is not by choice however as merchants prefer consolidated/integrated service.<br>• A strong multi-channel position is therefore differentiating in the marketplace.<br>• Alternative payments providers are moving to the POS: PayPal, Google,… |
| • Mobile phone enabled POS, or mobile POS solutions are growing rapidly and risk displacement of terminals in the Small Merchant segment<br>• Mobile phones are accelerating richness of applicative ecosystem<br>• Mobile devices will bridge the POS and e-commerce gateways |
| • Mobile commerce is developing rapidly and presents new use cases and value-chains for payments.<br>• Payments is actually a trailing application but one which is likely to be tightly linked to commerce flows. |
| • Merchants are increasingly interested in value-added services at the POS (in addition to other channels)<br>• VAS demand varies by market, which means that a service portfolio should be both diverse and tailored. |
| • Payment innovators are increasingly succeeding based on opening their architecture to allow for easy 3rd party integration and to encourage outside developers to create applications.<br>• Ingenico will integrate this thinking into their own POS platforms. |

**Card not Present**

**Multi-channel**

**Mobile Device Disruption**

**Mobile Commerce**

**Value-Added Services**

**Thin and Open**



# The emerging acceptance environment reflects this increased complexity and highlights the Gateway as a key component



**Traditional Acceptance Environment**

Wireline Terminal → Dial-up Network → Acquirer → Card Schemes → Settlement Account



**Emerging Acceptance Environment**

ePOS

Host System

Fraud Prevention Services

Terminal / PED

Advanced Telecom

Web Shop

Mobile Channels

Acquirers

Payment Schemes

Settlement Accounts

**Payment Gateway**

Loyalty Services

Reporting & Data Services

*ingenico*

# Growth in mature cards markets will come primarily from card-not-present volume

**E-Commerce Payment Volume as a % of Total (Card Present + Card Not Present) Card Volume, 2010**

**100% = €222B**



**E-Commerce Volume Growth vs. Face-to-Face Volume Growth, estimated**



*Source: Eurostat; US €112B, UK €70B, FR €30B, BR €10B*



# E-commerce revenues per transaction are higher than Point of Sale and are expected to grow faster by 2016



**Revenue Earned Per Transaction as Percentage of Avg. Transaction Size (Europe, 2011)**

*Source: First Annapolis market observations and analysis.*
*\*e-commerce acquiring includes card acquiring + alternative payment acquiring + foreign exchange. e-commerce gateway includes gateway + fraud management revenues. Gateway revenues refer to revenues earned by PSPs or similar providers for routing the transaction data; acquiring revenues refer to fees earned by banks or other acquirers for settling the transaction; scheme revenues refer to scheme fees; processing revenues refer to the cost of the transaction processing underlying acquiring.*
*Note that POS gateway revenues per transactions are declining because the number of transactions is increasing and not because of price compression.*
*We also assumed no change in the average card present transaction value.*

ingenico

# The e-commerce gateway revenue pool in Europe is highly fragmented



**Gateway Revenue Shares, Based on EU Revenue (Estimated 2011)**

- Others 21%
- Adyen 1%
- RealEx 1%
- SixPay 2%
- Optimal 2%
- PayPoint 2%
- Computop 2%
- NETS 2%
- Digital River 2%
- DIBS 3%
- Cybersource 2%
- Sagepay 3%
- Barclaycard 4%
- Atos 4%
- Ogone 6%
- Global Collect 6%
- Datacash 7%
- Worldpay 9%
- PayPal 7%
- Wirecard 14%

**(Estimated 2011 market size = €437M)**



# Ingenico has clear opportunities to capitalize on the market evolutions

- **Ingenico is a leader in terms of its Point-of-Sale installed base, its expertise in payment protocols, its universal Telium platform, and its retailer relationships**

- **Closing the gap with an e-commerce solution will enable Ingenico to:**

  > **Offer a one-stop, multi-channel solution for merchants**

  > **Offer a « in the cloud » plug-and-play hardware and software/operating systems installations and upgrades**

  > **Position itself on the fatest growing payments segment**

  > **Increase the percentage of recurring revenues**



# Strategic Roadmap Executive Summary

9 Dec 2011

Corporate Development &
Strategy



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Table of Contents

- 2008-11 Recap

- 2011 Strategy Overview

- Strategic Pillar 1: Defend, Grow, and Rationalize the POS Installed Base

- Strategic Pillar 2: Monetize the Installed Base – POS Gateway/Processing/Acquiring

- Strategic Pillar 3a: Seize The Online Opportunity

- Strategic Pillar 3b: Seize The Mobile Opportunity

- Summary and Conclusions



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274192

# Table of Contents

- **2008-11 Recap**
- **2011 Strategy Overview**
- **Strategic Pillar 1: Defend, Grow, and Rationalize the POS Installed Base**
- **Strategic Pillar 2: Monetize the Installed Base – POS Gateway/Processing/Acquiring**
- **Strategic Pillar 3a: Seize The Online Opportunity**
- **Strategic Pillar 3b: Seize The Mobile Opportunity**
- **Summary and Conclusions**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274193



**2008-11 Recap**

# 2008 strategy was based on three pillars, which - for the most part - we successfully followed through

### Ingenico 2008 Strategic Pillars

| 1 Increase and Protect Installed POS Base | | 2 Monetize Ingenico's Installed Base | | 3 Build a Bridge Between The Digital And The Physical World | |
|---|---|---|---|---|---|
| • Adopt a segmented product portfolio to tap into underpenetrated markets<br>• Consolidate the market and benefits from economies of scale<br>• Capture the remaining growth in emerging countries to avoid low cost players to emerge | | • Up sell connectivity, terminal and transaction management + sell turnkey solutions<br>• Operate a range of services (especially those around payment with a big network effect) to change the perception of the POS from a Cost to Revenue Generator | | • Acquire specific competencies to become specialist of some digital services<br>• Extend Ingenico's service value proposition to include online and mobile payment<br>• Enter into the digital payment devices market (contactless POS, home banking devices) | |
| **Plan** | **To Date** | **Plan** | **To Date** | **Plan** | **To Date** |
| • Growth in emerging markets (Asia Pacific and EEMEA) | • Acquisition on ARCOM, Ingeserve, major distributors in Russia and South East Asia<br>• Won market share in South East Asia<br>• Landi investment | • Killer-app: money transfer<br><br>• Killer-app: prepaid<br><br>• Killer-applications: other | • Change in strategy | • Acquire an online payment specialist | • Not completed so far but it remains a key priority going forward. Easycash has a modest online presence (1,000 customers). |
| • Segmented product portfolio vertical markets (mobile devices for retail and hospitality, lottery) | • Acquisition of XIRING, European SW and VAS player focusing on the healthcare industry<br>• New product introduction targeting the mobility verticals (iSMP) and successes in unattended | • Change in strategy →<br>• expand into processing and Direct-to-Merchant (D2M) services<br>• Become an enabler of VAS rather than operator | • Acquired easycash<br>• Acquired Payzone France? First Data Iberica, PayCom, BTG<br>• Investment in Korvac (?) | • Investment in mobile payment specialist<br><br>• Money transfer services for m/e-payments<br><br>• Digital payment devices (contactless POS reader, home banking devices) | • Closed investment in RoamData<br><br>• Closed Transfer-To investment<br><br>• Launched line of contactless devices (iSMP), in addition to RoamData |
| • Acquisition of Hypercom | • Unsuccessful | | | | |

Source: Ingenico 2008 strat plan

*ingenico*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274194

# Table of Contents

● 2008-11 Recap

● **2011 Strategy Overview**

● Strategic Pillar 1: Defend, Grow, and Rationalize the POS Installed Base

● Strategic Pillar 2: Monetize the Installed Base – POS Gateway/Processing/Acquiring

● Strategic Pillar 3a: Seize The Online Opportunity

● Strategic Pillar 3b: Seize The Mobile Opportunity

● Summary and Conclusions



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274195

# Merchant Payment Services Landscape



Source: First Annapolis Consulting

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274196

# Merchant Payment Services Landscape:
# how it works…

- Different players are competing on each value chain with different value propositions & business models

- No horizontal offer so far … addressing new shopping experiences

**Merchants are looking for one stop solution**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Our 2011 strategy has adapted to the current environment and vision


2011 Strategy

### Ingenico 2011 Strategic Pillars

| **1** Defend and Grow the POS Installed Base | **2** Monetize Ingenico's Installed Base Via Processing Value-Added Services and Payments | **3** Position for a Digital World | |
|---|---|---|---|
| | | **a** Online (Internet) | **b** Mobile |
| • Acquire POS OEM share<br>• **Acquire direct distribution and direct servicing positions in key markets**<br>• **Adopt vertical segment specialization (product & sales) plus direct to merchant sales for tiers 1&2 in mature markets**<br>• Rationalize strategy in the U.S. and other low-share or low margin markets<br>• Improved bundling HW/SW/Services<br>• **New range of POS HW based on an open\* OS** | • **Build or buy a leading POS gateway platform**<br>• Combine POS and e-comm gateway positions into being the multi-channel market leader<br>• Opportunistic acquisitions (processing/ acquiring in developed/ mature markets)<br>• Organic expansions of easycash and Axis | • **Expand via acquisition into e-commerce gateway services**<br>• Position for the multi-channel end-game | • **Position broadly for mobile phone POS by globalizing RoamData**<br>• Position opportunistically for mobile wallet processing and mobile offers/marketing (incl. opening an interface\* into the OS and apps) |

*\*SDKs, APIs, common HTML protocols, etc.*



8

IngenicoInc_0274198

# Different pillars will drive growth in different geographies


2011 Strategy

## Strategic Pillars By Geography

| # | Pillar | Europe SEPA | Other EMEA | North America | Latin America | Asia Pacific | China |
|---|--------|-------------|------------|---------------|---------------|--------------|-------|
| 1 | Defend and Grow the POS Installed Base | Very strong focus | Strong focus | Strong focus | Strong focus | Very strong focus | Strong focus |
| 2 | Monetize the Base: POS Gateway, VAS, Processing, Acquiring | Very strong focus | Strong focus | Strong focus | Opportunistic approach | Strong focus | Opportunistic approach |
| 3a | Seize the Online Opportunity | Very strong focus | Opportunistic approach | Opportunistic approach | Opportunistic approach | Opportunistic approach | No focus / ignore |
| 3b | Seize the Mobile Opportunity | Very strong focus | Strong focus | Very strong focus | Strong focus | Strong focus | Strong focus |

■ = Very strong focus
■ = Strong focus
■ = Opportunistic approach
■ = No focus / ignore

*ingenico*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274199

# Table of Contents

- 2008-11 Recap
- 2011 Strategy Overview
- **Strategic Pillar 1: Defend, Grow, and Rationalize the POS Installed Base**
- Strategic Pillar 2: Monetize the Installed Base – POS Gateway/Processing/Acquiring
- Strategic Pillar 3a: Seize The Online Opportunity
- Strategic Pillar 3b: Seize The Mobile Opportunity
- Summary and Conclusions



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274200



# Pillar 1: Market fundamentals for the POS market HW and SW remain good



**Total POS Shipments (Million Units)**

**Ingenico Market Share (Share of Shipments)**

Source: Frost & Sullivan, Ingenico business plan, Nov. 2010

11



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274201

# Acquisition of direct distribution and servicing positions is a top priority in countries in which Ingenico doesn't have a direct distribution channel

Pillar 1

## Prioritized Expansions into Direct Distribution and Servicing

| Countries | Direct Distribution | Field Servicing | Acquisition Targets |
|-----------|---------------------|-----------------|---------------------|
| **Indonesia** | Not today | Not today | • **PT Integra**<br>• Others: Arahnets, Smartweb, Visionet, Kartuku, Indopay |
| **S. Africa** | Not today | Not today | • **Net 1** (carve out)<br>• **Altech** *(potentially organic partnership)*<br>• **Africa Resonance**<br>• Others include: GPT, ECC, Beyond Payments, Transaction Capital |
| **Poland\*** | Not today | Not today | • UPOS<br>• Rea Card |
| **Ukraine\*** | Not today | Not today | • BKC<br>• CardPay |
| **Brazil\*** | Yes | Weak | • INTECH |

*\*Prioritized based on scale and growth, subject to further study*



12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# We will grow and defend the installed base via continued expansion into direct distribution, servicing, and sector verticals


Pillar 1

**POS Installed Base Initiatives**

**Execution Roadmap By Geography**

1. Buy direct distribution and servicing in high priority market (S. Africa, Indonesia, Poland, Ukraine, others)
(acquisition)

2. Vertical specialization of the HW/SW product line (combination of organic and acquisition)

3. Rationalize strategy in the US and India (organic)

4. Improve bundled selling of HW/SW/Services (organic)

5. Open in interface into the OS, nurture an application development community (organic)



Across Regions

Across Regions

Across Regions

*ingenico*

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274203

# Table of Contents

● 2008-11 Recap

● 2011 Strategy Overview

● Strategic Pillar 1: Defend, Grow, and Rationalize the POS Installed Base

● **Strategic Pillar 2: Monetize the Installed Base – POS Gateway/Processing/Acquiring**

● Strategic Pillar 3a: Seize The Online Opportunity

● Strategic Pillar 3b: Seize The Mobile Opportunity

● Summary and Conclusions



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274204

# Processing scale and growth varies across regions and markets





**Card Payment Scale and Growth Opportunity**

Source: First Annapolis Consulting

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274205

# The gateway position is the primary strategic priority for Ingenico in processing

Pillar 2

**Merchant Payment Services Landscape**



| POS Layer | Gateway Connectivity | Gateway Layer | Gateway Connectivity | Acquiring Layer | Scheme Layer |
|---|---|---|---|---|---|
| Mobile Commerce | | **Mobile Gateway** | | Front-end Processing (Auth) | Acceptance Network |
| Web Shop | | **E-comm Gateway** | | Back-end Processing (Clearing & Settlement) | Switching |
| Phone | | **Virtual Terminal** | | Scheme Membership | Consumer Proposition |
| ECR (electronic cash register) | | **POS Gateway** | | Accounting & Billing | Member Guidance and Regulation |
| Stand-alone payment Terminal | | **Terminal** | | | |

| Value Added Services | | | | |
|---|---|---|---|---|
| Cash-based Services | Loyalty Services | Processing Services | Security Services | Billing Services |

*ingenico*

Source: First Annapolis Consulting

16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274206



# A number of targets have been identified in gateway processing and acquiring/processing

Pillar 2

| Business | Market | Current Position | Comments |
|---|---|---|---|
| TNS | Global | • Global connectivity, gateway, and processing services business | • Market value ~$500 mil |
| YesPay | U.K., CA | • POS gateway | • Market value ~$50 mil |
| MerchantLink | U.S. | • POS gateway | • Market value ~$100 mil |
| Shift4 | U.S. | • POS gateway, e-comm gateway, & acquiring ISO | • Market value ~$200 mil |
| Element Payment Services | U.S. | • POS gateway & acquiring ISO | • Market value ~$100 mil |
| CCV | Benelux | • POS PSP & gateway | • Market value ~€125-150 mil |
| Lyra | France, Brazil, India | • POS gateway and processor | • Market value ~€150 mil |
| Heartland | U.S. | • Top 10 U.S. acquirer, sales specialization, in-house tech | • Market cap  $875 mil |
| Merchant e-Solutions | U.S. | • e-comm specialized acquirer, good technology | • Market value ~$900 mil |
| Others | U.S. | • Other top 20 acquirers: TransFirst, EVO, etc. | • Market value ~$400-900 mil |
| Software Express | Brazil | • Front-end processor for retailers in Brazil | • Market value ~$50-100 mil |
| Various | Other Markets | • (Prizm, TechProcess, Alto, HPS, others) | • Market value generally <50mil |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274207

# Ingenico will build or buy a market leading POS gateway



Pillar 2

**POS Gateways / Processing / Acquiring Initiatives**

**Execution Roadmap By Geography**

1. **Build or buy a market leading POS gateway**
   **(acquisition + build)**

2. **Push/integrate into leading multi-channel gateway position**
   **(acquisition, organic)**

3. **Execute on organic roadmap (easycash, Axis, FD Iberica)**
   **(organic)**

4. **Opportunistic acquisition(s) of processing / acquiring assets**
   **(acquisition)**



Across Regions

*ingenico*

18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274208

# Table of Contents

- 2008-11 Recap

- 2011 Strategy Overview

- Strategic Pillar 1: Defend, Grow, and Rationalize the POS Installed Base

- Strategic Pillar 2: Monetize the Installed Base – POS Gateway/Processing/Acquiring

- **Strategic Pillar 3a: Seize The Online Opportunity**

- Strategic Pillar 3b: Seize The Mobile Opportunity

- Summary and Conclusions



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274209



# Market fundamentals for ecommerce are strong but Ingenico has few material presence today



Source: First Annapolis Consulting

20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274210



# An acquisition will be the key to establishing a strong position online

| | Target | Geo | Ownership / Value | Bus. Model | Commentary |
|---|---|---|---|---|---|
| **Tier 1** | wirecard | • Germany (HQ), pan-European, expanding globally | • Public company, €1.2 billion market cap | • Collecting, integrated acquiring | • Gateway and acquirer<br>• 20% share of merchants, and 10-15% share of volume |
| | globalcollect | • Global | • Private, circa €700 mil market value | • Collecting, master-merchant | • Pure gateway, SME focus<br>• ~10% share of merchants in Germany |
| | ogone payment services | • Pan-Europe, India, going global | • Private, circa €500 mil market value | • Pure technical (for now) | • Leading white-label player, diverse platform and market coverage |
| **Tier 2** | ADYEN | • Global | • Private, circa €100 million | • Technical and collecting (MM) | • Rapid growth, exceptional platform, moving into Tier 1 |
| | realex | • Ireland, expanding pan-EU | • Private, €50-80 million | • Pure technical (for now) | • Leading Irish player expanding aggressively into UK, France, Benelux, Germany |
| | computop | • Germany | • Private, circa €50 mil | • Pure technical | • Leading domestic corporate segment player in Germany |
| | DIBS Payment Services | • Nordics | • Public, circa €70-80 mil | • Pure technical | • Leading player in the Nordics |
| | datatrans | • Switzerland | • Private, circa €30-40 mil | • Pure technical | • Leading Swiss player, corporate focus |
| **Tier 3** | BUCKAROO  1&1  PPRO  EOS Payment Solutions  securetrading  heidelpay  Others | • Domestic | • <€20mil | • Generally pure technical | • Growing rapidly by pursuing top global merchants |

*ingenico*

Source: First Annapolis Consulting

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274211



Pillar 3a

# Ingenico will acquire a strong e-comm gateway, then establish leading multi-channel position

**Ecommerce Initiatives**

**Execution Roadmap By Geography**

1. Buy a leading SEPA e-comm gateway, fall-back to Tier 2 capability acquisition if necessary (acquisition)

2. In SEPA, integrate POS and e-comm gateway assets, lead the multi-channel evolution (organic following acquisition(s))

3. Organic expansion of acquired SEPA gateway (markets, services, revenue pools) (organic)

4. Opportunistic acquisitions in emerging markets (acquisition)



*ingenico*

22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274212

# Table of Contents

- 2008-11 Recap
- 2011 Strategy Overview
- Strategic Pillar 1: Defend, Grow, and Rationalize the POS Installed Base
- Strategic Pillar 2: Monetize the Installed Base – POS Gateway/Processing/Acquiring
- Strategic Pillar 3a: Seize The Online Opportunity
- **Strategic Pillar 3b: Seize The Mobile Opportunity**
- Summary and Conclusions



23

# Fundamentals for growth in mobile-phone POS are exceptional


Pillar 3b

**TRX value Processed Through Merchant Mobile POS**



CAGR 132%

**TRX value Processed Through Mobile POS by Geography**



Emerging Markets

Developed Markets

Source: Aite market study, Ingenico

24



IngenicoInc_0274214



# Internationalization of RoamData is the priority, as well as expansion of Roam's role and economic share

## Mobile Initiatives

1. **Internationalize RoamPay (mPOS) with a focus on selective expansion of proposition/value-chain role and economics (organic)**

2. **Add capability or geographic market bolt-ons to RoamData (acquisition)**

3. **Expand RoamData position across the value-chain (m-wallet, offers) (organic, acquisition)**

4. **Enable the terminal for the offers ecosystem (organic)**

5. **Mobile wallet, opportunistic (organic, potentially acquisition)**

## Execution Roadmap By Geography



25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274215

# Table of Contents

- 2008-11 Recap

- 2011 Strategy Overview

- Strategic Pillar 1: Defend, Grow, and Rationalize the POS Installed Base

- Strategic Pillar 2: Monetize the Installed Base – POS Gateway/Processing/Acquiring

- Strategic Pillar 3a: Seize The Online Opportunity

- Strategic Pillar 3b: Seize The Mobile Opportunity

- **Summary and Conclusions**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274216



# Summary – M&A Roadmap

**Legend**

- 🟢 **S** Small
- 🟣 **M** Medium
- 🔴 **L** Large
- ⚫ **T** Transforming

| Investment | | | Estimated EV | Contributed Revenue |
|---|---|---|---|---|
| Distributor in Indonesia | M | | €50m | €40m |
| Distributor in South Africa | L | | €100m | €75m |
| Distributor in Poland | M | | €50-80m | €20-30m |
| Distributor in Ukraine | S | | €30-50m | €10-20m |
| JV in Japan (Fujitsu) | M | | TBD | TBD |
| OEM manufacturer to penetrate the US market | M | | TBD | TBD |
| Top 10 U.S. acquirer | T | | $1 Bn | $500m |
| Medium global gateway | L | Global | €150m | €50m |
| Local Brazilian processor | M | | €60m | €30m |
| Local Benelux processor | L | | €150m | €50m |
| Global online player | T | Global | €750m | €100m+ |
| Medium-size online gateway | M | | €100m+ | €30m+ |

Pillar 1 / Pillar 2 / Pillar 3

*ingenico*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0274217