### Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3
 4   ANYWHERE COMMERCE, INC. and   )
 5   BBPOS LIMITED,                )
 6              Plaintiffs,        )
 7         v.                      )  CIVIL ACTION NO.:
 8   INGENICO INC., INGENICO CORP. )  1:19-cv-11457-IT
 9   and INGENICO GROUPS, SA,      )
10              Defendants.        )
11   _____)
12
...
23       The 30(b)(6) VIDEO DEPOSITION of BEN LO, taken in
24   the above-entitled cause, before Susan Steudel, official
25   reporter, on the 10th day of December, 2021
```

### Page 2

```
 1   APPEARANCES:
 2
 3       ADLER POLLOCK & SHEEHAN, P.C.
 4       Once Citizens Plaza, 8th Floor
 5       Providence, RI 02903-1345
 6       Ph:   401-274-1345
 7       Jtechentin@apslaw.com
 8       BY: Jeffrey K. Techentin,
 9            On behalf of the Defendants;
10
11       Kutak Rock
12       1760 Market Street, Suite 1100
13       Philadelphia, PA 19104-4104
14       Ph:   215-353-8484
15       Melissa.bozeman@kutakrock.com
16       BY: Melissa Bozeman,
17            On behalf of the Plaintiffs;
18
19   ALSO PRESENT: Mike Cooper, Videographer
```

### Page 3

```
 1                       I N D E X
 2
 3   INDEX OF EXAMINATIONS:
 4     EXAMINATION                                        PAGE
 5        By Mr. Techentin                                   7
 6        Reporter certification                           231
 7
 8   EXHIBITS:
 9    NUMBER       DESCRIPTION                            PAGE
10    Exhibit 54   Notice of 30(b)(6) Deposition of
                   Plaintiff BBPOS Limited                  24
11
                   Exhibit 55   BBPOS Response to Rule 30(b)(6)
12                 Deposition Notice                        26
13    Exhibit 56   BBPOS Updated Response to Rule
                   30(b)(6) Deposition Notice               33
14
      Exhibit 57   Email dated December 8, 2021             35
15
      Exhibit 58   Statement dated February 1, 2013         37
16
      Exhibit 59   License Agreement dated the 23rd
17                 day of March, 2010                       38
18    Exhibit 60   Amendment to License Agreement           43
19    Exhibit 61   Document entitled "BBPOS
                   Information Package
20                 Confidential"                            68
21    Exhibit 62   Document entitled " "MPOS
                   Everywhere."                             76
22
23    Exhibit 63   BBPOS Chipper 2X specification
                   material                                 80
      Exhibit 64   BBPOS Chipper 2X BT
24                 specification material
                   MR. TECHENTIN:                           80
25
```

### Page 4

```
 1   Exhibit 65   Chipper Mini 2 specification
                  material                                  81
 2
     Exhibit 66   Chipper OTA material                      83
 3
     Exhibit 67   Walker 1.0 specification
 4                material                                  86
 5   Exhibit 68   Rambler 3.0 specification sheet           92
 6   Exhibit 69   Email dated June 11, 2012                 96
 7   Exhibit 70   Document entitled "Cartes 2013
                  Paris MPOS solutions review"
 8                authored by Nabeel Choudhry.              98
 9   Exhibit 71   Cardreader promotional material
                  generated by Landi                       100
10
     Exhibit 72   Product review for RP350x Mobile
11                Card Reader                              102
12   Exhibit 73   Email dated February 12, 2013            104
13   Exhibit 74   Email dated May 7, 2013                  114
14   Exhibit 75   Email dated November 11, 2012            117
15   Exhibit 76   Email dated August 27, 2013              120
16   Exhibit 77   Press release, ROAM RP350x               124
17   Exhibit 78   Technical drawings                       133
18   Exhibit 79   Email dated July 18, 2012                145
19   Exhibit 80   Email dated July 16, 2012                152
20   Exhibit 81   Email dated July 17, 2012                153
21   Exhibit 82   Email dated February 28, 2012            155
22   Exhibit 83   Email dated May 23, 2012                 158
23   Exhibit 84   Email dated September 30, 2015           163
24   Exhibit 85   Email                                    166
25   Exhibit 86   Email dated December 11, 2015            172
```



Page 45

1  A. Yes.
2  Q. Did you sign this document?
3  A. Yes.
4  Q. Did you sign it on behalf of BBPOS?
5  A. Yes.
6  Q. Who was the contract between? BBPOS and who?
7  A. Can you repeat your questions.
8  Q. Contract is between BBPOS and who else?
9  A. ROAM Data.
10 Q. When you signed this, had you ever heard of a
11 company called Ingenico?
12 A. Yes.
13 Q. Did you understand that there was a relationship
14 between ROAM Data and Ingenico?
15 A. When --
16 Q. When you signed this agreement?
17 A. I don't remember.
18 Q. Did you come to have an understanding as to the
19 relationship between ROAM Data and Ingenico?
20 A. Yes.
21 Q. Tell me what you learned.
22 A. Ingenico is one of the investors of ROAM Data.
23 Q. One of the investors in ROAM Data?
24 A. Yes.
25 Q. BBPOS is in this mPOS mobile point of sale

Page 46

1  business; right?
2  A. Yes.
3  Q. And in that context were you aware of Ingenico?
4  A. No. Ingenico is manufacturer of a traditional
5  POS terminal.
6  Q. I understand it's not a -- you're saying it's
7  different from the mPOS terminal?
8  A. Yes.
9  Q. But was BBPOS aware of Ingenico as a participant
10 in the point of sale credit card industry?
11 A. No. You're talking about -- no.
12 Q. So when did you learn that Ingenico was an
13 investor in ROAM Data?
14 A. When do I learn that? I think it was around -- I
15 forget exact dates, but Will Graylin told me.
16 Q. Sometime after May 4th, 2010?
17 A. I forget.
18 Q. I'm sorry?
19 A. I forget.
20 Q. Did you ever come to learn anything else about
21 the relationship between Ingenico and ROAM Data?
22 A. They all looked at all -- I just know that
23 Ingenico acquired 100 percent of ROAM Data.
24 Q. What do you know about that?
25 A. What do I know about that? I forget that, but I

Page 47

1  remember there's a press release.
2  Q. No. I wasn't asking when. I was asking what do
3  you know about Ingenico acquiring an ownership interest in
4  ROAM Data?
5  A. You're asking what do I know or when do I know?
6  Q. What?
7  A. What? Just acquire -- just acquire 100 percent
8  of ROAM Data.
9  Q. That's all you know?
10 A. Yeah. Before that they are one of the investor
11 of ROAM Data, and then they also -- I think that they put
12 two in -- I think they invest in ROAM Data or accounts.
13 Eventually they buy 100 percent of ROAM Data.
14 Q. You understand that at the time of the contract,
15 Exhibit 23, that ROAM Data and Ingenico were two separate
16 companies; right?
17 A. Yes.
18 Q. So let's look at some of the terms of this
19 contract.
20 A. Okay.
21 Q. It begins on the first page with number 1,
22 "License." Do you see that?
23 A. Yes.
24 Q. And it says "the partner," and the partner is
25 BBPOS; right?

Page 48

1  A. Yes.
2  Q. "The partner hereby grants to the company --"
3  that's ROAM Data; right?
4  A. Yes.
5  Q. "-- a worldwide, perpetual, fully-paid license to
6  freely use and sell the products."
7  A. Yes.
8  Q. And "products" has a capital P," so we know
9  that's a defined term for this agreement; right?
10 A. Yes.
11 Q. Are you're familiar with this agreement because
12 you -- well, you signed it; right?
13 A. Yes.
14 Q. And you've also reviewed it at least once since
15 you signed it; right?
16 A. Yes.
17 Q. I think you reviewed it in preparation for today;
18 right?
19 A. Yes.
20 Q. So you're familiar with the definition of
21 "products" in this license?
22 A. Yes.
23 Q. And paragraph 1.3, a little below says "the
24 license granted in section 1.1 --" which we just read
25 "-- is exclusive on a worldwide basis (with the exception

Page 117
1  mind, again, it take a long time.  It take us four years.
2  We are in the space for a long time.  We are in the mPOS
3  space for a long time.  It takes us four years to come up
4  with one product, perfect product, and a few more years to
5  come up with a few more, few other product.  So when they
6  said that, well, in 2012, '15 or '14, they said, oh, well,
7  they keep talking.  But is not coming.  Since 2012 they
8  talking.  '15 they talking and they even want me to work
9  together to help them to perfect a product.  There's no
10 reason why.  So I won't help them.
11     MR. TECHENTIN:  I'm going to mark Exhibit 75.
12     (Exhibit 75 was marked for identification
13     and is attached hereto.)
14 BY MR. TECHENTIN:
15   Q.  That's a November 11th email from you to Daniel
16 Tsai.  But I'm focussed on the first email in this chain
17 which is from you to Daniel and Jimmy.  It's dated 11 --
18 it looks like November 10th, 2012; right?
19   A.  Yes.
20   Q.  And it says:  "After last visit, Christopher and
21 the two Ingenico R&D guys must collect some info back to
22 Ingenico."  Do you see that?
23   A.  Yes.
24   Q.  And so you knew that the people who were coming
25 out to visit you and BBPOS in Hong Kong weren't just ROAM

Page 118
1  Data people.  Some of them were Ingenico; right?
2   A.  With this email you remind me something so I
3  review the contracts.  The ROAM contract there's a
4  provision 6.3 that if ROAM Data, you know, they said that
5  if it is necessary to enter deals, you know, our -- well,
6  to share our information with other party including
7  Ingenico, that we have to assist them to do that because
8  we are still abiding by the agreement.  So provision 6.3
9  in the ROAM Data BBPOS agreement, according to this 6.3 we
10 have to do that.  Even though we are not happy, we still
11 do that.  Even Christopher, Ingenico guy, and Andy Guy,
12 blah, blah, blah, and they come back as long as everyone
13 is under the instruction of ROAM, we have to do that.
14 ROAM will protect us because the contract said that ROAM
15 will protect us according to 6.3 of the agreement.
16   Q.  I'm sorry.  That wasn't responsive to my
17 question, so I'll ask it again.
18     You knew that you were being visited not only by
19 ROAM personnel but by Ingenico personnel; right?
20   A.  Yes.
21   Q.  And when we talk about Ingenico R&D guys, those
22 are from the R&D facility in France for Ingenico; right?
23   A.  Yeah.  You said that from France.  Yeah.  A lot
24 of money there.  Yes.
25   Q.  And you say, "Will told me that Ingenico passes

Page 119
1  some info to Landi for making terminal to compete with
2  us."  Do you see that?
3   A.  Yes.
4   Q.  Is it that true that Will Graylin told you that?
5   A.  Yes, he told me that.
6   Q.  And then you say, "We should not trust any
7  hardware guy from Ingenico or ROAM anymore"?
8   A.  Yes.
9   Q.  Is that what you did?
10   A.  Yes.
11   Q.  "Actually, Will left ROAM and we have no worry on
12 ROAM anymore."  What does that mean?
13   A.  Will was fired.  Will was fired by ROAM.
14   Q.  What does it mean by "we have no worry on ROAM
15 anymore?"
16   A.  I don't know what I mean.  Just maybe my poor
17 English, yeah.
18   Q.  Well, the next sentence says, "And ROAM relies on
19 us much more than we relies on them."  Right?
20   A.  Yes.
21   Q.  Was that true?
22   A.  That's true because ROAM is a software company
23 and we are a hardware company.  ROAM wanted to buy the
24 product from us.  So I strongly believe that, like, they
25 make sure that our product is good.  And as I say, we take

Page 120
1  a few years to come up with good products.  So I think
2  that they want to have some like guy to come to like make
3  sure that we are really good.
4   Q.  You write "ROAM needs us but not the other way
5  around."  Was that true?
6   A.  We need ROAM.  Yes.  When need ROAM for the
7  revenue, but ROAM need us.
8     So ROAM make money and we make money.  But, ROAM --
9  like ROAM is hardware and software solution, but for us,
10 without ROAM we can still sell some product in China.  So
11 this is what I mean.
12     MR. TECHENTIN:  Let me show you a document marked
13 Exhibit 76.
14     (Exhibit 76 was marked for identification
15     and is attached hereto.)
16 BY MR. TECHENTIN:
17   Q.  This is a discussion among people at
18 AnywhereCommerce.  But I'll direct your attention to an
19 email in the middle of the first page of this document
20 which is an email from Mark Diamond to Michael Kron.
21     MS. BOZEMAN:  I'll note -- I'm going to note for
22 the record he's not copied on this; right.
23     MR. TECHENTIN:  He's not.  He's not.
24 BY MR. TECHENTIN:
25   Q.  And you can -- you can take a look through the

