**Exhibit L**

Message

| | |
|---|---|
| **From:** | Elie Vannier [elie.vannier@gmail.com] |
| **Sent:** | 4/10/2014 9:57:27 AM |
| **To:** | Philippe LAZARE [/O=INGENICO ORGANIZATION/OU=SER Administrative Group/cn=Recipients/cn=plazare] |
| **Subject:** | Fwd: TR: ABI Research / Ingenico ranking #1 for mPOS provider |
| **Attachments:** | image001.jpg; ATT00001.htm; ABI mPOS Competitive assessmentpdf.pdf; ATT00002.htm |

Je ne vois pas comment on pourrait faire mieux.
C'est un vrai problème!
☹
Élie

Envoyé de mon iPhone

Début du message transféré :

> **Expéditeur:** Chloe MAYENOBE <Chloe.MAYENOBE@ingenico.com>
> **Date:** 10 avril 2014 10:33:59 UTC+1
> **Destinataire:** Diaa Elyaacoubi-Bourriez <diaa@elyaacoubi.com>, Elie VANNIER <elie.vannier@gmail.com>, Xavier MORENO <xmoreno@astorg-partners.com>, Thibault Poutrel <tpoutrel@gmail.com>, William Nahum <William.Nahum@wnap.fr>, "M. Jean-Pierre COJAN" <jean-pierre.cojan@safran.fr>, Jean Paul Jainsky <jeanpaul.jainsky@safran.fr>, Mme Céleste THOMASSON <celeste.thomasson@morpho.com>, Mme Florence PARLY <flparly@airfrance.fr>
> **Cc:** Philippe LAZARE <Philippe.LAZARE@ingenico.com>, Catherine BLANCHET <Catherine.BLANCHET@ingenico.com>
> **Objet: TR: ABI Research / Ingenico ranking #1 for mPOS provider**
>
> Cher tous,
>
> Vous trouverez ci-joint le nouveau rapport sur les nouvelles solutions de paiement mobile publié par ABI Research.
> Bonne lecture
> Chloé

**De :** Catherine BLANCHET
**Envoyé :** mercredi 9 avril 2014 19:41
**À :** Philippe LAZARE; Patrice DURAND; Jacques GUERIN; Pierre-Antoine VACHERON; Thierry DENIS; Oscar BELLO; Jacques BEHR; Patrice LE MARRE; Jean-Marc THIENPONT; Michel LEGER; Chloe MAYENOBE; Martine BIROT; Frédéric BERN
**Cc :** Caroline ALAMY; Coba TAILLEFER; Philippe DUCHENE
**Objet :** ABI Research / Ingenico ranking #1 for mPOS provider

Dear all,

I'm pleased to announce that Ingenico has been ranked #1 by ABI Research for the second time in a row: after our #1 position on POS terminal, Ingenico/ROAM is ranked #1 mPOS provider, ahead of iZettle and Intuit. This is a very positive news resulting of all the efforts of the team (Caroline, Jean-Marc and ROAM) on trade analysts program.

**The competitive assessment report**

In the mPOS Competitive Assessment, ABI scrutinized 21 through 10 different criteria with strong focus on Implementation and Innovation.
On the back of strong ranking in implementation (market share, geographical scope, PCI-DSS compliance and pricing) and innovation (CL, VAS platform acceptance), we gather 76.7pts. While iZettle gets 66.0pts, and Intuit 64.5pts. Verifone and Square are ranked  8th and 17threspectively.

Among the useful sub-ranking that can be found in the report, ABI estimates our market shares to be around 62,5%. For this calculation they split the players within two segments: 1)mPOS HW provider market, based on 2013 shipments units (that's where we are), and 2) mPOS service provider market, based on installed base (Square, Intuit, iZettle). In our segment, other players are far behind with Charge Anywhere at 15% and AnywhereCommerce at 5%.

We are still working on how to share this information with third party: customers, partners and investors. **However, please don't share the report externally and limit internally its use as we still don't have the rights to share the report** as of today.

As an example, it would be particularly useful to share the following matrix with key messages, such as:
- <!--[if !supportLists]--><!--[endif]-->"Ingenico continues to position itself at the forefront of POS innovation and within the mPOS market and its strategy remains no different."
- <!--[if !supportLists]--><!--[endif]-->"On the innovation side, Ingenico has made a concerted effort to enable mPOS inclusion in all the major device types, including Android, Windows, and iOS. It also boasts a contactless mPOS device capable of processing both EMV and NFC transactions. All of the above points aided Ingenico in achieving the highest overall score of any vendor included within the vendor matrix for both the implementation and innovation categories"
- <!--[if !supportLists]--><!--[endif]--> "By covering all the payment types, ROAM and Ingenico has been able to access the global market and is able to offer suitable and seemingly tailored solutions dependent on requirements."

CONFIDENTIAL



**Leveraging the news**

As part of our communication strategy, we have already started to leverage on social media on LinkedIn and twitter:

<!--[if !supportLists]-->    <!--[endif]-->*Twitter released towards **4,134 followers*** : #ingenico @ROAMdata ranked #1 #mPOS provider by @ABIresearch http://ow.ly/vA4RW #paymentsolutions #leader

<!--[if !supportLists]-->-    <!--[endif]-->*LinkedIn Ingenico group page towards  **2,106  users*** (available worldwide)

   <!--[if !supportLists]-->o  <!--[endif]-->Second #1 ranking in a row for Ingenico group

   <!--[if !supportLists]--> o  <!--[endif]-->ABI Research ranks Ingenico/ROAM #1 mPOS provider within their 2013 mPOS Competitive Assessment with 21 companies scrutinized through 10 different criteria with strong focus on Implementation and Innovation : http://ow.ly/vA4RW

   <!--[if !supportLists]-->o  <!--[endif]-->Following Ingenico #1 position concerning POS terminal vendor competitive report: http://ow.ly/v7ln7,

   <!--[if !supportLists]-->o  <!--[endif]-->Ingenico group is the leading  provider of payment solutions, enabling banks and merchants to manage their payment activities across all sales channels (in-store, on-line and mobile).

Kind regards

Catherine

**Catherine Blanchet**

VP Investor Relations & Corporate Communication

Tel: + 33 1 58 01 85 68

Mob: +33 6 87 25 13 73

IngenicoInc_0276979

**mPOS Devices**

CA-1162

## Competitive Assessment Introduction

The mPOS market is fast expanding in terms of competitors active within the market. Currently, there are three vendor types. These include mPOS vendors that produce the hardware only generating revenues from the distribution of white-labeled devices, vendors that generate revenues from the actual payments taking a fee per transaction or standalone monthly fixed rate, and those that do a combination of the two, generating revenues through payments on devices and also white-labeling devices to other organizations, including acquirers and financial institutions.

As the market has progressed, a number of vendors have opted out of the transaction business, instead concentrating on device development and manufacture. A market divide is now present between mPOS vendors that believe they can still generate and make a business case primarily through transaction fees and those that have moved to hardware or adding white-labeled devices to products.

ABI Research has tried to represent this evident market split as accurately as possible by dividing vendors into hardware and service provider types. ABI Research recognizes that some cross-over remains with those vendors not only offering transactions solutions, but additionally developing their own branded mPOS solutions and white labelling for use by other organizations. However, ABI Research believes that the hardware and service provider splits within this report will better reflect the future mPOS market ecosystem.

### mPOS Definition

When referring to mPOS solutions, ABI Research is referring to mPOS devices that require a connection with another mobile device, be it a handset, tablet, or PDA. Connections are typically made wirelessly *via* Bluetooth or physically through a device's audio jack or charger connection.

For this competitive assessment, ABI Research is focusing upon those devices designed to read payment cards for payment acceptance. Typically, it is the mPOS device where the card is swiped, the chip is read, or a contactless card is tapped on to read the card information. There are instances whereby the contactless chip is read by an NFC-enabled handset, but most mPOS devices provide a standalone solution for card reading using the connectivity of a handset/tablet to authenticate online.

### Competitive Assessment Coverage

The mPOS Competitive Assessment includes two sets of worldwide market share rankings for the mPOS hardware manufacturers, as well as service providers for the first half 2013.

The competitive assessment also includes a Vendor Matrix whereby mPOS hardware vendors and service providers were judged and scored according to a set of criteria falling within the broader "Implementation" and "Innovation" categories, with each company assessed and ranked accordingly based on the scores achieved.

### Market Share and Vendor Matrix Results Summary

### mPOS Hardware Vendor Market Share Assessments

Topping ABI Research's mPOS hardware market share assessment is ROAM, which is an Ingenico company. Ingenico made a concerted effort to enter and compete at the highest possible level within the mPOS market. It did this by developing its own mPOS solutions and also acquiring ROAM, which it labeled an Ingenico company. With shipments totaling 1.5 million in 2013, ROAM is the stand-out leader in terms of mPOS hardware shipments. Its broad product portfolio covers all the bases and is a primary reason for its success to date.

In second place was CHARGE Anywhere. Original success resided within North America, but CHARGE Anywhere has recently expanded into Latin America, experiencing success in emerging economies, such as Brazil and Mexico. The

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276980

strategic move to Latin America has, thus far, paid off for CHARGE Anywhere who achieved a market share of 15% in 2013.

In third position within ABI Research's mPOS hardware market share assessment was AnywhereCommerce. The vendor has been in the mPOS market since its inception and its early market entry is part of the reason AnywhereCommerce enjoys the success it has today. Now, the company focuses upon distribution and partnership agreements, primarily with payment processors to increase upon its existing installed base of product.

## mPOS Service Provider Market Share Assessments

Square continued to retain its dominant position as the leading service provider within the mPOS market, with approximately 2.2 million devices installed to date. This is 1.9 million above its nearest competitor Intuit. Its continued strategy of deploying free mPOS devices and generating revenues solely from transaction fees has helped Square maintain its number one market share position. Despite Square being the market share leader, its predominant market resides in North America, specifically in the United States. Square has the opportunity to leverage its experience and strength gained within its local market to expand its operations to other regions, but could be a vendor at near future risk with the United States's planned migration to EMV. Square needs to develop an EMV terminal in order to maintain a presence within the future U.S. market. The addition of an EMV mPOS terminal would present another opportunity for the vendor to expand its operations into other EMV migrated regions.

Second position within ABI Research's 2013 payment facilitator mPOS market share assessment went to Intuit. By year end of 2013, Intuit had an estimated 300,000 mPOS solutions in use.

PayPal achieved the third position within the market share assessment and its relatively fast track rise up the market share ladder is testament to a limited time offer of waiving fees for merchants that are processing monthly transactions under US $20,000. PayPal has a strong existing user base, which exceeds 100 million, enabling PayPal to target and leverage for additional PayPal Here adoption.

## mPOS Vendor Matrix Results

ROAM, an Ingenico company, topped ABI Research's mPOS vendor matrix. Ingenico continues to position itself at the forefront of POS innovation and within the mPOS market and its strategy remains no different. Most of Ingenico's mPOS solutions are fully PCI- DSS- compliant to the highest level and its breadth of products covers lower- and higher- end applications and use cases. The Group also has two lower-cost ROAM solutions, which do not adhere to the high-level PCI compliance, although they are aimed at smaller merchants and likely those outside of EMV-compliant countries. Its global reach and penetration is excellent and a particular strength it can leverage to maximize its penetration of mPOS devices worldwide. On the innovation side, Ingenico has made a concerted effort to enable mPOS inclusion in all the major device types, including Android, Windows, and iOS. It also boasts a contactless mPOS device capable of processing both EMV and NFC transactions. All of the above points aided Ingenico in achieving the highest overall score of any vendor included within the vendor matrix for both the implementation and innovation categories.

iZettle was awarded second place within ABI Research's mPOS vendor matrix. iZettle has addressed the wider market, moving away from a mag- stripe swipe device towards a wireless, fully EMV- enabled keypad. Additional plus points for iZettle included a flexible pricing strategy to attract larger merchants and a solid and established user base , from which it continues to expand.

Third place was awarded to Intuit. Intuit is a more mature vendor operational within the mPOS market. It has partnership deals with both AT&T and Verizon Wireless, allowing the vendor to tap into the networks' customer bases. Additionally, its product line has good levels of platform acceptance.

Square did not fare as well within the competitive assessment. Although ABI Research recognizes its established presence within the North American market, and although adding to its portfolio of products through the enablement of an online store/ marketplace alongside additional end- user services, such as wallets, it lacked an EMV- compliant mPOS device. Although Square arguably placed the mPOS market on the map, little has been done in terms of product and strategy

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is licensed herein to for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276981

progression, with a rigid pricing strategy and lack of EMV technology development to embrace other physical payment methods outside of mag-stripe transactions.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276982

## Vendor Matrix: mPOS

# Rankings

After individual scores are established for Innovation and Implementation, an overall company score is established using the Root Mean Square (RMS) method:

$$Score = \sqrt{\frac{innovation^2 + implementation^2}{2}}$$

The resulting overall scores are then ranked and used for percentile comparisons.

The RMS method, in comparison with a straight summation or average of individual innovation and implementation values, rewards companies for standout performance.

For example, using this method a company with an innovation score of 9 and an implementation score of 1 would score considerably higher than a company with a score of 5 in both areas, despite the mean score being the same. ABI Research believes this is appropriate as the goal of these matrices is to highlight those companies that stand out from the others.

# Overview

This Vendor Matrix presents ABI Research's ranking of the leading mPOS vendors operating within the payments market. Each score section has a maximum score, with the highest score weightings being awarded to those areas deemed more important in the current market space. Each bullet below outlines each criterion, a description of what was evaluated, and the associated score weighting (potential maximum score) awarded for each item. Scores were awarded based on the following criteria:

**Implementation**

- **Global Penetration/Reach:** Evaluates level of penetration relevant to competition and ability to deliver on a global platform. The level of partnerships with relevant retail and banking chains alongside distribution agreements and channels to devices and services, vendor location, and presence are all important aspects within global penetration and reach. Additionally, product portfolios can have a positive and limiting factor on a vendor's global penetration/reach. A vendor with an EMV-ready mPOS terminal will have a far greater market reach than one without. (scored out of 15)

- **Breadth of Products and Services Offered:** Evaluates the level of services offered, such as mPOS reader, payment management, other alternative payment services. This includes online market places, consumer-aimed wallet solutions, alongside any added value services being offered through mPOS devices, including barcode reading, full cash register solutions, inventory checking, and GPS geofencing, to name but a few. (scored out of 15)

- **PCI-DSS Compliance:** Evaluates the level of PCI-DSS compliance achieved relevant to current product ranges alongside any work being undertaking in achieving one of the various levels of PCI compliance. (scored out of 15)

- **Market Share:** Evaluates a vendor's market share position. Vendors are split into two categories: hardware vendors and service providers. Hardware vendor market share is based on 2013 total shipments, whereas service provider market share analysis is based on the mPOS installed base. (scored out of 15)

Copyright 2014 ABI Research -- This material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

4

- **Pricing Strategy:** Evaluates the pricing strategy adopted in terms of device cost alongside the ongoing costs associated with actual payments. For service providers, two pricing strategies are currently in play: a PAYG model whereby merchants pay a set percentage fee for each transaction or a fixed monthly sum, whereby merchants pay a monthly fee in return for processing transactions up to a certain value. Both pricing models tend to be deployed with either free mPOS device deployment or an additional one-off fee is charged for each mPOS device, on top of any fees applied for payment processing. (scored out of 15)

## Innovation

- **Contactless Readiness:** Evaluates the levels of readiness for contactless mPOS acceptance. Contactless acceptance could be enabled *via* the device itself or as an added feature utilizing an NFC handset for contactless card reading. Consideration will also be made for any vendor looking into other contactless technologies, including BLE. (scored out of 15)

- **Added Value Services:** Evaluates a vendor's added value services enabled within a product portfolio. Added value services would include, but not be limited to analytics, barcode readability and inventory management, couponing, CRM, loyalty platforms, and other additional offers. The added value services criteria is not limited to hardware solutions, with any additional software platforms designed to enable added value considered. (scored out of 15)

- **Platform Acceptance:** Evaluates the compatibility across device types and operating systems, such as Apple iOS, Android, and BlackBerry. mPOS devices can either support one singular or multiple operating systems. (scored out of 15)

- **Chip and PIN and Others:** Evaluates a vendor's readiness to accept payments *via* the varying methods using chip-based technology. This includes chip and PIN and chip and signature. The chip and PIN and others category also covers any additional services, including but not limited to on-device digital signature capture. (scored out of 15)

- **Connectivity:** Evaluates a product portfolio's level of connectivity with devices, such as Bluetooth, and other connectivity technologies, such as GPS, used to enable geofencing. Connectivity technologies can either be integrated into mPOS devices or harnessed from smartphones and tablets. (scored out of 15)

## Results

ROAM, an Ingenico company, topped ABI Research's mPOS vendor matrix. Ingenico continues to position itself at the forefront of POS innovation and within the mPOS market. Its strategy remains no different. Most of Ingenico's mPOS solutions are fully PCI- DSS- compliant to the highest level and its breadth of products covers lower- and higher- end applications and use cases. The group also has two lower-cost ROAM solutions, which do not adhere to the high-level PCI compliance, although they are aimed at smaller merchants and likely those outside of EMV-compliant countries. Its global reach and penetration is excellent, which is a particular strength it can leverage to maximize its penetration of mPOS devices worldwide. On the innovation side, Ingenico has made a concerted effort to enable mPOS inclusion in all the major device types, including Android, Windows, and iOS. It also boasts a contactless mPOS device capable of processing both EMV and NFC transactions. All of the above points aided Ingenico in achieving the highest overall score of any vendor included within the vendor matrix for both the implementation and innovation categories.

iZettle was awarded second place within ABI Research's mPOS vendor matrix. iZettle has addressed the wider market, moving away from a mag- stripe swipe device towards a wireless, fully EMV- enabled keypad. Additional plus points for iZettle included a flexible pricing strategy to attract larger merchants, and a solid and established user base from which it continues to expand.

Third place was awarded to Intuit. Intuit is a more mature vendor operational within the mPOS market. It has partnership deals with both AT&T and Verizon Wireless, allowing the vendor to tap into the networks' customer bases. Additionally, its product line has good levels of platform acceptance.

Copyright 2014 ABI Research -- This material is intended herein for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL IngenicoInc_0276984

Square did not fare as well within the competitive assessment. Although ABI Research recognizes its established presence within the North American market, and although it is adding to its portfolio of products through the enablement of an online store/marketplace alongside additional end-user services, such as wallets, it lacked an EMV-compliant mPOS device. Square arguably placed the mPOS market on the map, but little has been done in terms of product and strategy progression, with a rigid pricing strategy and lack of EMV technology development to embrace other physical payment methods outside of mag-stripe transactions.

## Vendor Matrix Results

| Company | Overall Ranking | |
|---|---|---|
| | Score | Rank |
| ROAM/Ingenico Group | 76.7 | 1 |
| iZettle | 66.0 | 2 |
| Intuit | 64.5 | 3 |
| SumUp | 64.4 | 4 |
| PayPal, Inc. | 62.1 | 5 |
| Adyen | 62.0 | 6 |
| CHARGE Anywhere | 61.4 | 7 |
| VeriFone Inc | 61.3 | 8 |
| I Love Velvet | 60.3 | 9 |
| AnywhereCommerce | 59.4 | 10 |
| Monitise | 58.7 | 11 |
| mPowa | 58.2 | 12 |
| WorldPay | 56.3 | 13 |
| Infinite Peripherals | 54.2 | 14 |
| Swiff | 54.2 | 15 |
| Comviva | 53.6 | 16 |
| Square | 50.4 | 17 |
| Payleven | 49.4 | 18 |
| Spire Payments | 49.0 | 19 |
| Kalixa | 45.5 | 20 |
| JUSP | 40.2 | 21 |

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is made herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276985



Copyright 2014 ABI Research – The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL                                                                                    IngenicoInc_0276986

## Market Share: mPOS Hardware Vendors Market Share: Full Year 2013

ABI Research's hardware mPOS terminal market share assessments provide the latest market share rankings for the leading vendors enabling mPOS transactions within the payments market. Market share rankings are for 2013 mPOS shipments.

### Results

#### mPOS Hardware Vendor Market Share Assessments

Topping ABI Research's mPOS hardware market share assessment is ROAM, an Ingenico company. Ingenico made a concerted effort to enter and compete at the highest possible level within the mPOS market. It did this by developing its own mPOS solutions and also acquiring ROAM, which it labeled an Ingenico company. With shipments totaling 1.5 million in 2013, ROAM is the stand-out leader in terms of mPOS hardware shipments. Its broad product portfolio covers all the bases and is a primary reason for its success to date.

In second place was CHARGE Anywhere. Original success resided within North America, but CHARGE Anywhere has recently expanded into Latin America, experiencing success in emerging economies, such as Brazil and Mexico. The strategic move into Latin America has, thus far, paid off for CHARGE Anywhere, which achieved a market share of 15% in 2013.

The third position within ABI Research mPOS hardware market share assessment was AnywhereCommerce. The vendor has been in the mPOS market since its inception and its early market entry is part of the reason AnywhereCommerce enjoys the success it has today. Now, the company focuses upon distribution and partnership agreements, primarily with payment processors to increase upon its existing installed base of product.

# Market Share Results

| Company | Overall Market Size (Shipments Actual) | Share |
|---|---|---|
| ROAM/Ingenico Group | 1500000 | 62.5% |
| CHARGE Anywhere | 360000 | 15% |
| AnywhereCommerce | 120000 | 5% |
| Infinite Peripherals | 40000 | 1.7% |
| VeriFone Inc | 35000 | 1.5% |
| I Love Velvet | 30000 | 1.2% |
| Comviva | 20000 | 0.8% |
| Other | 295000 | 12.3% |
| Total | 2400000 | 100% |

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL

IngenicoInc_0276987



| | | |
|---|---|---|
| ROAM/Ingenico Group | | |
| CHARGE Anywhere | | |
| AnywhereCommerce | | |
| Infinite Peripherals | 1.7% | |
| VeriFone Inc | 1.5% | |
| I Love Velvet | 1.2% | |
| Comviva | 0.8% | |
| Other | | |

This product was downloaded by remi.maeno@ingenico.com on Apr 09, 2014

CONFIDENTIAL

IngenicoInc_0276988

## Market Share: mPOS Service Provider Market Share Assessment: Full Year 2013

ABI Research's service provider mPOS terminal market share assessments provide the latest market share rankings for the leading vendors enabling mPOS transactions within the payments market. Market share rankings are based on the installed base mPOS terminals by year end.

### Results

#### mPOS Service Provider Market Share Assessments

Square continued to hold its dominant position as the leading service provider within the mPOS market with approximately 2.2 million devices installed to date. This is 1.9 million above its nearest competitor Intuit. Its continued strategy of deploying free mPOS devices, generating revenues solely from transaction fees, has helped Square maintain its number one market share position. Despite Square being the market share leader, its predominant market resides in North America, specifically the in the United States. Square has the opportunity to leverage its experience and strength gained within its local market to expand its operations to other regions, but could be a vendor at near future risk with the United States's planned migration to EMV. Square needs to develop an EMV terminal in order to maintain a presence within the future U.S. market. The addition of an EMV mPOS terminal would present another opportunity for the vendor to expand its operations into other EMV-migrated regions.

Second position within ABI Research's 2013 payment facilitator mPOS market share assessment went to Intuit. By year end of 2013, Intuit had an estimated 300,000 mPOS solutions in use.

PayPal achieved the third position within the market share assessment and its relatively fast track rise up the market share ladder is testament to a limited time offer of waiving fees for merchants processing monthly transactions under US$20,000. PayPal has a strong existing user base, which exceeds 100 million, enabling PayPal to target and leverage for additional PayPal Here adoption.

## Market Share Results

| Company | Overall | |
| --- | --- | --- |
| | Market Size (Installed Base Actual) | Share |
| Square | 2200000 | 57.9% |
| Intuit | 300000 | 7.9% |
| PayPal, Inc. | 285000 | 7.5% |
| iZettle | 165000 | 4.3% |
| Swiff | 55000 | 1.4% |
| SumUp | 50000 | 1.3% |
| Other | 745000 | 19.6% |
| Total | 3800000 | 100% |

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is intended solely for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276989



| | | |
|---|---|---|
| Square | | |
| Intuit | | |
| PayPal, Inc. | | |
| iZettle | 4.3% | |
| Swiff | 1.4% | |
| SumUp | 1.3% | |
| Other | | |

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276990

## Individual Company Assessments

### Adyen

**Vendor Matrix: mPOS**

**Summary**
  **Innovation: 61.33**
  **Implementation: 62.67**
  **Overall: 62**
  **Rank: 6**



Adyen ranked in sixth position within ABI Research's mPOS competitive assessment. Adyen scored well above average within all the outlined criteria, with a product portfolio aimed at all payment transaction types, while providing a solution that delivers customer metrics to the merchant. Adyen now needs to expand upon this analytical added value and provide a platform that encompasses and enables targeted marketing and advertising campaigns.

**Implementation Score – 63**

Founded in 2006, Adyen has nine offices worldwide, spanning Europe, the United States, and Asia. Currently, the organization has around 170 employees and serves the payment market through online payment, mPOS, and traditional POS solutions. Adyen is capable of delivering an omni-channel solution and has additional global acquiring capabilities and the support of all major networks, including Visa, MasterCard, UnionPay, American Express, Discover, and Diners Club. To date, Adyen claims to serve over 3,500 organizations, through the provision and/or management of payment solutions.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276991

Its mPOS solution, known as "Shuttle," is available in 19 different European countries. Adyen has a combined strategy of revenue generation through transaction fees on top of its white labeling facility. Its mPOS device connects to a smartphone/ tablet *via* Bluetooth with an integrated PIN pad, capable of processing chip and PIN transactions. As well as a chip and PIN solution, Adyen can also deliver a lower-end mag-stripe reader for opportunities within regions yet to adopt EMV. Adyen's presence is heavily weighted in Europe, although the mag-stripe reader presents new addressable markets in the Americas and Asian markets. For global reach and penetration, Adyen scored 10 out of a possible 15.

Adyen has reached a number of deals for the use of its Shuttle solution. Most recently, it signed a deal with Spar, which introduced a pay on delivery service in the Netherlands, using the Shuttle to facilitate the service.

Adyen charges £99 for its mPOS device within the United Kingdom, then applying varying percentages and charges dependent on card type used. For example, Adyen charges 13p and 14p for each Maestro and V Pay transaction respectively, 1.4% for MasterCard credit cards, 1.37% for Visa credit cards, and 3.95% for American Express cards. The downside to the varying fees is that merchants may favor one card type over another and potentially refuse certain card types that come with higher transaction fees. On top of each fee is a processing fee (interchange fee). For the pricing strategy criteria, Adyen scored 10 out of a possible 15. To improve upon this score, Adyen should introduce a fixed rate percentage fee to avoid merchant favoritism toward certain card brands.

### Innovation Score - 61

Adyen does not currently support contactless mPOS payments, but a new product due for release in the second quarter of 2014 should address this and bring contactless functionality to its Shuttle solution. For contactless readiness, Adyen scored 8 out of 15.

Adyen's Shuttle device is supported on iOS and Android devices. Adyen has no plans at present to expand its OS coverage after completing an internal review of mobile devices used with mPOS solutions. It concluded that further investment to enable BlackBerry compatibility was not viable, resulting in a score of 10 out of 15 for platform acceptance.

Adyen can provide added value services through the enablement of shopper metrics, which looks at shopper behavior at the POS, providing valuable data to merchants. Additionally, it has loyalty and gift card applications, which can be integrated on top of Adyen's payment solutions. It should now focus on expanding its analytic capabilities and solutions to enable targeted marketing and advertising. For added value services, Adyen scored 9 out of a possible 15.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL

IngenicoInc_0276992

## AnywhereCommerce

**Vendor Matrix: mPOS**

**Summary**
    **Innovation: 57.33**
    **Implementation: 61.33**
    **Overall: 59.4**
    **Rank: 10**



AnywhereCommerce ranked in tenth position within ABI Research's mPOS competitive assessment. AnyhereCommerce scored well for its broad product portfolio and also within the connectivity criteria, but fell short with a lower than average global reach and penetration and for contactless readiness with no AnywhereCommerce device currently supporting contactless payments.

**Implementation Score - 61**

On top of its payment gateway, SDKs and APIs, AnywhereCommerce has joined the mPOS market with four different products, three of which read mag- stripe cards only along with its latest EMV chip and PIN wireless mPOS edition. AnywhereCommerce has made an effort to address both higher- and lower- end markets. AnywhereCommerce is a hardware- only vendor, with a reseller strategy, targeting MNOs and financial ecosystem players, among others. AnywhereCommerce already has partnerships in place with Wells Fargo, Visa, Bank of America, AT&T, Verizon, and China Union Pay. Overall, AnywhereCommerce was awarded 11 out of 15 for its breadth of products and services. On top of its hardware solutions, AnywhereCommerce also has a suite of software applications, SDKs, and APIs, as well as payment gateway capabilities.

**Innovation Score - 57**

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014
Copyright 2014 ABI Research – This material is intended solely for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276993

AnywhereCommerce does have an EMV chip and PIN terminal certified to EMV levels one and two, with additional products targeting the other card payment types, including chip and signature and mag-stripe payments, resulting in a chip and PIN and others category score of 11 out of a possible 15.

Its high-end EMV device is wireless with connectivity *via* Bluetooth and the vendor does use its software applications to enable improved functionality, such as geo-tagging, and product catalog management. Its score of 9 out of 15 within the connectivity criteria reflects the fact that AnywhereCommerce has worked toward enabling added value, bringing new functionality to existing devices *via* software enhancements.

**Market Share: mPOS Hardware Vendors Market Share: Full Year 2013**

**Market Share: 5%**

AnywhereCommerce ranks in third position within ABI Research's hardware mPOS terminal market share assessment. AnywhereCommerce has a number of partnerships in place for the distribution and promotion of its products, primarily through strategic partnerships with leading MNOs and other payments ecosystem players, including the payment networks and financial institutions.

In January 2014, AnywhereCommerce announced it had joined the Microsoft Designed for Surface third-party development program to enable mobile payment acceptance on Surface tablets, becoming a trusted device manufacture recognized and endorsed by Microsoft. This partnership could further strengthen its position as a reliable and recognized global player within the development and deployment of mPOS hardware.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276994

## CHARGE Anywhere

**Vendor Matrix: mPOS**

**Summary**
- Innovation: 64
- Implementation: 58.67
- Overall: 61.4
- Rank: 7



CHARGE Anywhere ranked in seventh place overall within ABI Research's mPOS competitive assessment. It has a good foothold within the North and Latin American markets, which is reflected within its strong market share position. CHARGE Anywhere has platform acceptance within its core strategy to enable mPOS on as many device brands as possible. Expansion outside of the Americas would have placed CHARGE Anywhere higher up the vendor matrix rankings.

**Implementation Score - 59**

CHARGE Anywhere has four products within its mPOS solutions portfolio. One, in partnership with BlackBerry is named the RIM 950, an audio jack and serial port card reader, as well as a mobile card reader/receipt printer. CHARGE Anywhere has adopted a strategy of setting up business partnerships with multiple organizations worldwide. Despite this effort, its primary market remains within the Latin American region, with more time required to fully access markets across the globe. For this reason, CHARGE Anywhere was awarded 6 out of 15 for global reach and penetration.

In order for CHARGE Anywhere to increase its implementation score, it needs to address its PCI level of compliance, while adding to its current portfolio of EMV supporting products.

**Innovation Score - 64**

CHARGE Anywhere addresses added value service through a mixture of additional applications, such as mobile billing, m-Commerce, and card issuing and database management, all of which helped CHARGE Anywhere achieve a score of 9 out of 15 for added value services.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09. 2014

Copyright 2014 ABI Research -- This material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0276995

CHARGE Anywhere's product line supports Apple, Android, and BlackBerry devices, thus scoring highly within the platform acceptance criteria.

CHARGE Anywhere's support of BlackBerry's has allowed it to make use and offer an NFC payments solution through BlackBerry's range of NFC-enabled mobile devices. Overall, it scored 8 out of 15 for the contactless readiness criteria. Its score for contactless readiness would have been higher if contactless payments were supported on other device types.

Unlike other mobile card reader vendors, CHARGE Anywhere does not generate revenues from transaction fees. This strategy means that CHARGE Anywhere does not get involved in the fee conundrum and can concentrate on device development and deployment, leaving the transaction side of the market to service providers. Going outside of the normal realms of payment networks and charging its own set of fees per transaction would allow CHARGE Anywhere to become a potential payments disruptor and provide access to additional revenues, which previously remained out of reach.

**Market Share: mPOS Hardware Vendors Market Share: Full Year 2013**

**Market Share: 15%**

CHARGE Anywhere ranked in second position overall within ABI Research's hardware mPOS market share assessment, with shipments amassing 360,000 units in 2013.

CHARGE Anywhere has continued with its strategy of partnerships, setting up business agreements with vendors worldwide, preparing for future growth and expansion. Agreements are in place for Central and South America, along with the Caribbean and Mexico, as well as already operating in the United States.

CHARGE Anywhere has a good and extensive product portfolio and is not just focused on mPOS solutions like some of its competitors. Having a suite of products will help CHARGE Anywhere penetrate existing clients with mobile solutions.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL                                                                                          IngenicoInc_0276996

## Comviva

**Vendor Matrix: mPOS**

**Summary**
    Innovation: 62.67
    Implementation: 42.67
    Overall: 53.6
    Rank: 16



Although fairly new to the mPOS market, Comviva was awarded a very respectable 16th position within ABI Research's mPOS competitive assessment. On an innovation side, Comviva fared well with a good variation of added value services deploying alongside its wireless device with Bluetooth and GPRS capabilities. Comviva did not score as highly within the implementation criteria, but this is a direct result of being new to the market, having not yet established itself within the worldwide mPOS arena.

**Implementation Score - 43**

Comviva is relatively new to the mPOS market, launching its payPLUS solution in April 2013. Although a late entry, its partnerships with established payment processors, including First Data has provided Comviva the platform from which to deploy product quickly into the market. To date, Comviva had approximately 5,000 payPLUS users within its domestic market, India, aiming to hit the 100,000 user mark by year-end 2014. Success, to date, has largely resided within the Asian region, specifically India, which is reflected within its global penetration/reach criteria score. Replicating this early success experienced in India in other regions would improve its global penetration/reach score.

Currently Comviva has one solution within its mPOS portfolio. It is PCI-DSS level 1-compliant, but has yet to achieve the higher level 2 certification, which is why Comviva only managed to score 7 out of a possible 15 for PCI-DSS compliance.

Copyright 2014 ABI Research -- This material is intended for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL

IngenicoInc_0276997

Although Comviva only has one mPOS device, it does have a good range of services to accompany its device, scoring 10 out of 15 for the breadth of services and products criteria. Comviva has deployed an additional app to ease mPOS integration and a variety of mobile banking solutions to accompany its mPOS device.

**Innovation Score - 63**

Comviva scored highly within the added value services category with the second highest score of 13 out of 15. Comviva has added an array of addition service features to its mPOS solution, adding mobile money functionality through branchless banking, mobile banking, loyalty management, inventory, and sales reporting on top of proximity payments. Comviva has been heavily involved with retail platforms which can include GPS for geofencing, beacons and BLE, and QR codes to offer couponing, loyalty, and in-door location added value services on top of its payment platforms.

Comviva also scored well within the connectivity criteria, achieving 12 out of a possible 15. Its payPLUS solution is compatible with iOS, Android, BlackBerry, and Windows devices.

One negative point within the innovation category for Comviva is the lack of chip and PIN card acceptance. Although ABI Research understands that Comviva is working towards a chip and PIN-enabled device, it is not yet readily available on the commercial market. Comviva's home country, India, is expected to begin migration within the next 2 years, meaning that time is on Comviva's side. The addition of an EMV-capable mPOS solution will enable Comviva to expand its operations into Europe and beyond. ABI Research awarded 7 out of a possible 15 within the chip and PIN and others category.

**Market Share: mPOS Hardware Vendors Market Share: Full Year 2013**

**Market Share: 0.8%**

Comviva is relatively new to the mPOS market, but its presence within India has fast-tracked the vendor to initial success in the deployment of its mPOS solution. Comviva achieved shipments totaling 20,000 units in 2013, with the vendor actively hoping to have an installed base of 100,000 units by year-end 2014.

Overall Comviva, through its payPlus mPOS solutions, ranks in seventh place overall within ABI Research's 2013 hardware mPOS terminal market share assessment.

Copyright 2014 ABI Research -- This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014
CONFIDENTIAL    IngenicoInc_0276998

## I Love Velvet

**Vendor Matrix: mPOS**

**Summary**

Innovation: 74.67

Implementation: 41.33

Overall: 60.3

Rank: 9



I Love Velvet was awarded an overall position of ninth within ABI Research's mPOS competitive assessment. Its current product portfolio is aimed at the higher-end market, with barcode scanning, inventory, and price checking part of the added value that can be delivered with its devices. Its product portfolio is capable of processing EMV transactions both through chip and PIN and contactless. On a down side, I Love Velvet predominantly supplies mPOS solutions for iOS devices, although it has recently released a new product line for the Samsung Galaxy S4. In order to expand upon its portfolio and possible user base, I Love Velvet will need to address other popular handset types operating the Android OS platform.

**Implementation Score – 41**

In terms of global reach and penetration, I Love Velvet claims to be active in the United States, Europe, and Asia, scoring 8 out of 15 for global reach and penetration. Although I Love Velvet has the global reach, it lacks a little in terms of penetration, which affected its overall score within this criteria.

Its product portfolio of seven mPOS solutions are fully PCI level 1-compliant, all with separate PIN pad entry, not relying on the connected device PIN pad. Furthermore, I Love Velvet adds additional added value services through barcode reading capabilities.

**Innovation – Score - 75**

Copyright 2014 ABI Research – The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL

IngenicoInc_0276999

I Love Velvet scored 8 out of 15 for platform acceptance. Within the mPOS market, I Love Velvet has six primary solutions, which are compatible with Apple products, and alongside this, a new solution designed for Samsung Galaxy S4 handsets. Although I Love Velvet has addressed the Android market place, it needs to add further compatibility with other popular Android devices to broaden appeal.

I Love Velvet offers added value through the ability to read barcodes, which enables price and inventory checking. On top of this, I Love Velvet provides software for the sharing of real-time consumer data and loyalty programs. With all the above in mind, I Love Velvet scored a healthy 12 out of 15 for added value services.

Both of I Love Velvet's solutions have integrated contactless readers on top of chip and PIN and mag- stripe reading capabilities. I Love Velvet's contactless ready score was a high 14 out of 15, already having this capability integrated within its solutions.

Overall, I Love Velvet scored well within all the innovation criteria, scoring the second best overall combined score within the innovation category. Addressing platform acceptance and bringing further compatibility with Android devices would further improve I Love Velvet's innovation score.

### Market Share: mPOS Hardware Vendors Market Share: Full Year 2013

**Market Share: 1.2%**

Through a more ruggedized solution, I Love Velvet achieved shipments in the region of 30,000 units in 2013 for an overall worldwide market share of 1.3%. Its platform not only enables mobile transactions, but also gives that little bit extra in terms of functionality with integrated barcode scanning for inventory and real-time price checking applications.

I Love Velvet's product line is tailored to merchants within retail that require the ability to be on the shop floor engaging with customers.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL   IngenicoInc_0277000

## Infinite Peripherals

**Vendor Matrix: mPOS**

**Summary**
  Innovation: 58.67
  Implementation: 49.33
  Overall: 54.2
  Rank: 14



Infinite Peripherals was awarded 14th position within ABI Research's mPOS competitive assessment, scoring well for its contactless-ready product range and added value services, although scoring low within several criteria and falling short on EMV acceptance capabilities, platform acceptance, and market share.

**Implementation Score - 49**

Infinite Peripherals currently has five products within its mPOS product portfolio under its Infinea and Linea brands. Although wireless devices, they clip onto Apple iPhone's, iPod Touches, and iPads. All current solutions process payments *via* swipe and sign/PIN. Although it has a variety of products, they are all largely similar, but designed individually for different Apple devices. Overall, Infinite Peripherals was awarded 8 out of 15 for its breath of products and services. Although enabling barcode scanning through its range of mPOS devices, additional technologies could be utilized, such as GPS and BLE, to enable other added value couponing and loyalty applications.

**Innovation Score - 59**

Although Infinite Peripherals has developed a chip and PIN mPOS terminal, it is not yet commercially available, with an expected launch in 1H 2014. For this reason, ABI Research could not award Infinite Peripherals a high mark for the chip and PIN category, although noting the fact that its EMV-ready mPOS device is close to market readiness.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- Material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL IngenicoInc_0277001

Infinite Peripherals does provide added value services through the integration of barcode scanners into its range of mPOS solutions. It is targeting the higher end of the market, providing a platform from which inventory and price checking is possible. For the added value services criteria, Infinite Peripherals was awarded 12 out of a possible 15.

Infinite Peripherals was awarded a high mark within the contactless readiness criteria. Its contactless reader supports multiple protocols, including ISO 14443 and ISO 15693, as well as FeliCa and MIFARE variants. This opens up the possibility for its solutions to be used in various other applications outside of retail, including transportation and ticketing. For this reason, ABI Research awarded Infinite Peripherals 13 out of 15 within the contactless readiness category.

**Market Share: mPOS Hardware Vendors Market Share: Full Year 2013**

**Market Share: 1.7%**

With a 1.7% market share, Infinite Peripherals ranked 4th in position within ABI Research's hardware mPOS terminal market share assessment. Infinite Peripherals has been in the mPOS market since 2009/2010. It has mastered mPOS devices and payments through audio jack connectivity. The launch of an EMV chip and PIN terminal will further strengthen its market share position and open up new markets in which to compete.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL
IngenicoInc_0277002

## Intuit

**Vendor Matrix: mPOS**

**Summary**
 Innovation: 56
 Implementation: 72
 Overall: 64.5
 Rank: 3



Intuit placed in third position within ABI Research's mPOS competitive assessment. Although Intuit is a well-established player within the mPOS market, it needs to address the wider market, outside of its U.S. routes. Intuit has recently launched globally and time will tell if its solution appeals outside of its home region.

**Implementation Score - 72**

Within the service provider list of vendors, Intuit scored highly compared to others within the pricing strategy criteria. Its flexible pricing approach means that either a 2.75% flat rate charge per swipe or 1.75% with additional monthly fee of US $12.95 will appeal to both mid-to-large-scale merchants, as well as smaller micro merchants.

Intuit's global penetration/reach score was 10 out of 15. Although making strides and launching globally very recently, it has yet to make the big impact with the majority of Intuit's business residing in North America. Within North America, Intuit has established partnerships for distribution across both Verizon Wireless and AT&T customer bases. Intuit would quickly climb up the market share ladder, provided it can replicate those partnerships within North America with other strong MNOs in other regions. Efforts have been made to address the wider regional market with distribution deals signed. In 2013, Intuit agreed a retail partnership with office supply retailer Staples to help distribute Intuit's mPOS solution in the United Kingdom.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- Material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277003

Unlike Square, Intuit charges for its mPOS devices. Charging for its mPOS terminals means that, although potentially limiting initial uptake, the likelihood of reuse and consistent use are far higher than that of a free/subsidized unit. It is likely that those Intuit mPOS terminals in the field are getting far greater usage, thus generating more revenue per device than a vendor who has adopted a free device deployment strategy.

**Innovation Score - 56**

Intuit was expected to begin deployment of a contactless-enabled mPOS solution by year-end 2013, but this has yet to materialize. As such, Intuit only managed 4 out of a possible 15 for contactless readiness.

On a more positive note, Intuit has developed a product that is compatible across Android and iOS platforms. Although it does not currently support BlackBerry or Windows devices, its solution is compatible with other devices, such as TracFone and Cricket. For the platform acceptance criteria, Intuit scored 10 out of 15.

Adoption of new contactless and NFC-compatible mobile card readers should be a priority for Intuit. Not only will this add to its current product portfolio, but it should also broaden its solutions appeal amongst merchants.

**Market Share: mPOS Service Provider Market Share Assessment: Full Year 2013**

**Market Share: 7.9%**

In second place within ABI Research's 2013 market share assessment is Intuit, with approximately 300,000 mPOS terminals installed, giving Intuit a market share of 7.9%. Intuit has some strong partnerships, including one with Verizon Wireless and AT&T. These partnerships could unlock approximately 8 million Verizon Wireless and AT&T small business clients as potential mPOS users.

Intuit's first product did not support chip and PIN, but its new card reader is fully EMV- and chip and PIN-compliant, which has provided Intuit a platform for expanding its operations.

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL

IngenicoInc_0277004

## iZettle

**Vendor Matrix: mPOS**

**Summary**
    Innovation: 65.33
    Implementation: 66.67
    Overall: 66
    Rank: 2



iZettle is presented with second place within ABI Research's mPOS competitive assessment. iZettle has established itself as a leader within the mPOS market with a solid user base. Its product portfolio is fully PCI-compliant, able to connect wirelessly with smart devices, with Chip and PIN processing functionality. iZettle's overall score would have improved with the addition of a device capable of processing contactless payments.

**Implementation Score - 67**

iZettle has refurbished its mPOS product portfolio, moving away from a clip-on devices toward a wirelessly connected alternative, which is both fully PCI- and EMV-compliant, ready for the European market. This is in addition to its first generation Chip and Signature reader.

iZettle continues to gain ground in Europe, but has yet to make a big impact elsewhere. Its global penetration/reach score of 8 out of 15 reflects this. It could be argued that iZettle has established itself within the toughest payment market in Europe, which demands the highest levels of PCI compliance and EMV card acceptance. iZettle's mPOS solutions meets all these criteria and the company now has a solution that is ready for use anywhere worldwide where EMV acceptance is mandated.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- Material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277005

iZettle's pricing strategy has both good and bad points. iZettle has adopted a tiered ongoing pricing strategy, offering lower per transaction fee percentages, dependent on the monthly sales achieved. For example, a merchant clearing £5000 per month would have a per transaction fee of 1.92%, compared to a merchant turning processing £15,000 being offered a 1.5% per transaction fee. This strategy will appeal to the mid-tier merchants. iZettle has a £99 one-off per device cost, which could prove a future barrier to market. It is competing against vendors that subsidize the device cost in order to gain business, generating revenues through the transaction process only and may struggle to keep this price point in place. Taking into consideration both aspects of its pricing strategy, iZettle achieved a respectable score of 10 out of a possible 15.

**Innovation Score - 65**

iZettle's new focus on a wireless standalone device has meant that it scored a high 11 out of 15 within the connectivity criteria, using Bluetooth connectivity between mPOS device and handset/tablet.

iZettle has a good level of platform acceptance, with its mPOS device compatible with various iOS and Android flavors, reflected within its score of 11 out of a possible 15 within the platform acceptance criteria.

The major piece missing from the iZettle mPOS solution is contactless payment acceptance. Although it has addressed both PCI and EMV compliance, the contactless acceptance capability is the missing piece to the iZettle product portfolio. The addition of contactless would help boost iZettle's innovation score.

**Market Share: mPOS Service Provider Market Share Assessment: Full Year 2013**

**Market Share: 4.3%**

With 165,000 mPOS solutions in use at the end of 2013, iZettle ranked in fourth position within ABI Research's 2013 mPOS market share assessment. iZettle was quick to penetrate various countries, including Denmark, Finland, Norway, and the United Kingdom, by originally distributing free card readers, deploying a high percentage of delivered units within the Scandinavian region with additional shipments to the United Kingdom.

iZettle is another vendor who has moved away from free device deployment, opting to charge for its new EMV-ready solution to encourage consumer stick-ability and device reuse.

Starting within the European region, iZettle has now expanded its operations to both Mexico and Brazil. Once established within Latin America, iZettle will need to turn its attention to Asia and North America, although the North American market could prove difficult to penetrate with a solid establishment of Square, PayPal, and Intuit.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research – The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL   IngenicoInc_0277006

## JUSP

**Vendor Matrix: mPOS**

**Summary**
  Innovation: 44
  Implementation: 36
  Overall: 40.2
  Rank: 21



JUSP ranked in the 21[th] position within ABI Research's mPOS competitive assessment. It scored below average for all categories, with the exception being the chip and PIN criteria, needing to address and expand its product portfolio, market share, platform acceptance, and connectivity in order to improve upon its current score.

### Implementation Score - 36

JUSP's mPOS device is currently available for purchase within Italy, but has yet to make an impact within the rest of Europe. JUSP is taking pre-orders from other European countries, suggesting that its expansion is within the near future. For global reach/penetration, JUSP was awarded 4 out of 15. The company claims that it will not just focus on the mature European market, hoping to deploy its solution within more emerging regions within Asia and Africa to enable digital payment acceptance in those places where traditional POS infrastructure falls short. JUSP has also stated that it aims to be U.S.-ready in time for its 2015 EMV mandate.

JUSP's device does come at a cost of EUR39, which, although more expensive than the free devices available on the market, is a fraction of the cost of a number of its competitors' solutions, which often come with a EUR100 price tag. Alongside the device cost is a flat fee per transaction of 2.5% or alternative monthly capped fee driven directly by a merchant's turnover, which can allow an average fee of 1.25% per transaction. Although the fixed rate fee is fairly in line with its competitors, the lower-end achievable fees from a monthly agreement are lower than most. To reflect this, ABI Research awarded JUSP 10 out of 15 for its pricing.

Copyright 2014 ABI Research -- This material is contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL

IngenicoInc_0277007

**Innovation – Score - 44**

JUSP scored 10 out of a possible 15 for the chip and PIN and others category, having developed an mPOS device with its own PIN pad to allow PCI- and EMV-compliant payments. Unfortunately, JUSP fell short within the connectivity category, only scoring 7 out of a possible 15. Its solution makes use of the audio jack, meaning a physical connection between a smart device and the mPOS solution is required at all times.

In terms of compatibility, JUSP has covered most of the bases with its solution that is compatible with Android and iOS, achieving a score of 8 out of 15 for platform acceptance. The additional support of BlackBerry and Windows devices would have increased JUSP's score within this category.

JUSP is a new market entrant. It has yet to begin commercial operations, but has put into place some early partnerships with some leading insurance companies across Europe in preparation for product and service release.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277008

## Kalixa

**Vendor Matrix: mPOS**

**Summary**
   **Innovation: 49.33**
   **Implementation: 41.33**
   **Overall: 45.5**
   **Rank: 20**



In 20th position within ABI Research's mPOS competitive assessment is Kalixa. Although scoring highly within the PCI, chip and PIN, and connectivity criteria, it was let down by its lack of contactless payment support and current levels of global reach.

**Implementation Score - 41**

Kalixa serves the mPOS market through its Kalixa Pro solution, while already developed, it is not yet officially commercially launched, with the vendor claiming the device and solution are "coming soon." Therefore, ABI Research could not award Kalixa a substantial mark for global penetration and reach.

Kalixa's PCI-DSS compliance levels are a high point for Kalixa, with level-two compliance achieved, making its solution ideal for more mature and established EMV markets. For the PCI-DSS compliance criteria Kalixa scored 12 out of a possible 15.

**Innovation Score - 49**

Kalixa's up and coming mPOS solution will be initially compatible with Android devices only, wirelessly connected *via* Bluetooth to smart devices. Kalixa scored 5 out of 15 for platform acceptance, needing to address iOS, Windows, and BlackBerry devices in order to improve its score.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL                                                                 IngenicoInc_0277009

Its solution supports Chip and PIN payments, which gave Kalixa a score of 12 out of a possible 15 within the related criteria.

Kalixa is planning to enable some added value services through its mPOS platform, primary leveraging its e-wallet to allow instant payment into its wallet, from which users can use to pay or transfer the contents into other accounts. Kalixa scored 8 out of a possible 15 for added value services. To improve upon this score, Kalxia should address other added value service applications, such as loyalty and couponing.

Kalixa's Pro mPOS solution is still in development. Its Pro solution is due for release in the second quarter of 2014 and, as such, does not yet appear within ABI Research's market share analysis.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL          IngenicoInc_0277010

## Monitise

**Vendor Matrix: mPOS**

**Summary**

    Innovation: 56

    Implementation: 61.33

    Overall: 58.7

    Rank: 11



Overall, Monitise ranked in 11 [th] position within ABI Research's mPOS competitive assessment. Monitise scored respectable scores across the implementation and innovation categories with the exception of contactless readiness and market share.

**Implementation Score – 61**

Monitise is addressing the mPOS market through a white-labeled device, released in May 2013, targeting acquirers' banks and MNOs to offer mPOS capabilities to their customers. Its solution can be standalone or integrated into existing Monitise mobile services.

Monitise has a large customer base for its mobile banking and payment solutions, totaling over 20 million registered users to date. Although not all of these clients are using its mPOS solution, it does provide a good barometer as to its potential to integrate mPOS into its existing client base and the potential penetration Monitise could achieve. Its global reach is at a good level, with Monitise having a presence in India, the Americas, Africa, Asia, Germany, Japan, and Indonesia. Its existing business and close ties with the financial players provides Monitise with an opportunity to leverage these relationships for mPOS integration and distribution. Monitise already has partnerships in place with 02, Visa, and Global Payments. For global penetration/reach, Monitise scored a very respectable 11 out of a possible 15.

Monitise claims that its mPOS solution is aimed and designed for both SMEs and Tier One merchants.

**Innovation Score - 56**

Copyright 2014 ABI Research – This product is contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL

IngenicoInc_0277011

Monitise is not solely focused on mPOS solutions, also enabling other mobile payment applications through its Bank AnyWhere, Pay Anyone, and Buy Anything platforms. For added value services, Monitise was awarded 10 out of a possible 15.

Its mPOS solution is fully capable of processing Chip and PIN transactions, which is reflected with a high mark of 13 out of 15 for the related criteria. Its device is approved by both Visa and MasterCard and the PIN pad is fully Visa-accredited.

On the down side, its mPOS platform does not currently support contactless payments.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277012

## mPowa

**Vendor Matrix: mPOS**

**Summary**
    Innovation: 62.67
    Implementation: 53.33
    Overall: 58.2
    Rank: 12



mPowa placed in 12th position within ABI Research's mPOS competitive assessment. It scored well across the board, with credit given to its PCI compliance, as well as platform acceptance and Chip and PIN processing capabilities. What mPowa did lack is global reach and penetration, although recent investment in the region of US$76 million should help address its global presence.

**Implementation Score - 53**

mPowa is attracting notable interest within the mPOS market. Its latest round of outside investment totaled US$76 million, which the vendor claims it will utilize to take its technology global through partnerships with resellers.

Although mPowa continues to expand its operations, it has already struck deals with Portugal Telecom and First National Bank in South Africa to resell its mPOS device. For now, mPowa was awarded 5 out of 15 for global penetration/reach, but ABI Research expects its global presence to improve once its deals with signed up resellers begin to take hold.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277013

mPowa's device is simplistic, as is its pricing strategy. Alongside the mPOS device are two additional services, both of which provide additional appeal to retailers and advertisers. Its PowaTag, released in the first quarter 2014, is designed to push payments to the merchant. The app allows users to take a picture of a product or scan a barcode (This could be a product or promotional barcode), directing the consumer to a merchant selling the desired product. PowaTag could bring a new dimension to online commerce, pushing users, *via* the Internet, into retail premises. In addition to the PowaTag is a host of e-commerce solutions, an account management application, and a cloud-based payment gateway. Overall, mPowa scored 10 out of 15 for breadth of products and services offered.

### Innovation Score - 63

mPowa's mPOS solution is a standalone product, requiring Bluetooth connectivity with devices. It has full EMV Chip and PIN functionality, but can also address Chip and Sign, Swipe and PIN, and Swipe and Sign transactions, which will help its appeal worldwide, enabling it to be utilized in all the varying transaction processes.

Its device is currently supported on Android, Windows, BlackBerry, and iOS devices, which helped with its score of 12 out of a possible 15 for platform acceptance.

mPowa's solution is not yet contactless-ready, which affected its score within the contactless readiness criteria. However, the vendor has focused upon added value services, through its own payment gateway alongside other applications, such as its PowaTag platform. It received a score of 12 out of 15 within the added value services criteria.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277014

## Payleven

**Vendor Matrix: mPOS**

**Summary**
Innovation: 52
Implementation: 46.67
Overall: 49.4
Rank: 18



In 18th position within ABI Research's mPOS competitive assessment was Payleven, scoring fairly high within the innovation criteria, but lower on the implementation side, which compromised Payleven's overall position.

**Implementation Score - 47**

Payleven uses WorldPay's Zinc device to bring mPOS payment functionality to its users. Payleven charges £59.99 for each device, as per WorldPay's RRP, and applies a 2.75% fee per transaction, in line with most other mPOS payment facilitators operating within the mPOS space. ABI Research awarded Payleven 7 out of 15 for its pricing strategy. Its fees and percentages are typical and comparable to its competitors and not considered a differentiator.

Payleven continues to improve upon its global reach and penetration. Scoring 6 out of 15 for the global reach/penetration category, Payleven recently signed an agreement with IT wholesaler Ingram Micro for distribution in Germany, Austria, The Netherlands, Italy, the United Kingdom, Spain, and Poland. For 2014, ABI Research expects similar agreements to be reached with wholesalers outside of Europe. Payleven announced in August 2013 that Screwfix, a U.K. trade tools retailer would stock Payleven's mPOS solution within its stores, targeting its tradesman customer base with the device.

**Innovation Score - 52**

Payleven's reader can be connected *via* Bluetooth to iOS and Android devices. Payleven does not currently support contactless payments.

Copyright 2014 ABI Research -- This material is contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL

IngenicoInc_0277015

Payleven offers sales, analytics, and loyalty platforms through its app, all of which are built into its standard downloadable app. The loyalty platform is comparable to a typical loyalty card in a digital format. These two added value services aided Payleven's score of 10 out of 15 for the added value services category.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277016

## PayPal, Inc.

**Vendor Matrix: mPOS**

**Summary**
   Innovation: 58.67
   Implementation: 65.33
   Overall: 62.1
   Rank: 5



With a growing user base and impressive global reach, PayPal ranked in fifth position overall within ABI Research's mPOS competitive assessment. PayPal has moved away from the low-cost mag-stripe only device it originally launched into the mPOS market, toward one with Chip and PIN capabilities. This has opened up a wider market for PayPal and allowed it to increase its global presence within the mPOS market.

**Implementation Score - 65**

Since the release of the original PayPal Here mPOS solution in 2012, PayPal has taken strides in the development of a new high-spec solution, moving away from a lower cost magnetic stripe-only device to one that enables EMV Chip and PIN transactions.

Despite the development in its hardware, its strategy in pricing and business model has remained fairly static, opting to charge 2.75% per transaction, with the device itself costing £100, which is at the higher end of mPOS device prices. Given the fact that PayPal's device has both a high one-off cost alongside high transaction fees meant that PayPal was awarded a mid-range score of 7 out of a possible 15 for its pricing strategy.

**Innovation Score - 59**

Copyright 2014 ABI Research -- Material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any
other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without
the express written permission of Licensor.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL                                                                                    IngenicoInc_0277017

PayPal Here is supported on both iOS and most Android devices (with the exception of those that do not support Bluetooth 2.0). Although scoring well within contactless readiness, Paypal lacked a little on platform acceptance.  Given its large PayPal account base in excess of 100 million users, it seems as though it will only limit uptake of its PayPal Here solution to those users with either Android or Apple handsets.

PayPal's contactless readiness score was a respectable 8 out of a possible 15. Although there is no current contactless payment support on its mPOS device, PayPal is actively looking into other connectivity technologies to enable contactless transactions. PayPal's beacon is a hands- free payment solution using BLE. The technology also enables added value services, targeted promotion, indoor location, and geofencing capabilities. PayPal's focus on BLE has led ABI Research to believe that integration of contactless into its existing mPOS solution is unlikely.

**Market Share: mPOS Service Provider Market Share Assessment: Full Year 2013**

**Market Share: 7.5%**

PayPal ranked in third position within ABI Research's mPOS market share assessment.

PayPal's fast success can be attributed to its already bolstered user base and an initial waiver of transaction fees up to US $20,000, only applying a fee to those transactions over the US$20,000 limit to encourage user uptake. PayPal  put this waiver in place, which expired in January 2014, as a starter incentive to help increase its market penetration. This strategy has paid off, with PayPal having amassed 285,000 users in a little over a year.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The Material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL                                                                                                       IngenicoInc_0277018

## ROAM/Ingenico Group

**Vendor Matrix: mPOS**

**Summary**
   Innovation: 78.67
   Implementation: 74.67
   Overall: 76.7
   Rank: 1



ROAM, an Ingenico company, was awarded 1st position within ABI Research's mPOS competitive assessment. Its global reach and penetration is second to none, able to leverage Ingenico's current position as the leading traditional POS vendor. Its product portfolio is broad, covering all card payment types and giving it a unique position to enable mPOS services in payment markets worldwide.

**Implementation Score - 75**

Ingenico serves the mPOS market through a range of standalone devices that connect either wirelessly or by audio jack with smart devices, primarily *via* Bluetooth

Most of Ingenico's mPOS solutions are fully PCI-DSS-compliant to the highest level and its breadth of products covers lower- and higher-end applications and use cases. The group also has two lower-cost ROAM solutions, which do not adhere to the high-level PCI compliance, although they are aimed at smaller merchants and likely those outside of EMV-compliant countries. As a result, Ingenico scored 14 out of 15 for PCI-DSS compliance. ROAM, originally established in 2005, became an Ingenico company in 2012. ROAM is an mPOS solutions enabler, deploying its white-labeled products to services providers and to retailers for out of wall solutions, either through Ingenico or directly in the United States.

Since becoming an Ingenico company, its global penetration and reach has increased. The products it develops are compatible with existing Ingenico hardware, meaning there is possible integration into any existing Ingenico POS system. For global penetration and reach, Ingenico was awarded 11 out of a possible 15.

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.
This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL                                                                          IngenicoInc_0277019

Ingenico Group has a good range of products, which totals three. Within its product portfolio ranks, ROAM has two audio jack versions, one for magnetic swipe cards and the other for EMV, using the device PIN pad for EMV authentication. The other is a standalone wireless device with separate PIN pad for EMV chip and PIN transactions. Overall, ROAM scored 10 out of 15 for breadth of products and services.

## Innovation Score - 76

The Group scored 12 out of a possible 15 for platform acceptance with its mPOS product range fully compatible with Android, iOS, and Windows devices.

Chip and PIN acceptance is present in the majority of its mPOS solutions, although not integrated into its complete suite of solutions, to date, meaning that, although it scored a high 14 out of a possible 15 for the Chip and PIN and others criteria, the little room for improvement meant that maximum marks could not be awarded.

Connectivity is another strong point for Ingenico, scoring 8 out of a possible 15. One of its mPOS solutions allows wireless connectivity with smart devices using Bluetooth technology. It also provides the possibility to integrate mPOS solutions with other Bluetooth infrastructure, including printers and registers.

From an added value perspective, Ingenico offers alongside its mPOS solutions the complete suite of mobile commerce platforms released by ROAM in January 2014, adding further value and complementing its mPOS solutions through mPOS management for business. ROAM is also able to deliver an app, branding, localization, integration, and payment services, as well as the management of payment portals. For added value services, ROAM was presented a score 12 of out of 15.

Overall, the Ingenico Group and ROAM scored extremely well within all the innovation criteria. There are no major courses for concern and very little needed to be done to improve upon this score. It is really a case of continual development, placing emphasis on a complete product portfolio capable of processing chip and PIN payments.

### Market Share: mPOS Hardware Vendors Market Share: Full Year 2013

**Market Share: 62.5%**

ROAM, an Ingenico company, tops ABI Research's 2013 mPOS terminal hardware market share assessment. ROAM achieved shipments totaling 1.5 million units in 2013. This has enabled ROAM and the Ingenico Group to take a global leading position within mPOS hardware deployment.

Its broad product portfolio spanning several mPOS device types appeals to a wide range of payment markets. By covering all the payment types, ROAM and Ingenico has been able to access the global market and is able to offer suitable and seemingly tailored solutions dependent on requirements.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277020

## Spire Payments

Vendor Matrix: mPOS

**Summary**
   Innovation: 54.67
   Implementation: 42.67
   Overall: 49
   Rank: 19



Spire Payments was awarded 19th position within ABI Research's mPOS competitive assessment. Although awarded high scores for its platform acceptance and focus on Chip and PIN capable products, the missing contactless support and low market share positioning resulted in an overall score below the average.

**Implementation Score - 43**

Spire Payments's smart mPOS device was the first fully certified Chip and PIN mPOS terminal to market called PosMate.

Spire Payments acquired Thyron Payments System, a mobile payment specialist, in March 2013. The acquisition added Chip and PIN/PCI SRED-certified mPOS solutions to its portfolio of products. One of Thyron's attributes was that it was the first to market with a contactless-integrated GPRS mobile terminal and also claims to be the first developer of a PCI 2.0 PIN Pad with SRED-certified encryption.

Spire Payments has already achieved PCI-DSS level one certification, but should work on achieving level two to broaden its mPOS solutions appeal, which would directly improve its overall implementation score.

**Innovation Score - 55**

The PosMate solution is connected wirelessly *via* Bluetooth to smartphones, tablets, and PDAs. Spire Payments developed its solution for compatibility with iOS, Android, BlackBerry, and Windows devices. Therefore, Spire Payments was awarded high marks within both the connectivity and platform acceptance criteria.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is intended solely for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277021

Spire Payments also fared well within the Chip and PIN criteria. Spire Payments claims to be the first to market with a Chip and PIN mPOS solution to address mature payment markets, specifically those fully EMV-compliant. This has been at the core of Spire Payments's strategy from the beginning. Therefore, Spire Payments was awarded 11 out of a possible 15 within the Chip and PIN and others category.

Spire Payments needs to address contactless payments. It has done well to bring the first affordable Chip and PIN solution to market and continued development will need to continue in order for Spire Payments to stay competitive at the highest possible level within an mPOS market quickly filling up with additional competition.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL                                                                                                    IngenicoInc_0277022

## Square

**Vendor Matrix: mPOS**

**Summary**

Innovation: 44

Implementation: 56

Overall: 50.4

Rank: 17



Although Square scored well within the market share criteria, it fell short in a number of the other categories. Square is the original mPOS vendor, but development of an EMV- or contactless-capable solution remains in the pipeline. As a result, Square remains established within the United States, struggling to gain any traction outside of the region. Overall, Square was awarded 17th position within ABI Research's mPOS competitive assessment.

**Implementation Score - 56**

Square continues to focus on non-EMV payment acceptance and has yet to release a solution capable of processing an EMV Chip and PIN transaction. Its products have limited PCI-DSS compliance, directly reflected within its score of 7 out of a possible 15 for the related criteria.

Square has developed its product portfolio, addressing its service side through additional services for retailers, as well as P2P, but has not added much in terms of mPOS device products. Instead, Square has focused on enabling other payments in an effort to target other markets, including in-store and online purchases. These products could be used alongside an mPOS Square device and certainly provide some extra added value, but its standalone mPOS device continues to be Square's primary product, with a focus on the U.S. market yet to substantially cause any disruption outside of its country of origin. Square scored 7 out of 15 for breadth of products and services offered.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is intended for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.    44

CONFIDENTIAL    IngenicoInc_0277023

Square has a typical pricing strategy, similar to its competitors operating within the mPOS market. Square charges a flat 2.75% rate per transaction or a slightly higher fee of 3.5%, plus 15 cents for card payments that have to be entered in manually. Although Square's pricing strategy is in line with other industry leaders, it has yet to release any different pricing strategy aimed at larger merchants with an annual/monthly fee mechanism. Although Square was the first company to push the concept of mPOS, it has remained pretty static within its pricing strategy, reflected within its score of 6 out of 15 for the related criteria.

Although Square has an established market share presence, it needs to begin work penetrating markets outside of North America in order to improve its global penetration and reach.

### Innovation Score - 44

Square's current mobile card reader product supports swipe and sign transactions. NFC and contactless are not currently supported, which is reflected in Square's low score for contactless readiness. Square did fare better within the platform acceptance criteria, scoring 10 out of a possible 15, only missing Windows OS as the other popular OS type with support on iOS and Android platforms.

Entering the European market would provide an increase in Square's global presence and reach. Integrating or upgrading readers to accept EMV payments with Chip and PIN functionality is required to successfully compete in the European payments market. However, the European market is quickly becoming crowded and perhaps Square should play to its strengths and target non-EMV markets within Latin America, Asia, and Africa, while developing an EMV-compliant solution.

### Market Share: mPOS Service Provider Market Share Assessment: Full Year 2013

**Market Share: 57.9%**

Square continues to dominate the mPOS market share rankings, with its mPOS installed base in 2013 totaling 2.2 million devices. Its strategy of deploying free card readers has paid off in terms of penetrating the market with devices, but questions remain as to how many of those devices are in constant use. Speculation remains that Square will make a big move outside of North America, but success in other regions would be limited without the development and deployment of an EMV-ready mPOS terminal.

Square's direct-to-merchant approach has allowed it to deploy in high volumes quickly. Square's business model is aimed at smaller mobile retailers who find it difficult to justify the management and ongoing costs of setting up a traditional POS terminal infrastructure. Square offers a standard 2.75% flat rate fee on all transactions with no additional costs. In order for Square to compete for business from larger organizations, a revamp of its business model and new product/service range will be necessary.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277024

## SumUp

**Vendor Matrix: mPOS**

**Summary**
　　Innovation: 66.67
　　Implementation: 62
　　Overall: 64.4
　　Rank: 4



SumUp was positioned in fourth place within ABI Research's mPOS competitive assessment. Its two solutions, currently being deployed into the market, address both a hardware and software platform for processing contactless transactions through NFC-enabled handsets. Its pricing strategy is very aggressive, looking to undercut those already active within the mPOS payments market by offering extremely low transaction fee percentages.

**Implementation Score - 62**

SumUp currently has two solutions deploying into the mPOS market, one of which is a software application using an NFC-enabled device to enable the reading of contactless cards and other NFC devices. The other solution is more traditional, an mPOS terminal that requires a physical connection with a device. For breadth of products and services, SumUp scored a respectable 9 out of a possible 15. The addition of an mPOS terminal with wireless connectivity, able to process Chip and PIN payments, would have resulted in a higher score.

For global presence/reach, SumUp scored 5 out of 15. Currently present in 12 different countries, mostly within Europe, SumUp continues to expand its presence..

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is intended solely for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

46

IngenicoInc_0277025

SumUp scored the highest mark of any vendor within the pricing strategy category, awarded 13 out of a possible 15. Its recent announcement of a 1.95% per transaction fee with no additional monthly cost made it the lowest fixed fee within the United Kingdom. SumUp has continued this aggressive pricing model in other regions, entering the market at lower rates than its competitors. This should prove a good way to increase usage and penetration of devices and, thus, its payment services. Please note that the transaction fees SumUp offer vary depending on the country, but the common denominator is that it offers extremely low fixed rate fees wherever present.

### Innovation Score - 67

SumUp had a mixed evaluation within the innovation criteria.

Although SumUp is contactless-ready, it is relying upon and leveraging the use of NFC devices already deployed within the field. Overall, SumUp scored 10 out of a possible 15 for contactless- readiness, reflective of the work it has done in leveraging technology already in the field, but also reflective of the fact that SumUp does not have its own standalone contactless device.

Its solutions are compatible with iOS and Android devices, but currently missing BlackBerry and Windows 8 support. Its score of 11 out of 15 reflects the fact it targets the wider market, but has some development work to enable the support of other devices.

### Market Share: mPOS Service Provider Market Share Assessment: Full Year 2013

**Market Share: 1.3%**

In sixth position within ABI Research's 2013 mPOS market share assessment is SumUp.

At the time of writing this report, SumUp had good exposure across Europe, with coverage within the United Kingdom, Germany, Ireland, Austria, Spain, The Netherlands, France, Belgium, Portugal, Ireland, and Russia. SumUp's strategy is to target small- to medium-sized merchants that are not currently processing cards, offering an extremely low percentage fee per transaction to undercut its competitors.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277026

## Swiff

**Vendor Matrix: mPOS**

**Summary**
Innovation: 49.33
Implementation: 58.67
Overall: 54.2
Rank: 15



Swiff was awarded 15th position within ABI Research's mPOS competitive assessment. Its supported device types were of a high level, as was its Chip and PIN and connectivity scores. The addition of contactless support and greater market penetration would have improved Swiff's overall positioning.

**Implementation Score - 59**

Swiff currently has three white-labeled products aimed toward acquiring banks to enable mPOS. Its three platforms cover the three primary card transaction types: Chip and PIN, Chip and Sign, and Swipe and Sign, giving Swiff a portfolio with the maximum chance of uptake. Swiff has three products within its portfolio of mPOS products: a mag- stripe device that connects *via* audio jack; a chip reading device, connecting *via* the charger port of Apple devices and using the Apple PIN pad for PIN authentication; and a wireless Bluetooth device to address the wider market with Android compatibility. Alongside its mPOS hardware solution, Swiff can provide wallet applications, as well as additional authentication tools, such as digital signature capture and authentication.

For breadth of products, Swiff scored 9 out of a possible 15. The addition of contactless acceptance and further focus on expanding its added value services to address loyalty and couponing applications would have improved its score.

**Innovation Score - 49**

Copyright 2014 ABI Research ... This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

CONFIDENTIAL                                                                IngenicoInc_0277027

Swiff's product portfolio is currently supported on Android, iOS, and Windows devices, which resulted in a score of 10 out of 15 for platform acceptance. Within its product portfolio, it also has a wireless mPOS solution, which helped its overall connectivity score, but was let down by its lack of contactless payment acceptance support.

Although addressing added value through the enablement of wallets and additional authentication solutions, Swiff needs to place further emphasis on enabling other services, such as loyalty and couponing, to provide further appeal to its offering. Providing a platform that merchants can use to provide targeted marketing and advertising campaigns would benefit Swiff's overall product offering. For added value services, Swiff scored 7 out of a possible 15.

**Market Share: mPOS Service Provider Market Share Assessment: Full Year 2013**

**Market Share: 1.4%**

Swiff occupies fifth position within ABI Research's 2013 mPOS market share assessment. Swiff currently has approximately 55,000 mPOS devices in circulation, spanning across the United States, Switzerland, France, Singapore, Malaysia, and Thailand.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL IngenicoInc_0277028

## VeriFone Inc

**Vendor Matrix: mPOS**

**Summary**

   **Innovation: 61.33**
   **Implementation: 61.33**
   **Overall: 61.3**
   **Rank: 8**



Eighth position within ABI Research's competitive assessment was awarded to VeriFone. VeriFone is not as active within the mPOS market as this time last year, pulling back investment and decreasing development, directly cutting its mPOS product portfolio. Despite this, VeriFone has a good level of global reach and penetration and the current mPOS product available through VeriFone hits all of the innovation points in terms of Chip and PIN acceptance, contactless transaction processing, added value services, and connectivity.

**Implementation Score - 61**

Although VeriFone has an outstanding global presence within its traditional desktop POS business, it has been unable to replicate it within the mPOS market, with only limited mPOS deployments to date. VeriFone has identified the mPOS market as one with high development and market entry costs, with a lot of vendor consolidation expected to happen in the short-term future. VeriFone has, thus, decided to focus on higher-end mPOS devices and solutions, leaving the remaining players to battle it out for the lower-end market. VeriFone may decide to re-enter the lower-end market once more established, perhaps through the reintroduction of lower-end VeriFone-branded solutions or through acquisition.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09. 2014

Copyright 2014 ABI Research -- This material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL                                                                                                          IngenicoInc_0277029

VeriFone pulled out of one aspect of the mPOS market, opting to continue the development and deployment of a more ruggedized sleeve solution, which wraps around an iPhone and enables full PCI-DSS-compliant payment acceptance with its own standalone PIN pad, as well as a host of other added value services, such as barcode scanning and inventory checking. As a result, VeriFone scored well within the PCI-DSS category, scoring maximum marks, but scored a low 8 out of a possible 15 for breadth of products and services offered, differentiating through a more ruggedized product and opting out of low-cost mPOS solutions.

In order to improve upon its implementation score, VeriFone needs to do one of two things; re-enter the lower cost mPOS market for additional product choice, using its established global reach within the traditional desktop POS market to push its mPOS solution to market.

### Innovation Score - 61

VeriFone's PAYware mPOS solution is capable of contactless payment acceptance and the added value of inventory, price checking, and barcode scanning capabilities, which means that the PAYware solution is an all-in-one multi-functional payments register. To reflect these two points, VeriFone scored an impressive 10 out of 15 for contactless readiness and 9 out of 15 for added value services.

Again, for Chip and PIN security, VeriFone scored well with maximum marks achieved for the criteria. This should come as no surprise, given VeriFone's long and extensive background with chip and PIN acceptance.

For platform acceptance, VeriFone did not fare as well, only managing to score 4 out of a possible 15. Its PAYware solution is limited to Apple products and, although products are available for iPhone and iPad devices, it has yet to develop or release a solution compatible with other smartphone operating systems.

VeriFone needs to develop a solution compatible with other devices. Limiting its product portfolio to a sleeve type device will make this difficult, meaning a different solution might be required for all device types. VeriFone risks missing out on a large portion of the market, limiting its products' compatibility to Apple-only devices. From VeriFone's perspective, developing an Android device needs careful consideration. After all, Apple is king in the United States and the United States is, by far, the most developed mPOS market to date. Inevitably, VeriFone will make a decision on its future mPOS strategy once the market is more developed and solid business models are decided upon.

### Market Share: mPOS Hardware Vendors Market Share: Full Year 2013

**Market Share: 1.5%**

With a share of 1.5%, VeriFone ranks in fifth position within ABI Research's mPOS 2013 market share assessment.

VeriFone has a slightly different approach to other hardware vendors, offering a higher-level product, which is more in line with traditional POS solutions. The product economies will not support free distribution of devices, resulting in lower demand until the time comes when larger retailers and organizations look into mobile POS solutions.

Although VeriFone's product is an mPOS device in its own right, it is technically aimed at a different market sector. Currently, the device only supports Apple iPhones and iPod Touches. Introduction of a device aimed at Windows and Android compatibility will open up further market segments.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research – The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL                                                                                    IngenicoInc_0277030

## WorldPay

**Vendor Matrix: mPOS**

**Summary**
Innovation: 50.67
Implementation: 61.33
Overall: 56.3
Rank: 13



WorldPay was positioned in 13th place overall within ABI Research's mPOS competitive assessment. Although its penetration is expanding, its solution has already been well received within the United Kingdom, striking partnerships with a number of top retailers for distribution of its product. WorldPay is present in over 40 countries worldwide and it should use this to help strike distribution deals across the markets in which it competes.

**Implementation Score - 61**

WorldPay's Zinc product comes with a variety of pricing models, primarily aimed at smaller merchants who transact less than £1000 per month. In total, the three pricing models include a PAYG option at 2.75% per transaction, a monthly fee option at £5.99, which reduces fees to 1.95%, or an all you can eat option at £12.99 per month with no fees, provided that transactions do not exceed £1000. The choices and options can make its solution very competitive. Overall, ABI Research awarded WorldPay 10 out of 15 for its pricing strategy. Its score would have been further improved if it had an additional pricing bracket aimed at larger merchants.

WorldPay does have good global presence and is operational in 40 countries worldwide. To start, WorldPay is focusing its mPOS efforts within the U.K. market, having already signed up Apple Stores, John Lewis, and Curry's as resellers. WorldPay scored 8 out of 15 for global penetration and reach.

WorldPay's next step should be to leverage its presence in other countries worldwide and expand upon its reseller list, not only within the United Kingdom, but outside.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- This material is intended for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL                                                                 IngenicoInc_0277031

**Innovation Score - 51**

WorldPay's Zinc device has yet to address contactless payment acceptance, directly resulting in a low score within the contactless-readiness category.

WorldPay has tried to cover the majority of bases within platform acceptance, with support on iPads, iPhones, and Android devices. Expanding support to BlackBerry and Windows OS would have improved WorldPay's score of 8 out of 15 for platform acceptance.

This product was downloaded by remi.maeno@ingenico.com on Apr. 09, 2014

Copyright 2014 ABI Research -- The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such. Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

CONFIDENTIAL

IngenicoInc_0277032

IngenicoInc_0277033