| | |
|---|---|
| From: | Will Graylin <wgraylin@roamdata.com> |
| To: | Bill Bachrach Roam Data |
| CC: | John Frontz |
| Sent: | 5/30/2011 2:00:33 PM |
| Subject: | Re: Invoice Summary for May |

Yes, that is correct.  In his original contract, outside of cost of material, we gave him $3 margin per unit based on getting exclusivity for the product, now he has agreed to go to $2 per unit margin.

John,
 can you update an amendment for the contract and given we are not paying him in advance, maybe we can update that too so we're all on the same page.  I don't want someone to buy BBPOS and we're stuck with the old contract).

Bill, you and Ben can further drive down pricing as volume of components can drop by another $0.50 to $1 with more volume (500K unit volume as we are approaching), that is separate from his $2 margin now.

Thanks,
Will

---

**From:** Bill Bachrach Roam Data <bbachrach@roamdata.com>
**Date:** Mon, 30 May 2011 07:02:05 -0400
**To:** Will Graylin <wgraylin@roamdata.com>
**Subject:** FW: Invoice Summary for May

Will,

I have provided POs to Ben for $6.52 for all of the swipers to being shipped through the month of June and NetSecure the first week in July.

From you e-mail, does this mean when Ben sends our next invoice that the cost will be $5.52.

The reason for $6.52 is that we have gone out and purchased Long Lead Time Items costing about $3.60.

Please let me know if my understanding is correct.

Thanks,

*Bill*

E-Mail: bbachrach@roamdata.com
Mobile: 864-303-3189

---

**From:** Will Graylin [mailto:wgraylin@roamdata.com]
**Sent:** Sunday, May 29, 2011 12:43 PM
**To:** Ben Lo; Bill Bachrach
**Cc:** John Frontz; Kim Graylin
**Subject:** Re: Invoice Summary for May

Hi Ben,
Good connecting with you tonight.  We will verify the Invoices for May and process the payment asap.

With volume going up and pricing pressure pushing down, I really appreciate you agreeing to take $1 off your $3 per unit margin per our original agreement.   This will take affect for the next invoice for any futureunits shipped going

Highly Confidential - Attorneys' Eyes Only

IngenicoInc_0034925

forward.  Please invoice us in the future with this new model for the next invoice.

We will update our agreement to reflect this change, thank you!
Best regards,
Will

**From:** Ben Lo <benlo@roamdata.com>
**Date:** Thu, 26 May 2011 14:54:40 +0800
**To:** Will Graylin <wgraylin@roamdata.com>, Bill Bachrach <bbachrach@roamdata.com>
**Cc:** John Frontz <jfrontz@roamdata.com>, Kim Graylin <kgraylin@roamdata.com>
**Subject:** Invoice Summary for May

Hi Will & Bill

Enclosed please find the PO summary for May.  Please check.

Ben

Highly Confidential - Attorneys' Eyes Only                                                                                    IngenicoInc_0034926