**Exhibit Y**

| | |
|---|---|
| **From:** | Will Graylin <wgraylin@roamdata.com> |
| **To:** | Ben Lo |
| **Sent:** | 9/27/2011 11:18:29 PM |
| **Subject:** | FW: The Rambler |
| **Attachments:** | Ramblerinside1.JPG; Ramblerinside2.JPG; Ramblerinside3.JPG |

```
FYI, I'll have them send this to you.
Will


On 9/27/11 3:24 PM, "Robert Stringer" <rstringer@roamdata.com> wrote:

>Will,
>
>Would you like me to send the Anywhere Commerce Rambler to Ben?
>
>Here are some pictures of the inside, btw...
>
>Rob
```

Highly Confidential - Attorneys' Eyes Only                    IngenicoInc_0044582



Highly Confidential - Attorneys' Eyes Only

Ingenicolnc_0044583



Highly Confidential - Attorneys' Eyes Only

Ingenicolnc_0044584



Highly Confidential - Attorneys' Eyes Only

Ingenicolnc_0044585