**Exhibit Z**

Produced in Native Form

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0104763



Business Review
December 2015

1





## US - F1 vs Budget vs. Revenue Pipeline

- Strong H-2, avg. +$2M/monthly
- FY2015 domestic revenue : now at $ 18.3 M
- Dec. Pipeline Risk & Upside

| Risk : | Stanley Steamer | $162K |
| | NAB | $250K |

B2015 – 3-year budget 2015-2017

ingenico

## Full Year Domestic Pipeline Details (YTD November)

Note:  5% improvement on Total HW Pipeline since last Business Review

| Product | Budget | YTD | Pipeline | Total | Change |
|---|---|---|---|---|---|
| G5X | $ 12,512 | $ 5,287 | $ 4,550 | $ 9,837 | ($2,675) |
| RP170C | - | - | 3 | 3 | 3 |
| RP350X | 3,128 | 17 | 3,751 | 3,767 | 639 |
| RP750X | 1,950 | 1 | 162 | 163 | (1,787) |
| NRE | 837 | 59 | 269 | 328 | (509) |
| Recurring | 5,152 | 2,319 | 1,844 | 4,163 | (989) |
| **Total** | **$ 23,579** | **$ 7,683** | **$ 10,578** | **$ 18,261** | **(5,318)** |

| Product | F-1 | YTD | Pipeline | Total | Change |
|---|---|---|---|---|---|
| G5X | 9,313 | 5,287 | 4,550 | 9,837 | 524 |
| RP170C | - | - | 3 | 3 | 3 |
| RP350X | 1,001 | 17 | 3,751 | 3,767 | 2,766 |
| RP750X | 1,156 | 1 | 162 | 163 | (993) |
| NRE | 518 | 59 | 269 | 328 | (190) |
| Recurring | 4,430 | 2,319 | 1,844 | 4,163 | (267) |
| **Total** | **16,419** | **7,683** | **10,578** | **18,261** | **1,843** |

Title of the presentation - DD/MM/YYYY

**ingenico**
mobile
solutions



Summary of full year pipeline key takeaways:

1. H-2 very slim
2. HW deals make up 83% of the miss, 82% of which are for HW Only customers (no reason for Eng. Bottleneck to be a constraint with these customers)
1. Bottleneck in Engineering is resulting in lagging NRE and Recurring pipeline

## Revenue transactions trend



- 9.5 % US domestic growth since January.
- Growing : TMS, iPayment, Vantiv, Merchant Warehouse,Card connect
- Decreasing : Sage, U swipe, Redecard ( Phase out)
- All others are flat
- Nota : BPS customers underligned

6



## November YTD P&L vs. Budget

| YTD November 2015 | Actual | Budget | Better/(Worse) | % Deviation |
|---|---|---|---|---|
| Total Revenue | 16,798 | 20,534 | (3,736) | -18% |
| Total Cost of Sales Cash | (10,887) | (11,051) | 164 | 1% |
| Gross Profit Cash | 5,912 | 9,483 | (3,571) | -38% |
| GP % | 35% | 46% | | |
| Total S&M | (2,251) | (4,919) | 2,668 | 54% |
| Total R&D | (4,766) | (5,140) | 374 | 7% |
| Total G&A | (3,051) | (4,302) | 1,251 | 29% |
| Total OPEX Cash | (10,068) | (14,361) | 4,293 | 30% |
| EBITDA | (4,156) | (4,796) | 640 | 13% |
| Total Non Cash Items | (944) | (860) | (83) | -10% |
| EBIT | (5,100) | (5,657) | 557 | 10% |
| Total Other Income/Expenses | (155) | (21) | (134) | -643% |
| Net Income | (5,255) | (5,678) | 423 | 7% |

ingenico

G&A variance due to 2 items:
1. Benefit costs were booked only to G&A, will be reclassified in March for accurate Q1 closing
2. Asset writeoff during February due to mismanagement of NetSuite adoption during 2014, for example there were licenses that were being amortized over a 3 year period that were only for 1 year of service.

8

## November YTD P&L Highlights vs. Budget

Revenue Shortfall of $(3,736) K
- **Mainly due to HW Sales $(2,586) K**
  - Etsy miss $ (1,750) K
  - PayPal miss of $ (1,340) K – RP750X product line
  - Groupon miss $ (750) K
  - TSYS/ProPay miss of $ (660) K
  - Arbonne miss $ (300) K
  - Subway miss $ (260) K
  - FDC upside of $ 2,700 K

- **NRE miss of $(384) K** associated with Capital One

- **Recurring miss of $(766) K**
  - Initial sales forecast overstated due to holiday surge in Q4
  - Current growth rate of 10% in line with budget growth

Operational Expenses better by $4,293 K
- Delaying hiring, headcount lower than budget by four (4)
- Savings realized in lower commissions, delays in marketing programs
- NAR Synergie : Marketing, R&D, Legal working for NAR (recharges total $990 K)

ingenico
mobile
solutions

9



### November YTD P&L vs. F-1

| YTD November 2015 | Actual | F-1 | Better/(Worse) | % Deviation |
|---|---|---|---|---|
| Total Revenue | 16,798 | 16,139 | 660 | 4% |
| Total Cost of Sales Cash | (10,887) | (9,502) | (1,385) | -15% |
| Gross Profit Cash | 5,912 | 6,637 | (725) | -11% |
| Total S&M | (2,251) | (3,357) | 1,106 | 33% |
| Total R&D | (4,766) | (5,344) | 578 | 11% |
| Total G&A | (3,051) | (3,783) | 732 | 19% |
| Total OPEX Cash | (10,068) | (12,484) | 2,416 | 19% |
| EBITDA | (4,156) | (5,775) | 1,619 | 28% |
| Total Non Cash Items | (944) | (1,163) | 219 | 19% |
| EBIT | (5,100) | (6,938) | 1,838 | 26% |
| Total Other Income/Expenses | (155) | (207) | 52 | 25% |
| Net Income | (5,255) | (7,146) | 1,891 | 26% |

ingenico
mobile solutions

G&A variance due to 2 items:
1. Benefit costs were booked only to G&A, will be reclassified in March for accurate Q1 closing
2. Asset writeoff during February due to mismanagement of NetSuite adoption during 2014, for example there were licenses that were being amortized over a 3 year period that were only for 1 year of service.

10

## November YTD P&L Highlights vs F-1

**Revenue Better by $660 K**

- **Mainly due to HW Sales $960 K**
  - First Data Upside $ 2,200 K
  - NAB upside of $ 622 K
  - PayPal upside of $360 K
  - iQMetrix lost opportunity $ (1,010) K
  - iPin Debit demand reduction $ (665) K
  - Etsy lost opportunity $ (570) K

- **NRE shortfall of $(150) K** associated with Capital One

- **Recurring shortfall of $(150) K** due to stagnant growth of BPS (except S&D)

**Operational Expenses better by $2,400 K**

- S&M better by $1,100 K: Mkt recharge to USA $350K,headcount lower by 2
- R&D better by $580 K: headcount lower by 7, TMS recharge to USA
- G&A better by $730 K:  Headcount lower by 4, Legal recharge to USA

ingenico
mobile
solutions

11

11





# Overview Grading Issues

**Rating Issues**

**Detailed Issues**

1. Lack of segregation of duties
2. Credit limits not implemented
3. Lack of formalization of procedures
4. Sales contracts not always signed
5. Incorrect payment terms on sales invoices
6. There is no formal approved vendors list
7. Reliance on manual processes for Bill the Merchant and Bill the ISO (in progress)

**Synthesis**

| Processes | Total of deficiencies | | |
|---|---|---|---|
| | 🔴 | 🟡 | 🟢 |
| Sales | - | 2 | 1 |
| Cash | - | 1 | - |
| All | 1 | 1 | 1 |
| **Total** | **1** | **4** | **2** |

*Issues have been graded using the criteria level of financial risk and urgency. Rating of issues is as follows.*

🔴 *- Process is out of control and the reported weaknesses threaten objectives of the company if no remedial actions are taken*

🟡 *- Significant weaknesses in the internal control. If no remedial actions are taken, the process might become out of control*

🟢 *- Process is under control. However, there are opportunities for improvement.*

13

ingenico
mobile solutions

13



## Follow-up of Ingenico internal audit findings

| Internal audit finding | Internal audit grading | Status | Expected completion | Follow-up with management |
|---|---|---|---|---|
| **Finance** | | | | |
| Corporate credit cards for which Roam is liable for not secured | 🔴 | 🙂 | | There is now only one Company credit card in place - Scott Holt's card has been deactivated. The remaining card is under Tieg Bean's name and is kept locked away in his office. The statements are sent to the Company, which are then reviewed by Tieg Bean and Kelly Williams, AP clerk. The statements are also reviewed by Han van Leeuwen, CFO. There was an issue in October 2015 when the receptionist made purchases for the Company without authorization from Tieg Bean as she had the credit card information noted down. No fraudulent activity was identified, however, a new card was ordered and now all expenditure on the card is now undertaken with Tieg Bean's supervision. |
| Weakness in invoice booking process (DOA not always respected) | 🔴 | 🙂 | | The modifications on NetSuite did not take place in the end because of the upcoming integration to the Ingenico network. There is a clear delegation process in place, as the bookings are reviewed by Tieg Bean and the COO. |
| Process related to payment of supplier invoices not totally secured | 🔴 | 🙂 | | Wire transfers are reviewed by Tieg Bean on a regular basis as he looks at the bank transactions on a daily basis. There are set authorization rates for significant wire transfers. Any wire transfer above $300k must be authorized by both Tieg Bean and Ward Hewins, VP-Legal. Any transfer above $500k must be authorized by the COO. |
| NAR findings on segregation of duties and internal control issues | 🟡 | 😐 | In progress | Because of the size of the accounting department, segregation of duties issues will be difficult to eliminate. However, there are mitigating controls in place that would prevent or detect fraud from occurring. Management review by the CFO and COO occurs monthly. Banking transactions are reviewed daily. Sales tax filing is now up date. The other issues that were made apparent by NAR seem to have been remedied and have either been automated into the system or addressed by the finance team. |

14

ingenico
mobile solutions

14



## Follow-up of Ingenico internal audit findings

| Internal audit finding | Internal audit grading | Status | Expected completion | Follow-up with management |
|---|---|---|---|---|
| **Finance** | | | | |
| Cost monitoring on professional services to be improved | 🟡 | 🙂 | | *The quotation system that was established has been operating successfully since being established and no issues have been noted. The Non-Recurring ("NRE") revenues during the year have been minimal as the Company is concentrating on building the EMV business. The NRE activity during the year only relates to branding which is not complex.* |
| Development cost not properly booked | 🟡 | 🙂 | | *There are quarterly CAPEX reconciliations performed in the first three quarters, and then monthly reconciliations throughout quarter four. Only external costs are capitalized. Ingenico Group takes a prudent approach towards capitalizing costs, which ensures that project costs capitalized are reviewed and are supported by reasonable sales forecast/pipeline.* |
| **Inventory and Operations** | | | | |
| Hotline support: majority of incoming calls not supposed to be managed by Roam Data | 🟡 | 🙂 | Dec-15 into 2016 | *The Company are still taking calls on the hotline that they should not be having to deal with as a lot of the calls are for basic issues, which the Company shouldn't be dealing with. There is a new VP - Operations, Geoffrey Turl, who would be implementing changes to the tech support by ensuring that the calls they receive are for more advanced troubleshooting issues as opposed to the basic ones they are currently receiving. This will reduce the volume of calls significantly. This is still a work in progress for the Company.* |
| **Software Development** | | | | |
| Governance rules regarding the Software and Services Roadmap not monitored | 🔴 | 🙂 | | *The Company is focusing its efforts in developing the next generation of mobile point of sale units. Per the COO, they closely monitor the progress of these projects to ensure that any issues are resolved and the projects are completed on time.* |

15

ingenico
mobile solutions

## Follow-up of Ingenico internal audit findings



| Internal audit finding | Internal audit grading | Status | Expected completion | Follow-up with management |
|---|---|---|---|---|
| **Ingenico Mobile Solutions** | | | | |
| **Sales** | | | | |
| Complexity of billing processes for the recuring services | 🔴 | 🙂 | Q1 2016 | *This process had begun and the Financial Controller was working with a senior engineer in order to ensure this was completed by the end of Q3. However, other more significant projects were ongoing which meant the engineer had to work elsewhere and could not finalize this process. The finalization of this process is likely to start up again in Q1 2016.* |
| Services activity not profitable | 🔴 | 🙂 | | *The process improvements appear to be working well for both the engineering and sales teams. There are still ongoing improvements being made to the process, however, there has not been much NRE activity. The majority of NRE revenue has come from branding of units, where the process is not complex and the margin is high.* |
| The customer relationship is not always properly frameworked | 🔴 | 🙂 | Dec-15 | *The main issue here was that there was no signed agreement in place with Capital One. There is now a signed agreement in place. David has also commented that the process has been improved during the year and that frameworks are in place now for all new customers. However, there is an exception to this which is the First Data agreement where there is no contract in place. First Data are one of the largest companies in the market and they want a global agreement to be negotiated with the Ingenico Group. As of November 5, 2015, only a PO has been signed. However, the Company has received payments from First Data for shipments made.* |

16

ingenico
Mobile
solutions

16



## Follow-up of Ingenico internal audit findings

| Internal audit finding | Internal audit grading | Status | Expected completion | Follow-up with management |
|---|---|---|---|---|
| **Ingenico Mobile Solutions** | | | | |
| **Sales** | | | | |
| Sales workflow process not secured (related to completion of Opportunity Review Document) | 🔴 | ☺ | | There were issues noted that the Opportunity Review Document ("ORD") process was not being completed systematically, which the COO confirmed. However, per our discussion with the COO, ORD is applicable when big integrated projects are involved - hardware sales as well as client customizations and process improvements. During 2015, there were no customization projects aside from branding of units which is not complex. There has been a focus on aligning the teams towards the EMV which is the main priority of the business moving forward. |
| Sales forecasts not properly managed | 🟡 | ☺ | | Sales forecast is being updated weekly and shared with the COO and VP - Sales. |
| **Procurement** | | | | |
| No amendment signed between BBPOS and Roam Data to set up actual terms and conditions | 🔴 | ☺ | | As the Company moves into EMV in the coming years, dependence on BBPOS would be reduced. Currently, BBPOS continues to honor and abide by the contract signed in July 2013. No issues have been noted related to product quality or deliveries. |
| No pre approval for business trips, no respect of the travel | 🔴 | ☺ | | A policy has is now in place. Business travels are authorized and approved. |
| Procurement procedure to be reviewed (selection of suppliers) | 🟡 | ☺ | | Redbook requires to get 3 quotes for any significant purchases. The only significant purchases are from BBPOS (sole supplier of GX units) and Landi (a related party supplying EMV units). All other purchases are not significant (supplies, computer equipment, etc.). Purchases are authorized and approved by the COO (over $5k), Financial Controller (over $500 and below $5k) and Department Heads (below $500). |

17

ingenico
mobile solutions

17

## Follow-up of Ingenico internal audit findings



| Internal audit finding | Ingenico Mobile Solutions | | | |
| | Internal audit grading | Status | Expected completion | Follow-up with management |
| --- | --- | --- | --- | --- |
| **IT** | | | | |
| An off site disaster recovery plan is not in place for MCM4 | 🔴 | 🙂 | Ongoing, monitoring | *There is now a disaster recovery plan in place. Per Michael Trafficante (IT Manager), this is still in progress and would be continuously worked on. The disaster recovery site is in Atlanta with the IT critical support company, Cimty. The servers work on a continuous back up system so they are being backed up 24/7. The IT Manager also noted that there have been no software issues in the year and no breaches have been made to the Company's systems.* |
| Computer equipment neither systematically tagged nor tracked | 🔴 | 🙂 | Dec-15 | *The IT department maintains an inventory list of all the computer equipment that is currently with employees, and this is updated as and when employees are hired or terminated. There is a full inventory listing and is monitored regular by IT Manager and the other staff in the IT department. The equipment is detailed using the serial numbers of all the equipment. The computer equipment is purchased by the Company and no leasing of equipment takes place. However, no annual physical count is being made.* |
| **Human Resources** | | | | |
| Payroll: segregation of task/review not satisfactory | 🔴 | 🙂 | | *The payroll function is now being outsourced to Paytech. The new HR manager, Brian Tomalonis, reviews the payroll completed by Paytech, and once he has completed his review this is then passed on to Tieg Bean. Tieg Bean approves the payroll before it is sent to ADP for processing.* |
| High turnover rate | 🔴 | 🙂 | In progress | *The market for IT professionals has become very competitive within the Boston area. The Company is doing its best to retain the best talents. However, this is beyond the Company's control as there are limits as to what the Company can offer.* |
| No monitoring of the fringe benefits | 🟡 | 🙂 | | *The Company is aware of the fringe benefits that certain employees are entitled to and has been monitoring these benefits.* |

18

ingenico
mobile
solutions

18





## US – Sales Organization update

### Sales Organization

- Nerino Mayer fully engaged with ISV plan; will lead gateway revenue
- Hired Director of Sales Operations – Chris Shirley; helping with financial reporting, forecasting, process implementation, etc…
- Reorganizing to have Nerino over gateway revenue, Angela Major Accounts and Paul Lead Generation

### Q4 Actions

- Completed FDC RP350 integration and rolling out.  More than 100K RP350 readers ordered.
- Gained commitment  on RP450 from Elavon
- Gained verbal commitment from a few ISV's on program
- Need to complete 2016 targets and comp plan for Jan implementation

### Q1 Goals

- Launch ISV program with a few friendly opportunities
- Promote ISV plan to Acquirers (Vantiv, Global, FDC, etc…)
- Complete RP450 integrations and launch with many customers
- Continue to work with NAR Sales teams on opportunity/support
- Roll out EMV with Vantiv, IPayment, Total Merchant Services, and others



ingenico
mobile
solutions

21

## US – Pipeline update

**New Opportunities**
- NCR – Adoption of RP450 for use with Silver; potential gateway opportunity
- Elavon – Hardware only for 5K to 10K RP450
- FDC – Migrate to RP450 and RP750 in 2016

**Q4 Lost Opportunities**
- Frontier/Stratix – selected IDTech/Authorize.net
- Wildtree – selected IDTech/Authorize.net

**Existing Client Updates**
- Paypal – Still undecided on middle solution (RP450) – Miura Chip & PIN selling beyond expectations. GSX volumes stable
- IPayment – Hired new Product Manager. Will begin working on EMV implementation first of 2016. Need FDC certification.
- Total Merchant Services – Hired new Product Manager; need to present plan on launch of 4.x or 5.0 for EMV implementation. Requires Global Payments certification
- FDC roll out stable. Having some issues with various phone connectivity. Will begin RP450 integration when RUA is completed
- Vantiv – has agreed to move to RP457 and launch EMV without Bluetooth in early Q1

**Market Conditions**
- BBPOS launches RP450 competitor "Chipper" at competitive price
- RP450 is strongly desired as hardware only product. A number of clients and competitive gateways have asked to integrate as their own middleware. Saying no at this time...Global Payments (Open Edge), FAPS; Said yes to Elavon as we won't have host module available.
- Some opportunities lost due to NAR product conflicts







## 2016 Pipeline development over the year

- Q1 below budget. Supplying 17k RP450 for potential upside.
- End Q2 YTD above budget
- Need to work on Q3 & Q4 to keep Q2 upside

23

## 2016 Pipeline Quarter by Quarter



- Q1 below budget by 1.4 M$
- Q2  high thanks to RP750 Apple that was not budgeted
- Q3 at budget and Q4 below => will definitely work on upside

ingenico

24

## 2016 Pipeline details

| Weighted Fair details | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | January | February | March | April | May | June | July | August | September | October | November | December | 2016 |
| PayPal-Cnx Ebay (G5x only) | $ - | $ 493 | $ 467 | $ 653 | $ 653 | $ 326 | $ 1,632 | $ - | $ - | $ 1,632 | $ - | $ - | $ 5,876 |
| First Data Corp | $ 522 | $ 389 | $ 281 | $ 895 | $ 485 | $ 485 | $ 895 | $ 485 | $ 485 | $ 895 | $ 485 | $ 485 | $ 6,787 |
| Apple | $ - | $ - | $ - | $ - | $ - | $ 2,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,500 |
| North American Bancard, LLC (NAB) | $ - | $ - | $ - | $ 398 | $ - | $ - | $ - | $ 149 | $ - | $ - | $ - | $ 398 | $ 945 |
| Others Weighted Low | $ 74 | $ 13 | $ 561 | $ 754 | $ 708 | $ 682 | $ 1,152 | $ 588 | $ 366 | $ 821 | $ 401 | $ 232 | $ 6,352 |
| NRE | 21 | | 21 | 21 | 38 | 38 | 38 | 38 | 38 | | 38 | 38 | 402 |
| Recurring | $ 350 | $ 353 | $ 356 | $ 360 | $ 363 | $ 366 | $ 369 | $ 373 | $ 376 | $ 379 | $ 383 | $ 386 | $ 4,414 |
| total | $ 967 | $ 1,269 | $ 1,706 | $ 3,097 | $ 2,247 | $ 4,397 | $ 4,086 | $ 1,633 | $ 1,265 | $ 3,766 | $ 1,307 | $ 1,539 | $ 27,277 |

- Weighted Fair scenario slightly above the Budget year end.
- Rolling forecast will be updated by January to reflect the H1 detailed profile. (pending Apple RP750 deal)

### Q1 2016 budget / pipeline
- $5.3M / $4M
- 1M gateway included in pipeline
- $650K of Q1 PayPal Revenue pulled into Q4 2015

### Q1 risks
- Delay in production RP450 availability
- Delay in EMV certification plans will push revenue
- Delay in Mobile SDK delivery will push out revenue

### Q1 upside
- $400K in <50%
- 15k RP450s in procurement for Q1, possible Q2 orders pulled into Q1

ingenico
mobile
solutions



## Lead Generation / Product Marketing

**Lead generation program**

- Ongoing lead generation program with ResponseLogic
- Plan to wait a few more months to effectively measure results
- May want to rethink how we can leverage them in different ways to make up for our lack of an inside sales team

**Product Marketing**

- Repositioning of the core IMS offer into 3 pillars:
  – mPOS Card Readers
  – mPOS Platform
  – mPOS EMV SDK (coming soon)
- Renamed the iCMP/iSMP devices to "Mobile Smart Terminals" to more clearly delineate between the two platforms



ingenico
mobile
solutions

27

# Market Intelligence / Corporate Marketing / Communications

## Commercial Action Plan
- Identified and sized key market segments to address
  - Home Care, Home Services, Retail ISV, Hospitality ISV, Fundraising, Education
- Identified main players in these market segments
  - Direct & Indirect customers
- Developing Tactical Plan for each of our 3 core offers
  - mPOS Card Readers
  - mPOS Platform
  - mPOS EMV SDK (coming soon)

## Corporate Marketing
- Mobile Solutions offer is being repositioned on the new website to align with core pillars
  - Objective is to help raise the profile of the IMS offer on the website and gather more attention (fewer clicks)
- Integrated Mobile Solutions as a key pillar of our offer in the U.S. and promoted it at Money20/20

## Marketing / Corporate Communications
- Finished website transition and completely moved over to ingenico.us
- Strong success in social media through sponsored campaigns on LinkedIn / Twitter for Money20/20
- RP170c email blast/promotion was not successful – not the right tool for the job
  - Need to rethink how we approach this type of communication
  - Should be a high touch engagement for something so targeted


ingenico
mobile
solutions

28





## Supply chain figures

| Product | Customer | Q1 | Q2 | Q3 | Q4 | 2015 Total | Proj. Q1/16 | Proj Q2/16 |
|---|---|---|---|---|---|---|---|---|
| G4&G5 | Paypal | 140,100 | 127,900 | 130,000 | 205,000 | 603,000 | | |
| | NAB | 0 | 35,000 | 55,000 | 25,000 | 115,000 | | |
| | Payd Moneris | 6,500 | 7,922 | 0 | 10,400 | 24,822 | | |
| | Shopify | 5,000 | 10,000 | 0 | 0 | 15,000 | | |
| | TSYS | 0 | 4,000 | 4,000 | 13,000 | 21,000 | | |
| | Other US Customer | 12,700 | 11,000 | 14,000 | 7,000 | 44,700 | | |
| Gx Total | | 164,300 | 195,822 | 203,000 | 260,400 | 823,522 | 0 | 0 |
| RP170c | Merchant Partner / Samsung | | | | 56 | 56 | | |
| RP170 Total | | 0 | 0 | 0 | 56 | 58 | | |
| RP350x | First Data | 40 | 507 | 70,139 | 57,835 | 128,521 | 38,500 | 21,000 |
| | Freshbook | | | | 2,000 | 2,000 | | |
| | Other US Customer | | 1 | 7 | 600 | 608 | | 5,800 |
| | Ingenico Mexico | | | 3 | | 3 | 3,100 | 3,000 |
| RP350 Total | | 40 | 508 | 70,149 | 60,435 | 131,132 | 41,600 | 29,800 |
| RP750 | Stanley Steamer | | | | 1,700 | 1,700 | | |
| | Apple | | | | | | | 5,000 |
| | Other US Customer | 42 | 0 | 0 | 29 | 71 | | 1,054 |
| | Ingenico International | 5,247 | 4,010 | 10,020 | 6,900 | 26,177 | 2,700 | 500 |
| RP750 Total | | 5,289 | 4,010 | 10,020 | 8,629 | 27,948 | 2,700 | 6,554 |
| RP450 | Vantiv | | | | | 0 | 2,000 | |
| | Elavon | | | | | 0 | 0 | 5,000 |
| | Other US Customer | | | | | 0 | 500 | 16,450 |
| RP750 Total | | 0 | 0 | 0 | 0 | 0 | 500 | 21,450 |
| Grand Total | | 169,629 | 200,340 | 283,169 | 329,522 | 982,660 | 44,800 | 57,804 |

ingenico
mobile
solutions

31







## ROAM Hardware Solution offering

**ROAM DWS**
*Encryption Web Service*

*2016 Q2*

**ROAM RKUS**
*Remote Key Update Service*

**TRANSPORT KEY**
*Customer Key Loading*

*2016 TBD*

**ROAM DMS**
*Device Management Service*

*March 2016*

**INGENICO CUSTO**
*Local Custo...*

**ROAM RUA**
*Unified API for Mobile OS*

**ROAM LKI**
*Factory Key Loading Service*

*G5x & RP350x only supports some services*

ingenico
*Mobile solutions*

34



## Apple RP757c – MOONSHOT Project





- **SoW for Pilot stage approved & PO received**
  - $ 109,000 NRE  for SW development/support & $ 85,000 accessory development

- **Scope :**
  - "Plug-in" accessory & adaptor to enable power charge through iSMP3 Gang-charger
  - Acceleration of Discover D-PAS & Amex Express Pay
  - Integration of On-Guard on RP750 (& RP450c)
  - Adaptation to match exactly RAM-UK running on iSMP
  - Minor evolutions (new commands)

- **Timeline :**
  - Software development : completed by end of March
  - Certification workshop : 03/21 to 04/01
  - Accessory development : samples M/O April, certifications : E/O May
  - Pilot with 200 (tbc) units in 1 to 3 Apple Stores, accessory initially not included but may be available
  - Production Roll-out : up to 25,000 units & 3,000 Gang-charger



36

## Terminals

- **RP350x**
  1. Renewal of EMV L2 with extended configuration (clean-up)

- **RP170c**
  1. No business in forecast, Demo at NRF with iLabs integrated into Panasonic tablet & with Landi Windows RUA

- **RP750x**
  1. Delta PCI to support RKI & onGuard : LoA granted in February
  2. Contactless : Amex Express Pay, LoA granted in Feb ; Discover LoA expected early April
  3. Apple Project

- **RP450c**
  1. Industrial Ramp-up : 500 in Jan, 2k in March, 4k scheduled in April
  2. Certifications LoA  : Visa Paywave granted in xxxx ,
  3. Remaining certifications : Discover D-DPAS B/O April, Express Pay E/O April, Delta PCI with OnGuard & RKI : B/O April

- **MOBY-3000 / MOBY-7500**
  1. Pre-study stage (*no timeline table yet*) : product definition, MD/HW architecture & ID definition, cost analysis
  2. Objective to launch development by April



37

## Solution Components

- **RUA**
  Support of RP450c (with specific pairing solution) for both Android (complete) & iOS (12/03)
  SIP (auto-tuning for audio jack protocol) function released
  - To be done :
  Mature Windows RUA (w32 & WinPhone) developed by Landi, Need to assess next steps for maintenance & upgrades
  Enable in RUA new commands for RKI

- **Roam Device Management System**
  - Was put on hold (no resources at Landi on SDK to implement minimum features) & analysis for re-use of new Ingenico
    Estate Manager to be launched

- **Ingenico CUSTO**
  - Key Loading solution received from Landi but not yet evaluated (before transfer to Italy / NAR, Russia)
  - BPK (one-time key update for customer) : Certified (PCI LoA granted) but delayed on packaging for customer use
  - Configuration Checker PC-Tool (for customization center) under development (80% completed) with Shanghai offshore
    resource for configuration validation & traceability field retrieval

- **Robot QA (allow to validate firmware application)**
  - Bug Fixing. Objective to be operational by end of December with deployment at Landi, Paris & Boston



ingenico
mobile
solutions

38

## International Business – Major updates

**LAR :**

- Mexico : RP350x, through integrator. Limited support from Roam (handled by LAR team). Total : 6.1k units
- Brazil : integration by Brazil team engaged several months ago (wrapper for BC). Change Requests identified but not engaged. Strategy to be clarified (local manufacturing). RFP for Cielo

**Europe / East :**

- Italy : won tender with IGT (lottery machine). Pilot for 200 units to start soon. Expected volume : 20k in 16Q4 & 20k in 17Q1. Italy also target to integrate RP750x with mPOS lite offering within 2016
- Russia (and near countries) : some challenge to handle both non cless & contactless product (non compatible FW) & local key injection (Transport Key)
- New RFP with Barclays for complete service (mPOS Lite ? Tbc)

**APAC :**

- On-going tender preparation for Thailand (50 to 300k units RP350x/RP757c)
- India : Reliance (40k in forecast) continue to be delayed due to change on definition for Cless (new Rupay Cless scheme + non payment usecase)



ingenico
mobile
solutions

39

## Solution Components : RKI Project

**Terminal - Completed**

- Development completed. RP750 certified PCI, RP450 certification B/O April

**Secure Room / Factory – Mid March**

- Commissioning of factory equipment completed mid-December
- PCI PIN 2.0 audit with asymmetric key loading included : M/O March

>> Trigger to start delivering "RKI Capable" devices (capable to have keys remotely loaded)

**RUA SDK**

- Additional commands for configuration information management : E/O March
- Integration of RKI commands / Sample app into RUA : under schedule

**On-Going :**

- Commissioning of HSM equipment in Boston DC : before end of March
- Discussion with Futurex to use Virtucrypt front-end allowing self-service for customer (automatic process), matching First Data requirements >> show-stopper on price until now



ingenico
mobile
solutions

40

## International Sales status

- Russia :
  - Moved to RP757c (Cless), CCT as main integrator for Russia + peripherals, Won tender for MTS (largest Russian Telco)
  - 2015 : 8,700 units RP755x + 2,000 units RP757c
  - 2016 : PO for 2,000 units to be received
- APAC :
  - Several active prospects (Thailand, HK…)
  - Reliance (India) as major customer with willingness to support their NFC Wallet (just under development
  - 2015 : 550 units  RP755x + 10,200 units RP757c
  - 2016 : 50,000 units RP757c in industrial forecast (Reliance only)
- Italy
  - Won deal with G-Tech (US + Italy lottery) with 200 pilots early Q1. Configuration with SAM for non payment
  - Start integration with Gateway partner EPS for mPOS light solution  in East Europe/Africa…
  - 2016 : 40,000 units RP757c (for G-Tech)
- LAR
  - Completed wrapper for BC app with RAM (Brazil), no further update since
  - Target LAR (Mexico…) ISV for hardware deals only in 2016

41



41



## Release Updates | White Label mPOS Solution

**ROAMmcm/ROAMpay X 4.4**

- Support for Contactless MSD payments with RP170c through Vantiv, Global Payments and First Data (Nashville) payment hosts (ROAMmcm4.4).
- ROAMpay X4.4 was officially launched into the App Stores on November 18th. Providing support NFC through the RP170c reader, the RP350x for magstripe transactions, and GX readers in one application.

**ROAMmcm/ROAMpay X 4.5**

- ROAMpay X4.5 will be made available at the start of February providing enhancements to support EMV through the RP350x and RP450c (headphone jack support only).
- Initial support for EMV (Chip & Sign) payments with RP350x/RP450c through Vantiv host, Global Payments and First Data (Rapid Connect) will then follow in late Q1.
- Continued support for EMV (Chip & Sign) through other ROAMgateway connected processors will be managed by a sales priority order for 2016.

**ROAMpay X5**

- ROAMpay X5 will be made available in mid 2016. Including enhancements to support all RP EMV devices (including RP450c, RP750x bluetooth).



ingenico
*mobile solutions*

43

43

## 2015 Product Team Successes

**Ways of Working:**

- The launch of ROAMpay X4.4 allowed the product team to streamline its way of working and to improve the content delivered in each release:
  - All Product requirements now cover a full solution in one evolving document (all product changes needed as part of a solution design).
  - One dedicated product manager assigned for a release, whether this be app-driven/MCM or SDK focused, there is a dedicated contact person for the release.
  - All help content is now dynamic and online, replacing static PDFs that would require accurate version control.
  - A re-designed help center launched to provide support by product, in a simple easy to understand Q&A format to reflect how competitors provide help.
  - Launch Kits were fully defined so that sales and support teams have a standard structure of material to help with learning and understanding changes.

**A Team for Growth:**

- EMV training was received to allow the team to gather an understanding of the new changes in the US payment landscape. We introduced requirements of EMV support for ROAMpay X4.5 to be made available in late February providing support for RP350x and RP450c (headphone jack support only).

- Able to officially End of Life (EOL) two products, the forwarding service for PCI issues, and G2/G3 readers from January 2016.

- A clear outline of roadmap themes across all products: ROAMpayX, mPOS SDK, MCM5 Canada, MCM4 for 2016.

- Team growth from 2 to 3 members, and dedicated responsibilities per owner for product and associated solutions.



## Solutions Roadmap Planning (1)

### mPOS SDK

- mPOS SDK has been re-packaged to cater for each component of our solution and provide a clearer structure. Our messaging now focuses on the Mobile/EMV SDK and the supported RUA service. MCM fades into the background as a service necessary for boarding and reporting only.

- An outline plan has been drafted to outline the necessary steps to launch the product for a full launch at end of Q1 2016.

- Paul Heayn has started in the product management team on November 30th, responsible for the SDK.

- SDK is currently going through certification with Vantiv, expected completion at end of 2015.

- Pilot program with iMobile 3 and Aldello to commence in middle of January, final details to be confirmed.

- mPOS SDK will be MCM4 platform specific initially, before being focused on MCM5 in 2016, where necessary for Capital One.

### ROAMmcm 5

- 5.5.1 was rolled out into production at the end of November to provide fixes and minor enhancements for TD Merchant Services and Global Payments Canada.

- TD Bank continue to drive our efforts towards additional releases which would be all bug and theme related adjustments. Product are seeking to drive a customer advisory meeting where future enhancements are discussed as part of account proliferation for 2016.

- Chase PaymentTech Canada has provided an SRS in regard to consideration of the IMS solution. This may become a 2016 project.



## Solutions Roadmap Planning (2)

### ROAMpay X

- 4.5 is scheduled to be provided in mid February as a Vantiv EMV supported application. Further processor platforms will be supported. The scope of RPX 4.5 changed ot include RP450c.

- RPX5 will commence engineering efforts after the release of RPX 4.5.

- Scope of RPX5 has been committed, with any planned changes being considered for a 5.x post release.

- Future considerations will be driven in collaboration with support of NAR.

### ROAMmcm4

- MCM4 will continue to service US clients, and improvements to provide a consolidated platform are on-going. With EMV being completed for the mPOS SDK, this allows a thorough review and analysis of necessary changes that can be made to provide a consolidated MCM. The planning of which will require extensive discussion.

- Each improvement will be reviewed as it fits with our 3 pillar approach to the IMS product solution (HW Solution, mPOS SDK, mPOS White Label Solution).

ingenico
mobile
solutions

46



47





## Project overview

### Engineering Resource Management

- Form scrum teams to focus on tasks – EMV, Sustaining, Mobile, Gateway, AVP
- 3 quarter of available resources have been aligned to EMV related tasks
- Focus, focus and focus on MCM 4.4.1 delivery (MAJOR team effort)

### Process Engineering

- Working with all parties to fully complete MCM 4/6 AIO instance plus automation in all directions – building, deploying and testing for all merchant-facing services
- Technical debts to be worked on for MCM4
- Challenges to overcome with the support of the latest .NET technology used by MCM6

ingenico
mobile
solutions

50

## Project overview

**Apple Pay / NFC project (Completed)**

- Apple Pay production test revealed issues that weren't seen on Staging
- Official MCM bundle released to Production on November 8, 2015 (MCM 4.4.0)
- Certified by Vantiv, FDC Nashville, and Global
- Mobile App 4.4 also released on Nov 18th, 2015 (RPX 4.4)

**EMV planning (In progress)**

- A major architectural change to the workflow of ROAMmcm
- First processor, Vantiv, targeted to be certified by the end of December. (Delay due to the availability of the EMV SDK, MCM components, Hardware and other priorities like ApplePay and TD Canada project)
- Currently running Vantiv sandbox certification testing , Load & QA testing starting in mid December
- MCM 4.4.1 deployment for internal production testing





51

## EMV Project

### Certification

- 3 first processors under way : Vantiv (58% test passed), FDC ( Rapid connect), Global
- Vantiv certification before Year end
- First Integration pilot with ISV to initiate before year End
- Deliver RoamPay 4.5 using RP450 Audio Jack with Vantiv App by Mid February
- FDC certification to start by mid December. Ra[id connect transition to design
- Global by end of January
- Transaction revenue per processor

| Processor | ISO NAME | Aug Revenue total | Current status |
|---|---|---|---|
| Vantiv | | $    86,167 | EMV planned |
| FDC | | $    77,273 | EMV planned |
| Global Payment | | $    57,800 | EMV planned |
| Chase | | $    11,822 | EMV planned |
| TSYS | | $     9,705 | EMV planned |
| Gateway to gateway | | $    23,874 | Gateway to Gateway to be defined |
| | Sage Payment Services | | |
| | Merchant Warehouse | $    10,107 | VANTIV specific path => to move to Mobile SDK |
| | Capital One | $     9,218 | VANTIV specific path => to move to Mobile SDK |
| | Stella Dot | $     8,482 | Gateway to Gateway => to move to Mobile SDK |
| | CardConnect | $     5,172 | to be defined |
| | McKesson | $     1,237 | to be defined |
| | Switch Commerce | $       388 | to be defined |
| Grand Total | | $   301,244 | |

ingenico
mobile
solutions

52

## Project overview

**Capital One**
- Pretty quiet though has occasional API questions
- Running on MCM5 Production One instance

**Canadian Clients**
- TD and GPC are using the same MCM5 Production Two instance.
- Upgraded from MCM 5.4.7 to **MCM 5.5.1** on Nov 18, 2015. (The code difference is about a year worth of changes.) And, spent roughly a week to stabilize the release.

**Decryption Web Service (DWS)**
- A dedicated instance running on MCM 5.5.1 bundle
- A fix to deal with the G5x (BBPOS) hardware problem will be deployed soon

**Estate Manager – Dashboard Alert System (In progress)**
- Phase One completed in Oct, 2015, Estate Manager 8.6
- Phase Two scheduled for Jan, 2016, Estate Manager 8.8



ingenico

53



Process Engineering
Quality
Program Mgt



## Test Automation Achievements & Targets

**Q1 QA Team Breakdown**
- 9 Manual Testers, 1 Automation Tester, no standardized automation

**Q4 QA Team Breakdown**
- 4 Manual / Learning Automation, 4 Automation, 1 Manual, 1 Backfill (will be Automation)

**Current achievements**
- Engineering Verification Framework that can be used to automate tests across components
- 130 Automation Tests (light test coverage) over 50% of all components (MCM4, MCM5, MCM6)
- More Frequent Testing during the release process – All Automated Tests run after every commit
- Real Time Developer Feedback – Failing Test Cases with screenshots / logs available each run

**Future Targets**
- Leverage Automation Testing to reduce CCI & QA Test Cycle to 15 days (now 15 CCI, 10 QA)
- Increased Automation Test Coverage (moderate test coverage) over 67% of all components
- Incorporate ability to Automate Mobile Testing (potential to automate WL app testing)
- Test Automation Training with Development – Running Test Automation prior to code check-in



## Engineering Verification Update

**Business Objective**
- Improve quality and SLA metrics for IMS products

**Execution Plan**
- Automate testing of functionality as seen from user perspective (integration/UI tests)
- Hiring focus moved to QA Automation Engineers vs traditional testers

**Results to Date**
- 130 automated tests implemented in Q4 with the goal to increase tests each sprint

**1Q2016 Goal**
- Increase number of tests available and in use by at least 10% each sprint
- Collaborate with core engineering for establishment of unit and mock tests

ingenico
mobile
solutions

57

## Process Engineering/DevOps Update

**Business Objective**

- Provide tooling and automation to increase operations and engineering productivity, quality, security, and velocity
- Improve time-to-market and maintainability while reducing total cost of ownership

**Execution Plan**

- Implement code analysis tools into all engineering projects
- Create automated continuous integration and deployment (CI/CD) process
- Create full "infrastructure as code" platform to meet company requirements for improved engineering/feature release velocity, security, and disaster recovery needs
- Develop "current recommended practices" for software engineering
- Define appropriate, actionable KPIs for code base and automate KPI reporting

ingenico

58

## Process Engineering/DevOps Update (continued)

**Results to Date**

- Code analysis (including security) tooling has been added to all engineering projects
- CI/CD process established for CCI, development, and QA/integration environments
- Completed successful build of Windows Server 2008R2 & 2012R2 builds from code
- Implemented first F# FAKE build scripts for robust CI/CD plus KPI reporting
- All-In-One VM phase I complete

**1Q2016 Goals**

- Collaborate with technical operations to implement CI/CD through to production
- Develop and implement Chef configuration system and processes
- Collaborate with core engineering to begin unit and mock automated tests
- Develop "current recommended practices" handbook for software engineering
- Complete automation of all-in-one VM, staging, and production machines
- Complete conversion of all build scripts to F# FAKE scripts

ingenico

59

## Program Management Update

**Business Objective**
- Improve program resource allocation and planning activities

**Execution Plan**
- Move all planning documents to Microsoft Project utilizing best practices
- Provide better integration between project planning and engineering tools

**Results to Date**
- Created an internal Project Server to host all projects and provide resource reporting
- Began custom development to link Atlassian JIRA with Microsoft Project

**1Q2016 Goals**
- Have all IMS projects in Project Server with Project Server moved to the data center
- Define, develop, and implement more powerful resource allocation reporting
- Complete JIRA to Microsoft Project tooling



ingenico
mobile
solutions







## MCM4

- **Self-Inflicted Outages/Degradations**
  - 54 minutes of intermittent issues due to lack of capacity planning for VMWare

- **Technical Outages**
  - 10 minutes of downtime for the RAS component.

- **Mitigation Plans**
  - We need to improve our hardware capacity and utilization planning. IT Operations is driving this. While this is in early stages, we are doing a significant capacity improvement as part of our environment re-design work.
  - The RAS component exists on an outdated java platform (Glassfish). Due to changes in later versions of Glassfish, we cannot update this without the software becoming non-functional. Engineering is driving a re-design of this component, with delivery in Q1 2016 (originally planned for Q4 2015).
  - Hot/warm datacenter design to replace current hot/cold structure will enable us to minimize downtimes by immediate (and, eventually, programmatic) failover to the secondary site. IT Operations is driving this. Delivery target is 3rd Quarter 2016.

- **Goals**
  - Reach 99.999% Annual Availability (September: 99.873%, October: 100.000%, November: 100.00%)



Business Review– December 2015 - Ingenico Mobile Solutions





Week 38 Degradation- Release Engineer was researching configuration options in production using a read/write account.  1) Release Engineer is no longer with the company.  2) Read/Write accounts will now only be used for approved change activities.  Access to applications which do not recognize read vs. read/write will be restricted to approved change activities.

65

## MCM5

- **Self-Inflicted Outages/Degradations**
  - 50 minutes due to error configuring redundant TSP server by Release Engineer

- **Technical Outages**
  - 29 minutes of intermittent reported problems, with minimal customer impact.

- **Mitigation Plans**
  - We need to develop node-level monitoring of all system components to improve response time.  Application Management will drive this initiative.
  - We need to ensure that all layers of the platform are redundant.  We will drive this initiative with the Engineering Team.
  - Hot/warm datacenter design to replace current hot/cold structure will enable us to minimize downtimes by immediate (and, eventually, programmatic) failover to the secondary site.  IT Operations is driving.  Delivery target is Q3 2016.
  - We have instituted separate read/write accounts for production and mandated restriction of their use to documented changes.
  - Fully restrictive Change Management process in partial operation.  Will be completely operational in January 2016.

- **Goals**
  - Reach 99.999% Annual Availability (September: 99.843%, October: 100.000%, November: 100.00%)



## Decryption Web Services & IngEstate Hosting Platforms

**Decryption Web Services**

- Subset of MCM5 Functionality
  - Released end of September
  - Build documented and replicable

- Currently single customer (FIS), but built to scale horizontally
  - Customer still in Proof of Concept phase
  - Engineering producing hotfix to meet client needs
  - Expect production and SLA tracking to commence Q1 2016

**IngEstate/Estate Manager**

- Hosting service for Ingenico US
  - Business case:  supporting US mid-size customers
  - Training for IMS team by Ingenico US Support staffers

- Initial implementation for Cerner currently being evaluated
  - Cost estimates completed and shared with Ingenico US

- Deploying hardware upgrades to support required capacity
  - Hardware deployment during course of December
  - Environment for IngEstate sized and in planning
  - Build will commence once hardware capacity expanded
  - Not dependent on Cerner, will build to support opportunities

Business Review– December 2015 - Ingenico Mobile Solutions

ingenico
Mobile
solutions

67

## Security

- **Reorganization**
  - Combined CISO role with VP Technical Operations due to skills overlap
  - Hiring for hands-on technical security role

- **Completed Projects**
  - PCI compliance – Received Attestation of Compliance 10/31
  - Training – Deployed Security Training program for developers
  - Code Security – automated source code scanning now part of Process Engineering responsibilities with security oversight

- **In-Progress/Near Future Projects**
  - Resolution of documentation gaps identified in discussions with Ingenico CSO – target December
  - Remote Key Management solution for hardware devices to be delivered for January
  - SIEM (waiting on new hire)
  - Updating Operating System hardening standards (waiting on new hire)
  - Oversight on all Technical Operations projects (waiting on new hire)

ingenico
mobile
solutions

68

## Technical Support

- **Reorganization**
  - Refocus of phone support from primarily Level One to instead focus on Level Two and Customer/End-User Training by mid-2016
  - Senior support refocusing as Application Management Team – proactive tasks as well as current deep troubleshooting
  - New manager starting in January

- **Completed Projects**
  - Transition of release tasks to Application Management
  - Substantial customer issue resolution workload

- **In-Progress/Near Future Projects**
  - Improvement of documentation/knowledge base
  - IngEstate/Estate Manager training
  - Deployment automation extension to production

ingenico
mobile
solutions

69

## Database and Change

- **Reorganization**
  - Integrated release engineer responsibility within Application Management
  - Hiring for Senior Business Analyst/Technical Change Manager role
  - Expanding database team size and responsibilities

- **Completed Projects**
  - None – focused on engineering and operational support only

- **In-Progress Projects**
  - Re-architect MySQL and MSSQL platforms for multi-site clustering – target first half 2016
  - Upgrade free MySQL to MariaDB supported version – target first quarter 2016
  - Upgrade MSSQL from 2008 to 2012 version – target first half 2016

ingenico
mobile
solutions

70

## IT Operations

- **Completed Projects**
  - Decryption Web Services Deployed
  - Non-production redesign – Initial design
  - Production multi-site deployment – Initial design and costing

- **In-Progress Projects**
  - Ingenico Integration (Email: partially complete, Network: implementation started, Domain: planning started, Applications: planning started)
  - Non-production hardware upgrade (10%) – target complete beginning of January
  - Non-production migration to datacenter (10%) – target complete end of January
  - Production hardware upgrade (5%) – target complete beginning of January
  - Production consolidation migration (0%) – target first quarter 2016
  - Production multi-site deployment (0%) – project launch December, target complete in third quarter 2016



Business Review– December 2015 - Ingenico Mobile Solutions



Production multi-site:  Remodeling from hot/cold disaster recovery to hot/warm.  This will also enable us to utilize this to minimize downtime during planned maintenance activity and perform more maintenance activities during business hours.  Once this is up and running successfully, our next goal will be to work with engineering to create a hot/hot deployment for our products.  We believe that IngEstate can be set as hot/hot earlier.

71

## Change Management



- New process began implementation in October
- Account changes in production (further limiting read/write access)
- New documentation requirements
- 57 documented Changes to production since 10/17
- Change Approval Board begins full Operation in January
- Release Window process now more rigorous – specified communication plan, decision points, required rollback documentation



## Current Initiatives

**In Progress/Recently Completed**
- E-Learning program being finalized
- CSR Reporting submitted.
- Real estate broker selected.  Working to gather space needs from departments to narrow down spaces that we are seeing.
- Working to communicate Engagement Survey results to employees with an effective action plan.

**Upcoming in Q1:**
- Rollout of E-Learning modules
- Finalize decision on what real estate option will work best for us.
- New Manager E-Learning program
- Year End performance review and merit cycle
- Employee self service module for ADP
- Move to NAR payroll cycle





ingenico
Mobile
solutions

74



## Headcount Snapshot

| 2015 | January | February | March | April | May | June | July | August | Sept | October | Nov | Average |
|------|---------|----------|-------|-------|-----|------|------|--------|------|---------|-----|---------|
| Number of Hires | 2 | 0 | 0 | 3 | 1 | 2 | 3 | 1 | 2 | 4 | 6 | 1.9 |
| Number of Terms | 4 | 5 | 0 | 4 | 1 | 3 | 4 | 4 | 2 | 2 | 6 | 3.18 |
| Number of Active Heads in Month | 89 | 86 | 81 | 84 | 81 | 80 | 79 | 76 | 76 | 78 | 81 | 81 |
| Attrition Rate | 4.49% | 5.81% | 0.00% | 4.76% | 1.23% | 3.75% | 5.06% | 5.26% | 2.63% | 2.56% | 7.4% | 3.90% |

- 3 of the 6 terminations in December were company choice.  2 of the individuals were released due to a re-organization in Ops.  1 individual would have been terminated if not for self selecting out.
- New recruiting resource in Atlanta should significantly reduce the need to use agency's to fill rolls.
- Retained several key employees by adjusting compensation according to Boston market.



Title of the presentation - DD/MM/YYYY

ingenico



## Legal Update

### ROAM Litigation

- No active material litigation affecting ROAM Data at this time

- Nuisance litigation by former vendor (Lightower Fiber Networks) claiming unpaid amounts from 2013 and 2014 still active. Claim amount is $7,400. Offered to settle for $3,500 subject to their production of invoices and related documentation. Hearing set for Q1 2016; intend to settle prior to incurring any material legal fees

- Continuing to monitor Intellectual Ventures matter (see below)

### Intellectual Property Matters

- Sunstein (IP law firm) continues to monitor the Intellectual Venture (IV)/Commerce Bank matter for ROAM. Litigation tolled pending completion of an IPR affecting patents involved in the litigation that do not involve ROAM.  No substantive changes since last Business Review

ingenico
mobile
solutions

78

## Legal Update (continued)

### Contract Matters

- Little or no Legal Department contract backlog
- Continue to see more potential combined Ingenico/ROAM deal activity (at least at NDA stage)

### Call Option Status

- All post-Closing matters attended to; last outstanding matter is second payment (Q1 2016) under the ROAM Data 2015 Cash Incentive Plan for currently serving ROAM employees holding unvested ROAM options as of 12/31/2014

### ROAM Data Reorganization

- Awaiting final approvals to proceed from Ingenico Group Finance
- Step 1: transfer certain ROAM IP to Ingenico Inc.
- Step 2: Ingenico Inc. licenses the IP back to ROAM
- Step 3: transfer 100% of the shares of ROAM from Ingenico Ventures SAS to Ingenico Corp. prior to 12/31/2015

ingenico
mobile
solutions



Thanks