|          |                                                                                                                                                                      |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:**      | David SZCZEPANSKI </O=INGENICO ORGANIZATION/OU=SER ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DSZCZEPANSKI>                                                                |
| **To:**        | Christopher ROTSAERT                                                                                                                                                 |
| **Sent:**      | 12/9/2015 1:11:22 AM                                                                                                                                                 |
| **Subject:**   | Fwd: BBPOS selling direct to NAB                                                                                                                                     |
| **Attachments:** | image001.jpg; ATT00001.htm; Attachment3.msg; ATT00002.htm; Attachment5.msg; ATT00003.htm; Attachment7.msg; ATT00004.htm; Attachment9.msg; ATT00005.htm |

Info a chaud Confidentiel.
On va probablement activer Le RP150 across the board. Strategie a definir. Garde cela a ton niveau pour Le moment.
Peux tu faire un point avec Landi sur la supply engage par Le besoin plast c.

Regards
David

Begin forwarded message:

**From:** Chris Dismukes <Chris.Dismukes@ingenico.com>
**Date:** December 8, 2015 at 18:33:58 EST
**To:** Ward Hewins <Ward.Hewins@ingenico.com>
**Cc:** "David.Szczepanski@ingenico.com" <David.Szczepanski@ingenico.com>, "Thierry DENIS (Thierry.DENIS@ingenico.com)" <Thierry.DENIS@ingenico.com>
**Subject: BBPOS selling direct to NAB**

Through a series of communications documented below we have come to understand that BBPOS has taken the NAB business direct resulting in a cancelled PO and likelihood of $1M+ in lost revenues in 2016. Should this be allowed to occur then it stands to reason that Paypal business $6M +/- will be at risk as well.

11/6/2015 NAB submits a PO for 20K PayAnywhere (PN 1053) units and 5K Phone Swipe (PN 1055) units ($248,750); email 1 attached
12/4/2015 NAB requests cancelation of the PO via email; email 2 attached
12/7/2015 IMS responds the PO cannot be cancelled due to component acquisition; email 3 attached
12/8/15 NAB sends email to IMS stating they have spoken to the manufacturer (BBPOS) and they have agreed to allow IMS to cancel the order without penalty; email 3 attached
12/8/15 Robert (Bob) Cook, GM and President of BBPOS North America leaves me a voice mail stating that we have both accepted duplicate PO's for same Swipers from NAB and that we could cancel the PO without penalty.  Wants to talk to me about competing moving forward;  Voice mail attached

Please advise ASAP as I intended on talking to Bob ASAP but am holding off until I hear back.

Thank you,

**Chris Dismukes**
Senior Vice President, US Sales / Ingenico Mobile Solutions+/-

280 Summer Street, Lobby Level, Boston, MA 02210
**(M)** +1 404 432 5781 **(T)**  +1 857 254 2418
www.mobile-solutions.ingenico.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                             IngenicoInc_0250839