| From: | Will Wang Graylin <wgraylin@roamdata.com> |
|---|---|
| To: | Michael kron |
| CC: | mcobrin@anywherecommerce.com; Ben Lo |
| Sent: | 1/18/2012 8:49:02 PM |
| Subject: | Re: |

Thanks Michael.
Will

Sent from my iPhone

On Jan 18, 2012, at 11:48 AM, Michael kron <mkron@anywherecommerce.com> wrote:

Will,

I understand what you're asking for.I don't believe we need to discuss it until we receive our lawyers proposed revisions.
Thanks for being patient.

Michael

2012/1/18 Will Graylin <wgraylin@roamdata.com>
Michael,

This is only about clarity of your original document with BBPOS, we're not negotiating new terms here.  When our attorneys saw Ben's license with HATM, it wasn't even clear if BBPOS can sublicense to any party, so we asked him to clarify with you.  Thus ROAM either falls under a sublicense or it doesn't, we just want clarification.  I copied Ben as well here.
Feel free to call my mobile and I can step out of my meeting as needed to discuss and we can bring closure to the issue.
Thank you,
Will


On 1/18/12 10:23 AM, "mkron@anywherecommerce.com"
<mkron@anywherecommerce.com> wrote:

>Hi Will
>
>Glad to hear your deal with Ingenico is progressing.
>We received 2 documents WRT our license, the 2nd coming from BBPOS
>counsel.
>Our counsel is reviewing both docs and will absolutely draft revisions to
>add clarity to the original document.
>Our understanding with Ben is that this exercise is about clarifying
>existing clauses that seem vague ( although parties know the intended
>meanings)

Highly Confidential - Attorneys' Eyes Only

>And is not a business negotiation to reopen substantive issues.
>Hope that helps for now. Counsel understands the urgency. Incidentally,
>there's a clause referring to the Roam license agreement with bbpos in
>your amendment, a document not in our possession so we are unable to
>comment thereto.
>Regards,
>
>Michael
>Sent from my BlackBerry device on the Rogers Wireless Network
>
>-----Original Message-----
>From: Will Graylin <wgraylin@roamdata.com>
>Date: Wed, 18 Jan 2012 09:46:04
>To: <mcobrin@anywherecommerce.com>; Michael
>Kron<mkron@anywherecommerce.com>
>Subject: Re:
>
>Mitch,
>Great to see you in NY.  Just back to Boston, back collecting signatures
>for the close.  We have 4 people from Ingenico in today to work on
>strategic planning for 2012, they just asked me on the status of the BBPOS
>HATM amendment, we asked Ben to include ROAM explicitly in the amendment,
>which is good for HATM as well if the patent goes through to have us
>named. Can you please let me know where that is?
>
>Thank you, talk soon.
>Will
>
>Will Wang Graylin
>CEO, ROAM Data, Inc.
>mobile: +1 781 521 0755
>office: +1 857 254 2345
>www.roamdata.com
>
>
>
>
>
>
>On 1/16/12 8:35 AM, "Mitchell Cobrin" <mcobrin@anywherecommerce.com>
>wrote:
>
>>Will,
>>
>>Happy 2012.  I too am at the NRF, perhaps our paths will cross.
>>
>>Our attorneys are reviewing the agreements.  We will revert back to Ben
>>once complete.
>>
>>Best regards, Mitch

Highly Confidential - Attorneys' Eyes Only

>>
>>
>>------Original Message------
>>From: Will Graylin
>>To: Mitchell Cobrin
>>To: Michael Kron
>>Subject: Re:
>>Sent: Jan 15, 2012 11:27 PM
>>
>>Hi Mitch, Michael,
>>I hope you are doing well and Happy New Year!  Things are going well here
>>at ROAM.  I am in the middle of collecting signatures for our closing
>>(the
>>legal side took much longer than expected but all good now.)  PS: During
>>Ingenico legal DD, we noticed BBPOS license with HATM needed to be
>>tighten
>>up, we asked him to send you an amendment to include ROAM as a
>>sublicensee
>>along with the cleanup - which will also help your case when we discuss
>>HATM with Ingenico about our working relationship.
>>
>>I'm at NRF the next 3 days.  Hope to schedule a get together when the
>>dust
>>settles here soon.
>>Best regards,
>>Will
>>
>>
>>Will Wang Graylin
>>CEO, ROAM Data, Inc.
>>mobile: +1 781 521 0755
>>office: +1 857 254 2345
>>www.roamdata.com
>>
>>
>>
>>On 12/19/11 8:55 PM, "Mitchell Cobrin" <mcobrin@anywherecommerce.com>
>>wrote:
>>
>>>Will,
>>>
>>>Just a quick note to wish you and your loved ones a happy holiday
>>>season.
>>>
>>>Mike updated me on your conversation, we look forward to synching up
>>>with
>>>you in the New Year.
>>>
>>>Best regards, Mitch
>>>

Highly Confidential - Attorneys' Eyes Only

>>>
>>>
>>>Mitchell Cobrin
>>>President & CEO
>>>AnywhereCommerce
>>>US: 408-416-3302
>>>CAN: 514-940-0155
>>>www.AnywhereCommerce.com
>>>
>>>About AnywhereCommerce
>>>AnywhereCommerce is a global eCommerce and mCommerce payments technology
>>>engineering and solutions provider with patented and proprietary suites
>>>of hardware and software services for secure online and mobile card
>>>present credit card, PIN debit Chip and PIN- EMV transactions.  The
>>>universal  ³aCommerce² platform is ideal for eCommerce, mCommerce, P2P,
>>>retail line-busting as well as traditional field services such as
>>>repairman, delivery or taxi services.  Our PCI certified devices and
>>>bank
>>>grade secure endto-end ecosystem provides greater security,
>>>reliability,
>>>convenience and return on investment for consumers, merchants, networks,
>>>issuers and acquirers.
>>>
>>>** Email confidentiality notice ** This message is private and
>>>confidential.   If you have received this message in error, please
>>>notify
>>>us and remove it from your system.
>>>
>>
>>
>>
>>Mitchell Cobrin
>>President & CEO
>>AnywhereCommerce
>>US: 408-416-3302
>>CAN: 514-940-0155
>>www.AnywhereCommerce.com
>>
>>About AnywhereCommerce
>>AnywhereCommerce is a global eCommerce and mCommerce payments technology
>>engineering and solutions provider with patented and proprietary suites
>>of hardware and software services for secure online and mobile card
>>present credit card, PIN debit Chip and PIN- EMV transactions.  The
>>universal  "aCommerce" platform is ideal for eCommerce, mCommerce, P2P,
>>retail line-busting as well as traditional field services such as
>>repairman, delivery or taxi services.  Our PCI certified devices and bank
>>grade secure endto-end ecosystem provides greater security, reliability,
>>convenience and return on investment for consumers, merchants, networks,
>>issuers and acquirers.
>>

Highly Confidential - Attorneys' Eyes Only    IngenicoInc_0008706

>>** Email confidentiality notice ** This message is private and
>>confidential.   If you have received this message in error, please notify
>>us and remove it from your system.
>>
>
>

--
Michael Kron
SVP Corporate development and CFO
Anywhere Commerce
MOBILE: 514-578-5007
www.AnywhereCommerce.com

 Anywhere Commerce = mCommerce + eCommerce

About AnywhereCommerce
AnywhereCommerce, previously HomeATM is a global eCommerce and mCommerce payments technology
engineering and solutions provider with patented and proprietary suites of hardware and software services for
secure online and mobile card present credit card and PIN debit transactions.  The universal "aCommerce"
platform is ideal for eCommerce, mCommerce, P2P, retail line-busting as well as traditional field services such
as repairman, delivery or taxi services.  Anywherecommerce's PCI 2.1 certified PED and bank grade secure
end–to-end ecosystem provides greater security, reliability, convenience and return on investment for consumers,
merchants, networks, issuers and acquirers.

***** Email confidentiality notice ***** This message is private and confidential.   If you have received this
message in error, please notify us and remove it from your system.

Highly Confidential - Attorneys' Eyes Only