| | |
|---|---|
| **From:** | Ben Lo |
| **Sent:** | Sunday, November 11, 2012 4:15 PM UTC |
| **To:** | Daniel Tsai |
| **CC:** | Jimmy Tang |
| **Subject:** | Re: ROAM visit |

I think it is of limit use as they have already contacted G-jack.  It is one of the sales who is so aggressive to contact everyone in China.
Let's focus on our ASIC solution and Freescale solution as alternate low cost to EM.  Thanks
Ben

On Sun, Nov 11, 2012 at 10:16 PM, Daniel Tsai <danieltsai@bbpos.com.hk> wrote:
> Hi Ben,
> Should we talk seriously with EM's top management about their crazy behavior? Don't know its the problem of the local sales guys or instructed by their top management......
> Rgds,
> Daniel
>
>
> 2012/11/10 Ben Lo <benlo@bbpos.com.hk>
>> Hi Daniel and Jimmy,
>>
>> ROAM's new product manager called RAM is going to visit us on Tuesday.  **Please don't disclose too much technical information to him.**
>>
>> After last visit, Christopher and the two Ingenico R&D guys must collect some info back to Ingenico.  Will told me that Ingenico passes some info to Landi for making terminal to compete with us.  We should not trust any hardware guy from Ingenico or ROAM anymore.  Actually, Will left ROAM and we have no worry on ROAM anymore.  And ROAM relies on us much more than we relies on them.  ROAM needs us but not the other way around.
>>
>> Hi Daniel,
>>
>> We also have to be very careful on Energy Micron.  They went to G-jack for presentation and told them that their swiper is using EM chipset and we are buying from them.  So crazy!!!
>>
>> Regards,
>> Ben