# ** Slip Sheet **

Field Details

| | |
|---|---|
| CUSTODIAN | Lo, Ben |
| DATE CREATED DATE | 01/16/2013 |
| DATE CREATED TIME | 7:51 PM |
| DATE MODIFIED DATE | 01/16/2013 |
| DATE MODIFIED TIME | 7:51 PM |
| FILE NAME | roam msr-chip reader.pdf |
| PROD BEGDOC | BBPOS_1585952 |
| PROD ENDDOC | BBPOS_1585952 |



EXHIBIT 72

## Product Preview

# RP350x Mobile Card Reader

### Combination MSR / SCR for EMV Chip & Signature

The RP350x represents the latest innovation in secure mobile card reader technology from ROAM. Combining both magnetic stripe and chip card reader technology into a lightweight form factor, the RP350x is the first in a series of EMV card readers designed specifically for mobile card acceptance.

- ☑ Mobile EMV Chip & Signature solution
- ☑ Compatible with iOS and Android™ mobile devices
- ☑ End-to-end encryption upon card read
- ☑ Comprehensive range of custom branding options







### Innovative Features

- EMV Level 1 & 2, PCI PTS 3.1 and SRED certified
- Swipe (3 track) and Chip (EMV L1/L2) card readers in one unit
- Audio jack connector with proprietary audio protocol interface
- Micro USB port for PC and power connection
- Integrated extended life rechargeable battery
- LED indicators for battery and reader status



Available June 2013



**ROAM**
An *ingenico* company

For more information:
Phone 888.589.5885 + press 2 | Email sales@roamdata.com | Web www.roamdata.com

© 2013 ROAM Data, Inc. All rights reserved. ROAM Data, ROAM, ROAMpay, ROAMpay X and the ROAM logo are either trademarks or registered trademarks of ROAM Data, Inc. Android™ is a trademark of Google Inc. All features and specifications are subject to change without notice. Reproduction or posting of this document without prior ROAM Data approval is prohibited. Rev 1.0313

BBPOS_1585952