| | |
|---|---|
| **From:** | Ken Paull <kpaull@roamdata.com> |
| **To:** | Ben Lo |
| **CC:** | John Frontz; John Chiu; Bill Bachrach; Sriram Seetharam |
| **Sent:** | 2/12/2013 9:39:42 PM |
| **Subject:** | Re: Jan 6 Shipping Document |

This is great news Ben - thanks for the note on the EMV news and also re the agreement. Lets try to talk soon. Enjoy and have a prosperous New Year!  Ken

On Feb 12, 2013, at 2:30 PM, Ben Lo <benlo@roamdata.com> wrote:

Hi Ken,

Attached please find the product brochure of our current device for your reference.

Following link from EMVCo shows that our products pass EMV L1
http://www.emvco.com/approvals.aspx?id=84#B

We passed EMV L2.  The first page of report is attached for your reference.  In the next EMVCo website update, our product will be listed in Approved EMV L2 page.

I will send John Chiu the SDK next week.

As per our meeting in HK, I will revise the contract and send to you next week.

Ben

On Sat, Jan 19, 2013 at 8:58 AM, Ken Paull <kpaull@roamdata.com> wrote:

Hi Ben – sorry I missed seeing you if you were in the U.S. recently.


I heard from Bill that you were upset about hearing that there is an Ingenico EMV prototype that we are showing.  I'm confused as you and I spoke about this, our need to move to a dual supply chain as we move to handle demand from around the world and even the possibility of ROAM licensing BBPOS software for potentially a unified SDK/API that would support both product lines.  I can assure you that there is no commonality in terms of architecture, firmware or power with the Ingenico device as it is based off of an existing Landi product.


We are also anxious to start showing your product ASAP in the market and that's why I asked our team to start getting all the product information, timelines, costs, etc. from you so that we can begin proposing it.  We have a few very large customers and prospects who are demanding a dual supply chain and we want to try to capture 100% of their business instead of only a split.


I would like to discuss this with you over the phone if you would like.  I think it would be good for us to catch up soon anyway but I would like to clear up any misunderstandings that may exist.  Please let me know when might be some good times for a call in the next few days if possible.  Thanks and I hope you have a great weekend - Ken

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      IngenicoInc_0162912

**From:** Ken Paull [mailto:kpaull@roamdata.com]
**Sent:** Wednesday, January 09, 2013 10:17 AM
**To:** Ben Lo

**Subject:** RE: Jan 6 Shipping Document

Hi Ben – I just heard you're at CES?!  Any chance of you coming through Boston?!

Re these Global swipers – thank you.  If there's a small gift we can send to someone(s) on your team for jumping through hoops on this, let me know who and I would like to.

Thanks – Ken

---

**From:** Kerry Cheng [mailto:kerrycheng@bbpos.com.hk]
**Sent:** Wednesday, January 09, 2013 4:26 AM

**To:** 'Bill Bachrach'
**Cc:** 'Eric Hoffman'; 'Rob Stringer'; 'Stuart Fullerton'; 'Sriram Seetharam'; benlo@bbpos.com.hk; 'Ken Paull'
**Subject:** RE: Jan 6 Shipping Document

Dear Bill,

Good morning!

Give you a good news first!

For the Top Urgent Global 40pcs Sample, we have request factory side help to pull in and have a special arrangement on it.

1) For unbranded 20pcs , factory side would finished production by Jan 10 afternoon.

We would arrange a staff  go to China Factory to hand carry it back to Hong Kong. Then, we would send it out immediately in the evening.

2) For PayApp Branded 20pcs, factory side would finished production by Jan 11 afternoon.

Same, we would arrange a staff to China Factory to hand carry it back to Hong Kong. Then , we would send it out immediately in the evening as well.

We hope this special arrangement for you can catch up the schedule for you. Please kindly provide the

shipping address for it.

For Shipment issue: today, we have sent you the following shipment:

1)   For PO 2012-098 (NAB) G4X, balance 5000pcs Full Pack by UPS AWB# would provide you once get it from Shipping.

2)   For PO 2012-099 (Moneris) G3X 1000pcs by DHL AWB# 183 5824 395

Attached please find the AWB and shipping document for your reference.

1)   NAB 3K sent on Jan 8

2)   Paypal 5K sent on Jan 5

3)   Moneris G3X 1K on Jan 9

Should you get any query, please feel free to contact us.

Have a nice day! Thanks!

Best Regards,

Kerry

---

**From:** Bill Bachrach [mailto:bbachrach@roamdata.com]
**Sent:** Tuesday, January 08, 2013 6:18 PM
**To:** 'Kerry Cheng'
**Cc:** 'Eric Hoffman'; 'Rob Stringer'; 'Stuart Fullerton'; 'Sriram Seetharam'; benlo@bbpos.com.hk
**Subject:** RE: Jan 6 Shipping Document

Kerry,

Thank you for shipping the entire NAB order at once.

If possible, can you ship the 10 unbranded Global Test Swipers and the 10 unbranded Global Production Swipers on Thursday? PO#2013-006 (Part#1307) and PO#2013-008 (Part#1305). We would like to get these by Friday.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
IngenicoInc_0162914

For the branded swipers, if you can ship by Friday that would be great.

I will call you tomorrow morning (HK time)/ tonight (US time) to discuss.

Thank you again,

Bill

E-Mail: bbachrach@roamdata.com

Mobile: 864-303-3189

---

**From:** Kerry Cheng [mailto:kerrycheng@bbpos.com.hk]
**Sent:** Tuesday, January 08, 2013 4:32 AM
**To:** 'Bill Bachrach'
**Cc:** 'Eric Hoffman'; 'Rob Stringer'; 'Stuart Fullerton'; 'Sriram Seetharam'; benlo@bbpos.com.hk
**Subject:** RE: Jan 6 Shipping Document

Dear Bill,

Good News!

1)  For PO 2012-098 (NAB) G4X, balance 5000pcs Full Pack would be deliver in Jan 9.

We would send you the AWB once got it from our shipping.

2)  For 50pcs Home Depot Dual Track Readers to replace, we try to send it out by Jan 11

3)  For Global 40pcs sample, we would send it by Jan 14. Now, we are hurry up for this sample preparation.

Thanks a lot!

Best Regards,

Kerry

From: Bill Bachrach [mailto:bbachrach@roamdata.com]
Sent: Monday, January 07, 2013 8:51 PM
To: 'Kerry Cheng'
Cc: 'Eric Hoffman'; 'Rob Stringer'; 'Stuart Fullerton'; 'Sriram Seetharam'; benlo@bbpos.com.hk
Subject: RE: Jan 6 Shipping Document

Kerry,

Thank you for the e-mail.

When we talk tonight, we need to discuss consistency for shipment dates and shipment numbers.

Our account managers are using the shipment dates on the spreadsheet to tell our customers when they are shipping from HK.

For some reason, the Factory is having difficulty in keeping the shipment dates/levels (i.e., NAB).

Please let me know how we can work together. We may need to lock-down the schedule weekly.

Thank you,

Bill

E-Mail: bbachrach@roamdata.com

Mobile: 864-303-3189

From: Kerry Cheng [mailto:kerrycheng@bbpos.com.hk]
Sent: Monday, January 07, 2013 7:41 AM
To: Bill Bachrach
Cc: Eric Hoffman; Rob Stringer; Stuart Fullerton; Sriram Seetharam; <benlo@bbpos.com.hk>; kerrycheng@bbpos.com.hk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0162916

Dear Bill

From factory update schedule, tmr would deliver 3k to hong kong first. Then, balance 5k deliver to Hong Kong by jan 11.

We are pushing factory side to hurry up on it. We will updates you again by tmr! Thanks!

Best Regards

Kerry

從我的 iPhone 傳送

"Bill Bachrach" <bbachrach@roamdata.com> 於 2013年1月7日 19:58 寫道：

Kerry,

Thank you for the information.

Please let me know if the following is a typo (NAB 3000 … it should be 8000?)

    1)    PO 2012-098 (NAB) G4X, 3000pcs Full Pack.

We would send you the AWB once got it from our shipping.

I will call you tonight to get an update on all the orders.

Thank you,

Bill

E-Mail: bbachrach@roamdata.com

Mobile: 864-303-3189

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                IngenicoInc_0162917

**From:** Kerry Cheng [mailto:kerrycheng@bbpos.com.hk]
**Sent:** Monday, January 07, 2013 4:32 AM
**To:** 'Bill Bachrach'
**Cc:** 'Eric Hoffman'; 'Rob Stringer'; 'Stuart Fullerton'; 'Sriram Seetharam'; benlo@bbpos.com.hk
**Subject:** Jan 6 Shipping Document

Dear Bill,

Hello!

**For Jan 6,**

We have arranged the following two Shipment:

1)   PO2012-097 Paypal 5K  (pls find the booking form for your reference)

2)   PO2012-091 Roampay G4X 2700pcs by Fedex AWB# 8019 1297 9120

Attached please find the AWB and Shipping document for your reference.

**For Jan 9,**

We would send the following two shipment:

1)   PO 2012-099 (Moneris) G3X 1000pcs

Moneris Solutions

Woodfield Corporate Center

150 N Martingale Rd, Suite 900

Schaumburg, IL 60173 USA

Attn: David Siegel

Tel: 847-240-7603

2)   PO 2012-098 (NAB) G4X, 3000pcs Full Pack.

We would send you the AWB once got it from our shipping.

Should you get any query, please feel free to contact us. Thanks!

Best Regards,

Kerry

<BE1201 EMVSwipe.pdf>
<EMVL2 Test Report.pdf>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          IngenicoInc_0162919