**ROAM Data – Project Reprieve Site Visit**                                                      **November 19, 2014**



**Conversion Considerations:**

- Need to determine if Roam can support interfacing with the current AC readers – Not likely
    - Cannot support AC hardware within Roam infrastructure