# Reprieve Status Meeting Deliverables

for upcoming meeting 11/21/14



FISV-A

Highly Confidential - Attorneys' Eyes Only

FISV-A

Highly Confidential - Attorneys' Eyes Only

FISV-A

Highly Confidential - Attorneys' Eyes Only

FISV-A

Highly Confidential - Attorneys' Eyes Only