# Project Reprieve Meeting

**October 1, 2014**

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only   FISV-A0

- **Moving ahead with ROAM** is likely the fastest path away from Apriva, given much upfront work is complete and our strategic relationship w/Ingenico.

Highly Confidential - Attorneys' Eyes Only

FISV-A0...

Highly Confidential - Attorneys' Eyes Only
FISV-A0

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only