

|  |  |  |  |  |  |  |  |  |  | 391,344 |  | $31.70 | $12,405,200.00 |  |  | $20.24 | $7,921,512.95 |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Order | Date | Customer | Country | Region | Model | Type | Model | Qty | Unit Price | Revenue | P&L | Unit Cost ROAM | ROAM Cost | ROAM Margin | % Margin | Landi unit c | Landi cost | Landi Margin | Group Margin | % Margin |  | Region Price |
| SO:10242 | 1/16/2015 | First Data Corp | ROAM | NAR | RP350x | Dev units | RP350 | 20 | $55.00 | $1,100.00 | ROAM | $23.90 | $478.00 | $622.00 | 56.55% | $17.21 | $344.20 | $133.80 | $755.80 | 68.71% |  |  |
| SO:14795 | 4/20/2015 | First Data Corp | ROAM | NAR | RP350x | NRE | RP350 | 1 | $4,000.00 | $4,000.00 | ROAM | $2,000.00 | $2,000.00 | $2,000.00 | 50.00% | $1,000.00 | $1,000.00 | $1,000.00 | $3,000.00 | 75.00% |  |  |
| SO:14703 | 3/9/2015 | First Data Corp | ROAM | NAR | RP350x | Dev units | RP350 | 20 | $60.00 | $1,200.00 | ROAM | $23.90 | $478.00 | $722.00 | 60.17% | $17.21 | $344.20 | $133.80 | $855.80 | 71.32% |  |  |
| SO:14794 | 6/19/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 500 | $29.00 | $14,500.00 | ROAM | $23.90 | $11,950.00 | $2,550.00 | 17.59% | $17.21 | $8,605.00 | $3,345.00 | $5,895.00 | 40.66% |  |  |
| SO:14794 | 5/25/2015 | First Data Corp | ROAM | NAR | RP350x | Dev units | RP350 | 5 | $60.00 | $300.00 | ROAM | $23.90 | $119.50 | $180.50 | 60.17% | $17.21 | $86.05 | $33.45 | $213.95 | 71.32% |  |  |
| SO:14794 | 5/25/2015 | First Data Corp | ROAM | NAR | RP350x | NRE | RP350 | 1 | $4,000.00 | $4,000.00 | ROAM | $2,000.00 | $2,000.00 | $2,000.00 | 50.00% | $1,000.00 | $1,000.00 | $1,000.00 | $3,000.00 | 75.00% |  |  |
| SO:21728 | 7/23/2015 | First Data Corp | ROAM | NAR | RP350x | NRE | RP350 | 1 | $10,000.00 | $10,000.00 | ROAM | $0.00 | $0.00 | $10,000.00 | 100.00% | $0.00 | $0.00 | $0.00 | $10,000.00 | 100.00% |  |  |
| SO:21729 | 7/23/2015 | First Data Corp | ROAM | NAR | RP350x | NRE | RP350 | 1 | $6,000.00 | $6,000.00 | ROAM | $2,000.00 | $2,000.00 | $4,000.00 | 66.67% | $1,000.00 | $1,000.00 | $1,000.00 | $5,000.00 | 83.33% |  |  |
| SO:21730 | 7/23/2015 | First Data Corp | ROAM | NAR | RP350x | NRE | RP350 | 1 | $6,000.00 | $6,000.00 | ROAM | $2,000.00 | $2,000.00 | $4,000.00 | 66.67% | $1,000.00 | $1,000.00 | $1,000.00 | $5,000.00 | 83.33% |  |  |
| SO:21731 | 7/23/2015 | First Data Corp | ROAM | NAR | RP350x | NRE | RP350 | 1 | $6,000.00 | $6,000.00 | ROAM | $2,000.00 | $2,000.00 | $4,000.00 | 66.67% | $1,000.00 | $1,000.00 | $1,000.00 | $5,000.00 | 83.33% |  |  |
| SO:17115 | 8/14/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $20.63 | $103,150.00 | $41,850.00 | 28.86% | $14.85 | $74,250.00 | $28,900.00 | $70,750.00 | 48.79% |  |  |
| SO:17116 | 8/14/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,000 | $29.00 | $58,000.00 | ROAM | $20.63 | $41,260.00 | $16,740.00 | 28.86% | $14.85 | $29,700.00 | $11,560.00 | $28,300.00 | 48.79% |  |  |
| SO:17126 | 8/14/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $20.63 | $82,520.00 | $33,480.00 | 28.86% | $14.85 | $59,400.00 | $23,120.00 | $56,600.00 | 48.79% |  |  |
| SO:21807 | 8/14/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 15 | $29.00 | $435.00 | ROAM | $36.75 | $551.25 | -$116.25 | -26.72% | $17.21 | $258.15 | $293.10 | $176.85 | 40.66% |  |  |
| SO:17114 | 9/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $20.63 | $82,520.00 | $33,480.00 | 28.86% | $14.85 | $59,400.00 | $23,120.00 | $56,600.00 | 48.79% |  |  |
| SO:17124 | 9/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,000 | $29.00 | $58,000.00 | ROAM | $20.63 | $41,260.00 | $16,740.00 | 28.86% | $14.85 | $29,700.00 | $11,560.00 | $28,300.00 | 48.79% |  |  |
| SO:17125 | 9/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $20.63 | $103,150.00 | $41,850.00 | 28.86% | $14.85 | $74,250.00 | $28,900.00 | $70,750.00 | 48.79% |  |  |
| SO:21772 | 9/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 8,000 | $29.00 | $232,000.00 | ROAM | $20.63 | $165,040.00 | $66,960.00 | 28.86% | $14.85 | $118,800.00 | $46,240.00 | $113,200.00 | 48.79% |  |  |
| SO:21777 | 9/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 12,800 | $29.00 | $371,200.00 | ROAM | $20.63 | $264,064.00 | $107,136.00 | 28.86% | $14.85 | $190,080.00 | $73,984.00 | $181,120.00 | 48.79% |  |  |
| SO:21774 | 9/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 11,660 | $29.00 | $338,140.00 | ROAM | $20.63 | $240,545.80 | $97,594.20 | 28.86% | $14.85 | $173,151.00 | $67,394.80 | $164,989.00 | 48.79% |  |  |
| SO:21773 | 9/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $20.63 | $82,520.00 | $33,480.00 | 28.86% | $14.85 | $59,400.00 | $23,120.00 | $56,600.00 | 48.79% |  |  |
| SO:21775 | 9/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 11,660 | $29.00 | $338,140.00 | ROAM | $20.63 | $240,545.80 | $97,594.20 | 28.86% | $14.85 | $173,151.00 | $67,394.80 | $164,989.00 | 48.79% |  |  |
| SO:21791 | 11/23/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,500 | $29.00 | $101,500.00 | ROAM | $20.63 | $72,205.00 | $29,295.00 | 28.86% | $14.85 | $51,975.00 | $20,230.00 | $49,525.00 | 48.79% |  |  |
| SO:21776 | 11/6/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 11,660 | $29.00 | $338,140.00 | ROAM | $20.63 | $240,545.80 | $97,594.20 | 28.86% | $14.85 | $173,151.00 | $67,394.80 | $164,989.00 | 48.79% |  |  |
| SO:21778 | 10/15/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 12,800 | $29.00 | $371,200.00 | ROAM | $20.63 | $264,064.00 | $107,136.00 | 28.86% | $14.85 | $190,080.00 | $73,984.00 | $181,120.00 | 48.79% |  |  |
| SO:21779 | 11/6/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 12,800 | $29.00 | $371,200.00 | ROAM | $20.63 | $264,064.00 | $107,136.00 | 28.86% | $14.85 | $190,080.00 | $73,984.00 | $181,120.00 | 48.79% |  |  |
| SO:21790 | 10/20/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,500 | $29.00 | $101,500.00 | ROAM | $20.63 | $72,205.00 | $29,295.00 | 28.86% | $14.85 | $51,975.00 | $20,230.00 | $49,525.00 | 48.79% |  |  |
| SO:21790 | 11/23/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,500 | $29.00 | $130,500.00 | ROAM | $20.63 | $92,835.00 | $37,665.00 | 28.86% | $14.85 | $66,825.00 | $26,010.00 | $63,675.00 | 48.79% |  |  |
| SO:21788 | 10/23/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,500 | $29.00 | $130,500.00 | ROAM | $20.63 | $92,835.00 | $37,665.00 | 28.86% | $14.85 | $66,825.00 | $26,010.00 | $63,675.00 | 48.79% |  |  |
| SO:21789 | 11/23/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,500 | $29.00 | $130,500.00 | ROAM | $20.63 | $92,835.00 | $37,665.00 | 28.86% | $14.85 | $66,825.00 | $26,010.00 | $63,675.00 | 48.79% |  |  |
| SO:28317 | 10/19/2015 | First Data Corp | ROAM | NAR | RP350x | Dev units | RP350 | 75 | $43.20 | $3,240.00 | ROAM | $68.46 | $5,134.50 | -$1,894.50 | -58.47% | $17.21 | $1,290.75 | $3,843.75 | $1,949.25 | 60.16% |  |  |
| SO:30606 | 10/15/2015 | First Data Corp | ROAM | NAR | RP757c | Dev units | RP757 | 25 | $150.00 | $3,750.00 | ROAM | $135.12 | $3,378.00 | $372.00 | 9.92% | $37.20 | $930.00 | $2,448.00 | $2,820.00 | 75.20% |  |  |
| SO:30654 | 1/4/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,400 | $29.00 | $69,600.00 | ROAM | $18.69 | $44,856.00 | $24,744.00 | 35.55% | $14.85 | $35,640.00 | $9,216.00 | $33,960.00 | 48.79% |  |  |
| SO:30651 | 1/4/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,400 | $29.00 | $69,600.00 | ROAM | $18.69 | $44,856.00 | $24,744.00 | 35.55% | $14.85 | $35,640.00 | $9,216.00 | $33,960.00 | 48.79% |  |  |
| SO:30656 | 1/25/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,800 | $29.00 | $139,200.00 | ROAM | $18.69 | $89,712.00 | $49,488.00 | 35.55% | $14.85 | $71,280.00 | $18,432.00 | $67,920.00 | 48.79% |  |  |
| SO:30657 | 2/24/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,600 | $29.00 | $104,400.00 | ROAM | $18.69 | $67,284.00 | $37,116.00 | 35.55% | $14.85 | $53,460.00 | $13,824.00 | $50,940.00 | 48.79% |  |  |
| SO:30652 | 1/25/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,600 | $29.00 | $104,400.00 | ROAM | $18.69 | $67,284.00 | $37,116.00 | 35.55% | $14.85 | $53,460.00 | $13,824.00 | $50,940.00 | 48.79% |  |  |
| SO:30653 | 2/24/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,200 | $29.00 | $34,800.00 | ROAM | $20.14 | $24,168.00 | $10,632.00 | 30.55% | $15.31 | $18,372.00 | $5,796.00 | $16,428.00 | 47.21% |  |  |
| SO:32884 | 12/4/2015 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,800 | $29.00 | $139,200.00 | ROAM | $18.69 | $89,712.00 | $49,488.00 | 35.55% | $13.19 | $63,312.00 | $26,400.00 | $75,888.00 | 54.52% |  |  |
| SO:37226 | 1/21/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,500 | $29.00 | $43,500.00 | ROAM | $20.14 | $30,210.00 | $13,290.00 | 30.55% | $14.21 | $21,315.00 | $8,895.00 | $22,185.00 | 51.00% |  |  |
| SO:37225 | 1/21/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,000 | $29.00 | $58,000.00 | ROAM | $20.14 | $40,280.00 | $17,720.00 | 30.55% | $14.21 | $28,420.00 | $11,860.00 | $29,580.00 | 51.00% |  |  |
| SO:37268 | 2/12/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $18.21 | $91,050.00 | $53,950.00 | 37.21% | $12.85 | $64,250.00 | $26,800.00 | $80,750.00 | 55.69% | Landi | 3/28/2016 |
| SO:39325 | 2/23/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,500 | $29.00 | $72,500.00 | ROAM | $18.21 | $45,525.00 | $26,975.00 | 37.21% | $12.85 | $32,125.00 | $13,400.00 | $40,375.00 | 55.69% | Landi |  |
| SO:39326 | 2/23/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $18.21 | $91,050.00 | $53,950.00 | 37.21% | $12.85 | $64,250.00 | $26,800.00 | $80,750.00 | 55.69% | Landi |  |
| SO:39327 | 2/23/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $18.21 | $91,050.00 | $53,950.00 | 37.21% | $12.85 | $64,250.00 | $26,800.00 | $80,750.00 | 55.69% | Landi |  |
| SO:41393 | 3/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 200 | $50.00 | $10,000.00 | ROAM | $33.30 | $6,660.00 | $3,340.00 | 33.40% | $23.51 | $4,702.00 | $1,958.00 | $5,298.00 | 52.98% | Landi |  |
| SO:41365 | 3/15/2016 | First Data Corp | ROAM | NAR | RP457c | Dev units | RP457 | 35 | $50.00 | $1,750.00 | ROAM | $33.26 | $1,164.10 | $585.90 | 33.48% | $23.95 | $838.25 | $325.85 | $911.75 | 52.10% | Landi |  |
| SO:43369 | 4/25/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $83,500.00 | $83,500.00 | ROAM | $54,850.00 | $54,850.00 | $28,650.00 | 34.31% | ######## | $40,000.00 | $14,850.00 | $43,500.00 | 52.10% | Landi |  |
| SO:43369 | 4/25/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $2,500.00 | $2,500.00 | ROAM | $1,500.00 | $1,500.00 | $1,000.00 | 40.00% | $1,000.00 | $1,000.00 | $500.00 | $1,500.00 | 60.00% | Landi |  |
| SO:43369 | 4/25/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $2,500.00 | $2,500.00 | ROAM | $1,500.00 | $1,500.00 | $1,000.00 | 40.00% | $1,000.00 | $1,000.00 | $500.00 | $1,500.00 | 60.00% | Landi |  |
| SO:43369 | 4/25/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $2,500.00 | $2,500.00 | ROAM | $1,500.00 | $1,500.00 | $1,000.00 | 40.00% | $1,000.00 | $1,000.00 | $500.00 | $1,500.00 | 60.00% | Landi |  |
| SO:43369 | 4/25/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $2,500.00 | $2,500.00 | ROAM | $1,500.00 | $1,500.00 | $1,000.00 | 40.00% | $1,000.00 | $1,000.00 | $500.00 | $1,500.00 | 60.00% | Landi |  |
| SO:43369 | 4/25/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $2,500.00 | $2,500.00 | ROAM | $1,500.00 | $1,500.00 | $1,000.00 | 40.00% | $1,000.00 | $1,000.00 | $500.00 | $1,500.00 | 60.00% | Landi |  |
| SO:43369 | 4/25/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $2,500.00 | $2,500.00 | ROAM | $1,500.00 | $1,500.00 | $1,000.00 | 40.00% | $1,000.00 | $1,000.00 | $500.00 | $1,500.00 | 60.00% | Landi |  |
| SO:43369 | 4/25/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $10,000.00 | $10,000.00 | ROAM | $5,000.00 | $5,000.00 | $5,000.00 | 50.00% | $4,000.00 | $4,000.00 | $1,000.00 | $6,000.00 | 60.00% | Landi |  |
| SO:45275 | 5/5/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,800 | $29.00 | $110,200.00 | ROAM | $18.20 | $69,160.00 | $41,040.00 | 37.24% | $12.85 | $48,830.00 | $20,330.00 | $61,370.00 | 55.69% | Landi |  |
| SO:45277 | 5/5/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,000 | $29.00 | $87,000.00 | ROAM | $18.20 | $54,600.00 | $32,400.00 | 37.24% | $12.85 | $38,550.00 | $16,050.00 | $48,450.00 | 55.69% | Landi |  |
| SO:45278 | 5/5/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,500 | $29.00 | $43,500.00 | ROAM | $19.49 | $29,235.00 | $14,265.00 | 32.79% | $13.76 | $20,640.00 | $8,595.00 | $22,860.00 | 52.55% | Landi |  |
| SO:45286 | 5/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $18.20 | $91,000.00 | $54,000.00 | 37.24% | $12.85 | $64,250.00 | $26,750.00 | $80,750.00 | 55.69% | Landi |  |
| SO:45287 | 5/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,500 | $29.00 | $72,500.00 | ROAM | $18.20 | $45,500.00 | $27,000.00 | 37.24% | $12.85 | $32,125.00 | $13,375.00 | $40,375.00 | 55.69% | Landi |  |
| SO:45295 | 5/11/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,000 | $29.00 | $87,000.00 | ROAM | $18.20 | $54,600.00 | $32,400.00 | 37.24% | $12.85 | $38,550.00 | $16,050.00 | $48,450.00 | 55.69% | Landi |  |
| SO:47177 | 6/3/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 7,000 | $29.00 | $203,000.00 | ROAM | $18.01 | $126,070.00 | $76,930.00 | 37.90% | $12.71 | $88,970.00 | $37,100.00 | $114,030.00 | 56.17% | Landi |  |
| SO:47178 | 6/3/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,500 | $29.00 | $101,500.00 | ROAM | $18.20 | $63,700.00 | $37,800.00 | 37.24% | $12.85 | $44,975.00 | $18,725.00 | $56,525.00 | 55.69% | Landi |  |
| SO:47179 | 6/3/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $18.20 | $91,000.00 | $54,000.00 | 37.24% | $12.85 | $64,250.00 | $26,750.00 | $80,750.00 | 55.69% | Landi |  |
| SO:47180 | 6/3/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $18.20 | $91,000.00 | $54,000.00 | 37.24% | $12.85 | $64,250.00 | $26,750.00 | $80,750.00 | 55.69% | Landi |  |
| SO:47181 | 6/4/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,000 | $29.00 | $58,000.00 | ROAM | $19.49 | $38,980.00 | $19,020.00 | 32.79% | $13.76 | $27,520.00 | $11,460.00 | $30,480.00 | 52.55% | Landi |  |
| SO:47184 | 6/4/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,200 | $29.00 | $34,800.00 | ROAM | $19.49 | $23,388.00 | $11,412.00 | 32.79% | $13.76 | $16,512.00 | $6,876.00 | $18,288.00 | 52.55% | Landi |  |
| SO:47196 | 6/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $18.20 | $72,800.00 | $43,200.00 | 37.24% | $12.85 | $51,400.00 | $21,400.00 | $64,600.00 | 55.69% | Landi |  |
| SO:47197 | 6/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,050 | $29.00 | $30,450.00 | ROAM | $19.49 | $20,464.50 | $9,985.50 | 32.79% | $13.76 | $14,448.00 | $6,016.50 | $16,002.00 | 52.55% | Landi |  |
| SO:47198 | 6/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,050 | $29.00 | $30,450.00 | ROAM | $19.49 | $20,464.50 | $9,985.50 | 32.79% | $13.76 | $14,448.00 | $6,016.50 | $16,002.00 | 52.55% | Landi |  |
| SO:47203 | 6/13/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $18.20 | $72,800.00 | $43,200.00 | 37.24% | $12.85 | $51,400.00 | $21,400.00 | $64,600.00 | 55.69% | Landi |  |
| SO:47204 | 6/13/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,400 | $29.00 | $40,600.00 | ROAM | $19.49 | $27,286.00 | $13,314.00 | 32.79% | $13.76 | $19,264.00 | $8,022.00 | $21,336.00 | 52.55% | Landi |  |
| SO:48993 | 7/6/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 125 | $46.00 | $5,750.00 | ROAM | $19.62 | $2,452.50 | $3,297.50 | 57.35% | $14.13 | $1,766.25 | $686.25 | $3,983.75 | 69.28% | Landi |  |
| SO:49005 | 7/12/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 500 | $12.00 | $6,000.00 | ROAM | $4.10 | $2,050.00 | $3,950.00 | 65.83% | $2.95 | $1,475.00 | $575.00 | $4,525.00 | 75.42% | Landi |  |
| SO:50761 | 8/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,500 | $29.00 | $101,500.00 | ROAM | $18.20 | $63,700.00 | $37,800.00 | 37.24% | $13.10 | $45,864.00 | $17,836.00 | $55,636.00 | 54.81% | Landi |  |
| SO:50762 | 8/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,500 | $29.00 | $101,500.00 | ROAM | $18.20 | $63,700.00 | $37,800.00 | 37.24% | $13.10 | $45,864.00 | $17,836.00 | $55,636.00 | 54.81% | Landi |  |
| SO:50764 | 8/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 750 | $29.00 | $21,750.00 | ROAM | $19.49 | $14,617.50 | $7,132.50 | 32.79% | $14.03 | $10,524.60 | $4,092.90 | $11,225.40 | 51.61% | Landi |  |
| SO:50765 | 8/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 750 | $29.00 | $21,750.00 | ROAM | $19.49 | $14,617.50 | $7,132.50 | 32.79% | $14.03 | $10,524.60 | $4,092.90 | $11,225.40 | 51.61% | Landi |  |
| SO:50766 | 8/9/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,500 | $29.00 | $43,500.00 | ROAM | $19.49 | $29,235.00 | $14,265.00 | 32.79% | $14.03 | $21,049.20 | $8,185.80 | $22,450.80 | 51.61% | Landi |  |
| SO:50798 | 8/25/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 3,000 | $12.00 | $36,000.00 | ROAM | $4.10 | $12,300.00 | $23,700.00 | 65.83% | $2.95 | $8,850.00 | $3,450.00 | $27,150.00 | 75.42% | Landi |  |
| SO:52494 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 3,500 | $46.00 | $161,000.00 | ROAM | $28.48 | $99,680.00 | $61,320.00 | 38.09% | $20.51 | $71,769.60 | $27,910.40 | $89,230.40 | 55.42% | Landi |  |
| SO:52495 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 3,500 | $46.00 | $161,000.00 | ROAM | $28.48 | $99,680.00 | $61,320.00 | 38.09% | $20.51 | $71,769.60 | $27,910.40 | $89,230.40 | 55.42% | Landi |  |
| SO:52497 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,500 | $46.00 | $69,000.00 | ROAM | $28.48 | $42,720.00 | $26,280.00 | 38.09% | $20.51 | $30,758.40 | $11,961.60 | $38,241.60 | 55.42% | Landi |  |
| SO:52498 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,500 | $46.00 | $69,000.00 | ROAM | $28.48 | $42,720.00 | $26,280.00 | 38.09% | $20.51 | $30,758.40 | $11,961.60 | $38,241.60 | 55.42% | Landi |  |

| SO# | Date | Customer | Brand | Region | Product | Type | Model | Qty | Price | Total | Brand2 | Cost | Ext Cost | Margin$ | Margin% | Unit2 | Col1 | Col2 | Col3 | Col4 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SO:52499 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 2,250 | $46.00 | $103,500.00 | ROAM | $28.48 | $64,080.00 | $39,420.00 | 38.09% | $20.51 | $46,137.60 | $17,942.40 | $57,362.40 | 55.42% | |
| SO:52500 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 2,250 | $46.00 | $103,500.00 | ROAM | $28.48 | $64,080.00 | $39,420.00 | 38.09% | $20.51 | $46,137.60 | $17,942.40 | $57,362.40 | 55.42% | |
| SO:52503 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 800 | $47.50 | $38,000.00 | ROAM | $29.23 | $23,384.00 | $14,616.00 | 38.46% | $21.05 | $16,836.48 | $6,547.52 | $21,163.52 | 55.69% | |
| SO:52504 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,000 | $47.50 | $47,500.00 | ROAM | $29.23 | $29,230.00 | $18,270.00 | 38.46% | $21.05 | $21,045.60 | $8,184.40 | $26,454.40 | 55.69% | |
| SO:52505 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 500 | $47.50 | $23,750.00 | ROAM | $29.23 | $14,615.00 | $9,135.00 | 38.46% | $21.05 | $10,522.80 | $4,092.20 | $13,227.20 | 55.69% | |
| SO:52506 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,500 | $46.00 | $69,000.00 | ROAM | $28.48 | $42,720.00 | $26,280.00 | 38.09% | $20.51 | $30,758.40 | $11,961.60 | $38,241.60 | 55.42% | |
| SO:52507 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 900 | $46.00 | $41,400.00 | ROAM | $28.48 | $25,632.00 | $15,768.00 | 38.09% | $20.51 | $18,455.04 | $7,176.96 | $22,944.96 | 55.42% | |
| SO:52508 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 700 | $46.00 | $32,200.00 | ROAM | $28.48 | $19,936.00 | $12,264.00 | 38.09% | $20.51 | $14,353.92 | $5,582.08 | $17,846.08 | 55.42% | |
| SO:52509 | 9/15/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 500 | $46.00 | $14,240.00 | ROAM | $28.48 | $14,240.00 | $8,760.00 | 38.09% | $20.51 | $10,252.80 | $3,987.20 | $12,747.20 | 55.42% | |
| SO:52511 | 9/16/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 4,000 | $46.00 | $184,000.00 | ROAM | $28.48 | $113,920.00 | $70,080.00 | 38.09% | $20.51 | $82,022.40 | $31,897.60 | $101,977.60 | 55.42% | |
| SO:52526 | 9/23/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 3,500 | $12.00 | $42,000.00 | ROAM | $3.03 | $10,605.00 | $31,395.00 | 74.75% | $2.18 | $7,635.60 | $2,969.40 | $34,364.40 | 81.82% | |
| SO:52527 | 9/23/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 2,200 | $47.50 | $104,500.00 | ROAM | $29.23 | $64,306.00 | $40,194.00 | 38.46% | $21.05 | $46,300.32 | $18,005.68 | $58,199.68 | 55.69% | |
| SO:52528 | 9/23/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,500 | $12.00 | $18,000.00 | ROAM | $4.01 | $6,015.00 | $11,985.00 | 66.58% | $2.89 | $4,330.80 | $1,684.20 | $13,669.20 | 75.94% | |
| SO:52529 | 9/23/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 3,000 | $12.00 | $36,000.00 | ROAM | $3.03 | $9,090.00 | $26,910.00 | 74.75% | $2.18 | $6,544.80 | $2,545.20 | $29,455.20 | 81.82% | |
| SO:52531 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,700 | $47.50 | $80,750.00 | ROAM | $30.19 | $51,323.00 | $29,427.00 | 36.44% | $21.74 | $36,952.56 | $14,370.44 | $43,797.44 | 54.24% | |
| SO:52532 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,900 | $47.50 | $90,250.00 | ROAM | $30.19 | $57,361.00 | $32,889.00 | 36.44% | $21.74 | $41,299.92 | $16,061.08 | $48,950.08 | 54.24% | |
| SO:52533 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 2,000 | $47.50 | $95,000.00 | ROAM | $30.19 | $60,380.00 | $34,620.00 | 36.44% | $21.74 | $43,473.60 | $16,906.40 | $51,526.40 | 54.24% | |
| SO:52534 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,800 | $47.50 | $85,500.00 | ROAM | $30.19 | $54,342.00 | $31,158.00 | 36.44% | $21.74 | $39,126.24 | $15,215.76 | $46,373.76 | 54.24% | |
| SO:52535 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 500 | $46.00 | $23,000.00 | ROAM | $29.43 | $14,715.00 | $8,285.00 | 36.02% | $21.19 | $10,594.80 | $4,120.20 | $12,405.20 | 53.94% | |
| SO:52536 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 600 | $46.00 | $27,600.00 | ROAM | $29.43 | $17,658.00 | $9,942.00 | 36.02% | $21.19 | $12,713.76 | $4,944.24 | $14,886.24 | 53.94% | |
| SO:52537 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 600 | $46.00 | $27,600.00 | ROAM | $29.43 | $17,658.00 | $9,942.00 | 36.02% | $21.19 | $12,713.76 | $4,944.24 | $14,886.24 | 53.94% | |
| SO:52538 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 5,000 | $46.00 | $230,000.00 | ROAM | $28.26 | $141,300.00 | $88,700.00 | 38.57% | $20.35 | $101,736.00 | $39,564.00 | $128,264.00 | 55.77% | |
| SO:52539 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 4,500 | $46.00 | $207,000.00 | ROAM | $28.48 | $128,160.00 | $78,840.00 | 38.09% | $20.51 | $92,275.20 | $35,884.80 | $114,724.80 | 55.42% | |
| SO:52541 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 500 | $29.00 | $14,500.00 | ROAM | $18.90 | $9,450.00 | $5,050.00 | 34.83% | $13.61 | $6,804.00 | $2,646.00 | $7,696.00 | 53.08% | |
| SO:52542 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 2,200 | $29.00 | $63,800.00 | ROAM | $18.90 | $41,580.00 | $22,220.00 | 34.83% | $13.61 | $29,937.60 | $11,642.40 | $33,862.40 | 53.08% | |
| SO:52543 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 900 | $29.00 | $26,100.00 | ROAM | $18.90 | $17,010.00 | $9,090.00 | 34.83% | $13.61 | $12,247.20 | $4,762.80 | $13,852.80 | 53.08% | |
| SO:52544 | 9/24/2016 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 900 | $29.00 | $26,100.00 | ROAM | $18.90 | $17,010.00 | $9,090.00 | 34.83% | $13.61 | $12,247.20 | $4,762.80 | $13,852.80 | 53.08% | |
| SO:54197 | 10/26/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $6,000.00 | $6,000.00 | ROAM | $0.00 | $0.00 | $6,000.00 | 100.00% | $0.00 | $0.00 | $0.00 | $6,000.00 | 100.00% | |
| SO:54197 | 10/26/2016 | First Data Corp | ROAM | NAR | RP457c | NRE | RP457 | 1 | $460.00 | $460.00 | ROAM | $81.00 | $81.00 | $379.00 | 82.39% | $58.32 | $58.32 | $22.68 | $401.68 | 87.32% | |
| SO:55925 | 11/18/2016 | First Data Corp | ROAM | NAR | RP457c | Dev units | | 320 | $50.00 | $16,000.00 | ROAM | $32.02 | $10,246.40 | $5,753.60 | 35.96% | $23.05 | $7,377.41 | $2,868.99 | $8,622.59 | 53.89% | |
| SO:55926 | 11/18/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,100 | $29.00 | $60,900.00 | ROAM | $17.66 | $37,086.00 | $23,814.00 | 39.10% | $13.61 | $28,581.00 | $8,505.00 | $32,319.00 | 53.07% | |
| SO:55927 | 11/18/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,500 | $29.00 | $43,500.00 | ROAM | $18.34 | $27,510.00 | $15,990.00 | 36.76% | $13.61 | $20,415.00 | $7,095.00 | $23,085.00 | 53.07% | |
| SO:55928 | 11/18/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,000 | $29.00 | $58,000.00 | ROAM | $17.66 | $35,320.00 | $22,680.00 | 39.10% | $13.61 | $27,220.00 | $8,100.00 | $30,780.00 | 53.07% | |
| SO:55929 | 11/18/2016 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,000 | $29.00 | $58,000.00 | ROAM | $17.66 | $35,320.00 | $22,680.00 | 39.10% | $13.61 | $27,220.00 | $8,100.00 | $30,780.00 | 53.07% | |
| SO:59347 | 1/18/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,500 | $29.00 | $101,500.00 | ROAM | $17.23 | $60,305.00 | $41,195.00 | 40.59% | $12.41 | $43,419.60 | $16,885.40 | $58,080.40 | 57.22% | Landi |
| SO:59348 | 1/18/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,000 | $29.00 | $87,000.00 | ROAM | $17.23 | $51,690.00 | $35,310.00 | 40.59% | $12.41 | $37,216.80 | $14,473.20 | $49,783.20 | 57.22% | Landi |
| SO:59349 | 1/18/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,500 | $29.00 | $72,500.00 | ROAM | $17.23 | $43,075.00 | $29,425.00 | 40.59% | $12.41 | $31,014.00 | $12,061.00 | $41,486.00 | 57.22% | Landi |
| SO:59350 | 1/18/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $17.23 | $68,920.00 | $47,080.00 | 40.59% | $12.41 | $49,622.40 | $19,297.60 | $66,377.60 | 57.22% | Landi |
| SO:59351 | 1/18/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $17.23 | $68,920.00 | $47,080.00 | 40.59% | $12.41 | $49,622.40 | $19,297.60 | $66,377.60 | 57.22% | Landi |
| SO:60995 | 2/17/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 50 | $46.00 | $2,300.00 | ROAM | $17.23 | $861.50 | $1,438.50 | 62.54% | $12.41 | $620.28 | $241.22 | $1,679.72 | 73.03% | Landi |
| SO:62584 | 3/2/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,500 | $29.00 | $101,500.00 | ROAM | $17.23 | $60,305.00 | $41,195.00 | 40.59% | $12.41 | $43,419.60 | $16,885.40 | $58,080.40 | 57.22% | Landi |
| SO:62637 | 3/22/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,000 | $29.00 | $87,000.00 | ROAM | $17.23 | $51,690.00 | $35,310.00 | 40.59% | $12.41 | $37,216.80 | $14,473.20 | $49,783.20 | 57.22% | Landi |
| SO:64201 | 4/26/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,200 | $29.00 | $63,800.00 | ROAM | $15.94 | $35,068.00 | $28,732.00 | 45.03% | $11.48 | $25,248.96 | $9,819.04 | $38,551.04 | 60.42% | Landi |
| SO:64202 | 4/26/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,200 | $29.00 | $63,800.00 | ROAM | $15.94 | $35,068.00 | $28,732.00 | 45.03% | $11.48 | $25,248.96 | $9,819.04 | $38,551.04 | 60.42% | Landi |
| SO:64203 | 4/26/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $15.94 | $63,760.00 | $52,240.00 | 45.03% | $11.48 | $45,907.20 | $17,852.80 | $70,092.80 | 60.42% | Landi |
| SO:64204 | 4/26/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $15.94 | $63,760.00 | $52,240.00 | 45.03% | $11.48 | $45,907.20 | $17,852.80 | $70,092.80 | 60.42% | Landi |
| SO:65734 | 5/23/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,700 | $29.00 | $107,300.00 | ROAM | $15.94 | $58,978.00 | $48,322.00 | 45.03% | $11.48 | $42,464.16 | $16,513.84 | $64,835.84 | 60.42% | Landi |
| SO:67185 | 6/5/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 4,000 | $29.00 | $116,000.00 | ROAM | $15.94 | $63,760.00 | $52,240.00 | 45.03% | $11.48 | $45,907.20 | $17,852.80 | $70,092.80 | 60.42% | Landi |
| SO:67231 | 6/27/2017 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 2,100 | $47.50 | $99,750.00 | ROAM | $24.15 | $50,715.00 | $49,035.00 | 49.16% | $17.39 | $36,514.80 | $14,200.20 | $63,235.20 | 63.39% | Landi |
| SO:67232 | 6/27/2017 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,500 | $47.50 | $71,250.00 | ROAM | $25.54 | $38,310.00 | $32,940.00 | 46.23% | $18.39 | $27,583.20 | $10,726.80 | $43,666.80 | 61.29% | Landi |
| SO:67233 | 6/27/2017 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,500 | $47.50 | $71,250.00 | ROAM | $25.54 | $38,310.00 | $32,940.00 | 46.23% | $18.39 | $27,583.20 | $10,726.80 | $43,666.80 | 61.29% | Landi |
| SO:67234 | 6/27/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 5,000 | $29.00 | $145,000.00 | ROAM | $15.75 | $78,750.00 | $66,250.00 | 45.69% | $11.34 | $56,700.00 | $22,050.00 | $88,300.00 | 60.90% | Landi |
| SO:67235 | 6/27/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,000 | $29.00 | $58,000.00 | ROAM | $15.94 | $31,880.00 | $26,120.00 | 45.03% | $11.48 | $22,953.60 | $8,926.40 | $35,046.40 | 60.42% | Landi |
| SO:68649 | 7/18/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,000 | $29.00 | $58,000.00 | ROAM | $15.94 | $31,880.00 | $26,120.00 | 45.03% | $11.48 | $22,953.60 | $8,926.40 | $35,046.40 | 60.42% | Landi |
| SO:68663 | 7/27/2017 | First Data Corp | ROAM | NAR | RP457c | Developer | RP457 | 15 | $80.00 | $1,200.00 | ROAM | $31.08 | $466.20 | $733.80 | 61.15% | $22.38 | $335.66 | $130.54 | $864.34 | 72.03% | Landi |
| SO:68664 | 7/27/2017 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 750 | $47.50 | $35,625.00 | ROAM | $29.01 | $21,757.50 | $13,867.50 | 38.93% | $20.89 | $15,665.40 | $6,092.10 | $19,959.60 | 56.03% | Landi |
| SO:68666 | 7/27/2017 | First Data Corp | ROAM | NAR | RP457c | Production | RP457 | 1,500 | $47.50 | $71,250.00 | ROAM | $29.01 | $43,515.00 | $27,735.00 | 38.93% | $20.89 | $31,330.80 | $12,184.20 | $39,919.20 | 56.03% | Landi |
| SO:68667 | 7/27/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 3,000 | $29.00 | $87,000.00 | ROAM | $16.41 | $49,230.00 | $37,770.00 | 43.41% | $11.82 | $35,445.60 | $13,784.40 | $51,554.40 | 59.26% | Landi |
| SO:68668 | 7/28/2017 | First Data Corp | ROAM | NAR | RP457c | Developer | RP457 | 10 | $80.00 | $800.00 | ROAM | $31.08 | $310.80 | $489.20 | 61.15% | $22.38 | $223.78 | $87.02 | $576.22 | 72.03% | Landi |
| SO:70058 | 8/11/2017 | First Data Corp | ROAM | NAR | RP457c | Developer | RP457 | 10 | $80.00 | $800.00 | ROAM | $31.08 | $310.80 | $489.20 | 61.15% | $22.38 | $223.78 | $87.02 | $576.22 | 72.03% | |
| SO:70061 | 8/11/2017 | First Data Corp | ROAM | NAR | RP457c-BT | Production | RP457 | 5,000 | $44.00 | $220,000.00 | ROAM | $24.98 | $124,900.00 | $95,100.00 | 43.23% | $17.99 | $89,928.00 | $34,972.00 | $130,072.00 | 59.12% | Landi    First Data Corp |
| SO:71419 | 9/7/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 750 | $29.00 | $21,750.00 | ROAM | $16.93 | $12,697.50 | $9,052.50 | 41.62% | $12.19 | $9,142.20 | $3,555.30 | $12,607.80 | 57.97% | Landi |
| SO:71420 | 9/7/2017 | First Data Corp | ROAM | NAR | RP457C | Production | RP457 | 1,400 | $47.50 | $66,500.00 | ROAM | $29.13 | $40,782.00 | $25,718.00 | 38.67% | $20.97 | $29,363.04 | $11,418.96 | $37,136.96 | 55.85% | Landi |
| SO:71426 | 9/12/2017 | First Data Corp | ROAM | NAR | BT Cradle | Production | BT Cra | 500 | $14.00 | $7,000.00 | ROAM | $7.39 | $3,695.00 | $3,305.00 | 47.21% | $5.32 | $2,660.40 | $1,034.60 | $4,339.60 | 61.99% | Landi |
| SO:71427 | 9/12/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 500 | $29.00 | $14,500.00 | ROAM | $17.43 | $8,715.00 | $5,785.00 | 39.90% | $12.55 | $6,274.80 | $2,440.20 | $8,225.20 | 56.73% | Landi |
| SO:71449 | 9/26/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 1,500 | $29.00 | $43,500.00 | ROAM | $17.43 | $26,145.00 | $17,355.00 | 39.90% | $12.55 | $18,824.40 | $7,320.60 | $24,675.60 | 56.73% | Landi |
| SO:71459 | 9/29/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 2,500 | $29.00 | $72,500.00 | ROAM | $16.41 | $41,025.00 | $31,475.00 | 43.41% | $11.82 | $29,538.00 | $11,487.00 | $42,962.00 | 59.26% | Landi |
| SO:72753 | 10/11/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350 | 800 | $29.00 | $23,200.00 | ROAM | $17.43 | $13,944.00 | $9,256.00 | 39.90% | $12.55 | $10,039.68 | $3,904.32 | $13,160.32 | 56.73% | Landi |
| SO:72746 | 10/20/2017 | First Data Corp | ROAM | NAR | BT Cradle | Production | BT Cra | 10 | $11.00 | $110.00 | ROAM | $9.50 | $95.00 | $15.00 | 13.64% | $6.84 | $68.40 | $26.60 | $41.60 | 37.82% | Landi |
| SO:72746 | 10/20/2017 | First Data Corp | ROAM | NAR | BT Cradle | Production | BT Cra | 10 | $11.00 | $110.00 | ROAM | $9.50 | $95.00 | $15.00 | 13.64% | $6.84 | $68.40 | $26.60 | $41.60 | 37.82% | Landi |
| SO:72786 | 10/27/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350xProduction | | $29.00 | $0.00 | ROAM | $16.41 | $0.00 | $0.00 | #DIV/0! | $11.82 | $0.00 | $0.00 | $0.00 | #DIV/0! | Landi |
| SO:74064 | 11/3/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350xProduction | | $29.00 | $0.00 | ROAM | $17.43 | $0.00 | $0.00 | #DIV/0! | $12.55 | $0.00 | $0.00 | $0.00 | #DIV/0! | Landi |
| SO:74114 | 11/29/2017 | First Data Corp | ROAM | NAR | BT RP457c | Production | BT RP4 | 3,000 | $39.00 | $117,000.00 | ROAM | $25.39 | $76,170.00 | $40,830.00 | 34.90% | $18.28 | $54,842.40 | $21,327.60 | $62,157.60 | 53.13% | Landi |
| SO:74115 | 11/29/2017 | First Data Corp | ROAM | NAR | BT RP457c | Production | BT RP4 | 2,500 | $39.00 | $97,500.00 | ROAM | $25.39 | $63,475.00 | $34,025.00 | 34.90% | $18.28 | $45,702.00 | $17,773.00 | $51,798.00 | 53.13% | Landi |
| SO:74116 | 11/29/2017 | First Data Corp | ROAM | NAR | BT RP457c | Production | BT RP4 | 2,500 | $40.50 | $101,250.00 | ROAM | $25.39 | $63,475.00 | $37,775.00 | 37.31% | $18.28 | $45,702.00 | $17,773.00 | $55,548.00 | 54.86% | Landi |
| SO:74118 | 11/29/2017 | First Data Corp | ROAM | NAR | BT Cradle | Production | BT Cra | 1,500 | $11.00 | $16,500.00 | ROAM | $7.57 | $11,355.00 | $5,145.00 | 31.18% | $5.45 | $8,175.60 | $3,179.40 | $8,324.40 | 50.45% | Landi |
| SO:75401 | 12/27/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350xProduction | | $29.00 | $0.00 | ROAM | $16.93 | $0.00 | $0.00 | #DIV/0! | $12.19 | $0.00 | $0.00 | $0.00 | #DIV/0! | Landi |
| SO:75402 | 12/27/2017 | First Data Corp | ROAM | NAR | RP350x | Production | RP350xProduction | | $29.00 | $0.00 | ROAM | $16.93 | $0.00 | $0.00 | #DIV/0! | $12.19 | $0.00 | $0.00 | $0.00 | #DIV/0! | Landi |