Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


ANYWHERE COMMERCE, INC. and       )

BBPOS LIMITED,                    )

                   Plaintiffs,    )

                        v.        )   CIVIL ACTION NO.:

INGENICO INC., INGENICO CORP.     )   1:19-cv-11457-IT

and INGENICO GROUPS, SA,          )

                   Defendants.    )

_____   )


          The VIDEO DEPOSITION of MICHAEL KRON, taken in the

    above-entitled cause, before Susan Steudel, official

    reporter, on the 30th day of November, 2021



Page 50

1      Q.  If it's not the CTO and his team, who is it?
2      A.  I'm just -- I'm just -- I'm not -- I'm just
3   thinking.  There might be other people that we've worked
4   with.  Well, depends.  In the last four years it's been
5   the CTO and his team, and then otherwise it could be
6   Worldnet.  Worldnet is another one.  So the gateway
7   provider also does development for us.  So between
8   Worldnet the gateway provider and their group of
9   programmers and Dan McCann and his group of programmers I
10  believe we've captured the players that develop the
11  programming and development of hardware and software.
12     Q.  What about hardware customizations?  Who does
13  that?
14     A.  BBPOS.
15     Q.  So how does that work?  If you have a customer,
16  take the Bank of America example.  Customer comes to you.
17  They say, hey, we want this product, but it has to look
18  like this.  And how do you make that into the product that
19  the customer wants?
20     A.  We bring BBPOS into the conversation.  We all
21  sign NDAs and BBPOS tells us what it's going to cost on
22  their end.  I believe we typically would add a mark-up.
23  The Bank of America Merchant Services solution, this is
24  going back before I was CEO.  I was CFO at the time.  I
25  would imagine, I just don't recall exactly that we would

Page 51

1   have marked it up and charged our own fee.
2      Q.  BBPOS produces all of the mobile credit card
3   readers that AnywhereCommerce sells; is that right?
4      A.  Yes.
5      Q.  Has that always been true?
6      A.  There was a period of time where we worked with a
7   company called Spire out of the UK, and we sold some of
8   their hardware.  It wasn't a very successful initiative so
9   we ceased to sell their hardware.
10     Q.  When did you sell Spire's hardware?
11     A.  Approximately 2016, '17, '18.
12     Q.  Why did you go to them?
13     A.  Well, we get approached a lot, and it was
14  different hardware.  It was something called "unattended
15  hardware."  Unattended is when you're at the gas station,
16  for example.  You're at the gas pump and there's no person
17  interacting with you.  It's unattended.  So you do your
18  own transaction.  So they had some -- like vending
19  machines are unattended.  So they had some unattended
20  solutions that BBPOS does not have so we attempted to get
21  into the unattended hardware.
22     Q.  And that was not successful?
23     A.  And it was in the LAC region, Latin
24  American/Caribbean.  So it wasn't in the States; it was in
25  the Latin American/Caribbean, and it wasn't successful.

Page 52

1      Q.  Have you ever tried to get BBPOS to create an
2   unattended solution for you?
3      A.  I don't believe we did.
4      Q.  Any reason you didn't ask?
5      A.  Is there any reason we didn't ask?  No.  No
6   particular reason.  We just know -- every new device is
7   very difficult to develop and get certified.  Sometimes it
8   can take two years to get a device from scratch ready for
9   prime time and certified.  Could take easily two years in
10  many cases.  So it's easier to deal with someone who shows
11  up who has a device.  It's all certified, and I don't have
12  to wait for two years.  So that's basically why.  We're
13  not really involved in the BBPOS product development
14  cycle.  They understand the market better than we do, I'll
15  say.
16     Q.  Does BBPOS sell devices that AnywhereCommerce
17  does not buy from it?
18     A.  I believe they do sell devices that
19  AnywhereCommerce does not buy from them, yes.  Definitely.
20     Q.  And what's the nature of the commercial
21  relationship between BBPOS and AnywhereCommerce for these
22  mobile credit card readers?
23     A.  Well, we have a supplier agreement which is a
24  distribution agreement.  And then they -- and there's also
25  a patent license.  So on one side we're a distributor and

Page 53

1   then on the other side they're a patent licensee.
2      Q.  So how does that work?  Do you -- let me break it
3   down into bites that I might be able to comprehend.  So
4   for all of the BBPOS mobile credit card readers, BBPOS
5   pays a royalty to AnywhereCommerce?
6      A.  Not all of them.  The ones that they believe
7   speak to the patents.
8      Q.  Who decides that?
9      A.  Ben Lo.
10     Q.  Does he provide a reporting to AnywhereCommerce
11  with respect to BBPOS's exploitation of these patents and
12  an accounting of the royalties associated with that?
13     A.  Yes.  To the 4361423, yes.
14     Q.  How often does he do that?
15     A.  It's an annual reporting.  Sorry.  It's
16  quarterly.  It's quarterly.  Sorry, it's quarterly.  I
17  don't believe it was ever monthly.  I believe it's always
18  been quarterly.
19     Q.  Is that quarterly report accompanied by a payment
20  of royalties associated with the reported activity?
21     A.  Yes.  There might be a delay, but yes we've
22  always collected on all the royalties that were earned.
23     Q.  My question really is mechanical.  Does BBPOS
24  actually send AnywhereCommerce money or is it just treated
25  as an offset to other transactions?



Page 54

1    A. It's been mostly an offset to other transactions,
2  but there's invoicing.  So we invoice them, and we might
3  offset it just for convenience sakes.
4    Q. Do you know what the royalty is for BBPOS's use
5  of these patents?
6    A. Are you asking me what the unit amount is,
7  or ...?
8    Q. Yes.
9    A. On the unit amount it's a -- it's a bit of a
10  formula, so I can't recall exactly because there's a
11  percentage up to a certain amount.  And then another
12  percentage as the amount grows.  And there's minimums as
13  well.  There's a $400,000 a year minimum to keep the
14  patent license alive.  But the exact percentage, 4
15  percent, 5 percent, it's in that range.
16    Q. And has AnywhereCommerce, the holding company,
17  licensed its entire portfolio to BBPOS?
18    A. I don't remember how the wording is, but once --
19  it's only licensed from the family.  Not any other patents
20  related to the family.  So let's be clear about that.  So
21  within the family I believe that once you've signed a
22  license all continuation patents I believe presumably fall
23  within the same license, and you don't have to come up
24  with a new agreement because it's part of the family.
25    Q. And when you talk about the family you're

Page 55

1  referring to this -- the earliest provisional that was
2  granted and then continuation applications from that; yes?
3    A. Yes.
4    Q. And so if I understand what you're saying, the
5  license grants BBPOS the right to use those patents and in
6  exchange BBPOS is to provide a royalty that has an annual
7  minimum of $400,000 US; correct?
8    A. Yes.
9    Q. And it also provides presumably, if this would
10  exceed 400,000, it provides a percentage royalty based
11  upon unit sales; is that fair?
12    A. Yes.
13    Q. And so if there are a lot of units sold you'd
14  apply whatever the percentages are to those numbers of
15  units and you would get some dollar figure that would be
16  the overall royalty amount; correct?
17    A. Yes.
18    Q. And that -- but the minimum is an annual minimum;
19  yes?
20    A. Yes.
21    Q. And it doesn't make any difference to the amount
22  of royalty which or how many of the patents are being
23  utilized in a given unit; is that fair?
24    A. Yes.  Yes, that's fair.  It doesn't change the
25  formula.

Page 56

1    Q. So either a unit falls within that patent license
2  or it doesn't.  You don't get double royalties if they use
3  two of the patents?
4    A. No.
5    Q. And how does the -- well, back up.  Has it ever
6  been the case that BBPOS has paid in excess of the annual
7  minimum under it's royalty agreement?
8    A. It's possible at the beginning that it did.  It
9  hasn't paid in excess of $400,000 in many, many years.
10  I'm not sure if I -- I believe maybe at the beginning, but
11  I'm not 100 percent sure.  But in 2011, 2012, '13, they
12  might have exceeded it in one or more years.
13    Q. Between that time, in the early days when they
14  were either coming close or perhaps exceeding that and
15  now, is BBPOS selling fewer units to AnywhereCommerce?
16    A. The patent license is not about the sales to
17  AnywhereCommerce, right.  So are you asking an unrelated
18  question?  The royalties earned are based on sales to all
19  companies other than AnywhereCommerce.  But only in the
20  United States.
21    Q. And the limitation to the United States is
22  because these are US patents?
23    A. Yes.
24    Q. Does AnywhereCommerce, the holding company, or
25  anybody associated with AnywhereCommerce have any patents

Page 57

1  that are non-US patents?
2    A. We were granted a patent in India just in the
3  last 60 days, and that's based on the same provisional
4  from 2009.  It took approximately ten years for this to go
5  through the Indian patent system, and we were just granted
6  a patent in India.  We're waiting for Europe to decide.  I
7  believe that's it.  Oh, we have Canada as well.  Canada
8  also.
9    Q. You have issued patents from Canada?
10    A. For Canada.  Yeah.  We have issued patents for
11  Canada and that dates back many years.
12    Q. And there's a PCT or some other application
13  pending in Europe?
14    A. Yeah.  There's an application through the PCT
15  pending in Europe.  It's just taking a long time like
16  India took a long time.
17    Q. I didn't mention this at the beginning but I
18  probably should have.  If you ever want to take a break,
19  we can take a break.  We've been going for almost an hour
20  and a half.  You don't need to tell me why.  It's usually
21  probably a good idea just to stretch your legs so that we
22  can stay fresh.  So if you'd like we can take a break or
23  we can keep going for a little bit.
24    A. We can keep going for now.
25    Q. So you corrected me and said well, wait, these

