# EXHIBIT 2

**From:** Matthew Ng
**Sent:** Thursday, December 17, 2015 11:40 AM UTC
**To:** Alex Choi; David SZCZEPANSKI
**CC:** Thierry DENIS; Cdismukes@roamdata.com; Ward Hewins; Bob Cook; Ben Lo
**Subject:** RE: URGENT

David,

Thank you for your patience and hope this email finds you well.

We hereby confirm that we cease to interfere with Roam Data's ("RD") contractual relationship with North American Bancard, LLC ("NAB") and we confirm that we will fulfill RD order for the MSR's destined for NAB. For your information, the order of 25,000 pieces are expected to be shipped per schedule by end of this month.

Our legal department has reviewed the May 4, 2010 Engineering Development and License Agreement between RD and ourselves (the "Agreement") and noted that the acquisition of RD by Ingenico has triggered the event of transfer of RD to a competitor under Section 1.2 and the Agreement was deemed to be terminated as a result.

We are very pleased to have had the important and constructive association with RD since 2010. Both parties have been benefited greatly by our collaboration. We wish to clearly state that we would be happy to discuss continued collaboration with RD on terms mutually beneficial and acceptable to us both and toward this end we would be delighted to discuss with you how this could be achieved. Please let us know when it is convenient for such discussions to take place.

Regards,

Matthew NG

Finance Director
BBPOS Group
Suite 1602, Tower 2, Nina Tower
8 Yeung Uk Road, Tsuen Wan
New Territory
Hong Kong
T: +852 3153 5952
F: +852 3158 2586

---

**From:** Matthew Ng
**Sent:** Monday, December 14, 2015 10:29 PM
**To:** Alex Choi <alexchoi@bbpos.com>; David SZCZEPANSKI <David.SZCZEPANSKI@ingenico.com>
**Cc:** Thierry DENIS <Thierry.DENIS@ingenico.com>; Cdismukes@roamdata.com; Ward Hewins



