# **EXHIBIT 3**



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSSACHUETS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED | : CIVIL ACTION<br>: NO. 1:19-cv-11457-IT |
| Plaintiffs. | : JURY TRIAL DEMANDED |
| v. | |
| INGENICO INC., INGENICO COPR., and INGENICO GROUP SA, | |
| Defendants. | |

Rebuttal Expert Report
by

Stephen J. Scherf, CPA/CFF, CFE

April 17, 2022

- Ignores the $3 on the first 150,000 units and $2 thereafter even though these values are directly related to the "Crypto Swipe" products, which I understand are the relevant products in the counterclaim analysis.

- Provides no allocation analysis or amount

- Ignores the issue of the importance of the trade secrets as well as the issue of reverse engineering or design around.

In calculating damages under a breach of contract claim, the Vanderhart Report assumes that all accused BBPOS sales are lost Ingenico sales and subject to lost profits. The Vanderhart Report performs no economic or market analysis to support this assumption and ignores all competition in the market even though it cites a report that estimated 230 providers in the mobile payment space as of 2016.[19] A sound breach of contract analysis and methodology estimates the sales and profits lost "but for" the breach and does not merely assume that all sales would accrue to the allegedly harmed party.

### 2.2 THE VANDERHART REPORT OPINION ON BBPOS INDEMNIFICATION

The Vanderhart Report summarizes what it characterizes as litigation fees and expenses for five litigations that it asserts are covered by a BBPOS indemnification. This opinion is based on legal conclusions and arithmetic. It is not the subject of economic damages expertise. The Vanderhart Report offers no opinions as to what is subject to the indemnification or whether the litigations are covered by an indemnification. The Vanderhart Report offers no analysis or opinions as to whether the amounts reported are accurate, reasonable, necessary or appropriate in the context of those litigations.

---

[19] The Vanderhart Report, paragraph 34.

*AnywhereCommerce, Inc. and BBPOS Limited v. Ingenico Inc., et al.*

**PRIVILEGED AND CONFIDENTIAL**   Page 12

The Vanderhart Report's opinion, analysis and quantification of the damages asserted by counterclaim plaintiffs (the "BBPOS Damages") fails to perform the necessary analysis required to reach an opinion of damages within a reasonable degree of professional certainty. The analysis is inconsistent with the rebuttal of the Scherf Report and is based on unsupported assumptions and speculative analysis.

Stephen J. Scherf, CPA/CFF, CFE
Principal

*AnywhereCommerce, Inc. and BBPOS Limited v. Ingenico Inc., et al.*