# EXHIBIT 1

| | Qty | Revenue (in K USD) | COGS (in K USD) | Gross Margin (in K USD) | GM (%) | Remaks | Group Exchange Rate CNY/EUR | Average exchange rate Ytd (statutory) EUR/USD | |
|---|---|---|---|---|---|---|---|---|---|
| **2013** | | | | | | | 8.1655 | 1.3282 | 6.14779 |
| RP350x | 380 | | | | | | | | |
| NRE (Others) | 32 | | | | | | | | |
| Total | 412 | | | | | | | | |
| **2014** | | | | | | | 8.1883 | 1.3288 | 6.16218 |
| RP350x | 3,900 | | | | | | | | |
| RP75X | 18,225 | | | | | | | | |
| NRE (Others) | - | | | | | | | | |
| Total | 22,125 | | | | | | | | |
| **2015** | | | | | | | 6.973 | 1.1096 | 6.28425 |
| RP457c | 150 | | | | | | | | |
| RP350x | 127,975 | | | | | | | | |
| RP75X | 24,372 | | | | | | | | |
| NRE (Others) | 2,055 | | | | | | | | |
| Total | 154,552 | | | | | | | | |
| **2016** | | | | | | | 7.3496 | 1.1066 | 6.6416 |
| Moby/3000 | 400 | | | | | | | | |
| RP457c | 68,444 | | | | | | | | |
| RP350x | 130,881 | | | | | | | | |
| RP75X | 18,551 | | | | | | | | |
| NRE (Others) | 428 | | | | | | | | |
| Total | 218,704 | | | | | | | | |
| **2017** | | | | | | | 7.6264 | 1.1293 | 6.75321 |
| Moby/3000 | 182,515 | | | | | | | | |
| RP457c | 101,745 | | | | | | | | |
| RP350x | 80,770 | | | | | | | | |
| RP75X | 69,632 | | | | | | | | |
| Moby/8500 | 290 | | | | | | | | |
| NRE (Others) | - | | | | | | | | |
| Total | 434,952 | | | | | | | | |
| **2018 (October YTD )** | | | | | | | 7.796 | 1.1903 | 6.54961 |
| Moby/3000 | 121,221 | | | | | | | | |
| RP457c | 100,030 | | | | | | | | |
| RP350x | 17,040 | | | | | | | | |
| RP75X | 12,894 | | | | | | | | |
| Moby/8500 | 1,860 | | | | | | | | |
| NRE (Others) | 10 | | | | | | | | |
| Total | 253,055 | | | | | | | | |

| 2013-2018.10 YTD | | | | | |
|---|---|---|---|---|---|
| | Qty | Revenue | COGS | Gross Margin | GM (%) |
| Moby/3000 | 304,136 | | | | |
| RP457c | 270,369 | | | | |
| RP350x | 360,946 | | | | |
| RP75X | 143,674 | | | | |
| Moby/8500 | 2,150 | | | | |
| NRE (Others) | 2,525 | | | | |
| Total | 1,083,800 | | | | |