# **EXHIBIT 2**

# Executive Summary

* Apriva provides SIM cards, wireless secure connectivity (via ATT and Sprint), wireless gateway, application development, and help desk services for wireless terminals, MobilePay and POGO.

| Product | Description | Tot Merch. | Activated | Active Users | 2014F Cust Revenue | 2014F Vendor Pmts |
|---|---|---|---|---|---|---|
| Wireless Terminals | FD400 Series and Vx/Nurit terminals | Redacted | | | | |
| MobilePay | Dongle/app acquiring for terminal merchants | | | | | |
| Pogo | Standalone dongle/app/service for Micro Merchants | | | | | |

* Concerns over vendor viability led to accelerate evaluation of immediate alternatives

| Reprieve | 2012 | 2013 |
|---|---|---|
| Revenue | Redacted | |
| POS | | |
| ISS (Gov't) | | |
| Total Profit | | |

- Redacted

  * YTD performance unknown, but acknowledged as disappointing. Unprofitable, no capital as of 12/13 but raised $10M debt from existing shareholders which is convertible to equity in Dec. 2014. Dongle provider, Anywhere Commerce also presents risk - $3MM company, FD 30%, loss vs prior year.

  * Based on potential concerns of vendor viability, and their disproportionate reliance on FD business, explored multiple options including:

    1. insourcing/internal build    2. buy-out of Apriva    3. investment in another 3rd party    4. migration another vendor – ROAM

  * Wireless Terminals - Datawire, an FD entity, is an internal solution to successfully migrate wireless terminals away from Apriva.

  * **Moving ahead with ROAM** is likely the *best and fastest* path for the Mobile Pay/Pogo business, given much upfront work is complete and our strategic relationship w/Ingenico. We believe we could have a working solution in the market ~ 6 months subject to further due diligence and validation of commercial terms. Additionally, Issues/concerns that need to be addressed include GAP analysis and timing of ROAM solution, Apriva solvency once terminal business begins to shift, overall approach for notifying Apriva and timing of internal notification of Alliance Partners

* Next steps include further due diligence with ROAM, commercial term establishment, legal review/analysis on how to approach Apriva with additional contractual items to protect existing business and overall plan for notifying Alliance Partners to mitigate timeline risks.