

**Kutak Rock LLP**
Two Logan Square, 100 North 18th Street, Suite 1920, Philadelphia, PA 19103-2707
office 215.299.4384

**Oliver D. Griffin**
215.717.8487
oliver.griffin@kutakrock.com

September 12, 2022

**VIA ECF**

The Honorable Indira Talwani
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    AnywhereCommerce, Inc., et al v. Ingenico, Inc., et al., No: 1:19-cv-11457-IT

Dear Judge Talwani:

    Per our last conference with the Court, please allow this correspondence, which is being submitted jointly on behalf of all parties, to provide the Court with an update on the most current status of a potential mediation of this commercial dispute.

    The parties jointly report that they have been unable to come to an agreement on the matter. Accordingly, the parties respectfully submit that the Court's adjudication of the pending dispositive motions should not be delayed any further and proceed in due course.

    Respectfully submitted,

    */s/ Oliver D. Griffin*

    Oliver D. Griffin

ODG

cc:    Jeffrey Techentin, Esq.
        Melissa Bozeman, Esq.