

**Kutak Rock LLP**
Two Logan Square, 100 North 18th Street, Suite 1920, Philadelphia, PA 19103-2707
office 215.299.4384

**Oliver D. Griffin**
215.717.8487
oliver.griffin@kutakrock.com

February 28, 2023

**VIA ECF FILING ONLY**

The Honorable Indira Talwani
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:     *AnywhereCommerce, Inc., et al v. Ingenico, Inc., et al.*, No: 1:19-cv-11457-IT

Dear Judge Talwani:

Plaintiffs want to take this opportunity to correct and clarify a statement made during argument on the pending dispositive motions that was held on February 9, 2023.[1]

During that hearing, the parties discussed Defendants' Exhibit 1 to their Reply Memorandum in Further Support of Their Motion For Summary Judgment ("Reply"), Doc. No. 204-1 at 2-3.[2]

Defendants only first raised this exhibit (or any evidence) in support of their statute of limitation arguments in the Reply.[3] Regardless, I stated during the hearing that the first time Plaintiffs saw the As-Filed Exhibit 1 was in the Reply without the benefit of discovery.[4]

What I should have stated to the Court is that this was the first time we saw this *version* of the document. An electronic version was used by my colleague, Mr. Kessler, during the deposition of

---

[1] On February 22, 2023, we received a letter from Mr. Techentin, wherein he identified a handful of my statements on the record (appearing at pages 108:25 – 109:1-12 of the transcript) that he believed required correction. In fact, Mr. Techentin noted in his letter that if we did not correct the record, then he was going to bring the issue to the Court's attention today.

[2] A copy of Defendants' as-filed Exhibit 1, which was offered by Defendants as purporting to present accurate or verified ROAM / Ingenico accused product sales revenue for 2013, is attached as Exhibit A.

[3] *See* Defendants' Memorandum of Law, Doc. No. 192 at 15-16 (appearing at Section II) and Defendants' Statement of Undisputed Facts, Doc. No. 193 (neither of which contain any reference to Exhibit 1 or any other competent evidentiary support that BBPOS's claims are purportedly time-barred).

[4] *See* Tr. at 108:25 – 109:1-6. The relevant corrections are reflected in strike-out: "The second thing which is the so-called sales record in Exhibit 1 to the reply. ~~The first time we see it is in the reply~~, no Bates stamp, and it talks about 380 devices being sold in 2013 -- not in June, July, August, September, October, November. We don't know when in 2013. ~~We didn't take discovery on it. It wasn't produced.~~"

**KUTAK**ROCK

The Honorable Indira Talwani
February 28, 2023
Page 2

Defendants' Rule 30(b)(6) corporate designee, Victor Young at V. Young Dep. Exhibit 10. The produced, Bates-Stamped version [IngenicoInc_0269935] also appears visually different – certain non-substantive hidden lines are shown in the PDF spreadsheet generated from our e-discovery platform. *See* IngenicoInc_0269933-35, which is a copy of the PDF, with material contextual internal email correspondence included, and attached as Exhibit B.

Further, the document is not an Ingenico-created financial analysis, but is rather from non-party Landi, which document was prepared at the request of Ingenico Mobile Solutions (or "IMS") to explain an anticipated "mismatch between figures reporting from Landi & IMS" from 2014 through the then present. *See* Ex. B at 1.

Although it is believed that the foregoing corrections and clarifications to the record do not have a material impact on any rulings to be made by the Court, Plaintiffs nonetheless appreciate the Court's consideration thereof.

Plaintiffs stand ready to address these issues during the Court's hearing tomorrow.

Respectfully submitted,

*/s/ Oliver D. Griffin*

Oliver D. Griffin

ODG

cc:   Jeffrey Techentin, Esq.
      Melissa Bozeman, Esq.
      Gail A. MacDonald Marchione, Deputy Clerk

4885-4477-9603.3

# EXHIBIT A

# EXHIBIT 1



| | Qty | Revenue (in K USD) | COGS | Gross Margin (in K USD) | GM (%) | Remaks | Group Exchange Rate CNY/EUR | Average exchange rate Ytd (statutory) EUR/USD | |
|---|---|---|---|---|---|---|---|---|---|
| **2013** | | | | | | | 8.1655 | 1.3282 | 6.14779 |
| RP350x | 380 | | | | | | | | |
| NRE (Others) | 32 | | | | | | | | |
| Total | 412 | | | | | | | | |
| **2014** | | | | | | | 8.1883 | 1.3288 | 6.16218 |
| RP350x | 3,900 | | | | | | | | |
| RP75X | 18,225 | | | | | | | | |
| NRE (Others) | - | | | | | | | | |
| Total | 22,125 | | | | | | | | |
| **2015** | | | | | | | 6.973 | 1.1096 | 6.28425 |
| RP457c | 150 | | | | | | | | |
| RP350x | 127,975 | | | | | | | | |
| RP75X | 24,372 | | | | | | | | |
| NRE (Others) | 2,055 | | | | | | | | |
| Total | 154,552 | | | | | | | | |
| **2016** | | | | | | | 7.3496 | 1.1066 | 6.6416 |
| Moby/3000 | 400 | | | | | | | | |
| RP457c | 68,444 | | | | | | | | |
| RP350x | 130,881 | | | | | | | | |
| RP75X | 18,551 | | | | | | | | |
| NRE (Others) | 428 | | | | | | | | |
| Total | 218,704 | | | | | | | | |
| **2017** | | | | | | | 7.6264 | 1.1293 | 6.75321 |
| Moby/3000 | 182,515 | | | | | | | | |
| RP457c | 101,745 | | | | | | | | |
| RP350x | 80,770 | | | | | | | | |
| RP75X | 69,632 | | | | | | | | |
| Moby/8500 | 290 | | | | | | | | |
| NRE (Others) | - | | | | | | | | |
| Total | 434,952 | | | | | | | | |
| **2018 (October YTD )** | | | | | | | 7.796 | 1.1903 | 6.54961 |
| Moby/3000 | 121,221 | | | | | | | | |
| RP457c | 100,030 | | | | | | | | |
| RP350x | 17,040 | | | | | | | | |
| RP75X | 12,894 | | | | | | | | |
| Moby/8500 | 1,860 | | | | | | | | |
| NRE (Others) | 10 | | | | | | | | |
| Total | 253,055 | | | | | | | | |



**2013-2018.10 YTD**

| | Qty | Revenue | COGS | Gross Margin | GM (%) |
|---|---|---|---|---|---|
| Moby/3000 | 304,136 | | | | |
| RP457c | 270,369 | | | | |
| RP350x | 360,946 | | | | |
| RP75X | 143,674 | | | | |
| Moby/8500 | 2,150 | | | | |
| NRE (Others) | 2,525 | | | | |
| Total | 1,083,800 | | | | |

# EXHIBIT B

| From: | 钱芳(Fang Qian) <qianf@landicorp.com> |
|---|---|
| To: | Christopher ROTSAERT |
| Sent: | 12/7/2018 9:38:45 AM |
| Subject: | 答复: Financial figures |
| Attachments: | EUS2001 financial analysis 2013-2018(20181207).xlsx |

Hello Christopher,

Sorry for the late reply. Based on your requirement we prepared the attached file including all info from 2013--2018 that we submitted in Group system.

For the OPEX, as we don't have the dedicated calculation for ROAM because LANDI OPEX is for all projects, it's not accuracy to just allocate some expense here, so the file doesn't contains the OPEX figures. Just FYI that the margin% you can see in the details, is applied by finance manner with inventory moving weighted average cost and all indirect cost is not included. And there's no data for Cradles as we considered it as an accessory, for all other RP series &Moby series are well listed in the file.

Hope it's enough for you to do the consolidation.

Best Regards
Qian Fang

---

发件人: Christopher ROTSAERT <Christopher.ROTSAERT@ingenico.com>
发送时间: 2018年11月29日 23:56
收件人: 钱芳(Fang Qian) <qianf@landicorp.com>
主题: Financial figures

Hi Qian Fang,

With the new CEO & the re-assessment of the B&A business, I expect that there will be questions going through IMS & through Landi on the financial figures for the IMS product line.

Financial information are getting complex because Landi sell to IMS who, for international, resell to Regions. I don't always have the price that Regions sell to final customers & their local cost (but so far, majority of volumes are US or Apple). I want to be able to show the gross margin, not only for IMS but consolidated with Landi (and Regions when I can).
Also, because some volumes are going through our inventory, for some products we inject the key (and charge customer for it), some being bundled with our tablets (we sell to our customer a Moby/M70 from Malata with a RP457c from Landi), there will likely be a mismatch between figures reporting from Landi & IMS. That is expected but to be in position to answer questions which will certainly pop up to explain the mismatch, could you please share the reporting figures that you are considering on our business line :
2014 (if you have, it wasn't anyway very significant), 2015, 2016, 2017, 2018 (we know what are the figures for end of year now…)
Per product = full year quantity, revenue, COGS.          (in an excel file for easy reuse)
          Moby/3000
          RP457c (not necessary to split BT, AJ, FDC)
          RP350x
          RP75X (not necessary to split RP755x & RP757c)
          Moby/8500
          Cradles (not necessary to split AJ, BT)
For NRE (customization, keys), just a single total revenue for each year (if you have also your total COGS for these that is better otherwise just an estimate)

Additional question, based on the revenue/COGS, the contractual margin is based on the markup (20-28%),

we are able to calculate it based on all PO in the system (I expect it will be around 23-25% based on the mix of PO volume/products). I would like to add a simple line (no need any breakdown) for each year to have the Landi/ING Beijing OPEX which will basically cover the cost of the resources on supply chain, the external costs (custom, DGM...) & cost that you support from operations not always recharged to IMS) assigned to the IMS business... That will give a better picture on actual Gross Margin for Landi. I made an exemple of what I would like in the attached file but you may use your own template & reuse whatever you may already have...

Basically, I want to show, as of today, a consolidated Business Plan (IMS & IMS + Landi) and demonstrate that our product line has been significantly above the Group EBITDA... So that we get stronger support to continue expanding...

Thanks,
Christopher
VP of HW Product Management & Supply chain
Ingenico Mobile Solutions
101 Federal St #700, Boston, MA 02110
(T) +1 678 456 1866 / (M) +1 857 350 7418

This email and its content belong to Ingenico Group. The enclosed information is confidential and may not be disclosed to any unauthorized person. If you have received it by mistake do not forward it and delete it from your system. Cet email et son contenu sont la propriété du Groupe Ingenico. L'information qu'il contient est confidentielle et ne peut être communiquée à des personnes non autorisées. Si vous l'avez reçu par erreur ne le transférez pas et supprimez-le.

The information contained in this email and any attachments is private and is the confidential property of Ingenico Group. If you are not the intended recipient(s) or have otherwise received this email in error, please delete this email and inform the sender as soon as possible. Neither this email nor the information contained in any attachments may be disclosed, stored, used, published or copied by anyone other than the intended recipient(s). All orders for Ingenico Group products and services are accepted by Ingenico Group subject to the terms and conditions of sale set forth on the Ingenico Groups website, as such terms and conditions of sale may be changed from time to time without notice.

Produced in Native Form

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IngenicoInc_0269935

|  |  |  |  |  |  |  | Group Exchange Rate | Average exchange rate Ytd (statutory) |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  | (in K USD) | (in K USD) | (in K USD) |  |  |  |  |  |
| **2013** | Qty | Revenue | COGS | Gross Margin | GM (%) | Remaks | CNY/EUR | EUR/USD |  |
|  |  |  |  |  |  |  | 8.1655 | 1.3282 | 6.147794 |
| Moby/3000 | - | - $US | - $US | - $US | #DIV/0! |  |  |  |  |
| RP457c | - | - $US | - $US | - $US | #DIV/0! |  |  |  |  |
| RP350x | 380 | 13 $US | (10) $US | 3 $US | 24.3% |  |  |  |  |
| RP75X | - | - $US | - $US | - $US | #DIV/0! |  |  |  |  |
| Moby/8500 | - | - $US | - $US | - $US | #DIV/0! |  |  |  |  |
| Cradles |  |  |  | - $US | #DIV/0! |  |  |  |  |
| NRE (Others) | 32 | 5 $US | (2) $US | 3 $US | 63.9% |  |  |  |  |
| Total | 412 | 18 $US | (12) $US | 6 $US | 34.6% |  |  |  |  |
| **2014** | Qty | Revenue | COGS | Gross Margin | GM (%) |  | 8.1883 | 1.3288 | 6.162176 |
| Moby/3000 |  |  |  | - $US | #DIV/0! |  |  |  |  |
| RP457c |  |  |  | - $US | #DIV/0! |  |  |  |  |
| RP350x | 3,900 | 87 $US | (62) $US | 25 $US | 28.7% |  |  |  |  |
| RP75X | 18,225 | 649 $US | (464) $US | 184 $US | 28.4% |  |  |  |  |
| Moby/8500 |  |  |  | - $US | #DIV/0! |  |  |  |  |
| Cradles |  |  |  | - $US | #DIV/0! |  |  |  |  |
| NRE (Others) | - | 29 $US | - $US | 29 $US | 100.0% |  |  |  |  |
| Total | 22,125 | 764 $US | (526) $US | 238 $US | 31.2% |  |  |  |  |
| **2015** | Qty | Revenue | COGS | Gross Margin | GM (%) |  | 6.973 | 1.1096 | 6.284247 |
| Moby/3000 |  |  |  | - $US | #DIV/0! |  |  |  |  |
| RP457c | 150 | 9 $US | (7) $US | 2 $US | 25.5% |  |  |  |  |
| RP350x | 127,975 | 2,684 $US | (1,874) $US | 810 $US | 30.2% |  |  |  |  |
| RP75X | 24,372 | 953 $US | (679) $US | 274 $US | 28.7% |  |  |  |  |
| Moby/8500 |  |  |  | - $US | #DIV/0! |  |  |  |  |
| Cradles |  |  |  | - $US | #DIV/0! |  |  |  |  |
| NRE (Others) | 2,055 | 78 $US | (33) $US | 46 $US | 58.3% |  |  |  |  |
| Total | 154,552 | 3,724 $US | (2,593) $US | 1,131 $US | 30.4% |  |  |  |  |
| **2016** | Qty | Revenue | COGS | Gross Margin | GM (%) |  | 7.3496 | 1.1066 | 6.641605 |
| Moby/3000 | 400 | 5 $US | (4) $US | 1 $US | 29.0% |  |  |  |  |
| RP457c | 68,444 | 2,082 $US | (1,546) $US | 536 $US | 25.8% |  |  |  |  |
| RP350x | 130,881 | 2,431 $US | (1,764) $US | 667 $US | 27.4% |  |  |  |  |
| RP75X | 18,551 | 779 $US | (556) $US | 223 $US | 28.6% |  |  |  |  |
| Moby/8500 |  |  |  | - $US | #DIV/0! |  |  |  |  |
| Cradles |  |  |  | - $US | #DIV/0! |  |  |  |  |
| NRE (Others) | 428 | 85 $US | (66) $US | 19 $US | 22.1% |  |  |  |  |
| Total | 218,704 | 5,381 $US | (3,935) $US | 1,446 $US | 26.9% |  |  |  |  |
| **2017** | Qty | Revenue | COGS | Gross Margin | GM (%) |  | 7.6264 | 1.1293 | 6.75321 |
| Moby/3000 | 182,515 | 1,704 $US | (1,330) $US | 374 $US | 22.0% |  |  |  |  |
| RP457c | 101,745 | 2,716 $US | (1,887) $US | 830 $US | 30.5% |  |  |  |  |
| RP350x | 80,770 | 1,368 $US | (980) $US | 388 $US | 28.4% |  |  |  |  |
| RP75X | 69,632 | 2,542 $US | (2,093) $US | 449 $US | 17.7% |  |  |  |  |

| | Qty | Revenue | COGS | Gross Margin | GM (%) |
|---|---|---|---|---|---|
| Moby/8500 | 290 | 11 $US | (9) $US | 2 $US | 19.4% |
| Cradles | - | | | - $US | #DIV/0! |
| NRE (Others) | - | 176 $US | (178) $US | (2) $US | -0.9% |
| Total | 434,952 | 8,517 $US | (6,475) $US | 2,042 $US | 24.0% |

**2018 (October YTD )**

| | Qty | Revenue | COGS | Gross Margin | GM (%) | | 7.796 | 1.1903 | 6.549609 |
|---|---|---|---|---|---|---|---|---|---|
| Moby/3000 | 121,221 | 1,201 $US | (933) $US | 268 $US | 22.3% | | | | |
| RP457c | 100,030 | 2,687 $US | (1,862) $US | 824 $US | 30.7% | | | | |
| RP350x | 17,040 | 280 $US | (201) $US | 79 $US | 28.2% | | | | |
| RP75X | 12,894 | 469 $US | (341) $US | 128 $US | 27.2% | | | | |
| Moby/8500 | 1,860 | 68 $US | (47) $US | 21 $US | 31.3% | | | | |
| Cradles | | | | - $US | #DIV/0! | | | | |
| NRE (Others) | 10 | 331 $US | (174) $US | 157 $US | 47.5% | | | | |
| Total | 253,055 | 5,036 $US | (3,558) $US | 1,478 $US | 29.3% | | | | |

**2013-2018.10 YTD**

| | Qty | Revenue | COGS | Gross Margin | GM (%) |
|---|---|---|---|---|---|
| Moby/3000 | 304,136 | 2,910 $US | (2,266) $US | 644 $US | 22.1% |
| RP457c | 270,369 | 7,494 $US | (5,302) $US | 2,193 $US | 29.3% |
| RP350x | 360,946 | 6,862 $US | (4,890) $US | 1,972 $US | 28.7% |
| RP75X | 143,674 | 5,392 $US | (4,134) $US | 1,258 $US | 23.3% |
| Moby/8500 | 2,150 | 79 $US | (56) $US | 23 $US | 29.7% |
| NRE (Others) | 2,525 | 704 $US | (452) $US | 252 $US | 35.8% |
| Total | 1,083,800 | 23,441 $US | (17,100) $US | 6,341 $US | 27.1% |