UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANYWHERECOMMERCE, INC.
and BBPOS LIMITED,
        Plaintiffs,

v.

INGENICO INC., INGENICO CORP.
and INGENICO GROUP, SA,
        Defendants.

CIVIL ACTION NO.
1:19-cv-11457-IT

**DEFENDANTS' BBPOS RULE 30(b)(6) (LO) DEPOSITION DESIGNATIONS**

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 47:14-49:22 | | | |
| 56:25-58:6 | | | |
| 58:8-15 | | | |
| 58:17-24 | | | |
| 99:10-100:17 | | | |
| 100:19-102:1 | | | |
| 102:7-104:4 | | | |
| 104:14-107:25 | | | |
| 112:16-114:1 | | | |

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 114:2-115:17 | | | |
| 115:19-116:16 | | | |
| 116:18-22 | | | |
| 116:24-117:10 | | | |
| 117:11-118:1 | | | |
| 118:18-120:11 | | | |
| 123:23-125:16 | | | |
| 125:18-22 | | | |
| 128:12-25 | | | |
| 130:2-23 | | | |
| 147:15-149:12 | | | |
| 149:14-152:2 | | | |
| 152:3-153:5 | | | |
| 153:7-11 | | | |
| 153:13-18 | | | |
| 163:1-166:5 | | | |

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 168:23-172:6 | | | |
| 172:7-173:24 | | | |
| 173:25-175:13 | | | |
| 175:15-176:6 | | | |
| 176:7-20 | | | |
| 182:15-183:1 | | | |
| 183:4-184:4 | | | |
| 184:5-187:1 | | | |
| 187:3-7 | | | |
| 187:8-14 | | | |
| 187:18-188:19 | | | |
| 188:22-189:5 | | | |
| 189:7-13 | | | |
| 190:10-19 | | | |
| 190:21-191:14 | | | |
| 198:1-199:10 | | | |

| **Defendant's Initial Designation** | **Plaintiff's Objection** | **Plaintiffs' Explanation** | **Plaintiffs' Counter Designation** |
|---|---|---|---|
| 199:12-18 | | | |
| 200:1-202:15 | | | |
| 202:16-203:23 | | | |
| 203:24-205:1 | | | |
| 205:3-4 | | | |

INGENICO INC., INGENICO CORP. AND INGENICO GROUP, SA,

By their attorneys,

/s/ *Jeffrey K. Techentin*
JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
NICOLE J. BENJAMIN (BBO #666959)
JEFFREY K. TECHENTIN (*pro hac vice*)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
jtechentin@apslaw.com
Dated: March 31, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, I caused to be served via electronic mail a true copy of the within document on the following counsel of record:

| | |
|---|---|
| Jonathon D. Friedmann, Esq.<br>Robert P. Rudolph, Esq.<br>Rudolph Friedmann LLP<br>92 State Street<br>Boston, MA 02109<br>JFriedmann@rflawyers.com<br>RRudolph@rflawyers.com | Oliver D. Griffin, Esq.<br>Peter N. Kessler, Esq.<br>Melissa A. Bozeman, Esq.<br>Kutak Rock LLP<br>303 Peach Street, N.E., Suite 2750<br>Atlanta, GA 30308<br>Oliver.griffin@kutakrock.com<br>Peter.kessler@kutakrock.com<br>Melissa.bozeman@kutakrock.com |

Ricardo G. Cedillo, Esq.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
rcedillo@lawdcm.com

/s/ *Jeffrey K. Techentin*
Jeffrey K. Techentin