UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| ANYWHERECOMMERCE, INC. and BBPOS LIMITED, Plaintiffs, v. INGENICO INC., INGENICO CORP. and INGENICO GROUP, SA, Defendants. | CIVIL ACTION NO. 1:19-cv-11457-IT |
|---|---|

**DEFENDANTS' BEN LO DEPOSITION DESIGNATIONS**

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 11:13-12:5 | | | |
| 26:4-28:12 | | | |
| 32:20-34:2 | | | |
| 34:3-15 | | | |
| 36:25-39:19 | | | |
| 39:20-40:12 | | | |
| 52:20-54:8 | | | |
| 63:11-25 | | | |
| 82:10-83:17 | | | |

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 83:22-84:3 | | | |
| 84:4-9 | | | |
| 84:10-25 | | | |
| 85:2-16 | | | |
| 88:22-90:18 | | | |
| 91:3-11 | | | |
| 95:7-23 | | | |
| 96:1-22 | | | |
| 96:23-99:4 | | | |
| 99:13-17 | | | |
| 101:15-102:1 | | | |
| 106:7-13 | | | |
| 106:19-25 | | | |
| 112:5-23 | | | |
| 112:24-113:21 | | | |
| 113:24-114:25 | | | |

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 115:1-2 | | | |
| 115:13 | | | |
| 117:15-23 | | | |
| 118:16-119:19 | | | |
| 119:20-120:17 | | | |
| 127:24-128:10 | | | |
| 128:25-130:5 | | | |
| 134:7-137:5 | | | |
| 137:6-140:7 | | | |
| 140:11-18 | | | |
| 140:19-142:3 | | | |
| 142:7-8 | | | |
| 143:20-146:22 | | | |
| 147:9-150:7 | | | |
| 150:8-151:25 | | | |
| 152:1-25 | | | |

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 153:1-154:12 | | | |
| 154:13-22 | | | |
| 156:8-157:4 | | | |
| 157:5-160:10 | | | |
| 160:11-163:7 | | | |
| 176:1-184:24 | | | |
| 192:6-193:25 | | | |
| 194:1-19 | | | |
| 219:20-220:17 | | | |
| 225:14-228:5 | | | |
| 228:6-19 | | | |
| 232:23-234:3 | | | |

INGENICO INC., INGENICO CORP. AND INGENICO GROUP, SA,

By their attorneys,

/s/ *Jeffrey K. Techentin*
JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
NICOLE J. BENJAMIN (BBO #666959)
JEFFREY K. TECHENTIN (*pro hac vice*)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
jtechentin@apslaw.com
Dated: March 31, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, I caused to be served via electronic mail a true copy of the within document on the following counsel of record:

Jonathon D. Friedmann, Esq.
Robert P. Rudolph, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

Oliver D. Griffin, Esq.
Peter N. Kessler, Esq.
Melissa A. Bozeman, Esq.
Kutak Rock LLP
303 Peach Street, N.E., Suite 2750
Atlanta, GA 30308
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com

Ricardo G. Cedillo, Esq.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
rcedillo@lawdcm.com

/s/ *Jeffrey K. Techentin*
Jeffrey K. Techentin