## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANYWHERECOMMERCE, INC. and BBPOS LIMITED,**<br> Plaintiffs,<br><br> v.<br><br> **INGENICO INC., INGENICO CORP. and INGENICO GROUP, SA,**<br> Defendants. | **CIVIL ACTION NO. 1:19-cv-11457-IT** |

### DEFENDANTS' EXHIBIT LIST[1]

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Exhibit Number for Identification** | **Briefly Describe** | **Party Offering Exhibit** | **Does party expect to offer exhibit or may offer if need arises?** | **Does opposing side object (state rule), reserve, or have no objection?** | | | |
| 1000 | BBPOS's Third Amended Objections and Answers to Defendants' First Set of Interrogatories to AnywhereCommerce and BBPOS | Def. | Offer | | | | |
| 1001 | AnywhereCommerce's Amended Objections and Answers to Defendants' First Set of Interrogatories to AnywhereCommerce and BBPOS | Def. | May Offer | | | | |

---

[1] Defendants reserve the right to supplement this list prior to and throughout trial in this matter to the extent permitted by law and the governing rules of civil procedure.

| 1002 | Expert Report of Dr. Jennifer Vanderhart | Def. | Offer | | | | |
|------|------|------|------|---|---|---|---|
| 1003 | Rebuttal Expert Report of Dr. Michael Shamos | Def. | Offer | | | | |
| 1004 | Expert Report of Stephen Scherf | Def. | Offer | | | | |
| 1005 | Rebuttal Expert Report of Stephen Scherf | Def. | Offer | | | | |
| 1006 | Expert Report of Ivan Zatkovich | Def. | Offer | | | | |
| 1007 | Rebuttal Expert Report of Ivan Zatkovich | Def. | Offer | | | | |
| 1008 | Graylin v. Ingenico Compliant | Def. | Offer | | | | |
| 1009 | RP350x (physical device) | Def. | Offer | | | | |
| 1010 | RP150x (physical device) | Def. | Offer | | | | |
| 1011 | RP457c (physical device) | Def. | Offer | | | | |
| 1012 | RP457c-BT (physical device) | Def. | Offer | | | | |
| 1013 | Moby/3000 (physical device) | Def. | Offer | | | | |
| 1014 | Moby/6500 (physical device) | Def. | Offer | | | | |
| 1015 | Moby/5500 (physical device) | Def. | Offer | | | | |
| 1016 | Moby/8500 (physical device) | Def. | Offer | | | | |
| 1017 | iCMP (physical device) | Def. | May Offer | | | | |
| 1018 | G5x/G4x-Half Moon (physical device) | Def. | Offer | | | | |

| 1019 | G5x-Paypal (physical device) | Def. | Offer | | | | |
|---|---|---|---|---|---|---|---|
| 1020 | iWL220 (physical device) | Def. | May Offer | | | | |
| 1021 | MagTek (physical device) | Def. | May Offer | | | | |
| 1022 | IDTech (physical device) | Def. | May Offer | | | | |
| 1023 | Square (physical device) | Def. | May Offer | | | | |
| 1024 | HomeATM and BBPOS License and Non-Competition Agreement (AC_0000917-22) | Def. | May Offer | | | | |
| 1025 | AnywhereCommerce and BBPOS Amended License and Non-Competition Agreement (AC_0246850-55) | Def. | May Offer | | | | |
| 1026 | 43611423 Canada, Inc. and BBPOS License Agreement | Def. | May Offer | | | | |
| 1027 | ROAM and BBPOS Engineering, Development and Non-Competition License Agreement (AC_0270544-54) | Def. | Offer | | | | |
| 1028 | Amendment to ROAM and BBPOS Engineering, Development and License Agreement (IngenicoInc_0268324-38) | Def. | Offer | | | | |
| 1029 | ROAM and Landi Supply Agreement (IngenicoInc_0167554-88) | Def. | Offer | | | | |

| 1030 | RP350x Development Agreement (IngenicoInc_0284132-96) | Def. | Offer | | | | |
|------|------|------|------|---|---|---|---|
| 1031 | RP 150x and RP 100x/ PP10x Development Agreement (IngenicoInc_0284539-57) | Def. | Offer | | | | |
| 1032 | First Amendment to the 750x Development Agreement (IngenicoInc_0229510-15) | Def. | Offer | | | | |
| 1033 | Landi ITMP & ITMP + (RP350x and RP750x) PROJECT Workshop (IngenicoInc_0190282-304) | Def. | May Offer | | | | |
| 1034 | Landi Card Reader promotional material | Def. | Offer | | | | |
| 1035 | ROAM RP350x Mobile Card Reader product review (BBPOS_1585952) | Def. | Offer | | | | |
| 1036 | ROAM's press release re RP350x | Def. | Offer | | | | |
| 1037 | ROAM Key Management System Product Requirements Document IngenicoInc_0079955-97) | Def. | May Offer | | | | |
| 1038 | Summary of Terms of Acquisition of BBPOS (IngenicoInc_0008817-20) | Def. | May Offer | | | | |

| 1039 | Unsigned letter from BBPOS to ROAM re Termination of Summary of Terms of Acquisition of BBPOS (BBPOS_1582647) | Def. | May Offer | | | | |
|------|---|------|-----------|--|--|--|--|
| 1040 | History of Invention and Chronology of Events re BBPOS IP and Rights | Def. | May Offer | | | | |
| 1041 | PCI Security Standards Council- Data Security and Credit Card Security Standards | Def. | Offer | | | | |
| 1042 | April 2012 Ingenico ITMP (IngenicoInc_0068186) | Def. | Offer | | | | |
| 1043 | July 2012 Ingenico ITMP (IngenicoInc_0283870) | Def. | Offer | | | | |
| 1044 | Sept. 2012 Ingenico ITMP (IngenicoInc_0286168) | Def. | Offer | | | | |
| 1045 | Oct. 2012 Ingenico ITMP (IngenicoInc_0283870) | Def. | Offer | | | | |
| 1046 | Communication API Programming Guide for Android (IngenicoInc_0286187-221) | Ded. | May Offer | | | | |
| 1047 | 2015 Compatible Phone List (IngenicoInc_0303815) | Def. | May Offer | | | | |
| 1048 | Technical Drawings BBPOS_0005601-06) | Def. | Offer | | | | |
| 1049 | Technical Drawings (BBPOS_1687849) | Def. | Offer | | | | |

| 1050 | Coding (BBPOS_0691264-72) | Def. | Offer | | | | |
|------|---------------------------|------|-------|--|--|--|--|
| 1051 | Executive Summary (FISV-AC-0000226) | Def. | May Offer | | | | |
| 1052 | Landi IMPT Audio Jack Compatibility Test Solution IngenicoInc_0283897-904) | Def. | May Offer | | | | |
| 1053 | Audio Jack Manager Library Guidelines (IngenicoInc_0305441-44) | Def. | Offer | | | | |
| 1054 | Y03-3 Communications Test Instructions (IngenicoInc_0306560) | Def. | Offer | | | | |
| 1055 | Collector Manual (IngenicoInc_0306536-41) | Def. | Offer | | | | |
| 1056 | Test Output Feedback by Landi IngenicoInc_0306555-57) | Def. | Offer | | | | |
| 1057 | Audio jack Scheme of RP350 (IngenicoInc_0295696-97) | Def. | May Offer | | | | |
| 1058 | AnywhereCommerce BOD Meeting | Def. | May Offer | | | | |
| 1059 | AnywhereCommerce, Consolidated Monthly Financial Reporting Package: BBPOS Group, 12/31/2017 (AC_0982903) | Def. | May Offer | | | | |
| 1060 | AnywhereCommerce, Customer Sales Detail Report 07-01-2013 to 09-17-2020, c. 9/2020 (AC_1264260) | Def. | May Offer | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1061 | AnywhereCommerce, Financial Model, c. 2014 (AC_0658933) | Def. | May Offer | | | | |
| 1062 | AnywhereCommerce, Sales, Undated (AC_1260959) | Def. | May Offer | | | | |
| 1063 | BBPOS Consolidated Monthly Financial Reporting Package, 1/31/2018 (BBPOS_1608318) | Def. | May Offer | | | | |
| 1064 | BBPOS Consolidated Monthly Financial Reporting Package, 10/31/2016 (BBPOS_1596565) | Def. | May Offer | | | | |
| 1065 | BBPOS Consolidated Monthly Financial Reporting Package, 11/30/2018 (BBPOS_1614816) | Def. | May Offer | | | | |
| 1066 | BBPOS Consolidated Monthly Financial Reporting Package, 11/31/2016 (BBPOS_1597308) | Def. | May Offer | | | | |
| 1067 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2016 (BBPOS_1597589) | Def. | May Offer | | | | |
| 1068 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2018 (BBPOS_1687809) | Def. | May Offer | | | | |
| 1069 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2019 (BBPOS_1687811) | Def. | May Offer | | | | |

| 1070 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2020 (BBPOS_1687810) | Def. | May Offer | | | | |
|------|------|------|------|------|------|------|------|
| 1071 | BBPOS Consolidated Monthly Financial Reporting Package, 4/30/2018 (BBPOS_1610576) | Def. | May Offer | | | | |
| 1072 | BBPOS Consolidated Monthly Financial Reporting Package, 5/31/2017 (BBPOS_1602522) | Def. | May Offer | | | | |
| 1073 | BBPOS Consolidated Monthly Financial Reporting Package, 8/31/2018 (BBPOS_1612618) | Def. | May Offer | | | | |
| 1074 | BBPOS Consolidated Monthly Financial Reporting Pack, 12/31/2015 (BBPOS_1589783) | Def. | May Offer | | | | |
| 1075 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2016 (BBPOS_1597589) | Def. | May Offer | | | | |
| 1076 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2017 (BBPOS_1612262) | Def. | May Offer | | | | |
| 1077 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2018 (BBPOS_1614816) | Def. | May Offer | | | | |

| 1078 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2018 (BBPOS_1687809) | Def. | May Offer | | | | |
|---|---|---|---|---|---|---|---|
| 1079 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2019 (BBPOS_1687811) | Def. | May Offer | | | | |
| 1080 | BBPOS Consolidated Monthly Financial Reporting Package, 12/31/2020 (BBPOS_1687810) | Def. | May Offer | | | | |
| 1081 | BBPOS, 'P&L Forecast,' c.2016 (BBPOS_1618561) | Def. | May Offer | | | | |
| 1082 | Ingenico, "Litigation Fees and Expenses," (IngenicoInc_0306564–65) | Def. | May Offer | | | | |
| 1083 | ROAM Custom Sales Orders by Customer Summary (IngenicoInc_0142530) | Def. | May Offer | | | | |
| 1084 | Anson, Weston (2005), Fundamentals of Intellectual Property Valuation: A Primer for Identifying and Determining Value, Chicago, IL: American Bar Association. | Def. | May Offer | | | | |
| 1085 | AnywhereCommerce Press Release, "AnywhereCommerce Granted Patents on Mobile Card Acceptance 'Dongle,'" 10/25/2012, https://www.anywherec ommerce.com/anywher ecommerce-granted- | Def. | May Offer | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | patents-on-mobile-card-acceptance-dongle/. | | | | | | |
| 1086 | AnywhereCommerce Website, Accessories, https://www.anywherecommerce.com/accessories/ | Def. | May Offer | | | | |
| 1087 | AnywhereCommerce Website, Card Readers – Device Comparison, https://www.anywherecommerce.com/device-comparison/ | Def. | May Offer | | | | |
| 1088 | AnywhereCommerce Website, Company, https://www.anywherecommerce.com/company/ | Def. | May Offer | | | | |
| 1089 | AnywhereCommerce Website, Company, https://www.anywherecommerce.com/company | Def. | May Offer | | | | |
| 1090 | AnywhereCommerce Website, Custom Solutions, https://www.anywherecommerce.com/custom-solutions/ | Def. | May Offer. | | | | |
| 1091 | AnywhereCommerce Website, Mobile Apps, https://www.anywherecommerce.com/mobile-apps/ | Def. | May Offer | | | | |
| 1092 | BBPOS Website, Chipper 2X BT Product Sheet, at 2, available at: https://www.bbpos.com/wp-content/uploads/2017/09/C2XBT_leaflet.pdf | Def. | May Offer | | | | |

| 1093 | BBPOS Website, Home, https://www.bbpos.com/ | Def. | May Offer | | | | |
|---|---|---|---|---|---|---|---|
| 1094 | BBPOS Website, Overview, https://www.bbpos.com/overview/# | Def. | May Offer | | | | |
| 1095 | BBPOS, Corporate Brochure, available at: https://www.bbpos.com/wp-content/uploads/2018/03/Corporate-Brochure.pdf | Def. | May Offer | | | | |
| 1096 | Bloomberg Website, Roam Data Inc, https://www.bloomberg.com/profile/company/0203653D:US | Def. | May Offer | | | | |
| 1097 | Business.com, "How to Choose a Mobile POS System," 1/6/2022, https://www.business.com/articles/mobile-pos/ | Def. | May Offer | | | | |
| 1098 | CBInsights Website, BBPOS, https://www.cbinsights.com/company/bbpos | Def. | May Offer | | | | |
| 1099 | Creditcards.com, "What Is an EMV Credit Card, and How Does It Work?," 12/17/2021, available at: https://www.creditcards.com/education/emv-faq-chip-cards-answers-1264/ | Def. | May Offer | | | | |
| 1100 | Digital Transactions, "Seeking an 'Integrated Mobile Offer,' Ingenico Completes Takeover of Roam Data," 1/20/2015, | Def. | May Offer | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | https://www.digitaltransactions.net/seeking-an-integrated-mobile-offer-ingenico-completes-takeover-of-roam-data | | | | | |
| 1101 | Fintech Futures, "Worldline Completes $8.6bn Acquisition of Ingenico," 11/4/2020, https://www.fintechfutures.com/2020/11/worldline-completes-8-6bn-acquisition-of-ingenico/ | Def. | May Offer | | | |
| 1102 | Ingenico Press Release, "Ingenico Group now owns 100% of Mobile Payments Leader ROAM," 1/20/2015, https://www.ingenico.com/press-and-publications/press-releases/all/2015/01/20150120-ingenico-group-owns-100-roam.html | Def. | May Offer | | | |
| 1103 | Ingenico Press Release, "Third Quarter 2020," 10/29/2020, https://cdn.ingenico.com/binaries/content/assets/corporate-en/press-releases/2020/10/pr_q3_2020_291020.pdf | Def. | May Offer | | | |
| 1104 | Ingenico Website, About Us, https://www.ingenico.com/about-ingenico/about-us/about-us | Def. | May Offer | | | |
| 1105 | Ingenico Website, Mobile Point of Sale Solutions – mPOS EMV SDK, | Def. | May Offer | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | https://www.ingenico.us/mobile-solutions/mpos-emv-sdk/ | | | | | | |
| 1105 | Ingenico Website, Mobile Point of Sale Solutions, https://www.ingenico.us/mobile-solutions/ | Def. | May Offer | | | | |
| 1106 | Ingenico Website, Mobile Point of Sale Solutions: mPOS EMV SDK, https://www.ingenico.us/mobile-solutions#mpos-emv-sdk | Def. | May Offer | | | | |
| 1107 | Ingenico Website, Moby/8500 Next Gen Chip & Pin Mobile Card Reader, https://www.ingenico.us/mobile-solutions/mpos-card-readers/moby-8500.html | Def. | May Offer | | | | |
| 1108 | Ingenico Website, mPOS Card Readers, https://www.ingenico.us/mobile-solutions/mpos-card-readers/ | Def. | May Offer | | | | |
| 1109 | Ingenico Website, RP457c Series, https://www.ingenico.us/mobile-solutions/mpos-card-readers/rp457c-series.html | Def. | May Offer | | | | |
| 1110 | Ingenico Website, Welcome to ROAM, https://mobile- | Def. | May Offer | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | solutions.ingenico.com/ us/ | | | | | | |
| 1111 | Ingenico, "2019 Universal Registration Document," c. 2019, at PDF 6, available at: https://cdn.ingenico.co m/binaries/content/asse ts/corporate- en/finance/registration- documents/ingenico_en -urd-2019.pdf | Def. | May Offer | | | | |
| 1112 | OpenGovCA Website, AnywhereCommerce Inc., https://opengovca.com/ corporation/7918453 | Def. | May Offer | | | | |
| 1113 | PYMNTS.com, "mPOS Tracker: July 2019," 7/2019, at 55, available at: https://www.pymnts.co m/wp- content/uploads/2019/0 7/mPOS-Tracker-July- 2019.pdf. | Def. | May Offer | | | | |
| 1114 | PYMNTS.com, "mPOS Tracker: September 2016," 9/2016, at 3, available at: http://whatsnextdata.co m/wp- content/uploads/2016/0 9/mPOS-Tracker- September-2016-1.pdf | Def. | May Offer | | | | |
| 1115 | Statista, Mobile POS Payments Transaction Value, 3/2022, https://www.statista.co m/outlook/dmo/fintech/ digital- payments/mobile-pos- payments/worldwide | Def. | May Offer | | | | |

| 1116 | U.S. Chamber of Commerce, "Need a Mobile Point-of-Sale System? Here's What You Need to Know," 2/25/2020, https://www.uschamber.com/co/run/technology/mobile-pos-system-guide | Def. | May Offer | | | | |
|---|---|---|---|---|---|---|---|
| 1117 | BBPOS Sales & Market Opportunities, 06/2018 (BBPOS_1610500) | Def. | May Offer | | | | |
| 1118 | Spreadsheet - Sales Data from ROAM 2016-2017 | Def. | May Offer | | | | |
| 1119 | Spreadsheet -2018 Data SAP | Def. | May Offer | | | | |
| 1120 | Spreadsheet -Summary of Mobile Terminals sold by Ingenico U.S. 2019-2020 | Def. | May Offer | | | | |
| 1121 | Spreadsheet- Pivot Table of Mobile Sales by Customers by Ingenico (No Bates Number) | Def. | May Offer | | | | |
| 1122 | Spreadsheet- Data Dump from SAP (IngenicoInc_0126787) | Def. | May Offer | | | | |
| 1123 | Spreadsheet – EUS 2001, Financial Analysis, 2013-2018 (IngenicoInc_0269935) | Def. | May Offer | | | | |
| 1124 | Japanese Patent - Wireless Data Transfer Equipment (Inui Yasuo) | Def. | May Offer | | | | |

| 1125 | US Patent - Audio Activity Detection Circuit to Increase Battery Life in Portable Computers (Don. T. Lam) | Def. | May Offer | | | | |
|------|-----------------------------------------------------------------------------------------------------------|------|-----------|--|--|--|--|
| 1126 | US Patent - Smart Bluetooth Interface Gateway to Mate a Non-Bluetooth Wireless Device with a Bluetooth Headset (Philip D. Mooney) | Def. | May Offer | | | | |
| 1127 | US Patent - Circuit for Detecting a Current Passing Through a Consumer (Christoph Wenger) | Def. | May Offer | | | | |
| 1128 | US Patent - Identification System and Method for Recognizing Any One of a Number of Different Types of Devices (Stuart Patterson) | Def. | May Offer | | | | |
| 1129 | US Patent - Integrated Circuit w Automatic Polarity Detection and Configuration (Heling Yi) | Def. | May Offer | | | | |
| 1130 | US Patent - Mobile Phone Extension and Data Interface via an Audio Headset Connection (Thomas Cehelnik) | Def. | May Offer | | | | |
| 1131 | US Patent - Portable Electronic Devices with Power Management Capabilities (Hugo Fiennes) | Def. | May Offer | | | | |

| 1132 | US Patent - Mobile Commerce Execution Method and Apparatus (Hyeon-Seok Son) | Def. | May Offer | | | | |
|------|------|------|------|---|---|---|---|
| 1133 | US Patent - System, Method, and Apparatus for Communicating Information from a Personal Electronic Device (Nagesh Challa) | Def. | May Offer | | | | |
| 1134 | US Patent - System and Apparatus for Communicating Digital Data through Audio Input/Output Ports (Paul P. Griffin) | Def. | May Offer | | | | |
| 1135 | US Patent - Providing Power to an Accessory During Portable Computing Device Hibernation (Robert Walsh) | Def. | May Offer | | | | |
| 1136 | US Patent - Remote Negotiable Instrument Processor (Sean Pennock) | Def. | May Offer | | | | |
| 1137 | US Patent - Remote Invoice and Negotiable Instrument Processing (Sean Pennock) | Def. | May Offer | | | | |
| 1138 | US Patent - Audio Port Communication and Power Device (Guo Qiang Mu) | Def. | May Offer | | | | |
| 1139 | US Patent - Audio Port Communication and Power Device (Guo Qiang Mu) | Def. | May Offer | | | | |
| 1140 | US Patent - Integrated Mobile Phone and Medical Implant Monitoring System and | Def. | May Offer | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Method for Using the Same (Ahmet Tekin) | | | | | | |
| 1141 | US Patent - System and Methofd for Microphone Polarity Detection (Jens Kristian Poulsen) | Def. | May Offer | | | | |
| 1142 | US Patent - Power Management Circuitry in Peripheral Accessories of Audio Devices (Wing Cheong Chan) | Def. | May Offer | | | | |
| 1143 | WO Patent- 2011/047042 (Dorsey) | Def. | May Offer | | | | |
| 1144 | Spreadsheet of Attorney's Fees from Sunstein Kann Murphy & Timbers LLP (IngenicoInc_0306636) | Def. | May Offer | | | | |
| 1145 | Invoices from Sunstein Kann Murphy & Timbers LLP (IngenicoInc_0306637- 0307553) | Def. | May Offer | | | | |
| 1146 | Letter from Ingenico to BBPOS re REM Holdings (Jan. 19, 2017) (IngenicoInc_0142403) | Def. | Offer | | | | |
| 1147 | Letter from Ingenico to BBPOS re REM Holdings (Feb. 28, 2017) (IngenicoInc_0142404) | Def. | Offer | | | | |
| 1148 | Letter from Ingenico to BBPOS re IOENGINE (May 7, 2018) (IngenicoInc_0142413) | Def. | Offer | | | | |

| 1149 | Letter from Ingenico to BBPOS re IOENGINE (Oct. 23 , 2018) (IngenicoInc_0142514) | Def. | Offer | | | | |
| 1150 | Letter from Ingenico to BBPOS re MobilePay (Oct. 4 , 2018) (IngenicoInc_0142515) | Def. | Offer | | | | |
| 1151 | Letter from Ingenico to BBPOS re Blackbird Technologies (Oct. 22, 2018) (IngenicoInc_0142405-12) | Def. | Offer | | | | |
| 1152 | Letter from Ingenico to BBPOS re REM Holdings (Oct. 26, 2017) (IngenicoInc_0142516-27) | Def. | Offer | | | | |
| 1153 | BBPOS, Letter from Robert Cook to Christopher Rotsaert and Sandeep Gaur, 5/21/2018 (BBPOS_0002780) | Def. | May Offer | | | | |
| 1154 | Email Correspondence between Ken Paull and Ben lo, Subject: Jan. 6, Shipping Document (This doc was not bates numbered but used as Ex. 73 in Ben Lo's 30(b)(6) deposition) | Def. | Offer | | | | |
| 1155 | Email Correspondence between Jose Luis, Oscar Bello and David Szczepanski, Subject: First Data Rapid Connect EMV Certifications (IngenicoInc_0307554-55) | Def. | May Offer | | | | |

| 1156 | Email Correspondence between Ben Lo, Daniel Tsai and Jimmy Tang, Subject: Fwd: Ingenico-ROAM next Steps (BBPOS_0646802-04) | Def. | May offer | | | | |
|------|------|------|------|------|------|------|------|
| 1157 | Email Correspondence between Jimmy Tang and Jerome Grandemenge, Subject: iWL- android with Roam Data Solution (BBPOS_0004422-23) | Def. | May offer | | | | |
| 1158 | Email Correspondence between Christopher Rotsaert and Jerome Grandemenge, Subject: iWL – android with Roam Data solution (BBPOS_0004617-21) | Def. | Offer | | | | |
| 1159 | Email Correspondence between Jimmy Tang and Christopher Rotsaert, Subject: Re: iWL – android with Roam Data solution, (BBPOS_0004622_48) | Def. | Offer | | | | |
| 1160 | Email Correspondence between Ben Lo and Christopher Rotsaert; Subject: Data rate by audio jack (IngenicoInc_0009756-57) | Def. | May offer | | | | |
| 1161 | Email Correspondence between Jimmy Tang and Eran Hollander; Subject: Re: Updated Invitation: Review API 4.0 part I requirements @ Tue. May 1 10pm-11:30pm (BBPOS_0004723_57) | Def. | May offer | | | | |

| 1162 | Email Correspondence between Christopher Rotsaert and Ben Lo; Subject: RE: Workshop Swipe & Chip EMV L2 in Ingenico Valence (BBPOS_0000003-5) | Def. | Offer | | | | |
|------|------|------|------|---|---|---|---|
| 1163 | Email Correspondence between Daniel Tsai and Christopher Rotsaert; Subject: Our confcall next Monday (BBPOS-0005186-88) | Def. | May offer | | | | |
| 1164 | Email Correspondence from Daniel Tsai to Christopher Rotsaert, Subject: Our confcall next Monday (BBPOS_005193-357) | Def. | May offer | | | | |
| 1165 | Email Correspondence between Jean-Louis Sarradin to Christopher Rotsaert, Subject: Visit BBPOS (IngenicoInc_0283863-64) | Def. | May offer | | | | |
| 1166 | Email Correspondence between heq@landicorp.com to Christopher Rotsaert and Jerome Grandemenge, Subject: Weekly RP350x/RP750x—Meeting Minutes (IngenicoInc_0157061-63) | Def. | May offer | | | | |
| 1167 | Email Correspondence between Ben Lo and Will Graylin, Subject: Re: Let's figure a win win plan going forward (BBPOS_065031-33) | Def. | Offer | | | | |

| 1168 | Email Correspondence between David Baltozer and Jimmy Tang, Subject: Testing iOS using your RoamPayApi40Client code... (BBPOS_0655319-20) | Def. | May Offer | | | | |
|------|------|------|------|--|--|--|--|
| 1169 | Email Correspondence between Ben Lo and Christopher Rotsaert, Subject: Re: Swiper Track 2 + Track 3 (BBPOS_0005121-22) | Def. | May offer | | | | |
| 1170 | Email Correspondence between Jimmy Tang and Keith Bennett, Subject: Re: GPS Gateway version 7 (BBPOS_0598751) | Def. | May offer | | | | |
| 1171 | Email Correspondence between Jimmy Tang and Will Graylin, Subject: Re: FW: Revised RD-106 (BBPOS_0642384-85) | Def. | May offer | | | | |
| 1172 | Email Correspondence between Will Graylin and Ben Lo, Subject: Re: ROAM BBPOS deal confidential (BBPOS_1632203-08) | Def. | May offer | | | | |
| 1173 | Email Correspondence between Ben Lo and Jimmy Tang, Subject: Fwd: FW: BBPOS Term Sheet (Asset Acquisition) and Shareholder Consent (BBPOS_0633723-24) | Def. | May offer | | | | |

| 1174 | Email Correspondence between Ben Lo and Will Graylin, Subject: Fwd: FW: BBPOS Term Sheet (Asset Acquisition) and Shareholder Consent (BBPOS_0650487-90) | Def. | May offer | | | | |
|---|---|---|---|---|---|---|---|
| 1175 | Email Correspondence between Will Graylin and Ben Lo, Subject: Re: Let's figure a win win plan going forward (BBPOS_0650544-49) | Def. | May offer | | | | |
| 1176 | Email Correspondence between Ed Rubin and Ben Lo, Subject: Re: Nice to talk to you (AC_0155916) | Def. | May offer | | | | |
| 1177 | Email Correspondence between Michael Kron, Mitchell Cobrin, and Mark Diamond, Subject: Fw: Fwd: connecting in HK (AC_0270837-38) | Def. | May offer | | | | |
| 1178 | Email Correspondence between Ben Lo and Mitchell Cobrin, Subject: Re: Roam Data (AC_0096295-96) | Def. | Offer | | | | |
| 1179 | Email Correspondence between Ben Lo to Daniel Tsai, Subject: re: ROAM visit (BBPOS_0658887) | Def. | Offer | | | | |
| 1180 | Email Correspondence between Mark Diamond to Michael Kron, Subject: Re: market recon, erosion of accounts to Roam (AC_0222782-83) | Def. | May offer | | | | |

| 1181 | Email Correspondence between Jimmy Tang and Christopher Rotsaert, Subject: Re: <ok (BBPOS_0005630-45) | Def. | May offer | | | | |
|------|------|------|------|---|---|---|---|
| 1182 | Email Correspondence between Daniel Tsai and Christopher Rotsaert, Subject: The documents you requested (BBPOS_0005630-45) | Def. | May offer | | | | |
| 1183 | Email Correspondence between Daniel Tsai and Christopher Rotsaert, Subject: Fwd: Paypal G4X – schematic (BBPOS_0005664-67) | Def. | May offer | | | | |
| 1184 | Email Correspondence between David Szczepanski, Bob Cook, and Ben Lo, Subject: URGENT (BBPOS_0000057-58) | Def. | Offer | | | | |
| 1185 | Email Correspondence between Matthew Ng, Bob Book, and Ben Lo , Subject: URGENT (BBPOS_0000070-73) | Def. | Offer | | | | |
| 1186 | Email Correspondence between David Szczepanski, Book Cook, and Ben Lo, Subject: URGENT (BBPOS_0000076-78) | Def. | Offer | | | | |
| 1187 | Email Correspondence between Bob Cook, Alex Choi, and Matthew Ng, subject: URGENT (BBPOS_0003629-32) | Def. | Offer | | | | |

| 1188 | Email Correspondence between Alex Choi, David Szczepanski, Bob Cook, and Ben Lo, Subject: URGENT (BBPOS_0003656-61) | Def. | Offer | | | | |
|------|------|------|------|--|--|--|--|
| 1189 | Email Correspondence between Ben Lo and Christopher Rotsaert, Subject: Workshop Swipe & Chip EMV L2 in Ingenico Valence (BBPOS_000001-2) | Def. | Offer | | | | |
| 1190 | Email Correspondence Between Christopher Rotsaert and Ben Lo, Subject; Meeting Roam API in Ingenico – BBPOS (BBPOS_0004655-57) | Def. | Offer | | | | |
| 1191 | Email Correspondence between Ben Lo and Christopher Rotsaert, Subject: Cartes Asia (BBPOS_0005175-79) | Def. | Offer | | | | |
| 1192 | Email Correspondence between Christopher Rotsaert and Jimmy Tang, Subject: TR: RoamData/ Google/ DUKPT (BBPOS_0004379-81) | Def. | May Offer | | | | |
| 1193 | Email Correspondence between Michael Kron and Ben Lo, Subject: Agreement with Roam (AC_0270579-80) | Def. | May Offer | | | | |
| 1194 | Email Correspondence between Mitchell Cobrin, Michael Kron, and Mark Diamond, Subject: Best day of trip | Def. | May Offer | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | (AC_0218274-77) | | | | | | |
| 1195 | Email Correspondence between Ben Lo, Mitchell Cobrin, and Michael Kron, Subject: Roam Data (AC_0096295-96) | Def. | Offer | | | | |
| 1196 | Email Correspondence between Mark Diamond and Michael Kron, Subject: Market recon, erosion of accounts to Roam (AC_0222782-83) | Def. | May Offer | | | | |
| 1197 | Email Correspondence between Michael Kron, Mitchell Cobrin, and Mark Diamond, Subject: In air (AC_0095962-65) | Def. | May Offer | | | | |
| 1198 | Email Correspondence between Micharl Kron, Antoine Hage, and Mitchell Cobrin, Subject: Some facts (AC_0272263) | Def. | May Offer | | | | |
| 1199 | Email correspondence between Jimmy Tang, Keith Bennett, and Bill Kincaid, Subject: GPS Gateway version 7 (BBPOS_0598751) | Def. | May Offer | | | | |
| 1200 | Email Correspondence between Mark Diamond, Mitchell Cobrin, and Michael Kron, Subject: Call with Ed (AC_0219449) | Def. | May Offer | | | | |
| 1201 | Email Correspondence between William Graylin, Ben Lo, and | Def. | Offer | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jimmy Tang, Subject: Please read carefully, Important (BBPOS_0659807-14) | | | | | | |
| 1202 | Email Correspondence between Ben Lo, William Graylin, and Jimmy Tang Subject: Lets figure a win plan going forward (BBPOS_0650506-07) | Def. | Offer | | | | |
| 1203 | Email Correspondence between Ben Lo, William Graylin, and Jimmy Tang, Subject: Lets figure out a win plan going forward (BBPOS_0650531-33) | Def. | May Offer | | | | |
| 1204 | Email Correspondence between William Graylin, Ben Lo, and Jimmy Tang, Subject: Lets figure a win plan going forward (BBPOS_0650544-66) | Def. | May Offer | | | | |
| 1205 | Email Correspondence between Daniel Tsai, Christopher Rotsaert, Derek Chan, and Ben Lo Subject: Our confcall next Monday w/attachments for the schematic diagram and datasheets of the M0 MCU, EMV controller IC and M4 MCU (BBPOS_005193-57) | Def. | May Offer | | | | |
| 1206 | Email Correspondence between William Graylin, John Rodley, John Frontz, and Michael Armer, Subject: Hi (IngenicoInc_0020386-92) | Def. | May Offer | | | | |

| 1207 | Email Correspondence between Christopher Dismukes and Bart Wardzinski Subject: ROAM MSR Readers (IngenicoInc_0250852-56) | Def. | Offer | | | | |
|------|------|------|------|------|------|------|------|
| 1208 | Email Correspondence between Christopher Dismukes, Bart Wardzinski and Scott Webb, Subject: ROAM MSR Readers (IngenicoInc_0250845-50) | Def. | Offer | | | | |
| 1209 | Email Correspondence between Christopher Dismukes, Bart Wardzinski and Scott Webb, Subject: ROAM MSR Readers (IngenicoInc_0250862-67) | Def. | Offer | | | | |
| 1210 | Email Correspondence between William Graylin, Ben Lo, and Christopher Rotsaert Subject: TR: BBPOS/ Due Diligence/ Updated URL (IngenicoInc_0032303-06) | Def. | May Offer | | | | |
| 1211 | Email Correspondence between William Graylin, Ben Lo, Florian Sailer, Jean-Marc Thienpont, John Chu, and John Frontz Subject: Due Diligence Information Request (IngenicoInc_0031851-53) | Def. | May Offer | | | | |

| 1212 | Due Diligence Information Report Request List attached to IngenicoInc_0031851-53 (ING021293) | Def | May Offer | | | | |
|---|---|---|---|---|---|---|---|
| 1213 | Email Correspondence between Christopher Rotsaert, David Perlow, and Philippe Heuland, Subject: Demos (IngenicoInc_0307556) | Def. | May Offer | | | | |
| 1214 | Email Correspondence between Bill Pittman, Christopher Rotsart, and Eran Hollander, Subject: NRF Show – Product Demos (IngenicoInc_0307557-61) | Def. | May Offer | | | | |
| 1215 | Email Correspondence between Sriram Seetharam, Andrew Jamieson, Christopher Rotsaert, and Nick Penno, Subject: Roam Data/ UL Introduction – G4x (IngenicoInc_0307562-76) | Def. | May Offer | | | | |
| 1216 | Email Correspondence between Sriram Seetharam, Andrew Jamieson, Christopher Rotsaert, and Nick Penno, Subject: Roam Data/ UL Introduction – G4x (IngenicoInc_0307577-84) | Def. | May Offer | | | | |
| 1217 | Visa Ready Evaluation Report of Roam Data G4X IngenicoInc_0307595-608) | Def. | May Offer | | | | |

| 1218 | Email Correspondence between Jean-Louis and Christopher Rotsaert, Subject: BBPOS Visit (IngenicoInc_0283863-64) | Def. | Offer | | | | |
|------|-----------------------------------------------------------------------------------------------------------------|------|-------|---|---|---|---|
| 1219 | Text message exchange between Michael Kron and Ben Lo (AC_0014619-21) | Def. | Offer | | | | |
| 1220 | Text message exchange between Michael Kron and Ben Lo (AC_0034161-69) | Def. | Offer | | | | |

INGENICO INC., INGENICO CORP. AND
INGENICO GROUP, SA,

By their attorneys,

/s/ *Jeffrey K. Techentin*
JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
NICOLE J. BENJAMIN (BBO #666959)
JEFFREY K. TECHENTIN (*pro hac vice*)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
jtechentin@apslaw.com
Dated:  April __, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I caused to be served via electronic mail a true copy of

the within document on the following counsel of record:

Jonathon D. Friedmann, Esq.
Robert P. Rudolph, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

Oliver D. Griffin, Esq.
Peter N. Kessler, Esq.
Melissa A. Bozeman, Esq.
Kutak Rock LLP
303 Peach Street, N.E., Suite 2750
Atlanta, GA 30308
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com

Ricardo G. Cedillo, Esq.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
rcedillo@lawdcm.com

/s/ *Jeffrey K. Techentin*
Jeffrey K. Techentin