UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>INGENICO INC., INGENICO CORP. and INGENICO GROUP, SA,<br>　　　　　Defendants. | CIVIL ACTION NO.<br>1:19-cv-11457-IT |

## DEFENDANTS' WITNESS LIST

Pursuant to this Court's Pretrial Order, Defendants Ingenico Inc., Ingenico Corp. and Ingenico Group SA (collectively "Ingenico") hereby submit the following witness list for purposes of trial. This list is without prejudice to Ingenico's right to amend this list before trial and Ingenico reserves the right to call any of the witnesses on Plaintiffs' Witness List in Ingenico's case.

**I. Defendants Expect to Call the Following Live Witnesses**

　A. David Szczepanski
　　 34 Philip Road
　　 Lexington, MA 02421

　B. Christopher Rotsaert
　　 Ingenico, Inc.
　　 50 Milk Street, 16th Floor
　　 Boston, MA  02109

　C. Kerry Timbers, Esq.
　　 Sunstein LLP
　　 100 High Street
　　 Boston, MA 02110

　D. Jennifer Vanderhart, Ph.D.
　　 Intensity, LLC
　　 11452 El Camino  Real #250
　　 San Diego, CA 92130

    E.  Michael Shamos, Ph.D.
        605 Devonshire Street
        Pittsburg, PA 16213

**II.**    **Defendants Expect to Call the Following Video Witnesses (either recorded or live)**

    A.  Victor Young
        35 Mariner Terrace
        Unit 1609
        Toronto, ON, Canada
        M5V3V9

**III.**    **Defendants Expect to Call the Following Witnesses by Deposition Designation (video and/or transcripts)**

    A.  Ben Lo
        BBPOS Limited
        Room 1902-04, Tower 2,
        Nina Tower, No.8 Yeung Uk Road, Tsuen Wan, NT, Hong Kong

    B.  Ben Lo (BBPOS Limited 30(b)(6) Designee)
        BBPOS Limited
        Room 1902-04, Tower 2,
        Nina Tower, No.8 Yeung Uk Road, Tsuen Wan, NT, Hong Kong

**IV.**    **Defendants May Call the Following Live Witnesses**

    A.  Ben Lo
        BBPOS Limited
        Room 1902-04, Tower 2,
        Nina Tower, No.8 Yeung Uk Road, Tsuen Wan, NT, Hong Kong

Respectfully submitted,
INGENICO INC., INGENICO CORP. AND INGENICO GROUP, SA,

By their attorneys,

/s/ *Jeffrey K. Techentin*
JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
NICOLE J. BENJAMIN (BBO #666959)
JEFFREY K. TECHENTIN (*pro hac vice*)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
jtechentin@apslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I caused to be served via electronic mail a true copy of the within document on the following counsel of record:

Jonathon D. Friedmann, Esq.
Robert P. Rudolph, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

Oliver D. Griffin, Esq.
Peter N. Kessler, Esq.
Melissa A. Bozeman, Esq.
Kutak Rock LLP
303 Peach Street, N.E., Suite 2750
Atlanta, GA 30308
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com

Ricardo G. Cedillo, Esq.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
rcedillo@lawdcm.com

/s/ *Jeffrey K. Techentin*
Jeffrey K. Techentin