UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br>   Plaintiffs,<br><br>v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,<br>   Defendants. | Civil Docket No: 1:19-cv-11457-IT<br><br>Jury Trial Demanded |

## PLAINTIFFS' TRIAL WITNESS LIST[1]

Pursuant to the Court's Second Amended Procedural Order re: Pretrial/Trial dated March 29, 2023 (Doc. No. 229), Plaintiffs / Counterclaim Defendants BBPOS Limited ("BBPOS") and AnywhereCommerce, Inc. ("AC") (together, "Plaintiffs"), by and through their attorneys, respectfully submit the following Trial Witness List:

### I.   TRIAL WITNESSES THAT ARE EXPECTED TO BE PRESENTED[2]:

1. Ben Lo
   c/o Kutak Rock LLP

2. Jimmy Tang
   c/o Kutak Rock LLP

3. Will Graylin
   14 Robinson Park, Winchester, MA 01890
   (781) 521-0755
   Note: Service of Subpoena to Attend and Testify at Trial dated March 29, 2023, effected on March 30, 2023.[3]

---

[1] Plaintiffs reserve the right to amend, revise, and supplement this trial witness list through the conclusion of trial in this action pursuant to the Court's Procedural Orders re: Pretrial/Trial, as revised, by way of rebuttal / impeachment, and/or consistent with further Orders and Rules of Court.

[2] As to the three witnesses identified above under the control of Defendants' counsel, Adler Pollock & Sheehan P.C. – each of whom Defendants had designated to testify and submit to Rule 30(b)(6) depositions in the case – Plaintiffs expected and had understood that they would be available to attend and testify at trial, if called. To the extent that it is hereafter confirmed / determined that one or more of these witnesses are unavailable, Plaintiffs respectfully seek leave to prepare and file deposition designations within 48 hours' notice thereof.

[3] A true and correct copy of subpoena service package attached as Exhibit A.

4. Christopher Rotsaert
   c/o Adler Pollock & Sheehan P.C.

5. Victor Young
   c/o Adler Pollock & Sheehan P.C.

6. David Szezpanski
   c/o Adler Pollock & Sheehan P.C.

7. Michael Kron
   c/o Kutak Rock LLP

8. Ivan Zatkovich
   c/o Kutak Rock LLP

9. Steve Scherf
   c/o Kutak Rock LLP

## II. **TRIAL WITNESSES THAT MAY BE CALLED, IF THE NEED ARISES:**

1. Corporate Designee(s) for Defendants
   c/o Adler Pollock & Sheehan P.C.

2. Ken Paull
   135 Nicholas Road
   Cohasset, MA  02025
   (678) 523-8254

3. Mitchell Cobrin
   c/o Kutak Rock LLP

4. Daniel Tsai
   c/o Kutak Rock LLP

5. Any other witness identified by any other parties

Plaintiffs reserve the right to supplement the foregoing and call any witness for the purposes of rebuttal and/or impeachment, as necessary.

Respectfully submitted:

*/s/ Melissa A. Bozeman*
By: Melissa A. Bozeman (Pro Hac Vice)
   Pennsylvania Bar No. 201116

        Oliver D. Griffin (Pro Hac Vice)
        Pennsylvania Bar No. (80126)
        Peter N. Kessler (Pro Hac Vice)
        Pennsylvania Bar No. 209033
        KUTAK ROCK LLP
        Two Logan Square
        100 N. 18th Street, Suite 1920
        Philadelphia, PA  19103-4104
        (215) 299-4384 (Telephone)
        (215) 981-0719 (Facsimile)
        Melissa.bozeman@kutakrock.com
        Oliver.griffin@kutakrock.com
        Peter.kessler@kutakrock.com

           and

        Jonathon D. Friedmann, Esq. (BBO # 180130)
        Robert P. Rudolph, Esq. (BBO # 684583)
        RUDOLPH FRIEDMANN LLP
        92 State Street
        Boston, MA 02109
        Tel.: (617) 723-7700
        Fax: (617) 227-0313
        JFriedmann@rflawyers.com
        RRudolph@rflawyers.com

           and

        Ricardo G. Cedillo
        DAVIS, CEDILLO & MENDOZA, INC.
        755 E. Mulberry Ave., Ste 500
        San Antonio, Texas 78212
        Tel: (210) 822-6666
        Fax: (210) 822-1151
        rcedillo@lawdcm.com

Dated:  March 31, 2023.        *Attorneys for Plaintiffs / Counterclaim-Defendants*

## CERTIFICATE OF SERVICE

I, Melissa A. Bozeman hereby certify that I have served a true and correct copy of the foregoing Trial Witness List this 31st day of March, 2023, upon all counsel of record via the Court Electronic Filing System, CM/ECF.

>   /s/ Melissa A. Bozeman
>   Melissa A. Bozeman