# EXHIBIT A



Kutak Rock LLP
Two Logan Square, 100 North 18th Street, Suite 1920, Philadelphia, PA 19103-2707
office 215.299.4384

**Melissa A. Bozeman**
215.717.8489
melissa.bozeman@kutakrock.com

March 29, 2023

**VIA HAND DELIVERY**

Mr. William Graylin
14 Robinson Park
Winchester, MA 01890

      Re:    *AnywhereCommerce, Inc. and BBPOS Limited v. Ingenico, et al., USDC for the District of Mass.  No. 19-11457*

Dear Mr. Graylin :

      We previously sent you a subpoena for your appearance to attend and testify at trial in the above referenced matter, beginning on May 8, 2023 at 9:00 a.m., until you are excused.

      However, please be advised that the Court has just moved up the trial start date to April 24, 2023 at 9:00 a.m. The location and courtroom details for the trial remain the same – trial will be held at the federal courthouse in Boston, located at 1 Courthouse Way, Boston, MA  02201, in Courtroom No. 9, 3rd Floor.

      Accordingly, please find enclosed a newly issued subpoena for your appearance to attend and testify at trial in the above referenced matter, beginning on April 24, 2023 at 9:00 a.m., until you are excused.

      Another witness fee check in the amount of $60.00, which represents a $40.00 per diem fee plus recoverable mileage allowance calculated at a rate of at least $0.655 per mile is tendered herewith. Note that you are entitled to an additional per diem fee each day your appearance at trial is required. This trial is estimated to last two weeks, and your attendance will not be needed for the entirety of the trial or otherwise after you are excused.

      Should you have any questions or concerns, please let me know. Otherwise, feel free to contact our office as trial approaches to obtain more specific information, as and when available, regarding when Plaintiffs are expected to call you to the stand to testify on their behalf in this matter.

KUTAKROCK

Mr. William Graylin
March 29, 2023
Page 2

                                      Sincerely,

                                      */s/ Melissa A. Bozeman*

                                    Melissa A. Bozeman

MAB/rn
Enclosure

cc:    Oliver D. Griffin, Esq. (via email only)
        Jeffrey K. Techentin, Esq. (via email only)
        R. Bart Trotten, Esq. (via email only)

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| AnywhereCommerce, Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-11457 |
| Ingenico, Inc., et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: William Graylin, 14 Robinson Park, Winchester, MA 01890

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 1 Courthouse Way<br>Boston, MA 02210 | Courtroom No.: 9, 3rd Floor |
|---|---|
| | Date and Time: April 24, 2023 @ 9:00 a.m. until excused |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/29/2023

CLERK OF COURT        OR        *[signature]*

*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs, who issues or requests this subpoena, are:

Melissa A. Bozeman, Kutak Rock LLP, Two Logan Square, 100 N. 18th Street, Suite 1920, Philadelphia, PA 19103
melissa.bozeman@kutakrock.com, 215-299-4384

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:19-11457

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* William Graylin
on *(date)* 3/30/23

☒ I served the subpoena by delivering a copy to the named person as follows: by giving in hand to William Graylin, to wit; 14 Robinson Park, Winchester, MA w/ Coverletter
on *(date)* 3/30/23 @ 12 55pm

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 60.-

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/30/23

_____
Server's signature

James Burke, Constable, Boston, MA
Printed name and title  Badge #1012

_____
Server's address

Additional information regarding attempted service, etc.:

**JAMES BURKE**
PO BOX 51576
BOSTON, MA 022051576

185
53-447/113
816

Date: 3/30/23

Pay to the Order of: William Graylin

$ 60.—

Sixty Dollars

ROCKLAND TRUST

For: Fed. W. + Fee (Palmer)

⑆011304478⑆ 240864943⑈ 0185