UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>INGENICO INC., INGENICO CORP. and INGENICO GROUP, SA,<br>　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:19-cv-11457-IT |

## MOTION TO EXPEDITE MOTION TO STRIKE BBPOS LIMITED'S JURY DEMAND

Defendants Ingenico Inc., Ingenico Corp. and Ingenico Group, SA (collectively, "Ingenico") hereby move to expedite briefing and consideration of their Motion to Strike BBPOS Limited's Jury Demand (the "Motion to Strike").

Pursuant to Local Rule 7.1, BBPOS Limited would have 14 days to oppose the Motion to Strike. However, the trial in this matter is scheduled for April 24, 2023, so that deadline would be one week or less before trial. The resolution of the Motion to Strike will have an impact on the parties' trial preparation and presentation, so an expedited briefing schedule would benefit the parties and the Court.

Accordingly, Ingenico respectfully requests that this Court expedite the briefing and consideration of Ingenico's Motion to Strike. Ingenico requests the Court to set a schedule that would provide the Court adequate time to consider and rule on the Motion to Strike such that the Court's ruling could be taken into account in the upcoming trial.

Dated: April 2, 2023

Respectfully submitted,
INGENICO INC., INGENICO CORP. AND
INGENICO GROUP, SA,

By their attorneys,

/s/ *Jeffrey K. Techentin*
JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
NICOLE J. BENJAMIN (BBO #666959)
JEFFREY K. TECHENTIN (*pro hac vice*)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
jtechentin@apslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2023, I caused to be served via electronic mail a true copy of the within document on the following counsel of record:

| | |
|---|---|
| Jonathon D. Friedmann, Esq.<br>Robert P. Rudolph, Esq.<br>Rudolph Friedmann LLP<br>92 State Street<br>Boston, MA 02109<br>JFriedmann@rflawyers.com<br>RRudolph@rflawyers.com | Oliver D. Griffin, Esq.<br>Peter N. Kessler, Esq.<br>Melissa A. Bozeman, Esq.<br>Kutak Rock LLP<br>303 Peach Street, N.E., Suite 2750<br>Atlanta, GA 30308<br>Oliver.griffin@kutakrock.com<br>Peter.kessler@kutakrock.com<br>Melissa.bozeman@kutakrock.com<br><br>Ricardo G. Cedillo, Esq.<br>755 E. Mulberry Ave., Ste 500<br>San Antonio, Texas 78212<br>rcedillo@lawdcm.com |

/s/ *Jeffrey K. Techentin*
Jeffrey K. Techentin

*4882-5177-9674, v. 1*

## Rule 7.1(a)(2) Certification

  I certify that counsel for Defendants have conferred with opposing counsel and attempted in good faith to resolve or narrow the issue.

                        /s/*Jeffrey K. Techentin*