UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>INGENICO INC., INGENICO CORP. and INGENICO GROUP, SA,<br>　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:19-cv-11457-IT |

**RENEWED MOTION TO EXPEDITE MOTION
TO STRIKE BBPOS LIMITED'S JURY DEMAND**

Defendants Ingenico Inc., Ingenico Corp. and Ingenico Group, SA (collectively, "Ingenico") hereby renew their motion to expedite briefing and consideration of their Motion to Strike BBPOS Limited's Jury Demand (the "Motion to Strike").

Ingenico filed its Motion to Strike (ECF No. 238) and supporting Memorandum (ECF No. 239) on April 2, 2023. Ingenico also filed on that date a Motion to Expedite (ECF No. 241) the briefing and consideration of its Motion to Strike. By Text Order dated April 3, 3023 (ECF No. 243), the Court denied the Motion to Expedite as premature and without prejudice. By Text Order dated April 5, 2023 (ECF No. 248), the Court denied Ingenico's Motion for Leave to File Motion for Summary Judgment (ECF No. 237). Given that ruling, and given the deadline of April 10, 2023 to file, *inter alia*, motions *in limine*, Ingenico hereby renews its Motion to Expedite briefing and consideration of its Motion to Strike.

Pursuant to Local Rule 7.1, BBPOS Limited would have 14 days to oppose the Motion to Strike. However, the trial in this matter is scheduled for April 24, 2023, so that deadline would be one week or less before trial. The resolution of the Motion to Strike will have an impact on

the parties' trial preparation and presentation, so an expedited briefing schedule would benefit the parties and the Court. Ingenico notes that it served its Motion to Strike (via ECF) on April 2, 2023, so BBPOS already has had three days to review that Motion.

Accordingly, Ingenico respectfully requests that this Court expedite the briefing and consideration of Ingenico's Motion to Strike. Ingenico requests the Court to set a schedule that would provide the Court adequate time to consider and rule on the Motion to Strike such that the Court's ruling could be taken into account in the upcoming trial. Ingenico respectfully suggests that the Court set a deadline of no later than April 13, 2023 (the deadline for objection to motions *in limine*) for any objection to the Motion to Strike.

Dated: April 6, 2023

        Respectfully submitted,
        INGENICO INC., INGENICO CORP. AND
        INGENICO GROUP, SA,

        By their attorneys,

        /s/ *Jeffrey K. Techentin*
        JOHN A. TARANTINO (BBO #492230)
        PATRICIA K. ROCHA (BBO #542348)
        NICOLE J. BENJAMIN (BBO #666959)
        JEFFREY K. TECHENTIN (*pro hac vice*)
        Adler Pollock & Sheehan P.C.
        One Citizens Plaza, 8th Floor
        Providence, RI 02903
        Tel: (401) 274-7200
        Fax: (401) 351-4607
        jtarantino@apslaw.com
        procha@apslaw.com
        nbenjamin@apslaw.com
        jtechentin@apslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I caused to be served via electronic mail a true copy of the within document on the following counsel of record:

Jonathon D. Friedmann, Esq.
Robert P. Rudolph, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

Oliver D. Griffin, Esq.
Peter N. Kessler, Esq.
Melissa A. Bozeman, Esq.
Kutak Rock LLP
303 Peach Street, N.E., Suite 2750
Atlanta, GA 30308
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com

Ricardo G. Cedillo, Esq.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
rcedillo@lawdcm.com

/s/ *Jeffrey K. Techentin*
Jeffrey K. Techentin

## Rule 7.1(a)(2) Certification

I certify that counsel for Defendants have conferred with opposing counsel and attempted in good faith to resolve or narrow the issue.

/s/*Jeffrey K. Techentin*

*4882-5177-9674, v. 2*