**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ANYWHERECOMMERCE, INC. and BBPOS LIMITED,** Plaintiffs, | |
| v. | **Civil Docket No: 1:19-cv-11457-IT** |
| **INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,** Defendants. | **Jury Trial Demanded** |

**PLAINTIFFS' MOTION IN LIMINE NO. 4 TO**
**PRECLUDE REFERENCE TO STRIPE ACQUISITION OF BBPOS**

Pursuant to the Court's Second Amended Procedural Order and the Federal Rules of Evidence, Plaintiffs/Counterclaim Defendants BBPOS Limited ("BBPOS") and AnywhereCommerce, Inc. ("AC") (together, "Plaintiffs"), by and through their attorneys, respectfully request that the Court enter an Order precluding Defendants Ingenico Inc., Ingenico Corp. and Ingenico Group S.A. (collectively "Defendants" or "Ingenico") from referencing or referring to Stripe's acquisition of BBPOS in any manner at trial.

This motion is supported by the accompanying memorandum of law, including any exhibits, and arguments of counsel to be made at the final pretrial conference.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs request oral argument on their Motions in Limine at the final pretrial conference, as said motions raise important evidentiary issues for trial, and Plaintiffs believe that oral argument may assist the Court in addressing Plaintiffs' motions.

1

## <u>LOCAL RULE 7.1 (A)(2) CERTIFICATION</u>

Counsel for Movant has made a good faith effort to resolve the foregoing issue. On April 10, 2023, Melissa Bozeman, representing the Plaintiffs, discussed the relief requested herein with counsel for Defendants, Jeffrey K. Techentin ("Attorney Techentin") in response to his inquiry regarding the issue being presented in this Motion. Attorney Techentin did not agree to the relief requested herein.

## <u>CERTIFICATE OF SERVICE</u>

I, Melissa A. Bozeman, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on

April 10, 2023.

*/s/ Melissa A. Bozeman*
Melissa A. Bozeman, Esq.

Respectfully submitted:

*/s/ Melissa A. Bozeman*
By: Melissa A. Bozeman (Pro Hac Vice)
Pennsylvania Bar No. 201116
Oliver D. Griffin (Pro Hac Vice)
Pennsylvania Bar No. (80126)
Peter N. Kessler (Pro Hac Vice)
Pennsylvania Bar No. 209033
KUTAK ROCK LLP
Two Logan Square
100 N. 18th Street, Suite 1920
Philadelphia, PA  19103-4104
(215) 299-4384 (Telephone)
(215) 981-0719 (Facsimile)

2

Melissa.bozeman@kutakrock.com
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com

and

Leland P. Abide (Pro Hac Vice)
MN Bar No. 039269
KUTAK ROCK LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4018
Telephone: (612) 334-5000
Facsimile: (612) 334-5050
leland.abide@kutakrock.com

and

Jonathon D. Friedmann, Esq. (BBO # 180130)
Robert P. Rudolph, Esq. (BBO # 684583)
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Tel.: (617) 723-7700
Fax: (617) 227-0313
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

and

Ricardo G. Cedillo
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
Tel: (210) 822-6666
Fax: (210) 822-1151
rcedillo@lawdcm.com

Dated: April 10, 2023                    *Attorneys for Plaintiffs / Counterclaim-Defendants*

3