# Exhibit A

| Client | Client Name | Matter | Matter Name | Total Billed | Billed Fees | Billed Costs | Total Woff | Total Paid | Paid Fees | Paid Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| 4013 | Ingenico Inc. | 5003 | Roam adv. REM Holdings 3 | $183,183.23 | $174,943.25 | $8,239.98 | ($210.00) | $182,973.23 | $174,733.25 | $8,239.98 |
| 4013 | Ingenico Inc. | 5004 | adv. REM Holdings 3 (Vantiv/Comerica) | $110,086.67 | $108,473.11 | $1,613.56 | $0.00 | $110,086.67 | $108,473.11 | $1,613.56 |
| 4013 | Ingenico Inc. | 5005 | adv. Blackbird Tech, LLC | $37,481.89 | $35,501.50 | $1,980.39 | $0.00 | $37,481.89 | $35,501.50 | $1,980.39 |
| 4013 | Ingenico Inc. | 5013 | adv. MobilePay LLC | $67,717.57 | $58,865.00 | $8,852.57 | $0.00 | $67,717.57 | $58,865.00 | $8,852.57 |
| | | | | **$398,469.36** | **$377,782.86** | **$20,686.50** | **($210.00)** | **$398,259.36** | **$377,572.86** | **$20,686.50** |

CONFIDENTIAL

IngenicoInc_0306635