UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br>    Plaintiffs,<br><br>               v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,<br>    Defendants. | Civil Docket No: 1:19-cv-11457-IT<br><br>Jury Trial Demanded |

### PLAINTIFFS' MOTION IN LIMINE NO. 8 TO PRECLUDE USE OF LATE-PRODUCED DOCUMENTS

Pursuant to the Court's Second Amended Procedural Order and the Federal Rules of Evidence, Plaintiffs/Counterclaim Defendants BBPOS Limited ("BBPOS") and AnywhereCommerce, Inc. ("AC") (together, "Plaintiffs"), by and through their attorneys, respectfully request that the Court enter an Order precluding Defendants Ingenico Inc., Ingenico Corp. and Ingenico Group S.A. (collectively "Defendants" or "Ingenico") from using any late-produced documents at trial.

This motion is supported by the accompanying memorandum of law, including any exhibits, and arguments of counsel to be made at the final pretrial conference.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument on their Motions in Limine at the final pretrial conference, as said motions raise important evidentiary issues for trial, and Plaintiffs believe that oral argument may assist the Court in addressing Plaintiffs' motions.

4872-4707-2348.1

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

Counsel for Movant has made a good faith effort to resolve the foregoing issue. On April 10, 2023, Melissa Bozeman, representing the Plaintiffs, discussed the relief requested herein with counsel for Defendants, Jeffrey K. Techentin ("Attorney Techentin") in response to his inquiry regarding the issue being presented in this Motion. Attorney Techentin did not agree to the relief requested herein.

## CERTIFICATE OF SERVICE

I, Melissa A. Bozeman, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2023.

/s/ *Melissa A. Bozeman*
Melissa A. Bozeman, Esq.

Respectfully submitted:

*/s/ Melissa A. Bozeman*
By: Melissa A. Bozeman (Pro Hac Vice)
Pennsylvania Bar No. 201116
Oliver D. Griffin (Pro Hac Vice)
Pennsylvania Bar No. (80126)
Peter N. Kessler (Pro Hac Vice)
Pennsylvania Bar No. 209033
KUTAK ROCK LLP
Two Logan Square
100 N. 18th Street, Suite 1920
Philadelphia, PA  19103-4104
(215) 299-4384 (Telephone)
(215) 981-0719 (Facsimile)

>Melissa.bozeman@kutakrock.com
>Oliver.griffin@kutakrock.com
>Peter.kessler@kutakrock.com
>
>and
>
>Leland P. Abide (Pro Hac Vice)
>MN Bar No. 039269
>KUTAK ROCK LLP
>60 South Sixth Street, Suite 3400
>Minneapolis, MN 55402-4018
>Telephone: (612) 334-5000
>Facsimile: (612) 334-5050
>leland.abide@kutakrock.com
>
>and
>
>Jonathon D. Friedmann, Esq. (BBO # 180130)
>Robert P. Rudolph, Esq. (BBO # 684583)
>RUDOLPH FRIEDMANN LLP
>92 State Street
>Boston, MA 02109
>Tel.: (617) 723-7700
>Fax: (617) 227-0313
>JFriedmann@rflawyers.com
>RRudolph@rflawyers.com
>
>and
>
>Ricardo G. Cedillo
>DAVIS, CEDILLO & MENDOZA, INC.
>755 E. Mulberry Ave., Ste 500
>San Antonio, Texas 78212
>Tel: (210) 822-6666
>Fax: (210) 822-1151
>rcedillo@lawdcm.com

Dated:  April 10, 2023               *Attorneys for Plaintiffs / Counterclaim-Defendants*

3

4872-4707-2348.1