# Exhibit B

**Abide, Leland P.**

| | |
|---|---|
| **From:** | atramonte@apslaw.com |
| **Sent:** | Tuesday, February 28, 2023 6:10 PM |
| **To:** | Bozeman, Melissa A. |
| **Subject:** | Mimecast Large File Send & Receive |



### Large File Send
Invitation to Share Files

**Amanda Tramonte wants to share files with you using Mimecast Large File Send.**

Download Files     Upload Files

An access key is required to share files, see instructions below.

**File(s):**
**20230228 VOL017.zip** (36.1 MB)
**Ingenico - Feb. 28, 2023 Ltr.pdf** (78.4 KB)

**Next Step:** Click on either button above and request an access key from the login page. A key will then be emailed to you. Use the key together with either button to share files with Amanda Tramonte .

**Invitation Expiration:** You have until Thu, 30 Mar 2023 23:59 -0400 to download and upload files.

**Upload Limit:** You can send up to 2 GB once with this invitation.

**Want to Send More?** Request a new invitation from Amanda Tramonte .



© 2016 Mimecast Services Limited and affiliates. The information contained in this communication is confidential and may be legally privileged. It is intended solely for use by the intended recipient. If you are not the intended recipient, or authorized to receive it, any disclosure, copying, distribution or reliance of the contents of this information is strictly prohibited.