# Exhibit C

# ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

March 31, 2023

**VIA E-MAIL**

Oliver Griffin, Esq.
Kutak Rock LLP
1760 Market Street, Suite 1100
Philadelphia, PA 19103-4104
Oliver.Griffin@KutakRock.com

Re: *AnywhereCommerce, Inc. et al. v. Ingenico Inc. et al.*

Dear Mr. Griffin:

Defendants are producing herewith documents with Bates numbers IngenicoInc_0307554 through IngenicoInc_0307698 pursuant to the Stipulation and Protective Order (ECF No. 92) in this matter as well as the Stipulated Rule 502(d) Order (ECF No. 93).

Please feel free to contact me if you have any questions or have any difficulty accessing the documents.

Very truly yours,

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

CC: COUNSEL OF RECORD

Enclosures