UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br>  Plaintiffs,<br><br>    v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,<br>  Defendants. | Civil Docket No: 1:19-cv-11457-IT<br><br>Jury Trial Demanded |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 9 TO PRECLUDE KERRY TIMBERS FROM TESTIFYING

On March 31, 2023, Ingenico filed its witness list, which included Kerry Timbers. (Doc. No 234). Mr. Timbers was not included in Ingenico's initial disclosures, which were never amended to add Mr. Timbers. Mr. Timbers was not deposed. Federal Rule of Civil Procedure 37(c)(1) provides that if "a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless."

There is no justification for Mr. Timbers late-disclosure. Ingenico knew (or should have known) that it at least wanted to preserve the right to call Mr. Timbers at trial by amending its initial disclosures prior to the close of discovery. It failed to do so, and permitting Ingenico to call him at trial nonetheless deprives Plaintiffs of the right to question him before trial. That is not permissible under the Rules. The proper remedy is exclusion of Mr. Timbers as a trial witness.

        Respectfully submitted:

        */s/ Melissa A. Bozeman*
      By: Melissa A. Bozeman (Pro Hac Vice)
        Pennsylvania Bar No. 201116
        Oliver D. Griffin (Pro Hac Vice)
        Pennsylvania Bar No. (80126)

1

Peter N. Kessler (Pro Hac Vice)
Pennsylvania Bar No. 209033
KUTAK ROCK LLP
Two Logan Square
100 N. 18th Street, Suite 1920
Philadelphia, PA 19103-4104
(215) 299-4384 (Telephone)
(215) 981-0719 (Facsimile)
Melissa.bozeman@kutakrock.com
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com

and

Leland P. Abide (Pro Hac Vice)
MN Bar No. 039269
KUTAK ROCK LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4018
Telephone: (612) 334-5000
Facsimile: (612) 334-5050
leland.abide@kutakrock.com

and

Jonathon D. Friedmann, Esq. (BBO # 180130)
Robert P. Rudolph, Esq. (BBO # 684583)
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Tel.: (617) 723-7700
Fax: (617) 227-0313
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

and

Ricardo G. Cedillo
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
Tel: (210) 822-6666
Fax: (210) 822-1151
rcedillo@lawdcm.com

Dated: April 10, 2023                    *Attorneys for Plaintiffs / Counterclaim-Defendants*

## **CERTIFICATE OF SERVICE**

I, Melissa A. Bozeman, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2023.

/s/ *Melissa A. Bozeman*
Melissa A. Bozeman, Esq.

4892-8071-9708.1