**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ANYWHERECOMMERCE, INC.** and **BBPOS LIMITED**,<br>    Plaintiffs,<br><br>         v.<br><br>**INGENICO INC., INGENICO CORP.** and **INGENICO GROUP, SA**,<br>    Defendants. | **CIVIL ACTION NO.**<br>**1:19-cv-11457-IT** |

### PLAINTIFFS' PROPOSED QUESTIONS FOR *VOIR DIRE*

Pursuant to the Court's Second Amended Procedural Order Re: Pretrial/Trial dated March 29, 2023 (Doc. No. 229), Plaintiffs AnywhereCommerce, Inc. ("AC") and BBPOS Limited ("BBPOS," and together "Plaintiffs"), by and through their undersigned counsel, Kutak Rock LLP, respectfully submit these Proposed Questions for *Voir Dire*.

### PROPOSED VOIR DIRE QUESTIONS

1. Are you familiar with the Honorable Indira Talwani, or any of the other attorneys in this case, including Plaintiffs' attorneys, the law firm of Kutak Rock LLP, Oliver Griffin, Melissa Bozeman, Leland Abide, or Ricardo Cedillo of Davis, Cedillo & Mendoza, Inc.; or Defendants' attorneys, the law firm of Adler Pollock & Sheehan P.C., John Tarantino, Jeffrey Techentin, or Bart Totten?

2. The following individuals (including the parties) are possible witnesses in this matter. Do you know any of the parties or the following individuals?

    - Ben Lo
    - Jimmy Tang
    - Will Graylin
    - Christopher Rotsaert
    - Victor Young
    - David Szczepanski
    - Michael Kron

- Ivan Zatkovich
- Steve Scherf
- Mitchell Cobrin
- Dr. Jennifer Vanderhart
- Dr. Michael Shamos

3. Have you ever worked with or done business with:

- Ingenico Group, S.A.
- Ingenico, Inc.
- BBPOS Limited
- AnywhereCommerce, Inc.

4. Have you ever served on a jury? If so, please state when, the length of your jury service, and without regard for the outcome, whether the jury ever reached a verdict.

5. Have you or any members of your family ever worked in the payments industry?

6. Are you currently employed? If yes:

- Where do you work?
- How long have you worked there?
- What is your current position?

7. Have you or any members of your family ever had an issued patent?

8. Have you ever been involved in developing technology related to accepting or processing payment card (credit or debit) transactions?

9. Have you ever had technology or an invention stolen from you?

10. Have you ever been treated unfairly in a business deal?

11. Have you ever brought a lawsuit in connection with business deal that went bad?

12. Have you ever worked as an engineer?

13. Have you or any members of your family ever been involved in a lawsuit, either as a party, witness or otherwise?

       14.     Is there any reason that I have not asked you about that would make it so you could not be fair and impartial to the parties on both sides of this lawsuit?

Dated: April 10, 2023.

                                        Respectfully submitted:

                                        KUTAK ROCK LLP

                                        */s/ Melissa A. Bozeman*
                                  By: Melissa A. Bozeman (Pro Hac Vice)
                                      Pennsylvania Bar No. 201116
                                      Oliver D. Griffin (Pro Hac Vice)
                                      Pennsylvania Bar No. (80126)
                                      Peter N. Kessler (Pro Hac Vice)
                                      Pennsylvania Bar No. 209033
                                      Two Logan Square
                                      100 N. 18th Street, Suite 1920
                                      Philadelphia, PA  19103-4104
                                      (215) 299-4384 (Telephone)
                                      (215) 981-0719 (Facsimile)
                                      Melissa.bozeman@kutakrock.com
                                      Oliver.griffin@kutakrock.com
                                      Peter.kessler@kutakrock.com

                                            and

                                      Leland P. Abide (Pro Hac Vice)
                                      KUTAK ROCK LLP
                                      60 South Sixth Street, Suite 3400
                                      Minneapolis, MN 55402
                                      (612) 334-5028 (Telephone)
                                      (612) 334-5050 (Facsimile)
                                      leland.abide@kutakrock.com

                                            and

                                     Jonathon D. Friedmann, Esq. (BBO # 180130)
                                     Robert P. Rudolph, Esq. (BBO # 684583)
                                     RUDOLPH FRIEDMANN LLP
                                     92 State Street
                                     Boston, MA 02109
                                     Tel.: (617) 723-7700
                                     Fax: (617) 227-0313
                                     JFriedmann@rflawyers.com
                                     RRudolph@rflawyers.com

                                       and

        Ricardo G. Cedillo
        DAVIS, CEDILLO & MENDOZA, INC.
        755 E. Mulberry Ave., Ste 500
        San Antonio, Texas 78212
        Tel: (210) 822-6666
        Fax: (210) 822-1151
        rcedillo@lawdcm.com

        *Attorneys for Plaintiffs / Counterclaim-Defendants*

## CERTIFICATE OF SERVICE

I, Melissa A. Bozeman hereby certify that I have served a true and correct copy of the foregoing Proposed Questions for *Voir Dire* on this 10th day of April, 2023, upon all counsel of record via CM / ECF Notification.

*/s/ Melissa A. Bozeman*
Melissa A. Bozeman
