UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANYWHERECOMMERCE, INC. and BBPOS LIMITED,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>INGENICO INC., INGENICO CORP. and INGENICO GROUP, SA,<br>　　　　　　Defendants. | CIVIL ACTION NO.<br>1:19-cv-11457-IT |

**DEFENDANTS' BEN LO DEPOSITION DESIGNATIONS**

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 11:13-12:5 | None.[1] | None.[1] | None.[1] |
| 26:4-28:12 | None.[1] | None.[1] | None.[1] |
| 32:20-34:2 | None.[1] | None.[1] | None.[1] |
| 34:3-15 | None.[1] | None.[1] | None.[1] |
| 36:25-39:19 | None.[1] | None.[1] | None.[1] |
| 39:20-40:12 | None.[1] | None.[1] | None.[1] |

---

[1] Plaintiffs made no specific objections to Defendants' page and line deposition designations and offered no counter designations. Instead, Plaintiffs raised the following: "Plaintiffs object to these deposition designations in so much as Ben Lo will attend and testify as a live witness at trial. *See* Section IV, hereafter. Plaintiffs reserve the right to object and/or make counter-designations in the unanticipated event that Mr. Lo is unavailable at trial." Pls.' Obj. to Proposed Evd. Apr. 5, 2023. Defendants submit that, pursuant to Rule 32(a)(3), the unavailability of Mr. Lo, President of BBPOS and its Rule 30(b)(6) designee, is not a prerequisite for the use by the Defendants of Mr. Lo's deposition testimony at trial.

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 52:20-54:8 | None.[1] | None.[1] | None.[1] |
| 63:11-25 | None.[1] | None.[1] | None.[1] |
| 82:10-83:17 | None.[1] | None.[1] | None.[1] |
| 83:22-84:3 | None.[1] | None.[1] | None.[1] |
| 84:4-9 | None.[1] | None.[1] | None.[1] |
| 84:10-25 | None.[1] | None.[1] | None.[1] |
| 85:2-16 | None.[1] | None.[1] | None.[1] |
| 88:22-90:18 | None.[1] | None.[1] | None.[1] |
| 91:3-11 | None.[1] | None.[1] | None.[1] |
| 95:7-23 | None.[1] | None.[1] | None.[1] |
| 96:1-22 | None.[1] | None.[1] | None.[1] |
| 96:23-99:4 | None.[1] | None.[1] | None.[1] |
| 99:13-17 | None.[1] | None.[1] | None.[1] |
| 101:15-102:1 | None.[1] | None.[1] | None.[1] |
| 106:7-13 | None.[1] | None.[1] | None.[1] |
| 106:19-25 | None.[1] | None.[1] | None.[1] |

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 112:5-23 | None.[1] | None.[1] | None.[1] |
| 112:24-113:21 | None.[1] | None.[1] | None.[1] |
| 113:24-114:25 | None.[1] | None.[1] | None.[1] |
| 115:1-2 | None.[1] | None.[1] | None.[1] |
| 115:13 | None.[1] | None.[1] | None.[1] |
| 117:15-23 | None.[1] | None.[1] | None.[1] |
| 118:16-119:19 | None.[1] | None.[1] | None.[1] |
| 119:20-120:17 | None.[1] | None.[1] | None.[1] |
| 127:24-128:10 | None.[1] | None.[1] | None.[1] |
| 128:25-130:5 | None.[1] | None.[1] | None.[1] |
| 134:7-137:5 | None.[1] | None.[1] | None.[1] |
| 137:6-140:7 | None.[1] | None.[1] | None.[1] |
| 140:11-18 | None.[1] | None.[1] | None.[1] |
| 140:19-142:3 | None.[1] | None.[1] | None.[1] |
| 142:7-8 | None.[1] | None.[1] | None.[1] |
| 143:20-146:22 | None.[1] | None.[1] | None.[1] |

| Defendant's Initial Designation | Plaintiff's Objection | Plaintiffs' Explanation | Plaintiffs' Counter Designation |
|---|---|---|---|
| 147:9-150:7 | None.[1] | None.[1] | None.[1] |
| 150:8-151:25 | None.[1] | None.[1] | None.[1] |
| 152:1-25 | None.[1] | None.[1] | None.[1] |
| 153:1-154:12 | None.[1] | None.[1] | None.[1] |
| 154:13-22 | None.[1] | None.[1] | None.[1] |
| 156:8-157:4 | None.[1] | None.[1] | None.[1] |
| 157:5-160:10 | None.[1] | None.[1] | None.[1] |
| 160:11-163:7 | None.[1] | None.[1] | None.[1] |
| 176:1-184:24 | None.[1] | None.[1] | None.[1] |
| 192:6-193:25 | None.[1] | None.[1] | None.[1] |
| 194:1-19 | None.[1] | None.[1] | None.[1] |
| 219:20-220:17 | None.[1] | None.[1] | None.[1] |
| 225:14-228:5 | None.[1] | None.[1] | None.[1] |
| 228:6-19 | None.[1] | None.[1] | None.[1] |
| 232:23-234:3 | None.[1] | None.[1] | None.[1] |

INGENICO INC., INGENICO CORP. AND INGENICO GROUP, SA,

By their attorneys,

/s/ *Jeffrey K. Techentin*

JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
NICOLE J. BENJAMIN (BBO #666959)
JEFFREY K. TECHENTIN (*pro hac vice*)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
jtechentin@apslaw.com
Dated: April 10, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I caused to be served via electronic mail a true copy of the within document on the following counsel of record:

Jonathon D. Friedmann, Esq.
Robert P. Rudolph, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

Oliver D. Griffin, Esq.
Peter N. Kessler, Esq.
Melissa A. Bozeman, Esq.
Kutak Rock LLP
303 Peach Street, N.E., Suite 2750
Atlanta, GA 30308
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com
Melissa.bozeman@kutakrock.com

Ricardo G. Cedillo, Esq.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
rcedillo@lawdcm.com

   /s/ *Jeffrey K. Techentin*
    Jeffrey K. Techentin