# **EXHIBIT 6**

**In the Matter Of:**

ANYWHERECOMMERCE vs INGENICO, INC.

1:19-cv-11457-IT

# BEN LO

*December 08, 2021*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4

 5
    ANYWHERECOMMERCE, INC. and
 6  BBPOS LIMITED

 7        VS.                        C.A. No. 1:19-cv-11457-IT

 8  INGENICO, INC., INGENICO
    CORP., INGENICO GROUP, SA,
 9  and INGENICO VENTURES SAS

10

11

12

13

14

15      VIDEOTAPED WEB CONFERENCE DEPOSITION OF

16                       BEN LO

17

18                  December 8, 2021

19                     12:30 p.m.

20

21

22

23          Denise A. Webb, CSR, RPR

24

25
```



|    |                                                          |
|----|----------------------------------------------------------|
| 1  | APPEARANCES OF COUNSEL                                   |
| 2  |                                                          |
| 3  |                                                          |
| 4  | COUNSEL FOR THE PLAINTIFFS:                              |
|    | LAW OFFICES OF KUTAK ROCK, LLP                           |
| 5  | 1801 CALIFORNIA STREET, SUITE 3000                       |
|    | DENVER, COLORADO  80202                                  |
| 6  | BY:   OLIVER D. GRIFFIN, ESQUIRE                         |
|    | BY:   MELISSA A. BOZEMAN, ESQUIRE                        |
| 7  | oliver.griffin@kutakrock.com                             |
|    | melissa.bozeman@kutakrock.com                            |
| 8  |                                                          |
|    | COUNSEL FOR THE DEFENDANTS:                              |
| 9  | LAW OFFICES OF ADLER, POLLOCK & SHEEHAN                  |
|    | ONE CITIZENS PLAZA, 8TH FLOOR                            |
| 10 | PROVIDENCE, RHODE ISLAND  02903                          |
|    | BY:   JEFFREY K. TECHENTIN, ESQUIRE                      |
| 11 | jtechentin@apslaw.com                                    |
| 12 |                                                          |
| 13 | ALSO PRESENT:   HEIDI STUART, VIDEOGRAPHER               |
| 14 |                                                          |
| 15 |                                                          |
| 16 |                                                          |
| 17 |                                                          |
| 18 |                                                          |
| 19 |                                                          |
| 20 |                                                          |
| 21 |                                                          |
| 22 |                                                          |
| 23 |                                                          |
| 24 |                                                          |
| 25 |                                                          |



1      the NDA with ROAM Data before we started
2      business.
3  Q.  And that NDA governed this disclosure?
4      A.  Yes.
5  Q.  And BBPOS made the disclosure voluntarily to ROAM
6      Data, correct?
7      A.  Yes.
8  Q.  Do you contend that the -- strike that.  So I'd
9      like to ask you questions about the trade secret
10     allocations, and those cover a number of
11     different claims.  What were the trade secrets
12     that were stolen by the defendants?
13     A.  They consist of a few things, including
14     hardware part and software part.  In the hardware
15     part of, you know, it's the audio jack is long
16     standard.  It has a polarity, a positive and
17     negative.  It's like electric (inaudible) with a
18     positive and a negative.
19          In different from we have different
20     polarity.  So in order -- if a product -- if a
21     part of the audio jack (inaudible) with different
22     polarity, it will destroy the wisest.  Just like
23     electric front.  If you cross positive to the
24     negative, it will burn.  It will burn the
25     (inaudible) or burn the electric comprises.

```
 1        So we come up with a method to overcome
 2   that.  So we devise circuit which can allow the
 3   wisest to (inaudible) mobile phone, no matter
 4   what polarity it is.  This is one of the trade
 5   secrets.
 6        Another one is the automatic gain control or
 7   AGC.  So the automatic gain control is like a
 8   different phone.  It is not your standard.  So
 9   the automatic gain control is the mixture that
10   the wisest can communicate with the phone at
11   optimum speed.  So the control, the communication
12   speed, the communication wall page of the product
13   with the smartphone.  So this is another trade
14   secret.
15        And the third thing is about communication
16   format or communication protocol.  It's like a
17   language that the two of the wisest communicate.
18   So this format is another secret that we share
19   with ROAM Data.
20        And the last one is the key -- is the key
21   generation (inaudible).  We call it DUKPT.  So we
22   treat the DUKPT in a way that can be used for
23   generation of the key for card data.  So these
24   are the trade secrets that we identify as and
25   being stolen by Ingenico.
```



```
 1   Q.   Anything else?
 2        A.   That's it.
 3   Q.   All right.  So you indicated that there was a
 4        hardware and a software component.  So let me
 5        take those in reverse.  The last one you
 6        mentioned was the key generation method, which I
 7        believe you referred to as DUKPT?
 8        A.   Yes.
 9   Q.   And that's D-U-K-P-T?
10        A.   Yes.
11   Q.   That's not a BBPOS term.  That's an industry
12        standard term, DUPKT, right?
13        A.   Yes.  That's a standard term.
14   Q.   And DUKPT is a standard function in point of sale
15        devices, correct?
16        A.   It's a standard function in point of sale
17        devices.  So in point of sale devices, people use
18        the DUKPT for generation of the key to encrypt
19        the P (phonetic).
20   Q.   And is the key generation method that you
21        identify as a trade secret strictly software?
22        A.   Yes.
23   Q.   The next one, again, going backwards is the
24        automatic gain control function.  And if I
25        understand that correctly, that solution solves
```



1                      C E R T I F I C A T E

2

3

4          I, Denise A. Webb, a Notary Public within and
   for the Commonwealth of Massachusetts, duly
5  commissioned, qualified and authorized to administer
   oaths and to take and certify depositions, do hereby
6  certify that heretofore, to wit, on December 8, 2021
   at 12:30 p.m.  The witness was, by me, duly sworn to
7  testify to the truth, the whole truth, and nothing but
   the truth.
8

9          I further certify that the foregoing Deposition
   was taken down by me in machine shorthand and
10 transcribed by computer, and that the foregoing
   transcript contains a true record of the proceedings
11 to the best of my ability.  This proceeding was done
   remotely via web conference and may result in some
12 inaccuracies and/or dropped words created by audio
   conflicts that may arise during any web-based event.
13 I further certify that I am not interested in the
   event of this action.
14

15         IN WITNESS WHEREOF, I have hereunto subscribed
   my hand this 19th day of December, 2021.
16

17

18              ** COURT REPORTER'S DISCLAIMER **

19      Due to the accent of the witness, many parts of
   the transcript were inaudible or unreportable.  This
20 was discussed and understood by all parties at the
   time of the proceeding.  This transcript reflects the
21 best of my abilities.

22

23

24 _____
   Denise A. Webb, Notary Public
25 My Commission expires March 11, 2027