UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANYWHERECOMMERCE, INC.** and **BBPOS LIMITED,**<br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>**INGENICO INC., INGENICO CORP.** and **INGENICO GROUP, SA,**<br>　　　　　　　　Defendants. | **CIVIL ACTION NO.**<br>**1:19-cv-11457-IT** |

**PLAINTIFFS' UNRESOLVED OBJECTIONS TO PROPOSED EVIDENCE**

Pursuant to the Court's Second Amended Procedural Order Re: Pretrial/Trial dated March 29, 2023 (Doc. No. 229), Plaintiffs AnywhereCommerce, Inc. ("AC") and BBPOS Limited ("BBPOS," and together "Plaintiffs"), by and through their undersigned counsel, Kutak Rock LLP, submit unresolved objections to certain evidence identified on Defendants' March 31, 2023 Pretrial Submissions, namely, Defendants' Deposition Designations of Rule 30(b)(6) Deposition of BBPOS Limited (Doc. No. 231), Defendants' Deposition Designations of Ben Lo (Doc. No. 232), and Defendants' Witness List (Doc. No. 234)[1], as follows:

**I.   PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS OF RULE 30(B)(6) DEPOSITION OF BBPOS LIMITED**

Plaintiffs object to these deposition designations in so much as Ben Lo, the corporate designee at issue, will attend and testify as a live witness at trial. *See* Section IV, hereafter.

---

[1] Plaintiffs' unresolved objections to evidence listed on Defendants' Exhibit List (Doc. No. 233) will be presented via the parties' separate Joint Exhibit List.

Plaintiffs reserve the right to object and / or make counter-designations in the unanticipated event that Mr. Lo is unavailable at trial.

## II. PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS OF BEN LO

Plaintiffs object to these deposition designations in so much as Ben Lo will attend and testify as a live witness at trial. *See* Section IV, hereafter. Plaintiffs reserve the right to object and / or make counter-designations in the unanticipated event that Mr. Lo is unavailable at trial.

## III. PLAINTIFFS' OBJECTIONS TO & RESERVATION OF RIGHTS CONCERNING THE DOCUMENTS AND MATERIALS IDENTIFIED ON DEFENDANTS' EXHIBIT LIST, AS AMENDED

Plaintiffs object and reserve the right to make, withdraw, or assert additional objections to the documents and materials identified on Defendants' Exhibit List as will be indicated in the contemporaneously filed Joint Exhibit List (see Column 5, appearing therein). In addition to the objections appearing in Exhibit A, Plaintiffs reserve the right to make any and all objections to the proposed testimony and other evidence as may be presented in their Motion *in Limine* filings (filed April 10, 2023), as warranted hereafter or during trial, or as otherwise permissible under applicable law, rules of court, or Court Orders.

## IV. PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WITNESS LIST

Plaintiffs object to the following proposed witnesses and / or witness testimony identified on Defendants' Witness List, as follows:

| Defendants' Proposed Witnesses | Plaintiffs' Objections / Reservations |
|---|---|
| I(C) – Kerry Timbers | Prejudicial [FRE 403; 611(a)]; Failure to Identify Witness in Initial Disclosures [FRCP 37(c)(1)]; Additional Objections Reserved for Motions *in Limine* |
| I(D) – Dr. Jennifer Vanderhart | Evidentiary / *Daubert* Objections to Expert Opinions or Scope / Sufficiency Thereof [FRE 701, *et seq.*]; Additional Objections Reserved for Motions *in Limine* |

| | |
|---|---|
| I(E) – Dr. Michael Shamos | Evidentiary / *Daubert* Objections to Expert Opinions or Scope / Sufficiency Thereof [FRE 701, *et seq.*]; Additional Objections Reserved for Motions *in Limine* |
| ~~II(A) – Victor Young as Video Witness~~ | ~~Improper [FRCP 30, 32, 43(a); L.R. 7.1]; Electronic Order (Doc. No. 245)~~ |
| III(A) – Ben Lo by Deposition Designations | Hearsay (Witness Available) [FRE 801, *et seq.*]; Improper [FRCP 32] |
| III(B) – Ben Lo (BBPOS Limited 30(b)(6) Designee) by Deposition Designations | Hearsay (Witness Available) [FRE 801, *et seq.*]; Improper [FRCP 32] |

Plaintiffs reserve the right to make any and all objections to the proposed witnesses and / or witness testimony as may be presented in their impending Motion *in Limine* filings (due April 10, 2023), as warranted hereafter or during trial, or as otherwise permissible under applicable law, rules of court, or Court Orders.

Dated: April 10, 2023.

                                              Respectfully submitted:

                                              KUTAK ROCK LLP

                                              */s/ Melissa A. Bozeman*
                                      By: Melissa A. Bozeman (Pro Hac Vice)
                                          Pennsylvania Bar No. 201116
                                          Oliver D. Griffin (Pro Hac Vice)
                                          Pennsylvania Bar No. (80126)
                                          Peter N. Kessler (Pro Hac Vice)
                                          Pennsylvania Bar No. 209033
                                          Two Logan Square
                                          100 N. 18th Street, Suite 1920
                                          Philadelphia, PA  19103-4104
                                          (215) 299-4384 (Telephone)
                                          (215) 981-0719 (Facsimile)
                                          Melissa.bozeman@kutakrock.com
                                          Oliver.griffin@kutakrock.com
                                          Peter.kessler@kutakrock.com

                                          and

                                          Leland P. Abide (Pro Hac Vice)
                                          KUTAK ROCK LLP

60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
(612) 334-5028 (Telephone)
(612) 334-5050 (Facsimile)
leland.abide@kutakrock.com

and

Jonathon D. Friedmann, Esq. (BBO # 180130)
Robert P. Rudolph, Esq. (BBO # 684583)
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Tel.: (617) 723-7700
Fax: (617) 227-0313
JFriedmann@rflawyers.com
RRudolph@rflawyers.com

and

Ricardo G. Cedillo
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
Tel: (210) 822-6666
Fax: (210) 822-1151
rcedillo@lawdcm.com
*Attorneys for Plaintiffs / Counterclaim-Defendants*

## CERTIFICATE OF SERVICE

I, Melissa A. Bozeman hereby certify that I have served a true and correct copy of the foregoing Unresolved Objections on this 10th day of April, 2023, upon all counsel of record via CM / ECF Notification.

                                     */s/ Melissa A. Bozeman*
                                     Melissa A. Bozeman