# Exhibit 1

# In the Matter Of:

## ANYWHERECOMMERCE vs INGENICO, INC.

1:19-cv-11457-IT

## BEN LO

*December 08, 2021*



800.211.DEPO (3376)
EsquireSolutions.com

1    A.  I haven't done anything yet.
2    Q.  And then when you lost the business to PayPal,
3        did you do anything to figure out if Ingenico's
4        product utilized your trade secrets?
5    A.  No.  I don't have energy to do that.
6    Q.  You don't have energy?
7    A.  Yeah.  Because by that period of time, I just
8        need to focus on the business.  When ROAM Data,
9        they don't buy the product, the new order from
10       us, we are losing money.  So I don't have enough
11       time or resources to do the investigation.
12   Q.  So when you lost the business to PayPal, did that
13       increase your concern about the trade secret
14       issue?
15   A.  Yes.
16   Q.  At that point, did you think that the trade
17       secrets had been stolen and misused?
18   A.  Yes.
19   Q.  And what year is that?
20   A.  Repeat.
21   Q.  What year?
22   A.  It's 2014, 2015.
23   Q.  Is that before or after you see the prototype at
24       the trade show?
25   A.  After.



1  Q.  And we said before, that's the end of 2014, so
2      does that -- does that orient you to the time
3      when you would have lost the PayPal business to
4      Ingenico?
5  A.  Yeah.  We lost the business -- we lost the
6      business of PayPal to Ingenico in 2015.
7  Q.  And at that point, you think your trade secrets
8      had been violated, but you didn't terminate the
9      contract you had with ROAM Data, right?
10 A.  Correct.
11 Q.  And, in fact, even in 2016 and 2017 and 2018, you
12     never terminated that contract, right?
13 A.  I still got some business from ROAM Data, so
14     I don't terminate the contract.
15 Q.  Even though you thought they had stolen your
16     trade secrets and they were competing with you
17     using devices that unlawfully used those trade
18     secrets, right?
19 A.  Yes.  I still need their revenue.
20 Q.  So have you ever performed any analysis of the
21     RP350X or any other Ingenico product to determine
22     how, if at all, it utilizes any of the
23     information that you've identified as trade
24     secret?
25 A.  No.  And --



```
 1                       C E R T I F I C A T E

 2

 3

 4          I, Denise A. Webb, a Notary Public within and
     for the Commonwealth of Massachusetts, duly
 5   commissioned, qualified and authorized to administer
     oaths and to take and certify depositions, do hereby
 6   certify that heretofore, to wit, on December 8, 2021
     at 12:30 p.m.  The witness was, by me, duly sworn to
 7   testify to the truth, the whole truth, and nothing but
     the truth.
 8

 9          I further certify that the foregoing Deposition
     was taken down by me in machine shorthand and
10   transcribed by computer, and that the foregoing
     transcript contains a true record of the proceedings
11   to the best of my ability.  This proceeding was done
     remotely via web conference and may result in some
12   inaccuracies and/or dropped words created by audio
     conflicts that may arise during any web-based event.
13   I further certify that I am not interested in the
     event of this action.
14

15          IN WITNESS WHEREOF, I have hereunto subscribed
     my hand this 19th day of December, 2021.
16

17

18                 ** COURT REPORTER'S DISCLAIMER **

19         Due to the accent of the witness, many parts of
     the transcript were inaudible or unreportable.  This
20   was discussed and understood by all parties at the
     time of the proceeding.  This transcript reflects the
21   best of my abilities.

22

23

24   _____
     Denise A. Webb, Notary Public
25   My Commission expires March 11, 2027
```

[Notary seal: Denise A. Webb, NOTARY PUBLIC, Commonwealth of Massachusetts, My Commission Expires March 11, 2027]