# Exhibit A

Page 1

MICHAEL SHAMOS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - -

ANYWHERECOMMERCE,                :   CIVIL DOCKET

INC.,and BBPOS LIMITED      :

:

PLAINTIFFS        :   NO.

:   1:19-cv-11457-IT

vs.              :

:

INGENICO, INC., INGENICO   :

CORP., and INGENICO         :

GROUP SA                    :

:

DEFENDANTS       :

:

- - -

REMOTE DEPOSITION OF

MICHAEL SHAMOS

- - -

Taken remotely, via Zoom, on Tuesday,
May 17th, 2022, beginning at 10:00 a.m., before
Beau Dillard, RPR, a Notary Public in and for
the Commonwealth of Pennsylvania, State of
New York and Certified Registered Professional
Reporter.

- - -

VERITEXT NATIONAL COURT REPORTING COMPANY

MID-ATLANTIC REGION

1801 Market Street - Suite 1800

Philadelphia, Pennsylvania  19103

Page 333

1                    MICHAEL SHAMOS

2      there's a -- there's -- at least when I read

3      it, I have the impression that there's a

4      reverse engineering being undertaken of the

5      mPOS device.

6                    And maybe that's an incorrect

7      implication or conclusion that I'm reaching.

8      Is that what you're trying to -- is that what

9      you're expressing here?

10          A.        Well, so I don't remember

11     everything in the security analysis.  My

12     recollection is in Frisby they were looking at

13     both the devices and the software for the

14     devices.

15          Q.        Okay.

16          A.        Because I remember some -- I

17     recall some mention of potential hardware tax

18     that could be made against the devices which

19     suggests hardware reverse engineering.

20          Q.        Well, you'll agree that the

21     publication says what it says?

22          A.        Oh, absolutely.

23          Q.        Fair enough.  Okay.  So let's

24     take a look at 82 of your report?

25          A.        Uh-huh.

```
                                        Page 334

1                    MICHAEL SHAMOS
2        Q.        So you said here any detection
3    embodied in any BBPOS circuits could be readily
4    ascertained by reverse engineering.
5                  Do you see that?
6        A.        Yes.  You open the box and you
7    look at the circuit.
8        Q.        Okay.  Is that the basis for
9    your opinion?
10        A.        Yes.
11        Q.        Okay is there any other
12    information that you -- or data that you looked
13    at that would be also relevant to the
14    conclusion that you reached?
15        A.        Don't need any.  If you allege
16    that a circuit is a trade secret and you put
17    your circuit in publically available devices,
18    it's no longer a trade secret, that's why we
19    have patents.
20                  Anybody can open it up look at
21    it and say, oh, I can use that.  I'll put that
22    in my device, no prohibition against that
23    unless it's patented.
24        Q.        Does your conclusion in this
25    regard necessarily assume that it's in the
```