Exhibit 2



Deposition of:
# Christopher J. Rossaert

*October 13, 2021*

In the Matter of:

# Anywhere Commerce Inc., Et Al. v. Ingenico Inc., Et Al.

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

Page 1

1                              VOLUME:   I

2

3                UNITED STATES DISTRICT COURT

4              FOR THE DISTRICT OF MASSACHUSETTS

5              Civil Docket No:  1:19-cv-11457-IT

6      _____

7      ANYWHERECOMMERCE, INC. and BBPOS    )

8      LIMITED                             )

9                      Plaintiffs          )

10                     vs.                 )

11     INGENICO INC., INGENICO CORP., and  )

12     INGENICO GROUP SA                   )

13                     Defendants          )

14     _____)

15

16                     REMOTE VIDEOTAPED DEPOSITION OF

17     CHRISTOPHER J. ROTSAERT, called as a witness by and

18     on behalf of the Plaintiffs, pursuant to the

19     applicable provisions of the Federal Rules of Civil

20     Procedure, before P. Jodi Ohnemus (remotely), RPR,

21     RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR

22     #123193, and Notary Public, within and for the

23     Commonwealth of Massachusetts, at Boston,

24     Massachusetts, on Wednesday, October 13, 2021,

25     commencing at 10:03 a.m.

```
                                          Page 2

 1

 2      APPEARANCES:

 3

 4                       (Via Videotape)

 5                       KUTAK ROCK LLP

 6                       BY:  Peter N. Kessler, Esq.

 7                       Melissa A. Bozeman, Esq.

 8                       1760 Market Street, Suite 1100

 9                       Philadelphia, PA  19103

10                       215 288-4384

11                       Peter.kutak@kutakrock.com

12                       Melissa.bozeman@kutakrock.com

13                       For the Plaintiffs

14

15                       (Via Videoconference)

16                       ADLER POLLOCK & SHEEHAN P.C.

17                       BY:  Jefrey Techentin, Esq.

18                       1 Citizens Plaza, 8th Floor

19                       Providence, RI  02903

20                       Jtechentin@apslaw.com

21                       For the Defendants

22

23      ALSO PRESENT:

24                       (Via Videoconference)

25                       Bob Giannini, Video Operator
```

1                        I N D E X

2

3      TESTIMONY OF:                              PAGE

4

5      CHRISTOPHER J. ROTSAERT

6      (By Mr. Kessler)

7

8          Attorneys' eyes only - page 177-214

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 30

```
 1        A.    So there was the product definition.  So I

 2    had some product manager that was specifying the

 3    product interfacing with the R&D teams to develop

 4    the products; and I was preparing the -- what we

 5    call the delivery to --

 6             (Court Reporter comment.)

 7        A.    -- delivery is to provide the IO for the

 8    sales and the marketing team to prepare all the --

 9             (Court Reporter comment.)

10        A.    -- the material that marketing team and

11    sales team would need to be able to promote and to

12    sell the -- the product.

13        Q.    I see here it says that you are -- the

14    "Highlights:  Delivered complete mPOS hardware and

15    SDK strategy & products portfolio involving 4 R&D

16    teams (US, France, China, HK)" -- Hong Kong.

17             What were those four research and

18    development teams that you were working with?

19        A.    So as I said, so I had the responsibility

20    for products within Roam Data.  So for Roam Data

21    the mobile and the back end was developed in

22    Boston.  On the card reader, some products -- I

23    mean, mostly one product was developed by BBPOS.

24        Q.    And -- I'm sorry.  One more time.

25             And what was developed by BBPOS?
```

215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 31

1          A.    Some card readers.  So G3, G4X, G5X.

2          Q.    Okay.

3          A.    And there was product developed by Landi,

4     so the one with the R&D in China.

5          Q.    And what -- what did Landi develop?

6          A.    So Landi developed the product you see

7     below, which are below, which are RP350x, RP --

8               (Court Reporter comment.)

9          A.    So the R, like Robert, P350.

10         Q.    The RP350x, you say?

11         A.    Yes, and RP750x.

12         Q.    And the RP750x?

13         A.    Yes.  And with my responsibility for

14     Ingenico, we had also some products like ICMP

15     developed by Valence.  So that's why you can say

16     it's four.  So Hong Kong, BBPOS, Valence, Ingenico,

17     B -- Boston, Roam Data, and Landi.

18         Q.    Understood.

19               Let's take -- let's take them one by one.

20     When you say the back end, what was the back end

21     solution that Roam Data was providing in this 2012

22     to 2015 time frame?

23         A.    So Roam Data had and still have -- I mean,

24     I think -- I think had a payment gateway.

25               (Court Reporter comment.)

1      A.    Back in 2012, we were working on different

2    scenario.  There was this scenario, the joint

3    development, Valence with BBPOS, and there was a

4    second scenario which was BBPOS with only BBPOS,

5    not involving Valence.  So we have these two

6    products working in parallel, both as pro -- so

7    that's the reason why we wanted to do the two

8    prestudy because at this point we were in prestudy

9    stage.

10      Q.    You were in what stage?  I'm sorry, sir.

11      A.    Prestudy.

12      Q.    Prestudy?

13      A.    Yeah.  So before formally launching the

14    product.

15      Q.    Okay.  Was there -- was there a -- which

16    of the -- was there a difference between the M-Core

17    and the Telium?  Was that the issue?

18      A.    I would say differently:  The BBPOS was

19    using the -- what they call M-Core.  BBPOS was

20    lacking what we call an EMV Kernel, which is the

21    software to be able to process a chip counter,

22    which is essential for our product.

23            On the other side, the Telium product,

24    Telium platform, was, I would say, a quite

25    peripheral platform which was not supporting the

Page 59

```
 1      audio jack connectivity.  So that was a question,

 2      how can we have the audio jack connectivity

 3      supported on Telium, and would the Telium platform

 4      be a good choice for the development?

 5          Q.   I'll read the third line of that

 6      paragraph, "Objective is to go fast with BBPOS on

 7      the nonPCI PTS and also on Valence side with PCI

 8      PTS version."

 9               Could you tell me what that meant.

10          A.   Yup.  So in the payment space you have the

11      capability of recounts, magstripe, EMV,

12      contactless, but there is one other dimension for a

13      product, which is the level of security; and PCI

14      PTS is a standout from the industry but define a

15      certain level of capability from security

16      standpoint.

17          Q.   When you next wrote "I want to avoid

18      redeveloping bricks that we already own," what did

19      you mean by that?

20          A.   I don't recall the -- the meaning I had

21      there.  Sorry.

22          Q.   Were you concerned about Ingenico having

23      to redevelop bricks that Roam already owned?

24          A.   I think the objective we had was to

25      combine the BBPOS and Valence to be efficient.
```

1      A.   I don't recall.  Probably before 2010,
2    2009.
3      Q.   Okay.  Is the battery size of the Ingenico
4    devices, is that the same as the battery size of
5    the BBPOS devices?
6      A.   So if you remember the Ingenico -- the
7    mPOS was very new market.  Before the mPOS,
8    Ingenico had, let's say, bulky devices.  So the
9    size was the -- the size of the battery has nothing
10   to compare.  The battery being used in the Ingenico
11   product was maybe five times, ten times what BBPOS
12   was thinking to use.
13     Q.   How about the chipsets?  Were the -- were
14   the chipsets the same between the two devices?
15     A.   So there is two parts -- I mean, two
16   chipset are mentioned.  There is an M-Core and -- I
17   don't remember what is the brand, what is exact
18   reference.  And that's all there is.  And there's
19   the transceiver, which is your -- transceiver -- so
20   receives what is providing the radio capability.
21          So BBPOS -- in this email he is mentioning
22   that they have been looking at PN533, PN511, 512
23   from NXP.  And NXP is -- back in 2012 -- I think
24   the leader of the market.  So probably most of any
25   payment terminal was using NXP.

```
 1              IngenicoInc_284343-344, French.)
 2              (Exhibit 30, English translation
 3              of Exhibit 29, IngenicoInc_284343-344.)
 4              MR. TECHENTIN:  So I'm going to have the
 5       same objection, obviously, to --
 6              MR. KESSLER:  Understood.  You're
 7       objecting to the English translation as not
 8       authenticated or --
 9              MR. TECHENTIN:  As authenticated, really.
10       I'm not -- I'm not doing this to make you read the
11       French.  I'm simply not stipulating to the
12       translation.
13              MR. KESSLER:  Right.  I -- I understand.
14       I'd do the same in your shoes.
15          Q.   So let's look at Exhibit 29, which has --
16       which has -- does have a sticker in front of it and
17       Exhibit 30 also has a sticker.
18          A.   (Witness reviews document.)
19          Q.   You know, at the very top of the -- of the
20       first page you're asking Jianzhong Li and Piere
21       Pignal -- you write in French, which I will attempt
22       to read again.  "Okay.  Dans ce cas, peux tu
23       demander a landi de faire l'analyse.  Points
24       faibles et cost analysis.  Que l'on ait de la
25       matiere pour les demollir face aux clients, surtout
```

ATTORNEYS' EYES ONLY

1        Q.    What is this document?

2        A.    As it's stating, it's a product

3    requirement document.  So that is the list of all

4    the requirements provided to the R&D to develop the

5    product.

6        Q.    On the first -- on page -- what's marked

7    as page 2, the first page in, I see a list of

8    creation dates and author.

9              Are you the author of this document?

10       A.    As it -- as it's written in the page 2, I

11   am the author of the document.

12       Q.    To some degree my questions on this are

13   redundant, but I do want to pin it down.

14             It's -- on page 13 --

15       A.    Is there -- is the page number from the

16   original document?

17       Q.    Yeah.  I'm going -- I'm just relapsing to

18   the pages of the document itself.  So I believe

19   it's IngenicoInc_0164646.

20       A.    Okay.

21       Q.    At the top of the page it says "Product

22   Requirements Document RP750X version 6.0."  We are

23   in section 3.7, "Value proposition."  This is the

24   second page of that section.  It says "Allow access

25   to complete Roam/Ingenico product portfolio thanks

ATTORNEYS' EYES ONLY

```
 1      to common APIs, unrivaled device, unique, ultra

 2      compact design with Roam DNA style."

 3             What is "Roam DNA style"?

 4      A.   So the industrial design, so the half moon

 5      industrial design.

 6      Q.   The industry designer, is that the -- is

 7      that the -- what does "DNA" speak to?

 8      A.   You know the -- how you identify Roam

 9      Data, this is your product.  Maybe DNA is not the

10      best wording, but if you look at the art piece of

11      what you see, because of the half moon shape, you

12      recognize immediately that it's a product from Roam

13      Data.

14      Q.   Actually, the bottom of that page also I

15      see a -- where there's -- section 3.8 is SWOT.

16             What does that stand for?

17      A.   Strengths, weakness, opportunities,

18      threats.

19      Q.   There it is; right?  I'm curious about the

20      "Threats" box.  What were the threats that you

21      perceived in connection with this?

22      A.   I don't remember.  I mean, this document

23      has been updated over time.  This part was probably

24      figure in the very early version.  I think it was

25      about all the ecosystem of the IP with the square,
```

ATTORNEYS' EYES ONLY

1    with the -- there was a little bit of noise in the

2    market about the IP relative to the audio jack

3    technology.

4        Q.   And could you tell me more about what the

5    risk was in connection with that IP for the audio

6    jack technology -- or connectivity, as it says?

7        A.   I cannot really be specific here, except

8    that at this time, as a general rule, noise in the

9    markets, with the Squire being FX, if I remember,

10   by Molly [verbatim] or another company.  So there

11   was always a risk to get IP activity, I would say.

12       Q.   Did you have concerns about your own --

13   your own standing on IP issues regarding the 750X?

14       A.   Not specifically for the 750, no.

15       Q.   I want to go now to page 21.  Page 20 at

16   the very bottom, it's 3.14 "Product and related

17   environment roadmap."  And then the next page is --

18   is that section.  It's the roadmap.

19       A.   Yeah.

20       Q.   It's just a -- but it's -- there's not

21   much text.  It's just this illustration, and I've

22   been -- I've been puzzling over it for a while now,

23   trying to understand the interaction between the

24   Ingenico France research and development on the

25   top, the BBPOS on the bottom, and then what appears

                   ATTORNEYS' EYES ONLY

1       to be their child in the middle, the Ingenico Landi

2       research and development.

3              How do you interpret that -- that graphic?

4       A.   So one of the challenge for our

5       salespeople was how to explain the positioning of

6       the Ingenico products and the product from Roam

7       Data.  Roam Data did not have an iWL product.  So

8       there was no real equivalent.  But when we are

9       going in the -- I would say mPOS product or

10      portable printerless device, you can see that the

11      Ingenico ICMP was a little bit aligned with the

12      RP750 because both products were doing magstripe,

13      EMV, contactless, pin entry.  So that was kind of a

14      little bit of overlap.

15             And because of the legacy working with

16      BBPOS, so we have this G3X becoming G4X.  And I

17      guess at the time I created this document, we were

18      still considering the EMV longer from BBPOS; and on

19      the Landi side, we were -- we did launch the

20      product RP350X, RP750X.  We did not yet decide the

21      opportunity on the RP150X.  This -- this picture is

22      basically the positioning of the three product

23      lines.

24      Q.   I see.

25             And why -- why did you decide not to go

              ATTORNEYS' EYES ONLY

1    with the BBPOS EMV dongle?

2        A.   In fact, after looking at what the

3    competition was doing, we did not consider there

4    was enough space to position two product with a

5    very close positioning.  The gap between the two

6    product was too small to justify to have two

7    products in the POS field.

8        Q.   Okay.  You've already spoken to this some,

9    but let me address it here.  It's on page 35 of the

10   document.  It's section 4.23.

11       A.   Yes.

12       Q.   And I see section 4.23.7 -- it says

13   "Global Software Requirements."

14            Requirement Description:  "API should be

15   consistent with RP350X API to allow scalable

16   development."

17            Priority is an "M," which I take it means

18   must.

19       A.   Yeah.

20       Q.   And so did -- the 750X, then, indeed have

21   API consistent with the 3 -- RP350X API?

22       A.   Yup.  So the RP750X wire is using the same

23   RAM application, specification we discussed

24   earlier.  So obviously because 750 can be pin --

25   does have a display, the RP750 is doing RP350X plus

                    ATTORNEYS' EYES ONLY

1     more features.

2          Q.   Got it.  Let me jump -- let me jump to

3     what's been marked as Exhibit 34.

4               (Exhibit 34, email, 6/5/2013,

5               IngenicoInc_0190279-281.)

6          A.   Yes.

7          Q.   This looks to be dated around May -- I

8     believe May 16, 2013.  It's from you to people at

9     Landi.  Here's what I really want to ask you about

10    on this one:  It's -- at the very bottom of the

11    page, it says "Open points from Landi to ensure M35

12    equals RP750X (RP750X equals M35)."

13              I'm trying to understand.  Was that an

14    effort to -- to ensure that there would be a --

15    essentially an equivalency between the M35 and the

16    RP750X?

17         A.   No.  In fact, the way it works is, when we

18    started the RP750X discussion, we started from the

19    Landi M0 something.  And during the prestudy on the

20    RP750, we made the conclusion that the product

21    definition from hardware mechanic, the form factor,

22    could be also a good product for Landi for the

23    Chinese market.

24              So what was decided is that, in fact, we

25    developed two products together:  M35, RP750.  Its

                    ATTORNEYS' EYES ONLY

1        function in whatever is the reader.

2             Q.   Got it.

3                  So you use it in the 350X and the 750X?

4             A.   No.  It's not -- it's not specific to the

5        RP.

6             Q.   I see.

7             A.   Developed in Boston.  We were getting a

8        BBPOS SDK, a Landi SDK, and the Boston team created

9        a new card reader allowing customer to use the

10       Roam --

11                 (Court Reporter comment.)

12            A.   -- the Roam Data appropriate RE API which

13       will neither be BBPOS neither Landi.  They were

14       Boston API.

15            Q.   I understand.  On the next page it says

16       something about how that API was created.  It says

17       "The good news is that we convinced PayPal head of

18       software to start using Roam API instead of BBPOS

19       API.  Our API (called Roam unified API-RUA, one

20       software -- one software layer on top of BBPOS SDK)

21       will allow PayPal to switch easily without issue."

22                 So what does it mean that it was one

23       software on top of the BBPOS SDK?

24            A.   As I just explained, we had the BBPOS SDK.

25       If a customer wanted to move from the G4X to the

1    Landi, they would have to redevelop completely the

2    integration, which was bad for them.  So the

3    objective was to have customer like PayPal moving

4    to the RUA API so that later on it would have been

5    much simpler for them to integrate with the Landi

6    product.

7              MR. KESSLER:  Let me -- you know what, I'd

8    love to end on a bang, but I think I'm going to end

9    on a whimper.  I've got a couple more documents,

10   and I just have a couple questions on each one.

11             So let me -- let's just run through them.

12   I have Exhibit 58, which is IngenicoInc_0225593

13   through 0225599.

14             (Exhibit 58, email, 2/10/2014,

15             IngenicoInc_0225593-599.)

16        Q.   And who is Peng Batao?

17        A.   I don't remember the name, but it's an

18   engineer from Landi.

19        Q.   And this is dated in 2014, February 2014.

20   It's about the MCU and PRD -- about the MCU and PRD

21   RP150X.

22        A.   Uh-huh.

23        Q.   And what were those?

24        A.   What do you mean there?

25        Q.   What -- what does that mean "About the

1      says "Do we have a key exchange process document

2      that we can share with a prospect for the RP350 and

3      Landi?  The only one I have is attached but that is

4      for BBPOS."

5                I know you didn't write that, but what did

6      you understand that to mean?

7           A.   Yup.  So the way it works for all products

8      is, if the customer is using the Roam Data products

9      with the Roam Data gateway, the key that is loaded

10     in the card reader for the encryption belongs to

11     Roam.

12               So as a customer, the key has been taken

13     care of by Roam Data.  When we were selling the

14     card reader -- whatever, BBPOS or RP350X or

15     RP750X -- to a customer, we need to load the new

16     customer key during the manufacturing process.

17               And we have to follow some compliance

18     requirements to secure the transfer of the key from

19     the customer to the factory.  So we had one process

20     for BBPOS and a different process for Landi.

21               MR. KESSLER:  Give me -- give me five

22     minutes.  I may actually be done, but give me five

23     minutes to make sure of it.  Okay?  Be back.

24               VIDEO OPERATOR:  The time is 4:54.  We're

25     off the record.

                        ATTORNEYS' EYES ONLY

Page 215

1    Commonwealth of Massachusetts
2    Middlesex, ss.
3
4
            I, P. Jodi Ohnemus, Notary Public
5    in and for the Commonwealth of Massachusetts,
     do hereby certify that there came before me
6    (remotely) on the 13th day of October, 2021, the
     deponent herein, who was duly sworn by me; that the
7    ensuing examination upon oath of the said deponent
     was reported stenographically by me and transcribed
8    into typewriting under my direction and control;
     and that the within transcript is a true record of
9    the questions asked and answers given at said
     deposition.
10
11           I FURTHER CERTIFY that I am neither
     attorney nor counsel for, nor related to or
12   employed by any of the parties to the action
     in which this deposition is taken; and, further,
13   that I am not a relative or employee of any
     attorney or financially interested in the outcome
14   of the action.
15
             IN WITNESS WHEREOF I have hereunto set my
16   hand this 24th day of October, 2021.
17
18              *Patricia Jodi Ohnemus*
19
20              P. Jodi Ohnemus, RPR, RMR, CRR,
                CSR, Notary Public,
21              Commonwealth of Massachusetts
                My Commission Expires:
22              3/3/2028
23
24
25