# EXHIBIT 7

# Hockensmith, Erin

| | |
|---|---|
| **From:** | Joel Leeman <Jleeman@sunsteinlaw.com> |
| **Sent:** | Monday, December 10, 2018 12:40 PM |
| **To:** | 'Bozeman, Melissa A.'; Kerry Timbers; Nemcik, Robin M. |
| **Cc:** | Griffin, Oliver D. |
| **Subject:** | RE: BBPOS v. Ingenico    4013/5004 |
| **Attachments:** | Common Interest and Confidentiality Agreement -Fully executed  [4013_500....pdf; Amendment to common interest agreement.DOCX |

Melissa: A straightforward way to make the existing common interest agreement (first attachment) comprehensive is an amendment that extends it to claims against BBPOS-supplied products (a) that were asserted since the date of that agreement, and (b) that may in the future be asserted. Please tell me if you agree that the second attachment achieves our mutual goal.

In case your firm is replacing the one identified in paragraph 19 of the agreement for notice purposes, I've suggested amending that paragraph as well. Let me know if that is inapplicable.

Joel Leeman

Sunstein Kann Murphy & Timbers LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
www.sunsteinlaw.com

---

**From:** Bozeman, Melissa A. [mailto:Melissa.Bozeman@KutakRock.com]
**Sent:** Monday, December 03, 2018 9:26 PM
**To:** Kerry Timbers; Nemcik, Robin M.
**Cc:** Griffin, Oliver D.
**Subject:** RE: BBPOS v. Ingenico 4013/5004

Subject to our client's final approval, we would be interested in a comprehensive Common Interest Agreement. Will you please send me a proposed draft for our review? Thank you.

---

**From:** Kerry Timbers [mailto:KTimbers@sunsteinlaw.com]
**Sent:** Friday, November 9, 2018 6:55 AM
**To:** Nemcik, Robin M.
**Cc:** Bozeman, Melissa A. ; Griffin, Oliver D.
**Subject:** RE: BBPOS v. Ingenico 4013/5004

Dear Ms. Bozeman,

We are in receipt of your letter. We understand you would like certain information.

Before we go further regarding your requests, we believe a Common Interest Agreement is appropriate. Attached is one that is currently in place with respect to the REM Holdings matter – would you be agreeable to a new agreement that encompasses all the matters?

1

Best regards,

Kerry

**Kerry Timbers**, Partner
**Sunstein Kann Murphy & Timbers LLP**
125 Summer Street | Boston, MA 02110-1618
617.692.2223 direct | 617.443.9292 main | 617.443.0004 fax
ktimbers@sunsteinlaw.com | www.sunsteinlaw.com
**Winning Intellectual Property®**

This e-mail is from Sunstein Kann Murphy & Timbers LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

**From:** Nemcik, Robin M. [mailto:Robin.Nemcik@KutakRock.com]
**Sent:** Friday, November 02, 2018 6:26 PM
**To:** Kerry Timbers
**Cc:** Bozeman, Melissa A.; Griffin, Oliver D.
**Subject:** BBPOS v. Ingenico

Dear Ms. Timbers:

Please disregard previous emails. This is the correct correspondence which you will also receive by federal express.

Thank you.

**Robin Nemcik**
Legal Secretary

**Kutak Rock LLP**
1760 Market Street, Suite 1100, Philadelphia, PA 19103
**D** (215) 717-8488 | **O** (215) 299-4384
robin.nemcik@KutakRock.com | www.KutakRock.com

Support provided to:

Oliver D. Griffin | p: 215-717-8487 | oliver.griffin@kutakrock.com
Peter N. Kessler| p: 215-717-8505 | peter.kessler@kutakrock.com
Melissa A. Bozeman| 215-717-8489 | melissa.bozeman@kutakrock.com
Karl C. Helgerson| 215-717-8491 | karl.helgerson@kutakrock.com

This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message. Thank you.