# EXHIBIT 8

**ADLER POLLOCK & SHEEHAN P.C.**

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

September 24, 2021

**VIA EMAIL**

Daniel Carmeli, Esq.
Kutak Rock LLP
1801 California Street Suite 3000
Denver, CO 80202
Daniel.carmeli@kutakrock.com

Re:   *Anywhere Commerce, Inc., et al. v. Ingenico, Inc., et al.*, No. 1:19-cv-11457-IT

Dear Dan:

Defendants are producing herewith an eleventh and, to the best of our knowledge, final volume of documents responsive to Plaintiffs' First Set of Document Requests with bates numbers IngenicoInc_0283614-IngenicoInc_0286167 pursuant to the Stipulation and Protective Order (ECF No. 92) in this matter as well as the Stipulated Rule 502(d) Order (ECF No. 93).

Thank you.

Sincerely,

*Nicole J. Benjamin*

NICOLE BENJAMIN
nbenjamin@apslaw.com

1088879.v1