# EXHIBIT 5

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI  02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA  02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

March 18, 2022

*VIA E-MAIL*

Oliver Griffin, Esq.
Kutak Rock LLP
1760 Market Street, Suite 1100
Philadelphia, PA 19103-4104
Oliver.Griffin@KutakRock.com

**Re:    *AnywhereCommerce, Inc. et al. v. Ingenico Inc. et al.***

Dear Mr. Griffin:

Enclosed please find copies of the following disclosures:

1.  Expert Report of Michael I. Shamos, Ph.D., dated March 18, 2022; and

2.  Expert Report of Jennifer Vanderhart, Ph.D., dated March 18, 2022.

Very truly yours,

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

cc:    Counsel of Record

1111311.v1