# Exhibit B

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF MASSACHUSETTS
 3
 4  ANYWHERE COMMERCE, INC. and     )
 5  BBPOS LIMITED,                  )
 6                Plaintiffs,       )
 7                v.                )  CIVIL ACTION NO.:
 8  INGENICO INC., INGENICO CORP.   )  1:19-cv-11457-IT
 9  and INGENICO GROUPS, SA,        )
10                Defendants.       )
11  _____ )
12
13
14
15
16
17
18
19
20
21
22
23        The 30(b)(6) VIDEO DEPOSITION of BEN LO, taken in
24   the above-entitled cause, before Susan Steudel, official
25   reporter, on the 10th day of December, 2021
```



Page 133

1  information, 1, as a part of Ingenico's purported due
2  diligence investigation in or around 2012 in relation to
3  its supposed interest in acquiring the plaintiff and, 2,
4  from ROAM, through Ingenico's acquisition thereof."
5  Do you see that?
6     A.  Yes.
7     Q.  Is it accurate to state that the trade secrets
8  that have been asserted here were obtained as part of
9  purported due diligence efforts?
10    A.  Yes.
11       MR. TECHENTIN:  All right.  So let's talk about
12  that a little bit.  I'm going to have marked as Exhibit 78
13  a set of schematics.
14       (Exhibit 78 was marked for identification
15       and is attached hereto.)
16  BY MR. TECHENTIN:
17    Q.  And they are Bates numbered BBPOS-0005601 through
18  5606.
19       Do you recognize these schematics?
20    A.  Yes.
21    Q.  And are these part of the trade secrets that you
22  contend were misappropriated in this case?
23    A.  I leave that to the experts.  As all technical
24  information that we sent to ROAM Data can potentially be a
25  trade secret.  All the information that we send to ROAM

Page 134

1  Data, we will consider them a trade secret.  I'm not sure
2  whether this is trade secret being misappropriated by ROAM
3  Data.  I'm no expert.  I hire the expert to do that.
4     Q.  I'm asking about ROAM Data's contentions in this
5  case, and you're here.  Respectfully you're here to
6  testify for ROAM.  So my question is, are these schematics
7  among the trade secrets that BBPOS contends that Ingenico
8  stole?
9        MS. BOZEMAN:  You were referring to him appearing
10  on behalf of ROAM Data?
11       MR. TECHENTIN:  Did I say that?
12       MS. BOZEMAN:  Yes.
13       MR. TECHENTIN:  Obviously that would be awkward
14  so, no.  He's here on behalf of BBPOS.  Sorry about that.
15  BY MR. TECHENTIN:
16    Q.  As the representative of BBPOS is it your
17  contention that these schematics form part of the trade
18  secrets that were stolen by Ingenico?
19    A.  Yes.
20    Q.  What is the -- what's the function that is
21  described by these schematics in Exhibit 78?
22    A.  What's the function?  This is a schematic of the
23  Chipper.  So in this diagram you see that, like the first
24  page, the first page about the MCU.  The second page, like
25  about the EMV card reader circle.  The third page is the

Page 135

1  magnetic strips card reader circuit.  The fourth page is a
2  -- another MCU sub-circuit.  And with a power circuit.
3  Last one, circuit.  So all of these circuits is the
4  component, one of the components of the card reader.
5     Q.  And which, if any, of these secret designs are
6  present in any Ingenico products?
7     A.  I leave that to the IP experts to answer the
8  questions.
9     Q.  And I think we can short circuit this because you
10  testified about this on Wednesday, and I understand you've
11  adopted all that testimony.
12       BBPOS has relied primarily upon its outside expert
13  to analyse these issues; correct?
14    A.  Yes.
15    Q.  And the only internal investigation that you made
16  reference to on Wednesday was done by your primary
17  hardware engineer; correct?
18    A.  Well, at this time if you ask me, I will say yes,
19  it was.  All the circuit may be adopted by Ingenico, but
20  adopted by Ingenico, but eventually I believe that --
21       If you ask my opinion, I would say that anything
22  you can copy, improve it, modify it to change it, but
23  specifically which part Ingenico referred to, I leave that
24  to IP expert.  Even though engineer Daniel then -- well,
25  people say -- if on the other hand Ingenico is saying

Page 136

1  that's the circuit diagram and then they will -- and come
2  up with maybe a better circuit or similar circuit.  So
3  which part has been copied or which part has been used in
4  the Ingenico product I leave that to IP experts.
5     Q.  I'm sorry.  I don't know that that was responsive
6  to my question.
7        MR. TECHENTIN:  So I'm going to ask, if I may, to
8  have the court reporter read that question back, again
9  please.
10       (REPORTER READS BACK)
11    A.  Yes.
12  BY MR. TECHENTIN:
13    Q.  And that's Daniel is the engineer?
14    A.  Yes.
15    Q.  And I think you said that he had examined at
16  least one of the Ingenico devices; correct?
17    A.  Yes.
18    Q.  And he had reported to you that the circuit
19  associated with the automatic gain control was the same in
20  the Ingenico product as was in the Chipper; is that right?
21    A.  Many part like these, the audio jack part and
22  automatic gain control.  There are many parts the same.
23    Q.  What did he say, then?  Explain.  Explain what he
24  described to you as was the result of his investigation.
25    A.  Well, he just verbally talked to me.  I don't

