# Exhibit D

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

November 3, 2021

**VIA FEDERAL EXPRESS AND EMAIL**

Christine Maybee
Kutak Rock LLP
1801 California Street Suite 3000
Denver, CO 80202

*Re:* *Anywhere Commerce, Inc., et al. v. Ingenico, Inc., et al.*, No. *1:19-cv-11457-IT*

Dear Ms. Maybee:

Defendants are producing herewith a first volume of documents responsive to Plaintiffs' Second Set of Document Requests with Bates numbers IngenicoInc_0286169 through IngenicoInc_0286186 pursuant to the Stipulation and Protective Order (ECF No. 92) in this matter as well as the Stipulated Rule 502(d) Order (ECF No. 93).

The following table summarizes the items produced under cover of this correspondence:

| Bates Number | Model | Part Number | Serial Number |
|---|---|---|---|
| IngenicoInc_0286177 | RP350x | RP350x-02T8024A | 18170RP10577955 |
| IngenicoInc_0286176 | RP350x | RP350x-02T8024A | 18170RP10577931 |
| IngenicoInc_0286175 | RP350x | RP350x-02T8100B | 18150RP10573209 |
| IngenicoInc_0286182 | RP457c | RP457c-03T8836AW | 18222RP10615778 |
| IngenicoInc_0286183 | RP457c | RP457c-03T8836AW | 18222RP10614889 |
| IngenicoInc_0286184 | RP457c | RP457c-01T8802B | 18286RP10654202 |
| IngenicoInc_0286174 | RP750x | RP757C-02T8500C | 14189RP10000210 |
| IngenicoInc_0286173 | RP750x | RP757X-02T8511A | 14127RP10000016 |
| IngenicoInc_0286171 | RP750x | RP757C-03T8508C | 16214RP10000363 |
| IngenicoInc_0286185 | Moby/3000 | T3N606-09110A | 18317RP10696763 |
| IngenicoInc_0286186 | Moby/3000 | T3N606-09110A | 18310RP10685360 |
| IngenicoInc_0286169 | Moby/3000 | T3N606-09103A | 19014RP10768984 |
| IngenicoInc_0286179 | Moby/5500 | T5N506-10003A | 19011RP10766875 |
| IngenicoInc_0286178 | Moby/5500 | T5N506-10003A | 19011RP10766876 |

Christine Maybee
November 3, 2021
Page 2

| IngenicoInc_0286170 | Moby/5500 | T5N506-10006A | 19081RP10811706 |
|---|---|---|---|
| IngenicoInc_0286180 | Moby/8500 | T8F506-09214A | 18339RP10735848 |
| IngenicoInc_0286181 | Moby/8500 | T8F506-09214A | 18339RP10735604 |
| IngenicoInc_0286172 | Moby/8500 | T8F506-09206B | 18229RP10638571 |

Please feel free to contact me if you have any questions.

Very truly yours,

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

Cc: Daniel Carmeli, Esq. (via email)

1095481.v1

ADLER POLLOCK @ SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

November 3, 2021

**VIA FEDERAL EXPRESS AND EMAIL**

Christine Maybee
Kutak Rock LLP
1801 California Street Suite 3000
Denver, CO 80202

*Re:   Anywhere Commerce, Inc., et al. v. Ingenico, Inc., et al., No. 1:19-cv-11457-IT*

Dear Ms. Maybee:

Defendants are producing herewith a third volume of documents responsive to Plaintiffs' Second Set of Document Requests with Bates numbers IngenicoInc_0306561 through IngenicoInc_0306563 pursuant to the Stipulation and Protective Order (ECF No. 92) in this matter as well as the Stipulated Rule 502(d) Order (ECF No. 93).

The following table summarizes the items produced under cover of this correspondence:

| Bates Number | Model | Part Number | Serial Number |
|---|---|---|---|
| IngenicoInc_0286177 | RP350x | RP350x-02T8024A | 18170RP10577955 |
| IngenicoInc_0286176 | RP350x | RP350x-02T8024A | 18170RP10577931 |
| IngenicoInc_0286175 | RP350x | RP350x-02T8100B | 18150RP10573209 |

Please feel free to contact me if you have any questions.

Very truly yours,

[signature]

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

cc: Daniel Carmeli, Esq. (via email)

1096345.v1