## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**ANYWHERECOMMERCE, INC.**
**and BBPOS LIMITED,**
                              **Plaintiffs,**


        **v.**

                                                    **CIVIL ACTION NO.**
**INGENICO INC., INGENICO CORP., and**              **1:19-cv-11457-IT**
**INGENICO GROUP, SA**
                       **Defendants.**


### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
### COUNTS V AND VII OF PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs

AnywhereCommerce, Inc. and BBPOS Limited and Defendants Ingenico, Inc., Ingenico Corp.,

and Ingenico Group, SA (collectively, the "Parties") stipulate to the dismissal with prejudice of

Counts V and VII of Plaintiffs' First Amended Complaint (Doc. No. 67).

Dated: April 25, 2023

ANYWHERECOMMERCE, INC.
and BBPOS LIMITED,

By their attorneys,

/s/ Melissa A. Bozeman
Melissa A. Bozeman (Pro Hac Vice)
Pennsylvania Bar No. 201116
Oliver D. Griffin (Pro Hac Vice)
Pennsylvania Bar No. 80126
Peter N. Kessler (Pro Hac Vice)
Pennsylvania Bar No. 209033
KUTAK ROCK LLP
Two Logan Square
100 N. 18th Street, Suite 1920
Philadelphia, PA 19103-4104
(215) 299-4384 (Telephone)
(215) 981-0719 (Facsimile)
Melissa.bozeman@kutakrock.com
Oliver.griffin@kutakrock.com
Peter.kessler@kutakrock.com

and

Leland P. Abide (Pro Hac Vice)
MN Bar No. 039269
KUTAK ROCK LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4018
Telephone: (612) 334-5000
Facsimile: (612) 334-5050
Leland.abide@kutakrock.com

and

Jonathon D. Friedmann, Esq. (BBO # 180130)
Robert P. Rudolph, Esq. (BBO # 684583)
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Tel: (617) 723-7700
Fax: (617) 227-0313
jfriedmann@rflawyers.com
rrudolph@rflawyers.com

INGENICO INC., INGENICO CORP., and
INGENICO GROUP S.A.

By their attorneys,

/s/ Jeffrey K. Techentin
JOHN A. TARANTINO (BBO #492230)
PATRICIA K. ROCHA (BBO #542348)
NICOLE J. BENJAMIN (BBO #666959)
R. BART TOTTEN (BBO #631605)
JEFFREY K. TECHENTIN (pro hac vice)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
jtarantino@apslaw.com
procha@apslaw.com
nbenjamin@apslaw.com
btotten@apslaw.com
jtechentin@apslaw.com

and

RICARDO G. CEDILLO
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Ave., Ste 500
San Antonio, Texas 78212
Tel: (210) 822-6666
Fax: (210) 822-1151
rcedillo@lawdcm.com

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on April 25, 2023, a true and accurate copy of the foregoing document was served on all counsel of record registered to receive ECF notices in the above captioned case.

*/s/ Jeffrey K. Techentin*